

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
FEB 25 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:20-CR- 21 |
| v. ) | |
| ) | |
| ANMING HU, ) | |
|     Defendant. ) | |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, moves to seal all documents related to the above-captioned case. The United States submits that this matter is part of an ongoing investigation. The premature disclosure of the contents of these documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness. Furthermore, these documents include allegations of a sensitive nature and their premature disclosure could potentially have serious negative consequences for the individual identified in the documents.

Accordingly, the United States moves the court to seal the Arrest Warrant, this Motion to Seal and Sealing Order in the above-captioned case number for a period of 180 days, unless such period is shortened or lengthened by further Order of the Court.

Respectfully submitted this 25th day of February, 2020.

                                        J. DOUGLAS OVERBEY
                                      UNITED STATES ATTORNEY

                  By: _____
                                      Casey T. Arrowood
                                      Assistant United States Attorney
                                      800 Market Street, Suite 211
                                      Knoxville, Tennessee 37902
                                      (865) 545-4167