# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:20-cr-021-1                                                             Date: February 27, 2020

United States of America    vs.    Anming Hu

**PROCEEDINGS: Initial Appearance.** The interpreter, Wei Whitbeck, was sworn. The defendant was sworn and advised his rights and the penalties of the offenses charged. Financial affidavit approved for the initial appearance only. Benjamin G. Sharp appointed. Pleas reserved. Arraignment/Detention Hearing set for Tuesday, March 3, 2020 at 10:00 a.m. The Government made an oral motion to unseal the case. Oral motion granted by the Court.

THE HONORABLE DEBRA C. POPLIN, UNITED STATES MAGISTRATE JUDGE

| Jason Huffaker | DCR | T. Worthington/C. Miller |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| C. Arrowood/F. Dale/C. Nathan | | Benjamin G. Sharp |
|---|---|---|
| **Asst. U.S. Attorneys** | | **Attorney for Defendant** |

☐ Defendant remains released on current bond
■ Defendant remanded to custody

2:40 – 2:52

I, Jason Huffaker, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
KNOX-DCR_  3:20-cr-21_20200227_143337.dcr