UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-cr-021-1 |
| | ) | VARLAN/POPLIN |
| ANMING HU | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on an Indictment on February 27, 2020. Assistant United States Attorneys Casey Thomas Arrowood, Frank M. Dale, Jr., and Nathan Charles were present representing the government. Assistant Federal Defender Benjamin G. Sharp was present on behalf of the defendant. The government moved for detention. A detention hearing is scheduled before the Honorable Debra C. Poplin, United States Magistrate Judge for Tuesday**, March 3, 2020,** at **10:00 a.m.** Additionally, the Defendant's arraignment will be on the same date. The defendant shall be held in custody by the United States Marshal until the detention hearing and produced for the above scheduled hearings.

IT IS SO ORDERED.
s/ Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE