# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cr-21  **Date:** March 3, 2020

United States of America  **vs.**  Anming Hu

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:** Rachel Stone
**Court Reporter:** DCR
**Law Clerk:** Jimmy Snodgrass

**Asst. U.S. Atty(s):** Casey Arrowood, Frank Dale, Jr.
**Probation Officer(s):** Travis Worthington, Corey Miller
**Atty(s) for Defendant(s):** Phil Lomonaco

**Others Present:**

**Proceedings:**
Arraignment and Detention Hearing held. The defendant confirmed through counsel no interpreter was needed. Defendant advised of his rights, and the charges alleged in the indictment. Witnesses called, and exhibits filed with the Court. Proffer and argument heard by counsel. The Court took this matter under advisement.

**Dates set at this hearing:**
- ✓ **Jury Trial:** May 5, 2020 at 9:00 a.m.
- ✓ **Pretrial Conf.:** April 16, 2020 at 1:30 p.m.
- ☐ **Detention Hrng.:**
- ☐ **Motion Hrng:**
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ✓ **Discovery DDL:** March 10
- ✓ **Motion Cut-Off:** March 31
- ✓ **Response to Mtns:** April 14
- ✓ **Reciprocal Disc.:** April 16
- ✓ **Plea DDL:** April 16

✓ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00 a.m. to 11:15 a.m.

⊙ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.