# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    TENNESSEE

United States of America
V.
Anming Hu

**EXHIBIT AND WITNESS LIST**

Case Number: 3:20-cr-21

| PRESIDING JUDGE  Debra C. Poplin | PLAINTIFF'S ATTORNEY  Casey Arrowood/Frank Dale, Jr. | DEFENDANT'S ATTORNEY  Phil Lomonaco |
|---|---|---|
| TRIAL DATE (S)  3/3/2020 | COURT REPORTER  DCR | COURTROOM DEPUTY  Rachel Stone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A1 | | 3/3/2020 | X | X | U.S. Customs and Border Protection TECS - Person Encounter List |
| A2 | | 3/3/2020 | X | X | U.S. Customs and Border Protection TECS - Secondary Inspection Report |
| B1-B16 | | 3/3/2020 | X | X | Collective Photographs from items found during search |
| | W | 3/3/2020 | | | David Hu |
| | 1 | 3/3/2020 | X | X | Mortgage Loan Statement 2/5/2020 |
| | 2 | 3/3/2020 | X | X | HUD Settlement Statement |
| | W | 3/3/2020 | | | Domig Hu |
| | 3 | 3/3/2020 | X | X | Letter from Kramer Rayson re: Mr. Hu's Current Immigration Status |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages