# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cr-21  **Date:** March 6, 2020

### United States of America  vs.  Anming Hu

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | Terri Grandchamp | Jimmy Snodgrass |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

| Frank Dale | | |
| Casey Arrowood | Travis Worthington | Phil Lomonaco |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☐ Defendant sworn.
☐ Parties agreed to conditions of release.
☐ Government requested detention of the defendant and arguments heard.
☐ Exhibits marked and admitted.
☐ Witnesses sworn and testimony heard.

### Court Findings:

☑ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☐ Defendant remanded to custody.   ☑ Defendant released on Order Setting Conditions of Release.

**Time:** 2:30 pm  **to**  3:00 pm

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_    _    _

Case 3:20-cr-00021-TAV-DCP   Document 13   Filed 03/06/20   Page 1 of 1   PageID #: 63