FBI KUJTIM SADIKU

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: [signature]
DATE: 2/26/2020 TIME: 9:30 AM
U.S. MARSHAL E/TN
KNOXVILLE, TN

United States of America
v.
ANMING HU

Case No. 3:20-cr-21

SEALED

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANMING HU,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1343: Wire Fraud

18 USC 1001 and 1002: False Statements

Date: 2/25/20

City and state: Knoxville, TN

[signature]
*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 2/26/2020, and the person was arrested on *(date)* 2/27/2020
at *(city and state)* Knoxville, TN.

Date: 2/27/2020

[signature]
*Arresting officer's signature*

KUJTIM SADIKU, SPECIAL AGENT
*Printed name and title*