# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-CR-00021 |
| ) | |
| ANMING HU ) | |
| ) | |

## MOTION FOR CHANGE OF BOND CONDITIONS

Now comes Defendant Anming Hu and moves this Honorable Court to modify the bond conditions as set out herein.

The Government has indicated its willingness to entertain some modifications to bond conditions but has advised the Defendant to file a proper motion making the request.

Presently the Defendant is on home detention at his West Knoxville residence.

The Defendant is on an ankle monitor and cannot leave the house.

He depends on church members to come occasionally and provide groceries, take out the trash, pick up the mail and other services that the Defendant cannot accomplish himself, because he cannot leave his house.

The Defendant would request that he be allowed a few hours each week to go grocery shopping and also be allowed to check his mail at the end of his driveway, take out his trash and spend some time in the sunshine on his back porch.

The Defendant respectfully requests that the Probation Office and U.S. Attorney's Office and the Court discuss the possibility of these modifications and grant the relief requested.

Respectfully submitted this 22nd day of April, 2020.

> s/A. Philip Lomonaco
> A. Philip Lomonaco, BPR#011579
> 800 S. Gay Street, Suite 2610
> Knoxville, TN  37929
> (865) 521-7422
> (865) 521-7433 fax
> apl@knox-law.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by U. S. Mail.  Parties may access this filing through the Court's electronic filing system.

> s/A. Philip Lomonaco