UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-21-TAV-DCP |
| | ) | |
| ANMING HU, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Judge as may be appropriate. This case is before the Court on the Government's Motion for a Pretrial Conference Pursuant to 18 U.S.C. App. III, (CIPA) Section 2 and the Designation of a Classified Information Security Officer [Doc. 16]. The Government states that this case will involve issues relating to the discovery of classified information. As such, it asks the Court to designate a Classified Information Security Officer ("CISO"), pursuant to the Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, ¶ 2, eff. Jan. 15, 2011 ("Revised Security Procedures"). The Government asks the Court to designate Matthew Mullery, Security Specialist, as the CISO in this case.

On April 23, 2020, the Government filed a Supplement in Support of Government's Motion for the Designation of a Classified Information Security Officer [Doc. 24], attaching a certification for Mr. Mullery and five alternate Security Specialists: Daniel O. Hartenstine, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S.

"Scooter" Slade. The attached certification [Doc. 24-1], a letter from Department of Justice Security Officer James L. Dunlap, states that Mr. Mullery and the listed alternates all have the required security clearance for the category of classified information involved in this case and are all competent and qualified to perform security-related functions.

Pursuant to paragraph 2 of the Revised Security Procedures, the Court hereby **DESIGNATES and APPOINTS** Matthew Mullery as the CISO in this case. The Court further **DESIGNATES and APPOINTS** the following persons as alternate CISO's in this case: Daniel O. Hartenstine, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. "Scooter" Slade.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge