# EXHIBIT

# 3

编号

# 北京市海外高层次人才申报表
（短期项目）

申 报 人　胡安明　（中文）　Hu Anming　（英文或拼音）
申报单位　　　　　北京工业大学
专业领域　　　　　光机电一体化
专业方向　　　超快激光微纳加工及微纳器件
联 系 人　　　　　　志伟
通讯地址 北京市朝阳区平乐园100号北京工业大学人事处
联系电话　　6739 1508　（办公）13621171775　（手机）
　　　　　nihaozhi@bjut.edu.cn　　　　（邮箱）

填表日期　2012　年　2　月　8　日

北京市海外学人工作联席会办公室制

# 填写说明

一、本表格内容须逐项填写，不得空项。

二、申报单位为申报人所在工作单位。封面的联系人、联系电话填写申报单位负责此项工作的联系人和联系电话。

三、专业领域，请根据实际从电子信息、生物医药、光机电一体化、新材料、资源环境、节能与新能源、其他等7个选项中择一填入。

四、照片，为近期一寸正面免冠彩色证件照，同时提供电子版。

五、现全职单位名称及职务，请填写申报人现全职工作的单位名称及职务的中、英文全称，应清楚显示国家、单位、部门、职务等信息。申报单位名称及担任职务（岗位），请填写申报单位的名称及对申报人岗位安排情况。

六、教育经历要写清楚每阶段的毕业院校、专业、学历、学位；工作经历要写清楚每阶段的所在国家、工作单位、所任职务。工作经历中无需描述工作业绩。国内兼职情况，请申报人写清楚在国内单位的兼职情况，重点是与申报单位前期合作情况。

七、专长及代表性成果。请填写以下4项内容：1、个人专长，请概述本人掌握的核心技术，及取得的成就。2、请列出承担（参与）过的主要项目，包括项目名称、项目性质及来源、项目经费、起止时间、参与人数、该项目责任分工中申报人排序。3、主要成果，请列出最能体现申报人水平的代表性论著（论文）、专利、产品，每类均不超过20项。其中，论著（论文）请列出日期、名称、发表载体、全部作者，通讯作者请用"*"注明；专利请列出专利名称、专利授权国、专利所有者、专利号、授权公告日、专利保护期、专利中申报人的排序；产品请标明目前的产业化程度。4、其他，包括获得的重要奖项、在国际学术组织兼职情况、在重要学术会议上作大会报告或特邀报告情况等。

八、知识产权归属情况，由申报人和申报单位合同约定，明确合同期内工作成果知识产权归属情况。竞业禁止问题，请申报人说明是否和其他任何单位签订过仍然有效的竞业禁止协议，如果有，请列出。申报情况，请申报人从选项中选择是首次申报还是非首次申报。

九、签字须本人亲笔签名，请勿空缺，请勿由他人代签。

十、用人单位意见：由用人单位填写，简要说明推荐申报人的主要理由，必要性及推动本市产业发展、关键技术攻关中的不可或缺性和预期申报人做出的贡献等。工作安排，即对引进人才的工作安排，包括要求申报人完成的工作目标、主要任务、工作时间，能够提供的工作、团队、生活等配套条件，以及考核方式等。用人单位应对申报人有关信息进行必要的核实，并对支持条件做出承诺。由用人单位主要负责人签字，盖单位公章。

十一、主管部门意见：由用人单位主管部门填写，简要说明对申报材料的审核意见和推荐理由。

十二、需报送申报表一式5份，附件5份。附件材料一般应包括：个人资质证明（最终学历/学位证书及教育部认证材料、身份证/护照）、签订的劳动合同（意向合同）、在海外任职的证明材料、代表性成果证明（领导或参与过的主要项目、论著、获得专利、奖励证书等）、合同期内工作成果知识产权归属协议、用人单位的营业执照副本或法人证书、组织机构代码证书等材料的复印件。如用人单位是企业，请同时提供企业运营的基本情况（包括公司简介、公司章程、企业近三年审计报告、主营产品及服务的市场前景等）。

