# EXHIBIT

# 5



国家同步辐射实验室
NATIONAL SYNCHROTRON RADIATION LABORATORY

Jan. 6, 2016

From : Prof. Guobin Zhang
National Synchrotron Radiation Laboratory
University of Science and Technology of China
Hefei 230026
China
Tel: 86-551-63602204
Email: gbzhang@ustc.edu.cn

Subject: Letter of Commitment for the brazing study in microgravity

To Whom It May Concern:

National Synchrotron Radiation Laboratory (NSRL) in the University of Science and Technology of China, in Hefei, China, is dedicated for scientific research via various X-ray methods. I have a long-term collaboration on nanostructure characterization with Dr. Anming Hu at the University of Tennessee, USA. Dr. Hu has explained to me that he is pursed a research proposal to develop new nanobrazing in microgravity condition when he visited my lab. I am very interested in his study and would like guide him to apply for some beam time of X-ray analysis for relevant microstructure characterization and phase identification if his proposal is funded.

Please contact me if you need any further information.

Prof. Guobin Zhang
Principal Beamline Scientist
Vice Director
National Synchrotron Radiation Laboratory(NSRL)
University of Science and Technology of China(USTC)