# EXHIBIT 8

Jet Propulsion Laboratory
California Institute of Technology

4800 Oak Grove Drive
Pasadena, CA 91109-8099



Subcontract No.     1560728

## COST-REIMBURSEMENT WITH AN
## EDUCATIONAL INSTITUTION (UNIVERSITY OR COLLEGE) SUBCONTRACT

This Subcontract is between the Subcontractor (identified below) and the California Institute of Technology, Jet Propulsion Laboratory ('the Institute' or 'JPL'), and is awarded pursuant to the Prime Contract between JPL and NASA, and shall be administered in accordance with the following, which are incorporated by reference and made an integral part of this Subcontract:
- "General Provisions (GPs) Set for Cost Reimbursement without Fee with an Educational Institution Subcontract," dated 04/14 (available at https://acquisition.jpl.nasa.gov/terms-conditions/)
- Subcontract Forms Set, dated 6/14 (available at https://acquisition.jpl.nasa.gov/terms-conditions/)
- Below "ARTICLES."

**Subcontractor's Name**    University of Tennessee, Knoxville

**Address:**    Office of Research and Engagement
Blount Hall, 1534 White Avenue
Knoxville TN 37996

**For Work Described In:**    This Subcontract including all exhibits.

**Effective Dates:**
     **Start Date:** October 11, 2016      **Completion Date:** October 31, 2017

**Cost Summary:**
     **Estimated Cost:** $60,000.00      **Total Amount Allotted:** $60,000.00

------------ POINTS OF CONTACT -------------

| | Name | Phone No. | Email |
|---|---|---|---|
| **Subcontractor:** | | | |
| Administrative: | Tara Halstead | 865-974-8795 | thalstea@utk.edu |
| Principal Investigator: | Dr. Anming Hu | 865-974-5993 | ahu3@utk.edu |
| **JPL:** | | | |
| Subcontracts Manager: | Kathryn Manzanares | 818-393-5983 | kathryn.manzanares@jpl.nasa.gov |
| Technical Manager: | Dr. Yoseph Bar-Cohen | 818-354-2610 | Yoseph.Bar-Cohen@jpl.nasa.gov |

> The below parties have agreed to the Subcontract's terms and conditions and to the effective start date.

| CALIFORNIA INSTITUTE OF TECHNOLOGY JET PROPULSION LABORATORY | UNIVERSITY OF TENNESSEE, KNOXVILLE |
|---|---|
| By: | By: |
| Signed      Date | Signed      Date |
| Kathryn Manzanares | Tara Halstead |
| Subcontracts Manager II | Contract Specialist |

A DO-C9 Rating is assigned to this Subcontract under DMS Regulation 1.
Code of Federal Domestic Assistance (CFDA) No. 43.XXX