# EXHIBIT

# 9

DocuSign Envelope ID: 628DD946-DB91-4F1B-A6E5-F0EF7AB9ECE8

## 1800.0700 RESTRICTIONS ON FUNDING ACTIVITIES WITH CHINA

(a) NASA is restricted from using appropriated funds to enter into or fund any grant or cooperative agreement of any kind to participate, collaborate, or coordinate bilaterally with China or any Chinese-owned company, at the prime recipient level or at any subrecipient level, whether the bilateral involvement is funded or performed under a no-exchange of funds arrangement.

(b) Definition: "China or Chinese-owned Company" means the People's Republic of China, any company owned by the People's Republic of China, or any company incorporated under the laws of the People's Republic of China.

(c) The restrictions in the Acts do not apply to commercial items of supply needed to perform a grant or cooperative agreement.

(d) Subaward - The recipient shall include the substance of this provision in all subawards made hereunder.

[End of Term and Condition]

## 1800.0703 LIMITED RELEASE OF RECIPIENT CONFIDENTIAL BUSINESS INFORMATION

(a) NASA may find it necessary to release information submitted by this award to individuals not employed by NASA. Business information that would ordinarily be entitled to confidential treatment may be included in the information released to these individuals. Accordingly, by this award, the Recipient hereby consents to a limited release of its confidential business information (CBI).

(b) Possible circumstances where NASA may release the Recipient's CBI include, but are not limited to, the following:

(1) To other Agency (non-NASA) contractors and subcontractors tasked with assisting NASA in handling and processing information and documents in the evaluation, the award or the administration of Agency grants/cooperative agreements, such as providing post award audit support and specialized technical support to NASA's technical evaluation panels;

(2) To NASA contractors and subcontractors engaged in information systems analysis, development, operation and maintenance, including performing data processing and management functions for the Agency.

(c) Except where otherwise provided by law, NASA will permit the limited release of CBI under subparagraphs (1) or (2) only pursuant to non-disclosure agreements signed by the assisting contractor or subcontractor, and their individual employees who may require access to the CBI to perform the assisting contract.