UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANMING HU | Case No. 3:20-CR-21<br><br>JUDGES VARLAN / POPLIN |

## NOTICE OF FILING

The United States of America, by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, hereby gives notice that it has filed, *in camera* and under seal, a classified *ex parte* motion titled, "Government's Motion for a Protective Order Pursuant to CIPA Section 4 and Federal Rule of Criminal Procedure 16(D)(1)" with the Classified Information Security Officer.

Respectfully submitted on July 1, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: */s/ Casey T. Arrowood*
Casey T. Arrowood
Assistant United States Attorney
District of Columbia Bar No. 996381
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov