UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:20-CR-21 |
| | ) | |
| ANMING HU | ) | JUDGES VARLAN/POPLIN |
| | ) | |
| | ) | |
| | ) | |

## MOTION TO UNSEAL ALL SEALED DOCUMENTS

Defendant moves this Honorable Court to unseal all remaining sealed documents in this case, excluding the CIPA related material.

The Defendant has been arrested and has appeared in open court. To the Defendant's knowledge, there are no remaining Co-Defendants that are yet to be arrested.

The case is in Discovery and the Defendant requests that all relevant documents be made available for review and use in this case.

Respectfully submitted this 6th day of July, 2020.

> s/ A. Philip Lomonaco
> A. Philip Lomonaco, BPR# 01579
> 800 S. Gay Street
> Suite 1950
> Knoxville, TN 37929
> (865) 521-7422

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by

regular United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

By:/s/ A. Philip Lomonaco