# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 3:20-CR-21 |
| ) | |
| ANMING HU ) | JUDGES VARLAN/POPLIN |
| ) | |

## DEFENDANT'S MOTION FOR THE GOVERNMENT TO PROVIDE TRANSLATION FOR ANY DOCUMENT THE GOVERNMENT INTENDS TO USE IN THIS CASE IN-CHIEF

Defendant requests that any document written in Chinese, the Government intends to offer in this case be translated into English prior to trial and be provided to the Defendant along with the English Translation.

This request is necessary so that the Defendant can examine what the Government intends to provide to the jury in English and determine whether the document has been translated accurately.

Respectfully submitted this 6th day of July, 2020.

> s/ A. Philip Lomonaco
> A. Philip Lomonaco, BPR# 01579
> 800 S. Gay Street
> Suite 1950
> Knoxville, TN 37929
> (865) 521-7422

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by

regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

By:/s/ A. Philip Lomonaco