UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANMING HU | Case No. 3:20-CR-21<br><br>JUDGES VARLAN/POPLIN |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL**

The United States of America, by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, hereby offers this response to the defendant's Motion to Unseal All Sealed Documents, (R. 38). The government has reviewed the defendant's motion and does not object to the defendant's request to unseal all remaining sealed documents, excluding material connected to the government's filings pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3.

Respectfully submitted on July 20, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
Casey T. Arrowood
Assistant United States Attorney
TN BPR# 038225
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov