UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANMING HU | Case No. 3:20-CR-21<br><br>JUDGES VARLAN/POPLIN |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PROVIDE TRANSLATIONS THE GOVERNMENT INTENDS TO USE IN ITS CASE-IN-CHIEF**

The United States of America, by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, hereby offers this response to the Defendant's Motion for the Government to Provide Translation For Any Document the Government Intends to Use in this Case In-Chief, (R. 39). The government has reviewed the defendant's motion and does not object. The government will provide the defendant with English translations of documents written in Chinese that the government anticipates offering into evidence in this case in advance of trial.

Respectfully submitted on July 20, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
Casey T. Arrowood
Assistant United States Attorney
TN BPR# 038225
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov