UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

ANMING HU

Case No. 3:20-CR-21

JUDGES VARLAN/POPLIN

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REGARDING RULE 404(B) EVIDENCE OF OTHER CRIMES OR BAD ACTS BY THE DEFENDANT**

The United States of America, by J. Douglas Overbey, United States Attorney for the

Eastern District of Tennessee, hereby offers this response to the defendant's Motion to Direct the

Government to Produce Any Rule 404(B) Type Evidence of Other Crimes or Bad Acts by the

Defendant, (R. 40). The government has reviewed the defendant's motion and agrees to provide

such evidence to the defendant in accordance with this Court's Order on Discovery and

Scheduling, (R. 20).

Respectfully submitted on July 20, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By:    *s/ Casey T. Arrowood*
       Casey T. Arrowood
       Assistant United States Attorney
       TN BPR# 038225
       800 Market Street, Suite 211
       Knoxville, TN 37902
       (865) 545-4167
       Casey.Arrowood2@usdoj.gov