UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) No. 3:20-CR-00021 <br> ) |
| ANMING HU | ) <br> ) <br> ) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

COMES NOW Defendant, Anming Hu, and moves this Honorable Court for additional time to file a reply to the government's response and would ask for an extension of the deadline until Monday, July 27, 2020. The current deadline for a reply is set for today, Friday, July 24, 2020.

In support of the Motion, Defendant would state that the government's response to Defendant's motion to dismiss contains numerous complex arguments. Counsel needs the extra time to review, research, draft, and meet with his client to effectively reply to the government's arguments. The AUSA, Mr. Arrowood has no objection to extending the deadline to file a Reply brief until Monday, July 27, 2020.

WHEREFORE, Defendant respectfully requests this Honorable Court allow until July 27, 2020 to file a reply to the government's response.

Respectfully submitted this 24th day of July, 2020.

s/A. Philip Lomonaco  
A. Philip Lomonaco, BPR#011579  
800 S. Gay Street, Suite 1950  
Knoxville, TN 37929  
(865) 521-7422  
(865) 521-7433 fax  
phillomonaco@gmail.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

s/A. Philip Lomonaco