# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cr-21  **Date:** July 30, 2020

United States of America **vs.** Anming Hu

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Casey Arrowood<br>Frank Dale, Jr. | | A. Philip Lomonaco |

**Others Present:**

**Proceedings:**

The Court held a hearing to address the pending motions in this matter. Argument heard by counsel. The Court took the pending motions under advisement. Order to follow.

**Dates set at this hearing:**
- ☐ Jury Trial:
- ☐ Pretrial Conf.:
- ☐ Detention Hrng.:
- ☐ Motion Hrng:
- ☐ Status Conf:

**Deadlines set at this hearing:**
- ☐ Discovery DDL:
- ☐ Motion Cut-Off:
- ☐ Response to Mtns:
- ☐ Reciprocal Disc.:
- ☐ Plea DDL:

☑ Defendant remanded to custody.   ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:30 to 3:10

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.