UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:20-CR-21-TAV-DCP-1 |
| ) | |
| ANMING HU, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This criminal case is before the Court on a motion by defendant seeking leave to file a document under seal [Doc. 55]. Defendant moves the Court for the entry of an order granting him leave to file the proposed document [Doc. 56] under seal due to the sensitive nature of the material contained therein. Upon the Court's review of the motion and the proposed document, and for good cause shown, the motion [Doc. 55] is **GRANTED**. The Clerk is **DIRECTED** to file the proposed sealed document [Doc. 56] under seal, and the filing shall be sealed with the exception that defendant shall provide a copy to counsel for the government.

IT IS SO ORDERED.