# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:20-CR-00021 |
| | ) |
| ANMING HU | ) |
| | ) |

## DEFENDANT ANMING HU'S OBJECTION TO THE GOVERNMENT'S MOTION TO CONTINUE

The Defendant was indicted over a year ago. He has no pending motions. His tenured teaching position was terminated because of this discriminatory case. His career, after obtaining two PHD's, is pretty much ruined. His family is an emotional wreck and seeking therapy. His marriage is in jeopardy and most of all, he is innocent of these charges.

Now the Government seeks a continuance because they filed a CIPA motion seeking to keep certain evidence from being disclosed to the Defendant and the Government claims they need more time because the motion is not ripe for a hearing.

The Defendant is preparing for trial set for May 25th, 2021. He has tried to get the Government to agree to a jury questionnaire, extremely important in this case involving a Chinese defendant accused of economic espionage. The Defendant has tried to get the Government to stipulate to the authenticity of documents produced by the Government in Discovery. And, despite the Government refusing to cooperate on both accounts, Prof. Hu still want to go to trial on May 25th.

The Government's sole reason to request a trial continuance is the pending CIPA motion. The CIPA inquiry is only to determine if the Government must produce its classified evidence to the Defendant in some form or another. The Defendant will make it easy on the Government. If this case proceeds to trial on May 25th, 2021, without a continuance for any reason, then Prof. Hu will waive the CIPA discovery. The Government can keep its secret documents secret and

not have to proffer an argument about why the classified records should be kept secret. The Defendant doesn't need the Government's secrets. He is prepared to go to trial without them. He has enough evidence to prove his innocence.

Therefore, with the Defendant waiving disclosure of the CIPA evidence, there is no reason for a continue.

The Government has previously told the Defendant they do not anticipate any additional charges, so it would be very suspect if new charges were brought solely to obtain a trial delay and the Defendant would argue the Government would be doing that for an improper reason.

Finally, the Defendant cannot imagine, given the Defendant's waiver, a finding by this Honorable Court that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Wherefore, Prof. Hu respectfully requests this Court cancel the CIPA proceedings and confirm the present trial date of May 25, 2021.

Respectfully submitted this 12th day of April 2021.

s/A. Philip Lomonaco<br>
A. Philip Lomonaco, BPR#011579<br>
800 S. Gay Street, Suite 1950<br>
Knoxville, TN 37929<br>
(865) 521-7422<br>
(865) 521-7433 fax<br>
phillomonaco@gmail.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

s/A. Philip Lomonaco