# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-CR-00021 |
| ) | |
| ANMING HU ) | |
| ) | |

## DEFENDANT ANMING HU'S WAIVER OF CIPA

Defendant, Prof. Anming Hu, having been advised of the Government's motion to conduct a Classified Information Procedure Hearing and further being advised that the Government has filed a motion to continue the trial date in this case from May 25, 2021 because the CIPA proceedings would not be complete in time to proceed with trial on the scheduled date, and Prof. Hu desiring to have a speedy trial hereby waives the CIPA proceedings and agrees the Government can keep its information secret.

Signed: _____
Defendant, Anming Hu

Respectfully submitted,

s/A. Philip Lomonaco
A. Philip Lomonaco, BPR#011579
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422
(865) 521-7433 fax

phillomonaco@gmail.com

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

                                      s/A. Philip Lomonaco