# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cr-21　　　　　　　　　　　　　　　　　　　　　**Date:** April 16, 2021

### United States of America　vs.　Anming Hu

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Casey Arrowood | | Phil Lomonaco |

**Others Present:**

**Proceedings:**

The Court held a motion hearing to address the pending motion to continue filed by the government, and the defendant's response opposing a continuance. The government a orally proffered additional information so that the defendant may submit a knowing CIPA waiver to the Court. Defendant advised they would be submitting a written waiver following the government's proffer. The government orally moved to withdraw the motion to continue, and for protective order. Order to issue from the Court.

**Dates set at this hearing:**
☐ Jury Trial:
☐ Pretrial Conf.:
☐ Detention Hrng.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Discovery DDL:
☐ Motion Cut-Off:
☐ Response to Mtns:
☐ Reciprocal Disc.:
☐ Plea DDL:

☐ Defendant remanded to custody.　☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00　to　10:10

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.