# Jury Questions

You are being asked to sign your name and answer these questions under oath. After careful thought and deliberation, you are to answer each question and be truthful in your answers, without regard to how anyone else might think or answer these questions.

Your answers must be based on your own true beliefs and honest thoughts on each question. There are no right or wrong answers. The answers will not be shared with the public and will be kept confidential with only the lawyers, court personnel and the Defendant seeing them.

Name _____

Jury # _____ (If applicable)

What is your age? _____

How long have you lived in East Tennessee? _____

Where, if anywhere, did you live before East Tennessee? _____

How long did you live in that previous location? _____

What is your current occupation? _____

How long have you been employed in that occupation? _____

If retired, or unemployed, what was your previous employment and for how long? _____

Do you, or have you, belonged to any clubs or organizations, please list:

_____. How long _____.

_____. How long _____.

_____. How long _____.

Were you born in the U.S.? Yes _____. No _____.

If no, where were you born? _____

1

Case 3:20-cr-00021-TAV-DCP   Document 72-1   Filed 04/28/21   Page 1 of 6   PageID #: 610

Which news channel or news sites do you normally watch?

_____

Which news channels do you tend to not watch?

FOX News _____   CNN _____   NBC _____   New York Times_____



There are a certain percentage of Asian or Chinese students attending most U.S. universities. Please list at least <u>one benefit</u> and at least <u>one problem</u> with these students attending U.S. universities.

Benefits 1._____ 2. _____

Problems. 1. _____ 2. _____


There are many Asian or Chinese professors teaching at most US universities. Please list at least <u>one benefit</u> and at least <u>one problem</u> with these professors teaching at U.S. universities.

Benefits 1._____ 2. _____

Problems 1. _____ 2. _____


What was your highest level of education?

0-8 grade _____

some high school _____

High school graduate _____

Some college _____

College graduate _____

Some graduate school _____

Post-graduate degree _____

Name any degrees you have earned and your major areas of study.

_____

Do you follow crime stories or criminal cases in the news? YES _____ NO _____

What, if anything, have you heard about this case and what crimes do you believe Prof. Hu is charged with?

_____

_____.

Do you consider the current U.S. immigration policy:

Too lenient _____

Too Strict _____

Just right _____

Was Pres. Trump's immigration policy:

Too lenient _____

Too Strict _____

Just right _____

Have you heard the term "China Initiative?" Yes_____ NO _____

If Yes, what does it mean to you? _____

_____

Do you know any Asian people, personally.

Yes_____ No _____

How would you rate the honesty and integrity of the following groups of people? (choose one for each category with 10 being the highest honesty and integrity and 1, being the lowest)

Americans        1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

Afro-Americans   1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

Asians           1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

Hispanics        1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

Europeans        1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

How much faith do you have in the integrity and honesty of the FBI?  With 10 being the highest amount of integrity and honesty, and 1, being the lowest amount of integrity and honesty, choose one.

1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

How much faith do you have in the integrity and honesty of the U.S. Government as a whole?  With 10 being the highest amount of integrity and honesty, and 1, being the lowest amount of integrity and honesty, choose one.

1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

How much faith do you have in the integrity and honesty of the judicial system?  With 10 being the highest amount of integrity and honesty, and 1, being the lowest amount of integrity and honesty, choose one.

1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

When the U.S. Government arrests an individual, how likely do you believe he is guilty of the charges, with 10 being most likely, and 1 being least likely, choose one.

1.___ 2,___ 3,___ 4. ___ 5. ___ 6.___ 7. ___ 8. ___ 9. ___ 10. ___

Under the Trump Administration, do you believe there has been an increased focus on China and Economic espionage?  Yes _____. No _____.

If you answered yes, do you believe the increased focus is justified?

Yes _____ No _____

Why, or not? _____

4

Do you believe there is racial or national origin discrimination against Asian or Chinese people in the U, S.?

Yes _____ No. _____

If your answer to the last question was "Yes" What percentage of the U.S. population do you believe are biased or prejudiced against Asian or Chinese people?

1-10%. ___,10-20% ___, 20-30% ___, 30-40%___, 40-50% ___, 50-60% ___, Over 60% ___

Do you believe the previous Trump administration has done anything to increase bias against Asian or Chinese people?

Yes _____ No _____

Have you, or any family member or close friend, ever applied to work or actually worked in any area of law enforcement? (e.g., any prosecutors' office, whether federal or state; any federal investigative agency, such as the FBI, Drug Enforcement Administration, Customs Service, Bureau of Alcohol, Tobacco and Firearms, Postal Inspectors; any state or local police department; any probation office; any correctional facilities). YES _____ NO _____

If so who, or what relationship were the people. _____

Have you, or any family member, been a member of any group that lobbies or takes public positions on law enforcement issues? YES _____ NO _____

If yes, please describe.
_____
_____

Have you ever sued anyone or been sued by anyone? YES _____ NO _____

Have you, or any family member or close friend, ever been charged with a crime or been the subject of a criminal investigation? YES _____ NO _____

Have you, or any family member or close friend, ever been questioned in any matter by any local, state of federal law enforcement agency? YES _____ NO ____

Have you ever had a dispute with any local, state or federal agency or any of its employees?

YES _____ NO _____

Have you, or any family member or close friend, ever been the victim of a crime (whether or not reported to the police)? YES _____ NO _____

5

Under the law, the facts at issue in the trial are for the jury to determine. The law applicable to the charges in the case is something on which the court will instruct you. You are required to accept the law as the judge explains it to you regardless of any opinions you might have as to what the law is or should be. Would you have any difficulty following that instruction? YES _____ NO _____

Some witnesses in this case may be law enforcement officers and government officials. The credibility of these witnesses is to be judged by the same standards as any other witness. Their testimony is not entitled to any greater or lesser weight simply because they are involved in law enforcement. Would you have any difficulty following this rule? YES _____ NO _____

Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

YES _____ NO _____

Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case, or the lack thereof, decides that his guilt has been proved beyond a reasonable doubt. Would you have any difficulty following this rule? YES _____ NO _____

The jurors in this case will be required to take an oath that they will decide the facts in this case according to the evidence and the law as the judge gives it to you, and that they will do so without fear or favor to any person. Is there anything about this case that may prevent you from following that oath? YES _____NO _____

Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence, or the lack thereof, and the court's instructions on the law? YES _____ NO _____ If yes, please explain:

_____

I, swear that the answers given above are true and based on my own feelings and opinions and are not influenced by others.

X_____

Signed under oath.