## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00021 |
| | ) | |
| ANMING HU | ) | |
| | ) | |

## MOTION FOR DISTRICT COURT TO HOLD A PRE-TRIAL CONFERENCE

Now comes the Defendant and moves this Honorable Court for a Hearing prior to Trial for the purpose of discussing the following specific matters in this case.

1. Requests from certain witnesses to testify remotely, due to health concerns.

2. To discussion the court's audio-video capabilities and what the Court will allow as far as displaying documents to the jury.

3. A discussion of how the Court plans on selecting the Jury including seating and back strikes.

4. Arguments on the production of Jenks material.

5. The Defendant asks the court to hold a Hearing on the jury questionnaire request.

6. Possible argument on subpoenaing FBI and Doe agents who investigated the case.

Wherefore, the Defendant asks this Honorable Court to set a pre-trial time to discuss these and possibly other trial administration issues.

Respectfully submitted this 5th day of May 2021.

                                                    s/A. Philip Lomonaco
                                                  A. Philip Lomonaco, BPR#011579
                                                  800 S. Gay Street, Suite 1950
                                                  Knoxville, TN 37929
                                                  (865) 521-7422
                                                  (865) 521-7433 fax
                                                  phillomonaco@gmail.com

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              s/A. Philip Lomonaco