# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00021 |
| | ) | |
| ANMING HU | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO RE-FILE

    Defendant respectfully requests that he be allowed to file a Motion for a Pre-trial hearing. Counsel was unaware that the Magistrate Court had filed an Order a day before stating no more motions should be filed without prior leave of Court.

    Counsel respectfully asks permission to refile the Motion for a Pretrial Hearing because the Motion [Doc 79] was filed after the Court's Pretrial Order, filed May 4, 2021.

    Respectfully submitted this 5th day of May 2021.

                                      s/A. Philip Lomonaco
                                      A. Philip Lomonaco, BPR#011579
                                      800 S. Gay Street, Suite 1950
                                      Knoxville, TN 37929
                                      (865) 521-7422
                                      (865) 521-7433 fax
                                      phillomonaco@gmail.com

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

                                      s/A. Philip Lomonaco