UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-21 |
| | ) | Judges Varlan/Poplin |
| ANMING HU | ) | |

**NOTICE OF TERMINATION**

To the clerk of this Court and all parties of record:

    Please remove the appearance of Nathan Charles as co-counsel in this case for the United States. Mr. Charles has left the employ of the United States Department of Justice, and therefore is no longer involved in this matter.

    Respectfully submitted, this the 7th day of May, 2021.

                                        FRANCIS M. HAMILTON III
                                        ACTING UNITED STATES ATTORNEY

        By:    *s/ Casey T. Arrowood*
                    Casey T. Arrowood
                    Assistant United States Attorney
                    TN BPR No. 038225
                    800 Market Street, Suite 211
                    Knoxville, TN 37902
                    (865) 545-4167
                    Casey.Arrowood2@usdoj.gov