UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-21 |
| | ) | Judges Varlan/Poplin |
| ANMING HU | ) | |

**NOTICE OF APPEARANCE**

To the clerk of this Court and all parties of record:

    Please enter the appearance of Matthew J. McKenzie as co-counsel in this case for the United States. Mr. McKenzie certifies that he is admitted to practice in this Court pursuant to Local Rule 83.5(c).

    Respectfully submitted, this the 7th day of May, 2021.

                                      FRANCIS M. HAMILTON III
                                      ACTING UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
     Casey T. Arrowood
     Assistant United States Attorney
     TN BPR No. 038225
     800 Market Street, Suite 211
     Knoxville, TN 37902
     (865) 545-4167
     Casey.Arrowood2@usdoj.gov

By: *s/ Matthew J. McKenzie*
     Matthew J. McKenzie (NY Bar # 4791513)
     Trial Attorney
     U.S. Department of Justice
     National Security Division
     950 Pennsylvania Ave., N.W.
     Washington, D.C. 20530
     Email: matthew.mckenzie@usdoj.gov