UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | Case No. 3:20-CR-21 |
|---|---|
| v. | JUDGE VARLAN |
| ANMING HU | |

## STIPULATION

The United States of America, by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee and attorney, A. Philip Lomonaco, on behalf of the defendant Anming Hu, stipulate that witnesses Kathryn Manzanares and Dr. Yoseph Bar-Cohen, both living in California, may testify during trial via video teleconference.

Respectfully submitted on June 1, 2021.

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

| /s A. Philip Lomonaco | By: | s/ Casey T. Arrowood |
|---|---|---|
| A. Philip Lomonaco | | Assistant United States Attorney |
| TN BPR# 011579 | | TN BPR No. 038225 |
| 800 S. Gay Street, Suite 1950 | | 800 Market Street, Suite 211 |
| Knoxville, TN 37929 | | Knoxville, TN 37902 |
| (865) 521-7422 | | (865) 545-4167 |
| phillomonaco@gmail.com | | Casey.Arrowood2@usdoj.gov |