UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:20-CR-21 |
| v. | JUDGE VARLAN |
| ANMING HU | |

## NOTICE OF INTENT TO OFFER SELF-AUTHENTICATING RECORDS

The United States of America, by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby provides notice of its intent to introduce self-authenticating records pursuant to Fed. R. Evid. 902(11) and (13).

The United States anticipates introducing employment-related records from the University of Tennessee, Knoxville ("UTK"), that were provided pursuant to a grand jury subpoena. The United States also anticipates introducing records from the Jet Propulsion Laboratory ("JPL") regarding payments made related to invoices submitted by UTK.

The United States intends to authenticate these UTK and JPL records pursuant to certifications executed by a UTK employee and a JPL employee respectively, pursuant to Fed. R. Evid. 902(11) and (13).

Respectfully submitted on June 2, 2021.

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By:     *s/ Casey T. Arrowood*
Assistant United States Attorney
TN BPR No. 038225
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov