# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No.   3:20-CR-21                              Date:   June 2, 2021

United States of America      vs.    Anming Hu

**PROCEEDINGS:** Final Pretrial Conference.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

| Casey Arrowood | Philip Lomonaco |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

Defendant's Motion in Limine to Exclude Expert Testimony of Dr. John Zomchick [Doc. 82] is DENIED subject to limitations discussed at final pretrial conference.  Government's Motion in Limine to Preclude any Claim, Questioning, or Argument of Selective Prosecution [Doc. 84] is GRANTED to extent defendant seeks to introduce evidence that would support a claim of selective prosecution, but will not limit inquiries into the bias or motivation of specific witnesses.  Government's Motion in Limine to Exclude Evidence and Argument Regarding Defendant's Past Good Character [Doc. 85] is DENIED WITHOUT PREJUDICE, with leave to raise objections as they arise at trial.  Government's Motion in Limine to Exclude Evidence and Argument Regarding Jury Nullification and Plea Negotiations [Doc. 86] is GRANTED without objection.  Defendant's Motion in Limine to Exclude Statements and Testimony Regarding Chinese Universities being Corporations without Proper Knowledge or Experience [Doc. 87] is GRANTED to the extent defendant seeks to limit the introduction of testimony about the incorporation status of particular Chinese universities, but will not limit the introduction of evidence of NASA guidance or policy on the status of Chinese universities under the China Funding Restriction.  Defendant's Motion in Limine to Exclude Statements and Testimony of Witnesses That Have Been Corruptly Influenced by the Government [Doc. 88] is DENIED WITHOUT PREJUDICE, with leave to raise objections as they arise at trial.

2:20 p.m. to 4:15 p.m.