UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
June 7, 2021

United States of America vs. Anming Hu      Case No.          3:20-CR-21

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

<table>
<tr><td>Julie Norwood<br>Courtroom Deputy</td><td>Terri Grandchamp<br>Court Reporter</td></tr>
<tr><td>Casey Arrowood, Matthew McKinsey<br>Asst. U.S. Attorney</td><td>A. Philip Lomonaco<br>Counsel for Defendant</td></tr>
</table>

PROCEEDINGS:

- Jurors present and sworn to answer questions
- 52 Jurors Present; 14 Jurors Seated; 29 Jurors Excused; 9 Jurors Not Used
- Jury Impaneled and sworn as follows: 102; 51; 55; 98; 32; 243; 271; 44; 136; 101; 97; 6; 34; 119
- Opening Statements
- Witnesses sworn
- Rule of sequestration envoked
- Introduction of evidence for USA begun
- Case continued to Tuesday, June 8, 2021 at 9:00 a.m. for further trial.
- 

9:00 a.m.          TO          11:45 a.m.
1:30 p.m.                      5:10 p.m.