UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
June 11, 2021

United States of America vs. Anming Hu     Case No.     3:20-CR-21

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Terri Grandchamp |
|---|---|
| Courtroom Deputy | Court Reporter |
| Casey Arrowood, Matthew McKinsey | A. Philip Lomonaco |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS: Day 5

- Impaneled jury present: 102; 51; 55; 98; 32; 243; 271; 44; 136; 101; 97; 6; 34; 119
- Witnesses sworn
- Rule of sequestration envoked
- Introduction of evidence for USA resumed concluded
- Motion for judgment of acquittal under Rule 29 heard and taken under advisement
- Introduction of evidence for deft begun
- Case continued to Monday, June 14, 2021 at 8:30 a.m. for charge conference followed by further trial.

9:00 a.m. to 12:15 p.m.
1:35 p.m. to 5:25 p.m.