UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
June 14, 2021

United States of America vs. Anming Hu     Case No.     3:20-CR-21

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Terri Grandchamp |
|---|---|
| Courtroom Deputy | Court Reporter |
| Casey Arrowood, Matthew McKinsey | A. Philip Lomonaco |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS: Day 6

- Impaneled jury present: 102; 51; 55; 98; 32; 243; 271; 44; 136; 101; 97; 6; 34; 119
- Renewed motion for judgment of acquittal under Rule 29
- Deft begun rest
- Renewed Motion for judgment of acquittal under Rule 29
- Charge Conference
- Closing Argument
- Charge to the Jury
- Jury retired to deliberate at 2:00 p.m. Jury recessed for the evening at 5:00 p.m and will resume their deliberation on Wednesday, June 16, 2021 at 9:00 a.m.

8:30 a.m. to 12:50 p.m.
(deliberations 2:00 p.m. – 5:00 p.m.)
4:50 p.m. to 5:00 p.m.