UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
June 17, 2021

United States of America vs. Anming Hu     Case No.     3:20-CR-21

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Terri Grandchamp |
| Courtroom Deputy | Court Reporter |

| Casey Arrowood, Matthew McKinsey | A. Philip Lomonaco |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS: Jury Deliberations

- Impaneled jury present: 102; 51; 55; 98; 32; 243; 271; 44; 136; 101; 97; 6
- Jury resumed deliberation at 9:00 a.m.  Jury dismissed at 4:45 p.m.
- Jury Questions
- Jury message that they are deadlocked and jury polled
- The Court has declared a Mistrial and the Motion under Rule 29 remains under advisement.

1:35 p.m. to  2:10 p.m.
4:15 p.m. to 4:45 p.m.