# UNITED STATES DISTRICT COURT

__EASTERN__   DISTRICT OF   __TENNESSEE__

UNITED STATES OF AMERICA

V.

Anming Hu

## WITNESS LIST

Case Number: 3:20-CR-21

| PRESIDING JUDGE<br>Thomas A. Varlan | | PLAINTIFF'S ATTORNEY<br>Casey Arrowood, Matthew McKinsey | DEFENDANT'S ATTORNEY<br>Philip Lomonaco |
|---|---|---|---|
| TRIAL DATE (S)<br>June 7-14, 2021 | | COURT REPORTER<br>Terri Grandchamp, Kara Nagorny | COURTROOM DEPUTY<br>Julie Norwood |
| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
| X | | 6/7/2021-6/8/2021 | Agent Lee Gibson |
| X | | 6/8/2021 | Dr. John Zomchick |
| X | | 6/8/2021 | David Smelser |
| X | | 6/8/2021 | Drew Haswell |
| X | | 6/9/2021 | Jean Mercer |
| X | | 6/9/2021 | Greg Tolliver |
| X | | 6/9/2021 | Kathy Cooper |
| X | | 6/9/2021 | Kelcey Cole |
| X | | 6/9/2021 | Carol Malkemus |
| X | | 6/9/2021 | Monica Cole |
| X | | 6/9/2021 | Pasquale Rinaldi |
| X | | 6/9/2021 | Fiona You |
| X | | 6/10/2021 | Live Video - Kathryn Manzanares |
| X | | 6/10/2021 | Tara Halstead |
| X | | 6/10/21 | Live Video - Yospeh Bar-Cohen |
| X | | 6/10/2021-6/11/2021 | Kujtim Sadiku |
| | X | 6/11/2021 | Sudarsanam Suresh Babu |
| | X | 6/11/2021 | Anming Hu |
| | | | |
| | | | |
| | | | |
| | | | |