十三、本申报表和附件请分别装订，同时以光盘形式报送与申报表和附件内容一致的电子版。

| 个人基本信息 |||||
|---|---|---|---|---|
| 姓名 | 中文 | 胡安明 | 性别 | 男 |
| | 英文 | Hu Anming | 出生日期 | 1968年8月10日 |
| 出生地 | | 山东省枣庄市 | 国籍 | 加拿大 |
| 最终毕业院校及专业、学位 | 中文 | 加拿大滑铁卢大学物理与天文系物理学专业博士学位 |||
| | 英文 | PhD, Physics, Department of Physics and Astronomy, University of Waterloo, Canada |||
| 现全职服务单位及职务 | 中文 | 加拿大滑铁卢大学机械与机电一体化工程系研究助理教授 |||
| | 英文 | Research Assistant Professor, Department of Mechanical and Mechatronics Engineering, University of Waterloo |||
| 申报单位名称 | | 北京工业大学 | 担任职务（岗位） | 讲座教授 |
| 申报单位地址 | | 北京市朝阳区平乐园100号 | 邮编 | 100124 |
| 教育经历（从本科填起） | 学位(加注英文)　时间　国家　院校　专业<br><br>学士（Bachelor）　1990年7月　中国　山东大学　物理学<br>硕士（Master）　1993年7月　中国　中科院固体物理所　凝聚态物理<br>博士（PhD）　1997年7月　中国　中科院物理所　凝聚态物理<br>博士（PhD）　2008年6月　加拿大　滑铁卢大学　物理学 ||||

| | |
|---|---|
| 工作经历 | 职务（加注英文）　　时间　　国家　　单位（加注英文）<br><br>研究助理教授(Research Assistant Professor)　01/01/2000-31/12/2013　加拿大 滑铁卢大学机械与机电一体化工程系 （Department of Mechanical and Mechatronics Engineering, University of Waterloo, Canada）<br><br>研究副手 （Research Associate）　07/01/2008-31/12/2009　加拿大 滑铁卢大学机械与机电一体化工程系 （Department of Mechanical and Mechatronics Engineering, University of Waterloo, Canada）<br><br>日本科学振兴学会研究员（JSPS research scholarship）04/01/2003-8/31/2004 日本 东京国际超导研究所 (Superconductivity Research Lab, International Superconductivity Technology Center)<br><br>日本新能源发展组织主任研究员（NEDO Industrial Technology Research Fellow）04/01/2000-31/3/2003 日本 东京国际超导研究所 (Superconductivity Research Lab, International Superconductivity Technology Center)<br><br>德国洪堡博士后奖学金（Alexander von Humboldt fellowship）4/1/1998-03/31/2000 德国 德雷斯顿物质材料研究所 （Institute for material research Dresden, Germany） |
| 国内兼职情况 | 职务　　时间　　地区　　单位<br><br>客座研究员　2000年4月　江苏省南京市　东南大学电子工程系 |

| 专长及代表性成果 |
|---|

## 1、个人专长：

本人拥有多年飞秒激光、纳米制造、超快物理研究经验，在多项研究领域处于国际领先地位（H-index: 12）。同时，创建了世界上第一个飞秒激光纳米连接实验室。

主要的学术贡献有（代表文献附后）：

(1) 提出并实验证实了飞秒激光应用于纳米连接。基于纳米连接技术发展的等离激元器件已成功的应用于太阳能电池，光催化水处理及超高灵敏的表面增强拉曼检测。

a. "Self-Assembly of Large-Scale and Ultra-Thin Silver Nanoplate Films with Tunable Plasmon Resonance Properties" *ACS Nano* 5 (2011) 908; 评审人的评价 "Very interesting paper reporting a complete analysis on the plasmonic properties of size controlled SNPs obtained with an original growing method."

b. "Spectroscopic characterization of carbon chains in diamond-like carbon films synthesized by femtosecond pulsed laser deposition", *J. Chem. Phys.* 126 (2007) 154705, 迄今被引用16次。

(2) 发展了一种低温纳米金属导电胶。这项技术可用于发展塑料电子器件连接与封装。

"Low temperature sintering of Ag nanoparticles for flexible electronics packaging" *Appl. Phys. Lett.* 97 (2010) 153117. 迄今被引用8次

(3) 发明了一种应用飞秒激光制备一维碳烯技术。现在已被多个国际研究课题组（包括 Prof. Kazuo Kojima, Ritsumeikan University, Japan; Prof. Y. Achiba, Tokyo Metropolitan University, Japan; Prof. Giuseppe Compagnini, University Catania, Italy; Prof. Joel Sanderson, University of Waterloo, Canada）广泛采用。

"Direct synthesis of *sp*-bonded carbon chains on graphite surface by femtosecond laser irradiation", *Appl. Phys. Lett.* 91, 131906 (2007). 迄今被引用15次

(4) 在REBCO高温超导体中发现了一种纳米成分调制结构。这种纳米成分调制结构可以显著的提高高温超导体磁场下的载流性能。

a. "Growth of single-domain (Sm0.5Eu0.5)Ba2Cu3O7-delta with high T-c and J(c) by employing a thermal gradient **Applied Physics Letters**" 78 (2001) 2539-2541 Times Cited: **47**

b. "Enhanced flux pinning in (Nd0.33Sm0.67)Ba2Cu3O7-delta melt-processed superconductors by Ar postannealing" **Applied Physics Letters** Volume: **75** (1999) 259-261 Times Cited: **40**

## 2、领导（参与）过的主要项目

| 序号 | 项目名称 | 项目性质及来源 | 项目经费 | 起止时间 | 参与人数 | 排序 |
|---|---|---|---|---|---|---|
| 1 | Development of Nanocolloid pastes for lead free electronic packaging | 安大略省经济发展署(FedDev Ontario) | $60,000 | 3/2011-4/2012 | 2 | 2 (draft the application, core researcher) |
| 2 | Degradation of emerging pollutants by TiO2 nanowire membranes during water treatment | 加拿大水网 (Canadain water network) | $150,000 | 4/2000-3/2012 | 4 | 2 (draft the application, core researcher) |
| 3 | Novel Adhesives as a Lead-free and | 加拿大科学与工程研究基金会战 | $450,000 | 1/2011-12/2013 | 4 | 4 (draft the application, |

|  | Multifunctional Joining Alternative for Electronic Packaging | 略课题基金 (NSERC-SPG) |  |  |  | core researcher) |
|---|---|---|---|---|---|---|
| 4 | Advanced joining facilities for macro, micro and nanofabrications | 加拿大创新基金会跨学科领先项目（CFI-LEF） | $3000,000 | 1/2000-6/2001 | 10 | 4 (chief nanojoining) |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## 3、主要成果（每类均不超过20项）
### (1) 代表性论著（论文）

| 发表时间 | 论著（论文）名称 | 发表载体 | 论著（论文）作者 |
|---|---|---|---|
|  |  |  |  |
| 2011 | Self-Assembly of Large-Scale and Ultra-Thin Silver Nanoplate Films with Tunable Plasmon Resonance Properties | ACS Nano | X. Y. Zhang, A. Hu*, T. Zhang, W.Lei, X.-J. Xue, Y. Zhou, and W. W. Duley |
| 2011 | Hydrothermal growth of free standing $TiO_2$ nanowire membranes for photocatalytic degradation of pharmaceuticals | J. Hazardous Materials | A. Hu, X. Zhang, K. Oakes, P. Peng, Y. Zhou, and M. Servos |
| 2011 | Preparation of PVP coated Cu NPs and the application for Low Temperature Bonding | J. Material Chemistry | J. Yan, G. Zou, A. Hu*, Y. Zhou |
| 2010 | Low temperature sintering of Ag nanoparticles for flexible electronics packaging | Applied Physics Letters | A. Hu, J. Y. Guo, H. Alarifi, G. Patane, Y. Zhou, G. Compagnini, C.X.Xu |
| 2010 | Sub-wavelength plasmonic waveguides based on ZnO nanowires and nanotubes: a theoretical study of thermo-optical properties | Applied Physics Letters | X. -Y.Zhang, A. Hu*, T. Zhang, X. -J. Xue, J. Z. Wen, W. W. Duley |
| 2009 | Laser Welding, Microwelding, Nanowelding and Nanoprocessing | Chinese Journal of Laser | A. Hu, S. K. Panda, M.I. Khan, Y. Zhou, |
| 2008 | Dissociation of acetone by femtosecond laser irradiation: synthesis of polyynes in solution | Carbon | A. Hu, J. Sanderson, A. A. Zaidi, C. Wang, T. Zhang, Y. Zhou, W. W. Duley, |
| 2008 | Resonant Raman scattering from polyacetylene and poly(p-phenylene vinylene) chains intercalated into hydrogenated diamond-like carbon | Applied Physics Letters | M. Rybachuk, J.M. Bell, A. Hu |
| 2008 | Spectra of carbon nanoparticles: laboratory simulation of the aromatic CH emission feature at 3.29 micron", 16-20 Micron spectra of carbon nanoparticles | Astrophysics Journal Letters | A. Hu and W. W. Duley |
| 2007 | Direct synthesis of sp-bonded carbon chains on graphite surface by femtosecond laser irradiation | Applied Physics Letters | A. Hu, M. Rybachuk, Q. -B. Lu ,W. W. Duley |
| 2007 | Spectroscopic characterization of carbon chains in diamond-like | J. Chemistry Physics | A. Hu , Q. -B. Lu ,W. W. Duley, M. Rybachuk |

6

| | carbon films synthesized by femtosecond pulsed laser deposition | | |
|---|---|---|---|
| 2006 | Enhanced flux pinning of air-processed GdBa2Cu3O7-™ superconductors with addition of ZrO2 nanoparticles | Applied Physics Letters | A. Hu, C. Xu, M. Izumi, I. Hirabayashi, M. Ichihara |
| | | | |
| | | | |
| | | | |

（2）专利

| 序号 | 专利名称 | 专利授权国 | 专利所有者 | 专利号 | 授权公告日 | 专利保护期 | 排序 |
|---|---|---|---|---|---|---|---|
| 1 | Method of fabrication of REBaCuO superconductor | Japan, US, Europe | N. Sakai, A. Hu, S. Nariki, M. Murakami, I. Hirabayashi | JP 2004-217594 EP1770190. US 10/580367. | July 1,2004 | 10 years | 2 |
| | | | | | | | |

（3）产品：

**4、其他**（包括获得的重要奖项、在国际学术组织兼职、在国际学术会议做重要报告等情况）

奖项
1998 年 德国洪堡奖学金
1997 年 中科院院长奖学金优秀奖

国际学术组织
1. 编辑成员：ISRN Nanotechnology, Journal of Surface Engineering and Materials Technology
2. 会员：Laser Institute of Application, Materials Research Society, International Water Association, Canadian Water Quality Association, Solar Industrial Network Group
3. 组织委员会成员：5th International conference on critical current density, Tokyo, 2001; Material Science & Technology 2011 (Houston), 1st international conference on micro- and nanojoining, Beijing, 2012; 主席，Nanotechnology for water treatment, 47th Central Canada Water Quality Symposium, 2012.
4. 罗马尼亚科技部项目国际评审专家及二十余种学术期刊评审专家（包括JACS, ACS Nano, Appl. Phys. Lett., Carbon, Optical Express 等）

国际学术会议

[1] Y. Zhou and A. Hu, From microjoining to nanojoining. Keynote lecture in International Welding and Joining Conference, South Korea, May, 2012

[2] **A. Hu**, X. Zhang, P. H. Pham, D. Luong, S. Kurde, R. Liang, H. Huang, K. Oakes, N. C. Bols, M. Servos, Y. Zhou. Fast synthesis of large scale high performance TiO$_2$ nanowire membranes for water treatment. Keynote lecture in 47th Central Canadian Symposium on Water Quality Research, February 21 & 22, 2012, Canada Centre for Inland Waters, Burlington, ON

[3] **A. Hu**, D. Luong, X. Zhang, S. Kurdi, P. Peng, K. D. Oakes, M. R. Servos, Y. Zhou. Adsorption and photocatalytic degradation kinetics of pharmaceuticals by TiO$_2$ nanowires during water treatment. Invited talk on International Symposium on Materials Science and Innovation for Sustainable Society-Eco-Materials and Eco-Innovation for Gobal Sustainability (ECO-MATES 2011), Osaka, Japan, Nov. 2011, Proceeding of ECO-MATES 2011, pp. 165-166

[4] **A. Hu**, Plasmonic devices fabricated by femtosecond laser proccessing for energy application. Invited talk on ICALEO, Orlando, USA, Oct. 2011.

[5] **A. Hu**, Fetosecond laser-induced plasmonic devices, Invited talk on Material Research Society, Spring Meeting, San Francisco, USA, April 2011

[6] **A. Hu**, Recent advances in nanofabrication and nanojoining, Invited talk on Mater. Sci.& Technology 2010, Pittsburgh, Houston, USA, Oct. 2010

[7] **A. Hu**, Application of femtosecond laser for nanotechnology, Invited talk on Canadian-Japanese Workshop on Laser, Tokyo, July, 2009

[8] **A. Hu** and Y. Zhou, Recent Progress on Nanofabrication and Nanojoining, Invited talk on Mater. Sci. Technology 2009, Pittsburgh, USA, Oct. 2009

[9] **A. Hu**, Z. X. Zhao, W. Gawalek, M. Wu, T. Strasse, P. Goernert, "Preparation and characterization of melt-textured Nd$_{1+x}$Ba$_{2-x}$Cu$_3$O$_y$ made in air", Invited talk, 5th International Conference on Mechanism and Materials of High Tc superconductors (M$^2$S-HTCS-V), Beijing, Feb.2, 1997. *Physica C* **282-287**, 431 (1997)

工作设想介绍（来京工作的目标、主要方式、预期贡献、现有工作基础及团队等。）

1. 讲授"飞秒激光纳米加工及应用"研究生课程，同时面向高级研究人员开设相关领域前沿系列讲座，把国际最前沿的研究进展及我自己的研究成果介绍给北京工业大学的研究生和教师。我已经连续两年在滑铁卢大学给研究生讲授这个课程。并应邀在日本大阪大学及北京清华大学做系列讲座。

2. 利用北京工业大学激光工程研究院现有科研平台条件，合作开展飞秒激光纳米连接及等离激元器件的研究。在此基础上，发展等离激元器件在能源，环境，生物诊断方面的应用研究。预期这些研究工作将拓展北京工业大学光学工程国家重点学科的研究方向，联合承担国家自然科学基金项目1~2项，并产生高水平的研究论文3~5篇。

3. 合作培养硕士、博士研究生3~5名。

2011年我已访问了北京工业大学激光工程研究院并与相关的教授及研究人员进行了学术交流。现在正与相关教授合作在激光纳米连接方面联合申请国家自然科学基金项目，并担任课题副组长。

合同期内工作成果知识产权归属

| 工作成果与知识产权归北京工业大学激光工程研究院与本人共有。 |
|---|
| 您是否和其他任何单位签订过仍然有效的竞业禁止协议，如果有，请列出。<br>没有这样的协议 |
| **申报情况：** x☐首次申报　　☐非首次申报　　（请在您选择的☐内打"√"）。 |
| 本人以上信息均真实有效。<br>　　本人已知悉《"海聚工程"短期项目实施细则》的相关要求，已与用人单位签订连续 3 年（不少于3年）以上的工作合同（自 2012 年 1 月 1 日至 2017 年 12 月 31 日），且每年在京工作时间为 2 个月（不少于2个月）。<br><br>　　　　　　　　　　　　　　　　　　申报人签字：<br><br>　　2012 年 2 月 8 日 |

| 用人单位意见 |
|---|
| 1、**推荐理由**（引进申报人的必要性及对北京市发展的推动作用等）： |
|  |

| 2、**工作安排**（工作目标、主要任务、工作时间、配套条件、考核方式等）： |
|---|
| |
| 申报人有关信息属实，本单位承诺予以上述支持，特推荐申报北京市海外高层次人才（短期项目）。<br><br>　　　　　　　　　　主要负责人签字：　　　　　　　单位（公章）<br>　　　　　　　　　　　　　　　　　　　　　　　　　年　　月　　日 |

**主管单位意见**（对引进人选申报材料真实性及用人单位引才资质提出审核意见，并说明推荐理由）

|  |
|---|
| 主要负责人签字　　　　　　单位（盖章）<br>　　　　　　　　　　　　　　年　月　日 |

[1]BZ-168.doc

The document is a Beijing Overseas High-level Talents Program application form (Short term project). The date of application is 02/08/2012. The applicant is HU Anming. The field of HU Anming's specialty is optomechatronics. The directions of HU Anming's research are ultra-fast laser micro- and nano-machining as well as micro- and nano-devices. The contact is Zhiwei [STC 1807/0251] from the Beijing University of Technology. Zhiwei's office number is *6739-1508*. The cell number is *13621171775*. The email address is *nihaozhi@bjut.edu.cn*. The document is divided into a cover page; instructions on how to fill out the application form; basic personal information; specialties and achievements; work plan; intellectual property rights and non-compete agreement; and signature.

HU Anming was born in Zaozhuang, Shandong on 08/10/1968. He received his PhD in condensed matter physics from the Institute of Physics, Chinese Academy of Sciences in *1997*. He received his PhD in physics from the *Department of Physics and Astronomy, University of Waterloo* in *2008*. He currently is a *research assistant professor* at the *Department of Mechanical and Mechatronics Engineering, University of Waterloo*. The position he intends to apply for is Chair Professor at the Beijing University of Technology. HU Anming was a visiting researcher at the Department of Electronic Engineering, Southeast University in April 2000.

HU Anming has many years of experience in femtosecond laser, nanomanufacturing, and ultrafast physics. He has established the first laboratory of nano-joining by femtosecond laser in the world. He has proposed and verified the application of femtosecond laser to nano-joining. His nano-joining plasmonic devices have been successfully used in solar cells, photocatalytic water treatment, and highly-sensitive surface enhanced Raman tests. He has developed a low temperature nano metal conductive adhesive. The technique used in the development of the adhesive can be applied to plastic electronic component joining and packaging. The technique of preparing carbynes with femtosecond laser that he developed has been widely adopted by many international research groups. HU Anming has discovered a nano component modulated structure in *REBCO* that can improve high temperature superconductors' current-carrying capacity in magnetic fields.

HU Anming's plan after coming to Beijing is to introduce cutting-edge research and his achievements to the teachers and students at the Beijing University of Technology. He will teach a course called Femtosecond Laser Nano-machining and Its Applications. The course has been offered at the University of Waterloo. HU Anming has given a series of lectures related to the technology at the Osaka University and the Tsinghua University. HU Anming will conduct research in femtosecond laser nano-joining, plasmonic devices, and how to use plasmonic devices in energy, environments, and biological diagnosis. He plans to foster two to three master degree and doctoral students. Currently, HU Anming and professors from the Beijing University of Technology are applying for a project in laser nano-joining from the National Natural Science Foundation of China.

This is the first time HU Anming applies to the program. All work achievements and intellectual property rights belong to both HU Anming and the Institute of Laser Engineering of Beijing University of Technology. HU Anming has not signed any non-compete agreement with any other institution. He is aware of the requirements in the Beijing Overseas Talent Aggregation Project—short projects. He has signed an employment contract with the Beijing University of

Technology and has agreed to work in Beijing two months a year from 01/01/2012 to 12/31/2017.