```
 1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TENNESSEE
 2                      AT KNOXVILLE, TENNESSEE
   _____
 3                                 )
   UNITED STATES OF AMERICA,       )
 4                                 )
              Government,          )
 5                                 )
   vs.                             )  Case No. 3:20-cr-21
 6                                 )
   ANMING HU,                      )
 7                                 )
              Defendant.          )
 8  _____)

 9                          TRIAL PROCEEDINGS
                   BEFORE THE HONORABLE THOMAS A. VARLAN
10
                           June 7, 2021
11                        Volume I of VII

12  APPEARANCES:

13          ON BEHALF OF THE GOVERNMENT:

14          CASEY ARROWOOD, ESQ.
            U.S. DEPARTMENT OF JUSTICE
15          OFFICE OF U.S. ATTORNEY
            800 Market Street
16          Suite 211
            Knoxville, TN 37902
17
            MATTHEW J. MC KENZIE, ESQ.
18          U.S. DEPARTMENT OF JUSTICE
            NATIONAL SECURITY DIVISION
19          950 Pennsylvania Avenue, NW
            Washington, DC 20530
20

21

22
   REPORTED BY:
23
   Teresa S. Grandchamp, RMR, CRR
24  P.O. Box 1362
   Knoxville, Tennessee 37901
25  (865) 244-0454
```

1   **APPEARANCES:** (Continued)

2           ON BEHALF OF THE DEFENDANT:

3           A. PHILLIP LOMONACO, ESQ.
            LAW OFFICES OF A. PHILLIP LOMONACO
4           800 South Gay Street, Suite 1950
            Knoxville, TN 37929
5                       * * * * * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 <u>INDEX</u>

2 <u>OPENING STATEMENTS</u>                                    <u>PAGE</u>

3   By Mr. McKenzie                                         7
    By Mr. Lomonaco                                        30

4

5 <u>WITNESS FOR THE GOVERNMENT:</u>                         <u>PAGE</u>

6 <u>LEE GIBSON</u>

7   Direct Examination                                     54
    By Mr. Arrowood

8

9                           <u>EXHIBITS</u>

10
  <u>FOR THE GOVERNMENT:</u>

11
    <u>EXHIBIT</u> (DESCRIPTION)                   <u>ID:</u>    <u>IN EVID:</u>
12
    **Exhibit No. 1-A**(NASA Grant              62           62
13  Application Circular)
    **Exhibit No. 6-G**(Document in Chinese)    68
14  **Exhibit No. 11-Q**(Translated             69
    Document)
15  **Exhibits Nos. 6-G and 11-Q**                           69
    **Exhibit No. 7-K**(Document in Chinese)    73
16  **Exhibit No. 11-L**(Translation of         73
    Exhibit 7-K)
17  **Exhibits Nos. 7-K and 11-L**                           74
    **Exhibit No. 7-L**(Document in Chinese)    77
18  **Exhibit No. 11-M**(Document in            78
    Chinese)
19  **Exhibits Nos. 7-L and 11-M**                           78
    **Exhibit No. 4-E**(Paper Authored by       79           79
20  the Defendant)
    **Exhibit No. 5-C**(Scholarly Paper)        81           81
21  **Exhibit No. 7-I**(Draft of a Scholarly    82           83
    Paper)
22  **Exhibit No. 7-J**(Scholarly Paper)        83
    **Exhibit No. 7-O**(Abstract for            85           85
23  Scholarly Article)
    **Exhibit No. 3-Q**(Email Exchange)         86
24  **Exhibit No. 3-S**(Attachment from         86           87
    Email)
25  **Exhibit No. 7-N**(Receipt)                87
    **Exhibit No. 5-B**(Article in a Letter)    88           89

**Exhibit No. 6-I**(Document in Chinese) 90
**Exhibit No. 11-K**(Translation of 90
Exhibit 6-I)
**Exhibits Nos. 6-I and 11-K** 91
**Exhibit No. 5-E**(Video of WeChat 93
Message)
**Exhibit No. 11-F**(Translation of 94
Exhibit 5-E)
**Exhibits Nos. 5-E and 11-F** 94
**Exhibit No. 3-T**(Document in Chinese) 95
**Exhibit No. 11-I**(Translation of 96
Exhibit 3-T)
**Exhibits Nos. 3-T and 11-I** 96
**Exhibit No. 6-H**(Document in Chinese) 99
**Exhibit No. 11-J**(Translation of 100
Exhibit 6-H)
**Exhibits Nos. 6-H and 11-J** 101
**Exhibit No. 5-H**(Video of LG Phone) 101
**Exhibit No. 11-G**(Translation of 102
Exhibit 5-H)
**Exhibits Nos. 5-H and 11-G** 102
**Exhibit No. 5-D**(WeChat Video) 104
**Exhibit No. 11-D**(Translation of 105
Exhibit 5-D)
**Exhibits Nos. 5-D and 11-D** 105
**Exhibit No. 3-A**(Email Chain) 107 107
**Exhibit No. 3-G**(Email Chain) 108 108
**Exhibit No. 3-H**(Email Attachment) 110 110
**Exhibit No. 3-I**(Email Attachment) 111 112
**Exhibit No. 3-K**(Email) 113 113
**Exhibit No. 3-M**(Email Chain) 114 116
**Exhibit No. 3-N**(Email Attachment) 116 116
**Exhibit No. 3-O**(Email) 117 117
**Exhibit No. 3-P**(Attachment to Email) 118 118
**Exhibit No. 6-J**(Registration 118 119
Confirmation)
**Exhibit No. 7-A**(Conference Receipt) 120 120
**Exhibit No. 6-K**(ICALEO Document) 120 122
**Exhibit No. 7-B** 122
**Exhibit No. 7-C**(Order Summary) 123 123
**Exhibit No. 7-D**(IIW Agenda) 123 124
**Exhibit No. 7-E**(Invoice/Receipt) 124 125
**Exhibit No. 7-G**(Assurance) 126 126
**Exhibit No. 7-H**(Assurance) 128 129
**Exhibit No. 7-F**(Assurance) 129 130
**Exhibit No. 6-B**(Cost Reimbursement 130 131
Form)
**Exhibit No. 8-LL**(Payment Overview) 132 133
**Exhibit No. 6-A**(Letter from NASA) 133 133
**Exhibit No. 4-F**(Talent Recruitment 136 137

Program Acknowledgement Form)
**Exhibit No. 7-R**(Scholarly Paper)                139        139
**Exhibit No. 3-F**(Email)                          140        141
**Exhibit No. 3-U**(Email)                          141        142
**Exhibit No. 3-V**(Attachment to Email)            143        143
**Exhibit No. 5-A**(Message to                      144        144
International Faculty)
**Exhibit No. 6-F**(Document in Chinese)            145
**Exhibit No. 11-N**(Translation of                 145
Exhibit 6-F)
**Exhibits Nos. 6-F and 11-N**                                 146
**Exhibit No. 4-C**(Copy of Pages of                147        147
Calendar)
**Exhibit No. 4-A**(Business Card)                  148        149
**Exhibit No. 4-B**(Backside of Business            149        150
Card)
**Exhibit No. 3-B**(Email)                          150        151
**Exhibit No. 3-D**(Biosketch                       151        152
Attachment)
**Exhibit No. 3-E**(Hu Curriculum Vitae)            152        153
**Exhibit No. 6-D**(Document in Chinese)            153
**Exhibit No. 11-O**(Translation of                 154
Exhibit 6-D)
**Exhibits Nos. 6-D and 11-O**                                 154
**Exhibit No. 6-E**(Document in Chinese)            156
**Exhibit No. 11-P**(Translation of                 156
Exhibit 6-E)
**Exhibits Nos. 6-E and 11-P**                                 157
**Exhibit No. 2-A**(Offer Letter)                   158        159
**Exhibit No. 2-B**(Hu Curriculum Vitae)            159        160
**Exhibit No. 2-C**(Hu Tenure                       160        161
Application)

* * * * * * * *

1          (Whereupon voir dire proceedings were had but

2           are not herein transcribed.)

3          THE COURTROOM DEPUTY:  All rise.  This

4    honorable court is again in session.

5          Please come to order and be seated.

6          THE COURT:  All right.  Thank you.  Parties

7    ready to go forward with opening statements?

8          MR. ARROWOOD:  Your Honor, if I may just

9    highlight one thing for the Court.  The government

01:41PM 10   anticipates that its first witness will be Special Agent

11   Lee Gibson.  We anticipate showing him about 70

12   exhibits.  So it's certainly possible that his testimony

13   may bleed over to the next day.  So I wanted the Court

14   to be aware of that.

15          Also, the government anticipates showing

16   Special Agent Gibson some of the verbatim translations

17   the government obtained in this case.  We're not going

18   to have the linguist here today.  We're going to ask the

19   Court to conditionally admit these exhibits with the

01:42PM 20   understanding that the linguist will be available.

21          MR. LOMONACO:  And we may have a

22   counter-linguist on one or two or -- we'll have to see.

23          THE COURT:  Okay.  Well, we'll just -- we'll

24   allow them to be shown today or utilized with the

25   witness subject to being admitted into evidence by the

1  opinion or expert witnesses.

2        MR. ARROWOOD:  Thank you, Judge.

3        THE COURT:  All right.  Let's bring our jury

4  in.

5        (Whereupon the following report of

6         proceedings was had within the presence

7         and hearing of the jury:)

8        THE COURT:  All right.  Thank you.  Everyone

9  may be seated.

01:44PM  10        Welcome back.  Good afternoon to our members of

11  the jury.  We are, as stated before the lunch break,

12  ready to proceed with opening statements in this case.

13  Again, a reminder, opening statements are not evidence,

14  but they are the opportunity for the parties to discuss

15  with you what they believe the evidence in this case

16  will show.  So the opening statements serve as an

17  introduction to that perspective evidence.

18        So, with that in mind, we'll begin with opening

19  statement by the government.  Mr. McKenzie is giving the

01:44PM  20  opening statement on behalf of the government.

21        MR. MC KENZIE:  May it please the Court.

22        On the surface, November 13th, 2018, was a good

23  day.  On that day, the National Aeronautics and Space

24  Administration or NASA had signed a contract to provide

25  the University of Tennessee at Knoxville with $50,000

1  for the defendant, Anming Hu, to conduct cutting edge

2  research to further NASA's space mission.

3          On the surface, NASA had just agreed to work

4  with an experienced U.S. researcher at a leading U.S.

5  university, a researcher with whom they had worked

6  before, and, critically, a researcher that they believed

7  worked for the University of Tennessee and only the

8  University of Tennessee.

9          I say "critically" because you will learn that

01:45PM  10  NASA is prohibited by law from entering into contracts

11  with China and Chinese entities and goes to great

12  lengths to ensure that no one conducting research for

13  them works for or are affiliated with Chinese entities,

14  including Chinese universities.

15          But all was not as it seemed.  As you will come

16  to learn, this is because the defendant was living a

17  double life.  To his employer, the University of

18  Tennessee, and to NASA, who was funding his research,

19  the defendant solely worked for the University of

01:46PM  20  Tennessee.  But the defendant was concealing something.

21          The evidence will show that the defendant

22  repeatedly and for years hid the fact that he was also

23  employed by Beijing University of Technology in China.

24          You will hear that despite annual affirmations

25  to the University of Tennessee that he did not have

1  outside employment, despite applying for and receiving

2  tenure at the University of Tennessee, in which he

3  provided a resume which made no reference of Chinese

4  affiliations saying that he currently worked in China

5  and despite repeated applications for grants and

6  contracts with NASA in which he had a duty to disclose

7  outside employment and interests, particularly in China,

8  the defendant was actually working at the Beijing

9  University of Technology the entire time.

01:47PM 10      He was actually serving as a chair professor at

11  the Institute of Laser Engineering at Beijing University

12  of Technology teaching seminars in Beijing, supervising

13  students in China.

14      You will learn that he kept two resumes, one

15  for use with the University of Tennessee in which he

16  omitted any reference to his current Chinese

17  affiliations and one for use in China which included

18  those affiliations.

19      And you will come to learn why he lived this

01:48PM 20  double life, why he hid the truth from his employer and

21  from NASA, why the defendant engaged in a scheme to

22  defraud NASA through repeated lies and omissions to gain

23  access to United States federal grant funding to advance

24  his career.

25      Witness after witness will get on this stand

1    and tell you that had they known the truth, had they

2    known that Anming Hu actually worked for a Chinese

3    university, a truth that he had worked so hard to hide,

4    the defendant never would have received funding from

5    NASA.  The grant proposals never would have been

6    submitted.  The contracts never would have been signed.

7    No money would have been paid.

8         Good afternoon, ladies and gentlemen.  My name

9    is Matthew McKenzie, and together with my co-counsel,

01:49PM  10    Casey Arrowood, I will be representing the United States

11    of America.

12         Over the next week, you will receive a crash

13    course in federal research funding, particularly from

14    NASA.  You will hear from employees from the University

15    of Tennessee who work in all facets of the grant program

16    from the submission of the proposals to the negotiation

17    and signing of the contracts and then to the submission

18    of invoices to get paid.

19         You will hear from their counterparts at NASA

01:49PM  20    who review and select those proposals, write and sign

21    the contracts and ultimately pay those bills.  And you

22    will learn how federal research dollars are vital to

23    advancing careers in the scientific fields of academia.

24         You will learn about conflicts of commitment

25    and conflicts of interest and how crucial it is to the

1  entire grant funding system for researchers to disclose

2  those conflicts, and what happens when someone

3  fraudulently conceals them.

4       While the terminology and the acronyms that

5  people who work on grants for a living use may be

6  complicated at times, this case is not.  This case is

7  simple.  It is a simple case about greed.  This is a

8  case about an expert researcher who knew the rules and

9  lied and schemed to hide the truth about material facts

01:50PM  10  that would have prevented him from getting approved for

11  research funding.  And those lies then caused other

12  people to send fraudulent proposals, sign fraudulent

13  contracts, and submit fraudulent invoices which resulted

14  in fraudulent payments.  It's that simple.

15       And this simple story begins with the

16  defendant.  You will learn that the defendant was a

17  highly-educated and successful scientific researcher who

18  fully understood the process of applying for grants.  He

19  started his education with a bachelor's degree from

01:51PM  20  Shandong University in China.  He then earned a master's

21  degree and a Ph.D. from the Chinese Academy of Sciences.

22  He went on to earn a second Ph.D. in laser physics from

23  the University of Waterloo in Canada.  In addition to

24  being highly educated, you will learn that he was also

25  incredibly experienced.

1    He was a visiting scholar in Spain and in

2  Germany.  He was a postdoctoral fellow in Germany, a

3  research fellow in Japan.  He came back to Canada as a

4  research assistant and even served as a visiting scholar

5  at Harvard University before becoming a research

6  assistant professor at Waterloo University and

7  ultimately a tenured professor here in Knoxville at the

8  University of Tennessee.

9    In addition to this, you'll learn that he had

01:52PM  10  scores of scholarly publications, gave lectures across

11  the globe, and applied for and received funding from --

12  grant funding from a variety of different agencies.  By

13  any estimation, a remarkable career.

14    Simply put, the evidence will show that the

15  defendant was an experienced and sophisticated

16  researcher who excelled in his field and that he

17  understood the grant process.

18    You will hear from someone who reviewed the

19  defendant's impressive resume when he applied for tenure

01:52PM  20  at the University of Tennessee, Dr. John Zomchick.

21  Dr. Zomchick is the provost and senior vice-chancellor

22  for the University of Tennessee at Knoxville.  He will

23  explain to you the role that honesty and transparency

24  play in academia, the standards of disclosure on resumes

25  that are expected for academics in general and demanded

1  for UT employees in particular and why these disclosures

2  matter.

3        He will tell you that he would expect an

4  academic to list every relevant position held,

5  particularly those currently held on their resume.  That

6  would include honorary positions, part-time positions,

7  summer positions.

8        You will learn that it is fairly common for

9  researchers to have affiliations at multiple

01:53PM 10 universities, even foreign universities, but that these

11  affiliations must be disclosed.

12        Dr. Zomchick will tell you that objectivity and

13  integrity are essential qualities for University of

14  Tennessee employees, and that in order to promote these

15  high standards, UT developed and implemented a conflict

16  of interest policy to ensure that all UT researchers

17  disclose potential conflicts of interest.

18        To implement this policy, UT required its

19  faculty members to fill out annual outside disclosure

01:53PM 20 forms, outside interest disclosure forms.  On those

21  forms, you take -- UT faculty and staff, including the

22  defendant, would have to disclose whether they had any

23  other jobs.  They're also required to inform the

24  university if anything changed between annual filings.

25        You will see that between 2013 and 2019, the

1  defendant was asked to fill out that annual disclosure

2  form, and that in each instance, the defendant was

3  asked, "Do you hold an office, directorship, or

4  employment at an outside organization?"  And in each

5  instance, the defendant answered "No."

6        Dr. Zomchick will tell you that the University

7  of Tennessee, like other universities, rely on their

8  faculty and staff to be honest, honest on their resumes,

9  honest on their disclosure forms, honest in their grant

10 applications.  This is because the university simply

11 doesn't have the resources to independently investigate

12 and verify this information.

13       Dr. Zomchick will tell you that when he

14 reviewed the defendant's resume and when the

15 defendant -- when he applied for tenure and when there

16 was no mention of any employment in China, Dr. Zomchick

17 trusted the defendant.

18       The unfortunate reality is that trust was

19 misplaced.  This is because the evidence will show that

20 starting in 2012, and up until the time of his arrest in

21 2020, the defendant was employed by Beijing University

22 of Technology.

23       You'll have an opportunity to see files

24 recovered from the defendant's computers.  You'll see

25 articles that he published which tout his affiliation

01:54PM

01:55PM

1  with BJUT.

2        You will see that he signed not one but two

3  three-year contracts to work for the Beijing University

4  of Technology through a Chinese talent plan.

5        You will see his Chinese resume which states

6  that he worked on Chinese government-funded research

7  projects.  You will see emails which he states that he

8  works for Beijing University of Technology and come to

9  learn that the defendant was supervising students in

01:56PM  10  China while he was supposed to be dedicating his time

11  and attention to students in Tennessee.

12        But he never disclosed this years-long

13  relationship with the Chinese university to his

14  employer.  When the defendant said he did not have any

15  other jobs, Dr. Zomchick believed him.  And he wasn't

16  the only one.

17        You will hear from the University of Tennessee

18  at Knoxville Associate Vice-Chancellor Jean Mercer.  She

19  will explain to you why disclosures of conflicts are

01:56PM  20  important to the grant process.  She will tell you that

21  while the defendant was applying for grants with NASA,

22  she was the assistant vice-chancellor for research at

23  the University of Tennessee at Knoxville.

24        During that time, she oversaw the Office of

25  Sponsored Programs.  That's the part of the university

1    that handles grants from outside organizations.

2            She will tell you that there are multiple types

3    of conflicts that need to be disclosed.  There are

4    conflicts of commitment.  That's basically what else is

5    the researcher working on.  Those are important to

6    ensure that the researcher has enough time to do what he

7    says he's going to do.  And there are conflicts of

8    commitment, basically who else do you work for.  That's

9    important for the university to know because they need

01:57PM  10  to know that the researcher is doing work that is in

11   line with the university's goals, but it's also, you

12   will hear, important for the agencies who are funding

13   the research.  They need to know that the work being

14   done is in line with the stated purpose of the research

15   and that all of the terms and conditions that they apply

16   to these contracts will be followed.

17           Jean Mercer will tell you that one such agency

18   that had particular regulations about conflicts of

19   interest was NASA.  She will tell you that every NASA

01:58PM  20  contract included what is referred to as the NASA China

21   restrictions.  You will learn that before the university

22   signed a contract with NASA, they made sure that their

23   researchers read and understood the restrictions.

24           She will tell you that before she signed a

25   contract, which was agreed to in November 2018, she

looked at Anming Hu's disclosures of outside interest
forms to confirm that he didn't have any outside
employment.

You will hear from David Smelser who works in
the Office of Sponsored Programs.  He will tell you that
the university sent NASA special assurance forms to
confirm that the university was complying with these
restrictions.

He will tell you that the university developed
a policy to add additional language to those assurances
and that this policy was designed to insure that their
faculty, staff, and students would not be discriminated
against because they were Chinese.  The added language
stated that the NASA restrictions do not apply to the
participation of students, faculty, and staff from
non-Chinese entities engaged in fundamental research.

In general, the university took the position
that these NASA restrictions did not apply to their
employees.  But as you will learn, this is because the
university had no reason to believe that their staff was
employed by a Chinese entity.  The evidence will show in
this case that the only person who knew the truth was
the defendant and that he hid that truth from his
university over several years and hid that truth from
NASA.

1    And the evidence will also show that the

2    defendant did so knowing that his employment with the

3    Beijing University of Technology was a material factor

4    in whether or not he could receive grant funding.

5    You see, all the way back in 2016, the

6    defendant submitted a grant proposal to the Jet

7    Propulsion Lab, which you'll hear us refer to as JPL.

8    JPL is a laboratory that is funded by NASA and does

9    research for NASA, but is operated by the California

02:00PM  10    Institute of Technology or Caltech.

11    Since JPL does its research for NASA, the NASA

12    China restrictions apply. And the defendant learned

13    this in 2016, because at that time he put in a proposal

14    to do research, and on that proposal, he didn't disclose

15    that he worked for the Beijing University of Technology.

16    He never did that. But he did say that he wanted to

17    work with the professor from the Beijing University of

18    Technology in that application, another Beijing

19    University professor from the same Institute of Laser

02:01PM  20    Engineering for which the defendant was the chair, and

21    he was told no.

22    He was told no by Dr. Yoseph Bar-Cohen who

23    worked at JPL. You will hear from Dr. Bar-Cohen. He

24    will tell you that he told the defendant in no uncertain

25    terms that absolutely no one with a Chinese university

1  affiliation could work on the research, that NASA

2  forbids it; that Dr. Bar-Cohen would never allow someone

3  with a Chinese university affiliation to be part of his

4  grants as a result.

5          The defendant was also told no by an employee

6  of the University of Tennessee who worked in the Office

7  of Sponsored Programs, Drew Haswell.  You will see the

8  email exchanges where Mr. Haswell spells out why the

9  defendant cannot work with the Beijing University

02:01PM 10  professor on the project.  Mr. Haswell, you will see,

11  told the defendant that those restrictions did not apply

12  to the defendant because the defendant worked for UT.

13  But the evidence will show that Mr. Haswell did not know

14  the defendant worked for the exact same Chinese

15  university that was causing the issue himself.  Only the

16  defendant knew that.  And at that point, when the

17  defendant was told point blank that someone at Beijing

18  University of Technology could not work on the research,

19  the evidence will show that the defendant did not raise

02:02PM 20  his hand and tell the University of Tennessee that he

21  also worked for that same Chinese university.  He did

22  not ask whether it was acceptable to have such an

23  affiliation.  He did not give the University of

24  Tennessee, JPL, or NASA the opportunity to assess this

25  material fact in determining whether or not to provide

1   federal funding.

2            Instead, the evidence will show that he

3   persisted in his application, as well as many others.

4   And while this initial application was denied, the

5   defendant continued to apply for NASA funding.

6            On September 27th, 2016, the University of

7   Tennessee submitted a proposal to JPL on the defendant's

8   behalf.  Under this proposal, NASA, through JPL, would

9   pay $60,000 for research.  This proposal is what's

02:03PM  10  called a subcontract, meaning that JPL would pay the

11  University of Tennessee to do part of a larger project

12  for NASA, but that the same NASA China restrictions

13  applied; the very restrictions that the defendant had

14  learned about earlier in 2016.

15           Despite this, the defendant did not notify UT,

16  JPL, or NASA of his work for a Chinese university.  You

17  will hear from some of the University of Tennessee

18  employees who worked on that proposal.  They will tell

19  you that if the defendant had notified them that he

02:03PM  20  worked at a Chinese university, they would not have sent

21  the proposal.

22           But the proposal was sent and it was approved,

23  and, again, at this time, the defendant did not let

24  anyone else know of his Chinese affiliations.

25           You will hear from the person who signed the

subcontract which included a clause that the University

of Tennessee would abide by the NASA China restrictions.

You will hear that she never would have signed that

contract had she known the truth.

Simply put, the defendant's employment at a

Chinese university was material. The evidence will show

that it was the type of information that would have had

a natural tendency to influence the decision of whether

or not to sign the contract but that the defendant

concealed the truth and the contract was signed.

And on October 20th, 2016, that signed contract

was sent over a wire in the form of an email from right

here in Tennessee across state lines to California to be

signed by an employee at JPL. That, ladies and

gentlemen, forms the first count of wire fraud that we

will ask you to consider.

And the evidence will show that the fraud

worked because you will also hear from the JPL employee

who was on the other end of that contract. She will

likely tell you that she -- or she will also likewise

tell you that she trusted the University of Tennessee's

representation about the defendant's employment, but

that if she had known the truth that the defendant

worked at a Chinese university, she definitely would not

have signed the contract. At a bare minimum, she would

1    have taken it to her supervisor or the legal department,

2    but she didn't know and she signed it.

3         And once the contract was signed, the defendant

4    did the work.  The government does not allege otherwise.

5    The evidence will show, however, that it is not the work

6    that JPL had bargained for because what JPL bargained

7    for was work that was in full compliance with NASA's

8    rules and restrictions.  What JPL had bargained for was

9    the work of a U.S. researcher at a U.S. university, not

02:06PM 10   the chair of a foreign institute in China working as a

11   Chinese professor.

12        You will hear that as the work was done, the

13   University of Tennessee billed JPL.  You will hear from

14   the UT accountant who was responsible for sending the

15   bills.  And you'll see the invoices.  You will see that

16   they include a section whereby the UT employee has to

17   certify that the invoice was for work that was done in

18   compliance with the agreement.

19        You'll hear from that employee, and she will

02:06PM 20   tell you that she had no reason to believe that the

21   University of Tennessee was not in compliance with the

22   contract.  She will tell you that she trusted the

23   system.  She trusted the chain of events that was kicked

24   off by the defendant's lies and omissions.  And that

25   after she signed that affirmation, she sent invoices to

JPL to be paid from funding which ultimately came from

NASA.

One of those invoices was sent on

February 15th, 2017.  Another was sent on March 9th,

2017.  Another on July 24th, 2017.  Those false

affirmations -- or excuse me -- those false invoices

with the false affirmations caused by the defendant's

lies and omissions were sent to JPL, which was funded by

and working under NASA, which is part of the executive

branch of the federal government.  They were false

statements caused by the defendant, and you will see

that the invoices were processed and the payments were

made.

But it didn't end there.  As you already know,

the defendant received another contract from NASA in

2018.  This time, the part of NASA that the University

of Tennessee contracted with was the Marshall Space

Flight Center in Alabama.  Unfortunately, the contract

followed a similar pattern.  The defendant caused the

University of Tennessee to send a proposal to NASA which

omitted his work at a Chinese university.  NASA selected

the proposal and decided to fund it.  NASA sent a

contract over to the University of Tennessee, this time

promising $50,000 for research.  The contract contained

the same China restrictions as always and the defendant

1  knew it.

2          You will see that the defendant was informed of

3  these restrictions by a University of Tennessee employee

4  and confirmed that he would comply with them.  You will

5  hear that Jean Mercer checked the defendant's conflict

6  of interest forms, saw that he did not list any

7  conflicts, and signed the contract.

8          On November 12th, 2018, this fraudulent

9  contract was sent over a wire, again, an email from

02:09PM 10  right here in Tennessee across state lines to Alabama.

11  This will be the second count of wire fraud that we ask

12  you to consider.

13          This continued the fraudulent chain of events

14  that started with the defendant's lies and omissions.

15  NASA signed the contract without having all the material

16  information they needed to make a decision, a contract

17  you will hear that they never would have signed if they

18  knew the truth that the defendant worked at a Chinese

19  university.

02:09PM 20          The defendant worked on the project and the

21  University of Tennessee created and submitted invoices

22  which again contained false affirmations, and these

23  invoices were sent electronically from Tennessee across

24  state lines and processed by NASA.  One such invoice was

25  submitted on August 30th, 2019.  This will be the third

1    count of wire fraud that we will ask you to consider.

2            During the course of this trial, the evidence

3    will show beyond a reasonable doubt that the defendant

4    is guilty of wire fraud.  This will be the first three

5    counts which we ask you to consider.  And for each of

6    these counts, the October 20th, 2016 email containing

7    the fraudulent contract to JPL, the November 12th, 2018

8    email containing the fraudulent contract to NASA, and

9    the August 30th, 2019 fraudulent invoice, the evidence

02:10PM  10   will show that the defendant devised a scheme through

11   which he lied and omitted material facts from the

12   University of Tennessee, JPL, and NASA in order to

13   fraudulently receive funding that he was not entitled

14   to, and that these lies and omissions caused others to

15   send fraudulent contracts and fraudulent invoices across

16   state lines over a wire in the form of emails and

17   electronic submissions.

18           The evidence will also show that this was not

19   an accident.  It was not a mistake.  It was intentional.

02:11PM  20   In addition to the defendant being highly

21   educated -- remember, he has two Ph.D.s and was a

22   visiting scholar at Harvard -- in addition to him being

23   an experienced professional researcher, in addition to

24   him taking steps to hide his affiliations with the

25   Chinese university, which I've already discussed, you

1    will hear that the defendant took more steps to lie and

2    cover up his true affiliations.

3          You will hear that the defendant was

4    interviewed by Special Agent Kujtim Sadiku of the FBI.

5    During that interview, the defendant said he didn't have

6    any connections to China, that he was a Canadian citizen

7    now.  But when confronted with evidence that the

8    defendant had participated in a Chinese talent plan, the

9    defendant did admit that he participated in a talent

02:12PM 10    plan over in China but said it was a short-term plan,

11    only a few weeks.  The defendant even said that he heard

12    about the talent plan from a professor at Beijing

13    University of Technology while he was at a conference in

14    Florida.

15          But the evidence will show that he never told

16    Special Agent Sadiku that he actually worked for the

17    Beijing University of Technology.  He never said that he

18    signed two three-year contracts with them.  Instead, he

19    told the FBI that he could be fired for not disclosing

02:12PM 20    outside employment and that he liked his job.

21          Ladies and gentlemen, the evidence will show

22    that the defendant admitted what he could not deny but

23    denied what he could not admit.

24          Similarly, after his arrest, the defendant

25    spoke to his son on the phone.  The call was in Chinese,

1  but you'll have an opportunity to review a translation

2  of that conversation.  You will see that the defendant

3  instructed his son to tell the defendant's wife to

4  contact the University of Tennessee and tell them that

5  the defendant does not hold any position in China.

6        The defendant did not ask his son to say that

7  all of this is a misunderstanding.  The defendant did

8  not ask his son to explain that the defendant was

9  confused.  The defendant asked his son to have the

02:13PM 10  defendant's wife lie.

11        In a second call, the defendant's son said that

12  his mother was concerned and asked whether his mother

13  could get in trouble for making such a statement.  The

14  defendant instructed his son to say the information came

15  from the defendant.  Yet, again, the evidence will show

16  that the defendant was encouraging others to lie on his

17  behalf.  And this evidence will be consistent with the

18  rest of the evidence that was presented to you; namely,

19  that the defendant lied, that he omitted material facts,

02:14PM 20  and he caused others to unwittingly make false

21  statements on his behalf in order for the defendant to

22  get what he wanted.

23        This type of conduct will form the basis of the

24  final three counts we ask you to consider, all for

25  causing the University of Tennessee employees to make

1   false statements on invoices sent for payment from NASA.

2          For each of those invoices on February 15th,

3   2017, March 9th, 2017, and July 24th, 2017, the evidence

4   will show that the defendant concealed his employment at

5   a Chinese university which he had a duty to disclose,

6   that the fact of his Chinese employment was material,

7   that the defendant concealed this material fact through

8   a scheme, that the defendant acted knowingly and

9   willfully, and that since the statements were ultimately

02:14PM 10  for payment from NASA, it was a fact that pertained to a

11  matter within the jurisdiction of the executive branch

12  of government.

13         It's that simple.  This is a case about lies.

14  This is a case about concealment.  This is not a case

15  about whether NASA's China restrictions are good or bad

16  policy.  It's not a case about the FBI and whether they

17  should be investigating grant fraud.  This is not

18  a -- this is not a case about who the defendant is or

19  where he was born, but what he did, and that is lie and

02:15PM 20  take advantage of the trusting nature of his fellow

21  employees at the University of Tennessee who were doing

22  their level best to ensure that cutting-edge U.S.

23  research was done right here in Knoxville.

24         And what he did was cause ordinary folks who

25  believed in the mission of the University of Tennessee

1  to file false and fraudulent proposals and contracts and

2  invoices to defraud NASA out of United States federal

3  research dollars that NASA would never have provided the

4  defendant had they known the truth.

5          And at the end of this trial, after you've

6  heard all the testimony and had an opportunity to view

7  all the evidence, my co-counsel will stand before you

8  and ask you to hold the defendant accountable for those

9  lies, hold him accountable for his years-long scheme to

02:16PM  10  defraud NASA, and to hold him accountable for causing

11  hardworking, honest people who trusted his lies to send

12  fraudulent documents across state lines and file false

13  statements to further his scheme.

14          At the end of this trial, he will come and

15  stand before you and ask you to find this defendant

16  guilty, guilty of three counts of causing others to file

17  false statements, guilty of three counts of wire fraud,

18  guilty on all charges.

19          Thank you.

02:17PM  20          THE COURT:  All right.  Thank you,

21  Mr. McKenzie.

22          Mr. Lomonaco, opening statement on behalf of

23  the defendant.

24          MR. LOMONACO:  Good afternoon, ladies and

25  gentlemen.

1    Like my hand, there is two sides.  First of

2  all, nothing we present to you -- we believe everything

3  we present to you is going to be truthful.

4    I heard the government say that they would show

5  that UT checked the disclosure forms.  We believe that's

6  not true.  We believe you will see a memo where Jean

7  Mercer says, "You know, I never did go look at those

8  disclosure forms.  They're not in my department.  But

9  I'll start doing it now."  She told that to the FBI.

02:18PM  10    Let me talk a little bit about the disclosure

11  form first.  In 2014, when Dr. or Professor Hu started

12  working at -- well, actually, he started the year before

13  that.  But in 2014, he filled out an outside interest

14  disclosure form, annual, and it's also called a conflict

15  of interest form -- and we'll tell you right now, ladies

16  and gentlemen -- and you'll see the language that he

17  answered -- it's a little bit confusing, but because it

18  says, do you -- we'll show you what it says, but he put

19  down no, that he did not have employment with another

02:19PM  20  corporation or company.

21    Now, he didn't think he needed to.  And you'll

22  hear from Dr. Hu or otherwise that if it's not a

23  conflict of interest, you don't need to disclose it.

24    I would ask, ladies and gentlemen, that you

25  have the government -- or you look to see if the

1  government really explains to you what a conflict of

2  interest is and really explains to you the paperwork

3  from the University of Tennessee that was given to

4  Professor Hu when he started working there.

5       Ladies and gentlemen, Professor Hu had no idea

6  that the NASA restriction applied to him, first of all.

7  He didn't even know about it.  He was never trained on

8  it.  They never gave him a training lesson as an

9  investigator for the -- for the University of Tennessee.

02:20PM  10  He never was shown the NASA restriction until it came to

11  2016, when one of the administrators from UT said, "Oh,

12  Anming, you need to" -- "you need to assure" -- "we need

13  to assure," because it's actually the University of

14  Tennessee that is supposed to make the assurance, "we

15  need to assure NASA that we have this assurance letter."

16       And the assurance letter said -- and you'll see

17  the exact language in a minute.  But the assurance

18  letter said NASA will not collaborate bilaterally or use

19  their grant money to collaborate bilaterally with China

02:21PM  20  or a Chinese corporation.

21       Now, Anming didn't know what that meant.  And

22  I'll show you, ladies and gentlemen, through the case as

23  we go forward that UT didn't know what it meant.

24       And as far as the disclosure form, after Anming

25  got arrested, they changed the language on the

1  disclosure form and made it so you could sort of

2  understand what they were asking.

3      And the -- and they had in their training

4  during 2016 and '17, they had a training manual that

5  they never trained Professor Hu on, but they had a

6  training manual that said that the NASA restriction says

7  that NASA shall not use their grant money to collaborate

8  or -- bilaterally with China or a Chinese corporation.

9      And, ladies and gentlemen, the proof will show,

02:22PM 10 if you look at all of this -- and we'll go through it

11 step by step; it's going to take many days -- that UT

12 didn't even know what it meant; that the -- Bar-Cohen,

13 the NASA administrator that worked with Anming, didn't

14 know what that meant; didn't know what the restriction

15 was.  NASA didn't know what it meant.

16     And, in fact, in 2011, when they passed the

17 rule or passed the law -- and this is the first time

18 this law has ever gone into a court for a court to make

19 a decision.  Nobody knew what exactly collaborating with

02:22PM 20 China or a Chinese corporation meant.

21     NASA started to define it themselves.  They

22 decided, okay -- and it's sort of funny because NASA is

23 the one that's being restricted.  And they're deciding,

24 we'll define what the restriction is.

25     And they first, in 2011, came out with a

1   guidance policy, a two- or three-page document, that

2   talked about the NASA restriction, and in there they

3   say, well, you can't have any affil- -- we'll show you

4   what it said, but it talked about affiliations with

5   China or Chinese corporations.  That was in the early

6   part of 2011.

7           By October, they changed that.  They took out

8   the "affiliation" language and just basically said, NASA

9   is prohibited from using its grant money to collaborate

02:23PM  10   bilaterally with China or Chinese corporations.  So by

11   the end of 2011, NASA changed the meaning of the NASA

12   restriction.

13           So it's sort of funny that in 2014, Professor

14   Hu filled out the disclosure form and left that line

15   blank where it said do you have outside employment in

16   2014.

17           He didn't apply for a NASA grant until 2016.

18   So the government wants to tell -- wants you to believe

19   that two years prior to even applying for a NASA grant,

02:24PM  20   he was scheming on how to deceive NASA because it would

21   have to be a willful, knowing scheme or plan to defraud.

22   Two years before he even had a NASA grant.

23           You're going to see that he didn't put down his

24   affiliations with BJUT, I'm going to call it -- Beijing

25   University is BJUT -- and he did disclose these

affiliations a lot of different ways, and that will show

that he didn't have intent to hide it.  He disclosed it

on his tenure package, his annual review forms.  He put

down that he had students from BJUT that he was

collaborating with and helping them write papers.  Many

ways he disclosed his affiliations with BJUT.

In fact, when he was applying for this 2016

NASA grant, he had a letter from a professor from BJUT

that said, "Oh, Anming, I hear you're going to have a

grant.  Can I" -- "Can I collaborate with you?  Can

I" -- "Can I help?"

So Professor Hu wrote a letter, sent the

professor a draft of a letter which said, Anming Hu

has -- I have a long-time -- a long-term collaboration

with Professor Hu and I'd like to work on this grant.

And so as Anming was putting the proposal

together -- they were sending paperwork and different

plans and different outlines of how they would do this

research -- he sent the letter to Bar-Cohen, the UT

administrator.

If he is going to hide his affiliations with

BJUT, why would he send and give Bar-Cohen a letter that

said Anming Hu has a long-term collaboration with a

professor from BJUT?  That doesn't make sense at all.

And he also gave the letter to Drew Haswell, the UT

administrator that was helping put the proposal together

for the NASA grant.

And he showed -- and as they were getting

close, Drew Haswell told Professor Hu, "Oh, we have to

make an assurance to NASA."  And this is the first time

Professor Hu ever heard about this.  He said, "We have

to assure NASA that we" -- "that they will not be

collaborating with China or a China corporation."

And Professor Hu said, "Oh, you mean this

letter?"  And he had the second letter for collaboration

from a professor in China that said they had a long-term

collaboration in the past and does it mean this, he

said.  And this was all done in email.

There is some statement that the government

made that Bar-Cohen told Anming Hu some things that --

that it's not in the emails.

But, anyway, Drew Haswell, UT administrator,

said, "Anming, we can't use this because" -- and they

knew because Drew Haswell, I think, went to that

training program before.  And Anming said, "Okay."

So, you know, he told his friend at BJUT,

"Well, you can't collaborate because they said we can't

do that."

But then Drew Haswell at the same time said to

Anming, "You can't use this, but it's UT's policy that

1  this does not apply to NASA" -- or -- "it does not apply

2  to faculty and students at UT."

3          So what did he learn from that?  He learned

4  that the NASA grant didn't even apply to him because he

5  was a UT faculty member.

6          And let me talk about this employment that he

7  had, and let me go back to the part where they said

8  three or four times that he lied when he was talking to

9  his son in jail and he told, "Tell your mother to tell

02:29PM 10  UT I don't have a contract," or, "I don't have" -- what

11  was that word they used? -- "a position."

12          Had they looked, they would see that the

13  contract that he had had expired almost a year before

14  that.  So he didn't have a contract with them.  He

15  wasn't working for them at the time.  So that was no

16  lie.  He didn't have a position at the time.

17          And what he did have through the years is a

18  part-time during-the-summer teaching position where he

19  would help students at BJUT.  And he got paid very

02:30PM 20  little money for it.  And he only went over there two

21  weeks or less each year.

22          And the proof will show that according to the

23  conflict of interest forms at the University of

24  Tennessee, that didn't qualify as a conflict of

25  interest.  It didn't qualify because, first of all, it

was during the summer, and Professor Hu is a nine-month

faculty member at the University of Tennessee, and what

he does for the three months during the time doesn't

matter.  He can do whatever he wants to do.  He can flip

burgers or he can go over and run for president in

Canada.  It doesn't matter.

The conflict of interest form deals with

employment during the academic year that detracts and

takes away from your time and your efforts you

can -- that you can devote to the University of

Tennessee.

And there is even a limit on that.  That if you

devote more than 20 percent of your time on something

else while you're working your nine months at UT, that's

a conflict of interest.  But if you work for less than

20 percent of your time doing something else while

you're working at UT full-time, that's not a conflict of

interest.  That's right in their manuals.  Now, I don't

know if they're going to come forward and explain in

detail what that says, but we'll do it.

And so Anming Hu didn't think he needed to

disclose a conflict of interest that wasn't a conflict

of interest.  Anming Hu had no idea this NASA

restriction applied to him.

And, to be honest with you, ladies and

gentlemen, there is a lot of evidence in this case that

shows that it doesn't really apply to him.  First of

all, it says "collaborate bilaterally."  There was no

collaboration bilaterally.  Even -- even if he went

and -- now, you know, if the professor from BJUT had

come over here with Anming and they started working on

the NASA grant together, that would be bilateral

collaboration.  But that didn't happen.  They told him,

"You're not supposed to do that."  He said, "Oh."

This guy is a hard -- Professor Hu is a very

hardworking person trying to do the best he can to raise

money for NASA -- you know, for UT because UT wants him

to.  They push all their investigators to gets grants to

bring money into UT.  Nobody even said here that

Professor Hu didn't get any of the money.  I think he

might have gotten less than $2,000 from one of those

grants because he worked his summer on the grant.  But,

other than that, that money went to UT.  Why would he

risk defrauding NASA for something that he didn't even

get a benefit from?

They're saying, oh, he got a benefit by

advancing his career.  He had associations all over the

world.  That's what he's supposed to do.  He has

publications.  That's what they encourage him to do.

He's supposed to collaborate with students and

1  professors all over the world to make UT look bigger and

2  braver and more important.  And that's what he did

3  because he enjoyed his work.

4          Now, why are we here?

5          Can you put on the NASA restriction?  Show the

6  whole thing first.

7          Public Law 112-55 was a 100 and -- 80-page?

8          MR. PARSONS:  145-page.

9          MR. LOMONACO:  145-page public act in 2011 and

02:34PM 10  continued to 2012 for military appropriations.  This

11  140-page -- scroll through it there.

12          140 pages of -- all right.  Stop.  Just stop

13  anywhere.

14          None of the funds made available can be used

15  for this and that and back and forth and buy weapons and

16  buys guns and everything else.  And then Representative

17  Wolf from Virginia, who is very concerned about China,

18  said, I want to put some wording into that thing.

19          So -- 131 -- Representative Wolf put this

02:34PM 20  wording in the Act.

21          Do you see the highlighted part?  "None of the

22  funds made available by this Act may be used for the

23  National Aeronautics and Space Administration, NASA, or

24  the Office of Science and Technology policy to develop,

25  design, plan, promulgate, implement, or execute a

1  bilateral policy, program, order, or contract of any

2  kind to participate, collaborate, or coordinate

3  bilaterally in any way with China or any Chinese-owned

4  company unless such activities are specifically

5  authorized by law."

6         And then it goes on a little bit further.  But

7  do you see what that says?  Up here in the third line --

8  the fourth line, "...to develop, design, plan,

9  promulgate, implement, or execute a bilateral policy,

02:36PM 10  program, or order, or contract of any kind."

11         So that is the NASA restriction.  That was put

12  in that Act in 2011.  And since that time, NASA has

13  defined it.  I told you about the two documents that

14  NASA used.  Those are no longer even available.  They

15  took them off the internet.

16         This is the Act.  The FBI and the government is

17  saying that Anming Hu made a statement on his conflict

18  of interest form that would trick NASA into believing

19  that he was not China or a Chinese company.

02:36PM 20         The truth and the facts show you, ladies and

21  gentlemen, that this thing is confusing and hard to

22  understand and vague, and Anming Hu is innocent because

23  how can he even trick NASA if he doesn't know what the

24  NASA restriction is?

25         This is -- fraud is a willful, knowing deceit

1  or scheme.  And the truth will show, ladies and

2  gentlemen, and the facts will show that Anming Hu didn't

3  understand that he was either China or a Chinese

4  corporation.  How could he be calculating in his mind

5  how to trick NASA?  That was farthest from the truth.

6          Now, the truth will also show that in 2018, the

7  U.S. government, through the Justice Department, and

8  maybe because of President Trump and some other members

9  of the government, started what they called a China -- a

02:38PM 10  China restriction -- excuse me.  I'm drawing a blank.

11          MR. PARSONS:  Initiative.

12          MR. LOMONACO:  Thank you.

13          -- China initiative started by the U.S.

14  government that the U.S. Attorney's Offices, all 93 of

15  them -- I think there is 93 of them -- were told to go

16  out and look for espionage, economic espionage committed

17  by China.

18          That's why we're here today, ladies and

19  gentlemen.  We believe the proof will show that this

02:39PM 20  whole case was brought because the federal government

21  was told to search out and destroy China spies.

22          Now, I don't like a China spy.  I suppose

23  nobody here likes a China spy.  The question is:  Is

24  this policy a good policy?

25          They were told if you can get one per year,

 1   that's good.  If you get two, that's outstanding.  If

 2   you don't get any the first year, well, you'll get one

 3   next year.  Economic espionage committed by the Chinese

 4   government.

 5        The FBI was told to go, and they were told, we

 6   will prosecute; we will litigate these charges.  So what

 7   happens in April of 2018?  The FBI starts looking for

 8   low-hanging fruit; okay?  What does that mean?  How do

 9   you find China spies?

10        Well, where do we look?  Let's go to the

11   internet and let's look at all these publications.

12   Let's go to all the universities in our community.  And

13   this was a Knoxville investigation.  Let's go to the

14   university in our community, see how many professors we

15   have that are Chinese or have a Chinese name, type their

16   name in the internet, and find out what kind of -- what

17   kind of work they do, what kind of publications have

18   they published.

19        Keep in mind, ladies and gentlemen, UT

20   encourages, tells them, you've got to do these

21   publications.  You've got to put word out there.  You've

22   got to -- you've got to collaborate all over the world

23   with other professors and students because that's how we

24   make our money.  That's how we get our grants.

25        So the United States government through its FBI

1  agents scour the internet, and what do they find?  They

2  find Anming Hu who works in nanotechnology in space, and

3  they look at his publications where Anming Hu openly

4  disclosed publications with Chinese students from BJUT,

5  joint publications with BJUT, openly disclosed it,

6  published it for the whole world to see -- they're

7  saying he didn't disclose his affiliations -- for the

8  whole world to see, and they go, well, let's go talk to

9  him.  So what do they do?  They go and talk to Anming

02:41PM  10  Hu.

11          And if he had lied to them, they would have

12  charged him with a lie.  So to say that he didn't tell

13  them the truth or he lied to them, he would have been

14  charged with a lie.  They went and talked to him and

15  they said, "Oh, well, Anming, you're a member of the One

16  Thousand Talents program; right?"  "No, I'm not.  I have

17  a part-time talent program contract on my summer."  And

18  we've got a memo.  I mean, the FBI writes down all their

19  memos.  So it says what Anming told them.  And they

02:42PM  20  said, "Well, you're a smart guy.  You certainly have a

21  contract with this One Thousand Talents."  The FBI knows

22  the One Thousand Talents program is connected to the

23  China government, and it's probably not a good program

24  to be in it, and Anming told them that.  But he wasn't

25  in it.

1    And so they asked him other questions, and

2    they -- he volunteered that he had two NASA grants.  He

3    said, "I'm working on a couple of NASA grants."  They

4    didn't say anything to him about you shouldn't be doing

5    that.

6    I think the proof will show, ladies and

7    gentlemen, that the FBI agents at that time didn't even

8    know what the NASA grant was or how to -- how to enforce

9    their arrest.

02:43PM  10    So he said, "I'm working on these NASA grants."

11    And they said -- "But I've got an invitation to go to

12    China for a seminar.  They're going to pay my way."  And

13    they said, "Are they going to pay my way?"  He said,

14    "Yeah, they're going to pay my way."  And they said,

15    "Well, I tell you what we want you to do:  We want you

16    to come to our office and talk to us and then go to that

17    seminar and then come back and talk to us some more."

18    And that just didn't sound right to Anming.

19    And he was busy anyway, and he wrote a letter basically

02:43PM  20    and said, "I'm not going to go on that trip.  Do I still

21    need to come back and talk to you?"

22    And, ladies and gentlemen, we believe the proof

23    shows that that caused the FBI a little consternation, a

24    little, like, "Oh, well, we'll show you."  And they took

25    off for a year-and-nine-month surveillance undercover of

1  Professor Hu.  They followed him around.  They followed

2  him to work.  They followed him to school.  They

3  followed his son.  They followed him to the grocery

4  store.  They even made reports to continue their

5  surveillance.  For a year and nine months, ladies and

6  gentlemen.  Two or three agents sometimes.  And they

7  would report things like, oh, he left a Costco receipt

8  on the passenger side of his car, passenger seat of his

9  car, a Costco receipt.  That's about all they found in a

02:44PM 10 year and nine months, ladies and gentlemen.  They found

11 nothing because he wasn't doing anything.  They didn't

12 find anything that he did wrong.  They followed his son

13 who was a freshman at UT.  They really wanted to find

14 Chinese espionage and they were motivated to find

15 Chinese espionage.

16       So what did they do next?  They held a fraud

17 awareness meeting at the University of Tennessee where

18 the federal agents went to the administrators at UT and

19 we believe told them that Anming Hu is committing fraud.

02:45PM 20       And by that time they had collected the NASA

21 restrictions, the paperwork that he applied for a NASA

22 grant, and they had collected the conflict of interest

23 form, and they said, "Oh, well, he's got that" -- and

24 they collected his part-time summer contracts, which he

25 had had with Beijing University for a couple of years,

1  couple of contracts.  One was renewed.  And they said,

2  "Oh, look, here he said he didn't have employment.  He

3  lied to you."

4           And the administrator said, "Well" -- one of

5  the administrators, which the government just told you,

6  well, she would check and see that he said no on that

7  question.  They never checked.  She admitted in her

8  interviews with the FBI, "We never checked that form."

9  It doesn't even -- so now they're saying, well, he

02:46PM 10  fooled them because they checked the form and it was

11  blank.  They never checked it.  She admitted she never

12  checked it.

13           So the FBI says, "Well, he's committing fraud."

14  What does the FBI do next?  July, August, and September

15  of 2018, they hold three PowerPoint presentations at the

16  University of Tennessee.  Agent Sadiku, DOE Slatten, and

17  the last one with Gibson from NASA go to UT, sit down

18  with the administrators with PowerPoint presentations

19  saying, "Anming Hu did this.  Anming Hu did that.

02:47PM 20  Anming Hu is associated with this.  Anming Hu is

21  working for" -- basically working for the Chinese

22  military.  And they lied to them.  Several of those

23  statements were false.  In fact, they had exhibits to

24  those PowerPoint presentations that they didn't even

25  bring with them.

1            We got a hold of the exhibits, and what they

2 told the UT administrators were contradicted by the

3 exhibits. They lied to the administrators to get them

4 to think that this man is a spy and we need to come down

5 on him.

6            They changed the UT administrator's feelings

7 about the NASA grant. They got the UT administrators to

8 start saying, "Oh, well, had we known about these

9 disclosures, we wouldn't have given him a NASA grant."

02:48PM 10 And all this time nobody ever told Anming while he's

11 working on these NASA grants, "Oh, you shouldn't do it."

12            In fact, when it came down to the JPL grant,

13 one of the administrators got a little nervous about

14 signing a grant when she knew that he was accused of

15 fraud and if she signed it, that would be the fraud and

16 that would be the representation made to NASA because

17 she had to sign the agreement saying, oh, we assure NASA

18 that there is no collaboration with China. And Gibson,

19 the NASA special agent, said, "Well, go ahead and

02:49PM 20 process it like you always do."

21            So UT ended up becoming agents of the FBI to

22 continue getting Anming Hu to apparently commit fraud

23 under their eyes, under their understanding of what the

24 fraud was.

25            Excuse me a minute.

1    We believe the facts will show that there is at

2    least five different ways that show his innocence.  One,

3    the course of conduct by UT and NASA demonstrate

4    Dr. Hu's innocence.  The course of conduct is that when

5    he applied for the 2016 NASA grant, he did the proposal

6    and he gave them a letter saying here is a scientist

7    from China that wants to collaborate.  And Bar-Cohen

8    said, "Oh, Anming, we can't use that because of the

9    China restriction."

02:50PM  10    Bar-Cohen was from NASA.  He knew about the

11    China restriction.  That's the first time Anming heard

12    it during that grant process.  He said, "Oh, okay."  But

13    they went ahead and let him apply.  They went

14    ahead -- they didn't tell him he couldn't have the

15    grant.  They didn't tell him that he was China or he was

16    a Chinese corporation because they didn't understand it

17    and they didn't believe it either.  They went ahead and

18    processed the grant.

19    And the emails show, oh, good work.  If they

02:51PM  20    thought he was collaborating with China from Beijing

21    University at that point in time, like the FBI says he

22    shouldn't have done, they would have stopped him.

23    And UT got presented with a letter like that.

24    And their UT administrator, Drew Haswell, didn't stop

25    the grant.  He didn't tell him he couldn't -- he

couldn't be involved in the grant. He just said, "Well,
you can't use somebody from China." And he said, "All
right."

Now, he wasn't making any money on this thing
anyway. He was just doing good work and trying to
get -- you know, he's trying to get UT their money. And
he did. He got them the two grants. He got over a
hundred and some thousand dollars for UT.

Second reason that we believe he's innocent is
because the NASA restriction was too vague for him to
understand. So that's not right to -- he was not -- and
the third one, he's not trying to hide his affiliation
with China demonstrating no intent to deceive. He had
all kinds of disclosures. And you'll see them
throughout the next few days, the different things he
told UT about his affiliations with China's students.
You know, and, actually, up until the FBI started going
around taking apart Chinese scientists in United
States -- in United States universities, that was
expected. That was good work. That was what you're
supposed to do.

We believe that the truth will show that this
prosecution is to chill the scientists at the University
of Tennessee and other places, to send them a message
whether Anming Hu is guilty or not.

1    And the fourth reason is that the NASA

2  restrictions didn't apply to him.  And we'll go through

3  that.  And it's really confusing at this point who it

4  really does apply to, who it really does apply to.

5    Fifth, Dr. Hu did not intend to harm NASA or to

6  deprive them of any money or property.  He wasn't trying

7  to harm them.  He wasn't trying to hurt them.  He was

8  just trying to do a good job.

9    He showed his disclosures.  He didn't get any

02:53PM 10  money.  The FBI went to the university and changed their

11  opinion about the NASA restriction.  And one of the

12  things that happened after they did that, after the 2018

13  PowerPoint presentations and -- no, the -- his -- UT

14  went from a four-page training manual on the NASA

15  restriction where only, really, the first slide was

16  about six lines, and only the first slide talked about

17  the NASA restriction, four pages, to over a 33- or

18  43-page training manual on the NASA restriction.  They

19  completely changed and added all kinds of stuff, all

02:54PM 20  kinds of stuff that the FBI said that's wrong.

21  Affiliations and -- are conflicts of interest.

22    And evidently, and only for the way that this

23  would work is for Anming Hu to believe that he is China

24  himself under the words of this NASA restriction, and

25  that's how vague it is.

1    Half the time -- half the time UT didn't even

2    include the NASA Assurance letter that was supposed to

3    be on the bottom of each one of the proposals.  If

4    they're so concerned, they're not even following the

5    procedures.

6        The contracts in 2016, the NASA contract, it

7    was actually Bar-Cohen, the NASA administrator, asked

8    Anming to do a proposal.  He sent him a letter saying,

9    "What can you offer and what can you do if we give you

02:56PM  10   the NASA proposal?"  They went after him to get the

11   proposal to give him the grant.

12       So, ladies and gentlemen, the facts will show

13   that Anming Hu had a really good job, so good that he

14   spent more time with his job than his family.

15   Unfortunately he had a wife and children, and, I mean,

16   they -- if his wife testifies, she will say, "Well, I

17   wish he would have spent more time with me."  But three

18   children and a family, two Ph.D.s, and that's all

19   been -- the Ph.D.s and his employment has been destroyed

02:57PM  20   by this.  And because of this China initiative, the FBI

21   got their one person this year.

22       Ladies and gentlemen, we will go through this

23   detail by detail and you will see what I'm talking

24   about, and we have no intention of trying to hide

25   anything from you or spin the truth or make it sound

1  like it is something else than the truth.  And you will

2  see through the end of this that he did not intend -- he

3  did not knowingly cause fraud to NASA.  If they had

4  actually come to him and said, "Anming, you can't do

5  this," he would have been the first one to say, "Okay."

6       So, ladies and gentlemen, at the end of this

7  case, we would ask that you have a reasonable doubt as

8  to whether he really intended to do this, really

9  intended two years before he even applied for his NASA

02:58PM 10  grant whether he intended to defraud NASA by this form.

11       Now, maybe it was a mistake.  Maybe he

12  misunderstood it.  Maybe he should have put down his

13  employment, part-time during the summer that didn't

14  qualify for any -- enough money to make a difference in

15  the -- UT's assessment.  Maybe he made a mistake; maybe

16  he didn't.  But it was an honest mistake if it was a

17  mistake to fill that out the way he did.

18       He was acting in good faith all the way through

19  this process.  He had nothing but intentions on being a

02:58PM 20  good scientist and helping students.  And you'll see he

21  helped a lot of students.  He helped American students,

22  Chinese students, German students, and he was excited

23  about his work.

24       And, ladies and gentlemen, I'll ask at the end

25  of this -- you'll take a look at his passport and you'll

see he only went over there, you know, a couple of weeks
out of the year.  The contract said you had to work at
least two months.  He never worked more than two weeks.

He -- by the terms of the contract, they could
have fired him anytime they wanted to.  He just went
over there during the summertime to keep associations
going with all these students.  And the students came
and they learned.  They were thankful.  They loved to
work with him.  He loved to work with them.

And we will say that there is reasonable doubt
that he intended and knowingly tried to trick NASA by
that disclosure not being made on his part-time
employment during the summer.

THE COURTROOM DEPUTY:  Two minutes.

MR. LOMONACO:  Two minutes?  I'm going to stop
short.

Thank you, ladies and gentlemen.

THE COURT:  All right.  Thank you,
Mr. Lomonaco.

Why don't we get started with our first witness
and we'll take a break.  So Ms. Norwood is going to
remove the podium and the government can be calling its
first witness.

MR. ARROWOOD:  Thank you, Your Honor.  The
government calls Special Agent Lee Gibson.

1          (The witness was thereupon duly sworn.)

2          THE COURTROOM DEPUTY:  Thank you.  Have a seat

3     and scoot in somewhat close.

4          State and spell your name for the record.

5          THE WITNESS:  Lee Gibson.  L-e-e, G-i-b-s-o-n.

6          THE COURTROOM DEPUTY:  Thank you, sir.

7                        **LEE GIBSON**,

8     having been first duly sworn, was examined and testified

9     as follows:

10                    DIRECT EXAMINATION

11    BY MR. ARROWOOD:

12    Q.      Good afternoon, Mr. Gibson.

13    A.      Good afternoon.

14    Q.      What do you do for a living?

15    A.      I am a special agent criminal investigator for

16    the NASA Office of Inspector General based at Marshall

17    Space Flight Center which is in Huntsville, Alabama.

18    Q.      How long have you been a special agent with the

19    NASA OIG?

20    A.      A little over eight years.

21    Q.      What did you do before becoming a special agent

22    with NASA?

23    A.      Immediately prior, for two years, I was a

24    transportation manager for CSX Railroad here in

25    Knoxville, Tennessee, and prior to that I served almost

03:01PM (line 10)
03:01PM (line 20)

1    eight years as an officer in the United States Navy

2    aboard a nuclear command and control aircraft, and

3    finished up in Washington, D.C. at the Defense

4    Intelligence Agency.

5    Q.        Will you please describe for the jury your

6    educational background.

7    A.        Sure.  I have a bachelor's degree in

8    criminology from Auburn University.  I have a master's

9    degree in security management from Bellevue University,

03:02PM  10    which is in Nebraska, and I have a master's in business

11    administration or MBA from -- also from Auburn

12    University.

13    Q.        Thank you.

14              What are the duties of a NASA special agent

15    with the Office of Inspector General?

16    A.        So the Office of Inspector General for NASA and

17    any agencies that have one are charged with combatting

18    fraud, waste, abuse, and mismanagement at the agency at

19    NASA with its personnel, with its contractors, and with

03:02PM  20    all the funds that it disburses.

21    Q.        Did you have any formal training to become a

22    special agent with NASA?

23    A.        Yes, sir.  After attending the academy that we

24    all go to at the Federal Law Enforcement Training

25    Center, I then attended an inspector general training

academy for IG agents to specialize in what we typically

look at in the IG, which is mainly contract and grant

fraud and some other types of administrative-type cases.

And then throughout my eight years, I've had

some advanced training in -- with economic crime,

contract and grant fraud, public corruption, and a

number of other training classes throughout my time.

Q.    Do you have any professional certifications?

A.    I do.  I am a certified fraud examiner, a CFE,

and that's from the Association of Certified Fraud

Examiners, and then I'm also a certified economic crime

forensic examiner, which is accredited through the

National White Collar Crime Center.

Q.    Will you please tell the jury, what is the

mission of NASA?

A.    So, NASA has a number of missions.  The most

obvious is its space exploration mission.  It has also

an aviation aerospace research mission and a large

planetary science/earth science mission as well.

Q.    What branch of government does NASA -- or is

NASA located?

A.    It's in the executive branch.

Q.    As a special agent with NASA, are you familiar

with NASA's grants and contracting process?

A.    I am, yes.

1  Q.        Now, does NASA contract or enter into

2  agreements with outside entities on research projects in

3  furtherance of NASA's mission?

4  A.        It does.  It enters into a number of contracts

5  and grants with outside agencies, both large and small

6  businesses, universities, and some individuals.

7  Q.        What are the type of contracts or agreements

8  that NASA has?

9  A.        There is a lot of different types of

03:04PM 10 agreements.  There is a number of different contracts or

11  procurements that NASA enters into with small and large

12  businesses.  Think of building a spaceship with Boeing.

13  And then there is also very small contracts and grants

14  that deal with the research topics that the different

15  NASA centers specialize in.

16  Q.        Can you describe for the jury the general

17  process of obtaining a cooperative agreement or

18  contract.

19  A.        So they all have varying differences, but they

03:05PM 20 all follow the same general format.  NASA puts out

21  what's called a solicitation, and that is where the

22  agency decides it has a problem it needs to solve.  It

23  either needs to buy something; it wants to research

24  something; it needs to do something that it can't do

25  in-house.  And so it puts out a solicitation which goes

1  on its public websites and details what that is it wants

2  to do.

3         And then agencies, individuals, universities

4  can submit proposals for that.  The research side, it's

5  usually a principal investigator is the lead researcher

6  that will put a proposal together and submit that to

7  NASA.

8         NASA scientists and contracting personnel

9  familiar with those topics that are solicited will look

03:05PM 10  through the proposals.  They will select certain ones

11  for further information, and then it ultimately will

12  pick a winner or who will be awarded the contract or

13  grant.

14         In that case, they will enter into the legal

15  side of the negotiations where they will come up with a

16  contract or grant that both parties will sign, and then

17  at some point at a start date that's designated, the

18  work will start.

19  Q.     Earlier you mentioned principal investigator.

03:06PM 20  A.     Yes.

21  Q.     Will you please describe for the jury what a

22  principal investigator is.

23  A.     Yes.  So on a government project, the principal

24  investigator is going to be your senior researcher, the

25  person who is kind of overall in charge of the project

 1   and has kind of the managerial role.  It could be for

 2   the government and/or the entity that's being contracted

 3   with.

 4   Q.        Now, does NASA headquarters issue all

 5   solicitations for NASA-funded projects?

 6   A.        They don't.  So, as you may know, there are

 7   many NASA centers located around the country, Florida

 8   and Texas and Alabama and California.  They all have

 9   different focuses on what they're researching and what

03:06PM  10   they're doing.  So each center will send out their own

11   solicitations for what they are interested in working

12   on.

13   Q.        And specifically, does Marshall Space Flight

14   Center issue solicitations for cooperative agreements?

15   A.        They do, yes.

16   Q.        Switching gears for just a moment, will you

17   please describe for the jury what the Jet Propulsion Lab

18   is.

19   A.        So, the Jet Propulsion Laboratory, which is

03:07PM  20   located in Pasadena, California, is a federally-funded

21   research and development center.  It's an FFRDC.  Lots

22   of acronyms.

23          What it means is that it's funded by the

24   government, in this case, NASA, and managed by a private

25   entity, in this case, the California Institute of

1  Technology or Caltech.  Similar to the way that ORNL,

2  Oak Ridge, here is funded.

3  Q.        Does JPL issue solicitations?

4  A.        They do, yes.

5  Q.        As a special agent with NASA's OIG, are you

6  familiar generally with the terms and conditions on

7  NASA-sponsored projects?

8  A.        Generally, yes.

9  Q.        What's your basis for the knowledge of those

03:07PM  10  terms and conditions?

11  A.        So, our work as inspector general agents is

12  primarily focused on contracts and grants.  So we spend

13  a lot of time going through contracts and grants with

14  our contracting and grant officers.  So just by nature

15  of that, as well as the training I've received, I've

16  become familiar with a number of the clauses and terms

17  and conditions that are in our contracts and grants.

18  Q.        Are you familiar with NASA's Grant and

19  Cooperative Agreement Manual?

03:08PM  20  A.        I am, yes.

21  Q.        Will you please describe for the jury what that

22  is.

23  A.        So the Grant and Cooperative Agreement Manual,

24  also called the GCAM, is basically a list -- so, like I

25  said earlier, the centers around -- now, the different

1    centers each submit their own solicitations.  However,

2    NASA headquarters is where all the policy is developed.

3    And those policies and terms and conditions will be the

4    same for all those contracts regardless of where the

5    solicitations go out from.

6            So the Grant and Cooperative Agreement Manual

7    is a list of those terms and conditions and other types

8    of provisions that are going to be a part of every NASA

9    grant and cooperative agreement regardless of where it's

03:09PM   10   let out of.

11   Q.        Are you familiar with Grant Information

12   Circulars?

13   A.        I am, yes.

14   Q.        Please describe for the jury what a Grant

15   Information Circular is.

16   A.        So the GCAM that we just talked about is

17   updated yearly.  So if there is a new policy or

18   procedure that comes out outside that update time

19   period, they issue what's called a Grant Information

03:09PM   20   Circular which comes out anytime during the year to let

21   grant officers, contracting officers, and grantees, the

22   institutions that are giving them, know of the new

23   changes.

24   Q.        Are you familiar with any specific restrictions

25   related to the use of NASA funding on activities with

1    any particular country?

2    A.        Yes, I am.

3    Q.        What country is that?

4    A.        The funding restriction is with China.

5              (Government's Exhibit 1-A was marked for

6               identification.)

7    BY MR. ARROWOOD:

8    Q.        Okay.  I'd like to show you what's been marked

9    as Government's Exhibit 1-A.

03:10PM 10              Do you recognize that document?

11   A.        I do, yes.

12   Q.        What is it?

13   A.        It is a NASA Grant Information Circular.

14             MR. ARROWOOD:  Your Honor, at this time,

15   government moves to admit Government's Exhibit 1-A.

16             THE COURT:  Without objection, so admitted.

17             (Government's Exhibit 1-A was received into

18              evidence.)

19   BY MR. ARROWOOD:

03:10PM 20   Q.        All right.  What is the date on this Grant

21   Information Circular?

22   A.        September 26, 2012.

23   Q.        Will you please read the title of it to the

24   jury.

25   A.        Class Deviation Implementing NASA Restrictions

1  on Funding Activities With The People's Republic of

2  China, PRC.

3          MR. ARROWOOD:  Will you please scroll down just

4  a little bit.  Right there (indicating).

5  BY MR. ARROWOOD:

6  Q.        Will you please read that paragraph to the

7  jury.

8  A.        (As read) "NASA is restricted by specified

9  application of the acts from using funding appropriated

03:10PM 10  in the acts to enter into or fund any grant or

11  cooperative agreement of any kind to participate,

12  collaborate, or coordinate bilaterally in any way with

13  China or any Chinese-owned company, at the

14  prime-recipient level or at any subrecipient level,

15  whether the bilateral involvement is funded or performed

16  under a no-exchange of funds arrangement.  Funds

17  containing the restriction are those FY2011 funds

18  appropriated on or after April 25, 2011, FY2012 funds,

19  and all future appropriations.  Accordingly, grant

03:11PM 20  officers shall not use any restricted funds to award or

21  fund any grant or cooperative agreement of any kind to

22  participate, collaborate, or coordinate bilaterally in

23  any way with China or a Chinese-owned company" --

24  "companies".

25          MR. ARROWOOD:  Please scroll down just a little

1    bit.

2         Top of page 2, please.  Stop right there

3    (indicating).

4    BY MR. ARROWOOD:

5    Q.      And also this paragraph to the jury; would you

6    please read that.

7    A.      (As read) "China or Chinese-owned company means

8    the People's Republic of China or any company owned by

9    the People's Republic of China or any company

03:12PM 10   incorporated under the laws of the People's Republic of

11   China.  Chinese universities and other similar

12   institutions are considered to be incorporated under the

13   laws of the PRC and, therefore, the funding restrictions

14   apply to grants and cooperative agreements that include

15   bilateral participation, collaboration, or coordination

16   with the Chinese universities."

17   Q.      Will you please take a look at the section with

18   the heading Action Required By Grant Officers?

19   A.      Okay.

03:12PM 20   Q.      Can you briefly just describe for the jury what

21   that particular provision entails.

22   A.      So, a Grant Information Circular will commonly

23   include what the grant officers are required to do with

24   that Grant Information Circular.  In this case, it's

25   providing the restriction that needs to go into all

1  future grants or ones that were being put together at

2  that time.

3          MR. ARROWOOD:  Will you please scroll just for

4  a moment.

5  BY MR. ARROWOOD:

6  Q.       I'd like you to read this paragraph to the

7  jury, please (indicating).

8  A.       "By submission of its proposal, the proposer

9  represents that the proposer is not China or a

03:13PM  10  Chinese-owned company and that the proposer will not

11  participate, collaborate, or coordinate bilaterally with

12  China or any Chinese-owned company at the

13  prime-recipient level or any subrecipient level, whether

14  the bilateral involvement is funded or performed under a

15  no-exchange of funds arrangement."

16  Q.       All right.  Thank you.

17          Now I'd like to talk about your involvement in

18  this particular case.

19          During the course of your duties as a special

03:13PM  20  agent, did you become involved in the investigation of

21  an individual named Anming Hu?

22  A.       Yes, I did.

23  Q.       And how did you become involved in that

24  investigation?

25  A.       I was informed by a Department of Energy Office

1    of Inspector General agent that she was involved in an

2    investigation that included some NASA-funded contracts

3    and grants.

4    Q.       So during the course of the investigation, did

5    you work with other law enforcement agencies?

6    A.       I did, yes.

7    Q.       What were those law enforcement agencies?

8    A.       The FBI, Federal Bureau of Investigation, and

9    the Department of Energy Office of Inspector General.

03:14PM  10    Q.       So based on your involvement in the

11    investigation, are you familiar with the investigative

12    steps taken by other law enforcement agents during the

13    course of the investigation?

14    A.       I am, yes, sir.

15    Q.       And based on the investigation, have you become

16    familiar with Anming Hu's appearance?

17    A.       I have, yes.

18    Q.       And how did you become familiar with his

19    appearance?

03:14PM  20    A.       Through a number of photos and videos.

21    Q.       Okay.  So what, if anything, occurred

22    pertaining to this investigation on February 27th of

23    2020?

24    A.       The defendant was arrested.

25    Q.       Were you present for the defendant's arrest?

1  A.        I was, yes.

2  Q.        And where was he arrested?

3  A.        At his residence.

4  Q.        Do you believe that you could identify Anming

5  Hu?

6  A.        I do, yes.

7  Q.        Will you please take a look in the courtroom to

8  see if you see Anming Hu.

9  A.        I do, yes.

03:14PM 10 Q.        If you would please describe an article of

11  clothing that he's wearing.

12  A.        I can't see any clothing.  I'm sorry, sir.

13            He's wearing a silver tie with orange stripes.

14            MR. ARROWOOD:  Let the record reflect the

15  witness has identified the defendant.

16  BY MR. ARROWOOD:

17  Q.        In connection with the defendant's arrest, did

18  law enforcement agents execute searches of the

19  defendant's residence?

03:15PM 20 A.        They did, yes.

21  Q.        How about his office?

22  A.        Yes.

23  Q.        Where is the defendant's office located?

24  A.        On the campus of the University of Tennessee,

25  Knoxville.

1  Q.        And prior to executing the searches of the

2  residence at the office at the time of the defendant's

3  arrest, did you and other law enforcement agents working

4  on the case obtain material from the University of

5  Tennessee?

6  A.        Yes, we did.

7  Q.        Will you briefly describe the different types

8  of material that you obtained.

9  A.        We obtained a number of human resources

03:15PM 10  documents via Grand Jury subpoena, and then we also

11  received a number of emails related to Dr. Hu's email

12  account at the University of Tennessee.

13  Q.        Thank you.

14            Okay.  So during the searches of the locations

15  that we just described, did agents locate any contracts

16  that were relevant to your investigation?

17  A.        Yes, we did.

18            (Government's Exhibit 6-G was marked for

19             identification.)

03:15PM 20  BY MR. ARROWOOD:

21  Q.        I'd like to show you what's been marked as

22  Government's Exhibit 6-G.

23            Do you recognize that document?

24  A.        I do.

25  Q.        What language is it?

1    A.        It's in Chinese.

2    Q.        Do you speak Chinese?

3    A.        I do not.

4    Q.        So how do you know what this document says?

5    A.        We submitted this, along with a number of other

6    documents, to a trans- -- an interpreter for

7    translation.

8    Q.        And have you reviewed that translation?

9    A.        I have, yes.

03:16PM  10              (Government's Exhibit 11-Q was marked for

11               identification.)

12   BY MR. ARROWOOD:

13   Q.        All right.  Now I'd like to show you what's

14   been marked as Government's Exhibit 11-Q.

15             Do you know what this document is?

16   A.        I do, yes.  It is the verbatim translation of

17   the previous document.

18             MR. ARROWOOD:  Your Honor, at this time, the

19   government moves to conditionally admit Exhibits 6-G and

03:16PM  20   11-Q.

21             THE COURT:  So admitted.

22             (Government's Exhibits 6-G and 11-Q were

23               conditionally received into evidence.)

24   BY MR. ARROWOOD:

25   Q.        Will you please read the title of this document

1  to the jury.

2  A.          Employment Contract For High-Level Talents,

3  Beijing University of Technology, Short-Term, Personnel

4  Department, Beijing University of Technology.

5  Q.          And who is Party A to this contract?

6  A.          Party A is the Beijing University of

7  Technology.

8  Q.          Does it indicate where the Beijing University

9  of Technology is located?

03:17PM  10  A.          It does.  It says 100 Pingleyuan, Chaoyang

11  District, Beijing.

12  Q.          Who is Party B in this contract?

13  A.          Party B is listed as Anming Hu.

14  Q.          And there at the bottom of the page, will you

15  please read for the jury the contract term.

16  A.          It states, "The term of this contract is three

17  years beginning on the day of January 1st, 2016, and

18  ending on the day December 31st, 2018."

19          MR. ARROWOOD:  If you'll please scroll down to

03:17PM  20  Party B Responsibilities.

21  BY MR. ARROWOOD:

22  Q.          According to this contract, does Party B have

23  any teaching duty responsibilities?

24  A.          He does.  It states that he will teach graduate

25  students one session of advanced lecture course yearly.

1          MR. ARROWOOD:  Will you please scroll down.

2  BY MR. ARROWOOD:

3  Q.        How about scientific research duty?

4  A.        Yes.  It says he shall complete a general

5  project funded by the National Foundation to be closed

6  in 2019.

7  Q.        And what is the entity that that project is

8  funded by?

9  A.        It says the project will be funded by the

03:18PM 10  Beijing Municipal Science and Technology Committee

11  Education Commission Project.

12          MR. ARROWOOD:  Let's scroll down here to No. 4

13  there.

14  BY MR. ARROWOOD:

15  Q.        Will you please read the advising duty

16  paragraph to the jury.

17  A.        It says, "Party B shall advise five graduate

18  students, three Ph.D. students, and two master's

19  students until graduation and a postdoctoral fellow

03:18PM 20  until completion of research term."

21  Q.        And then down below where it indicates the

22  rights and obligations of Party A, will you please read

23  the first two paragraphs under subheading 2.

24  A.        "Party A shall provide Party B with appropriate

25  support, no more than three months per year, as follows:

1    Compensation, $30,000 yuan per month before tax to be

2    dispensed according to Party B's eventual work time."

3    Q.        And just approximate, do you happen to know how

4    much that is in U.S. dollars?

5    A.        Currently it's approximately $4700.

6              MR. ARROWOOD:  Please scroll down.  Keep going.

7    BY MR. ARROWOOD:

8    Q.        Look at No. 4 under the obligations of Party B.

9    A.        Okay.  It says, "Party B shall abide by the

10   state's and Beijing's relevant laws and regulations,

11   abide by Party A's rules and regulations, and ensure

12   working for no less than two months per year during the

13   employment term."

14             MR. ARROWOOD:  Scroll down, please.  Let's go

15   all the way down.

16   BY MR. ARROWOOD:

17   Q.        Now, does this verbatim translation indicate

18   whether or not this document was signed?

19   A.        It does.

20   Q.        Who signed this document, according to this?

21   A.        According to the translation, Anming Hu.

22   Q.        What was the date?

23   A.        April 6th, 2016.

24   Q.        Thank you.

25

1           (Government's Exhibit 7-K was marked for

2            identification.)

3    BY MR. ARROWOOD:

4    Q.      I'd like to show you what's been marked as

5    Government's Exhibit 7-K.

6            Do you recognize this document?

7    A.      I do.

8    Q.      Did law enforcement submit this document for

9    translation by a linguist?

03:20PM  10  A.      Yes, we did.

11   Q.      Have you reviewed that translation?

12   A.      I have.

13           (Government's Exhibit 11-L was marked for

14            identification.)

15   BY MR. ARROWOOD:

16   Q.      I'd like to show you what's been marked as

17   Government's Exhibit 11-L.

18           Do you recognize this document?

19   A.      I do.

03:20PM  20  Q.      What is it?

21   A.      It's the verbatim translation of the previous

22   document.

23           MR. ARROWOOD:  Your Honor, the government moves

24   to conditionally admit Government's Exhibit 7-K and

25   11-L.

1    THE COURT:  So admitted.

2         (Government's Exhibits 7-K and 11-L were

3          conditionally received into evidence.)

4  BY MR. ARROWOOD:

5  Q.    Will you please read the title to the jury of

6  this document.

7  A.       Employment Contract for High-Level Talents,

8  Beijing University of Technology, Short-Term, Personnel

9  Department, Beijing University of Technology.

03:21PM 10  Q.    And, again, who is Party A in this document?

11  A.       Beijing University of Technology.

12  Q.    And Party B --

13         MR. ARROWOOD:  You may have to scroll down a

14  little bit.

15  BY MR. ARROWOOD:

16  Q.    Who is Party B?

17  A.       Anming Hu.

18  Q.    And there on the right-hand side of the table,

19  the fourth column down, will you please read that for

03:21PM 20  the jury.  Right there (indicating).

21  A.    "To be signed upon arrival in university."

22  Q.    Does it also indicate an email address for

23  Party B?

24  A.       It does.

25  Q.    What is that email address?

1    A.          Anminghu@bjut.edu.cn.

2    Q.          In this particular document, is there a Party

3    C?

4    A.          There is.  Party C is listed as the Institute

5    of Laser Engineering.

6                MR. ARROWOOD:  Please scroll down to the

7    contract term.  All right.  Please stop there

8    (indicating).

9    BY MR. ARROWOOD:

03:21PM  10   Q.          Will you please read the contract term to the

11   jury.

12   A.          The term.  It's a contract for three years

13   beginning on the day of January 1st, 2019, and ending on

14   the day of December 31st, 2021.

15   Q.          Again, will you please tell the jury what day

16   the defendant was arrested?

17   A.          February 27th of 2019 -- I'm sorry -- 2020.

18   Q.          Thank you.

19                MR. ARROWOOD:  All right.  Scroll down to the

03:22PM  20   next page, please.

21   BY MR. ARROWOOD:

22   Q.          Now, this particular document has highlighting

23   on it.

24   A.          Yes.

25   Q.          Was that highlighting in the original?

 1  A.        That was in the original, correct.

 2  Q.        So with respect to teaching duty, does the

 3  defendant -- or does Party B have a responsibility for

 4  teaching under this contract?

 5  A.        Yes.  It says, "Party B shall participate in

 6  teaching course Front Line of Laser Manufacturing in

 7  English only for no less than eight credit hours yearly

 8  and give no less than one speech on the disciplines

 9  front line to institute faculty and students."

03:22PM 10  Q.        Thank you.

11            And there under the subheading, I guess, 2, and

12  then Roman numeral II --

13  A.        Okay.

14  Q.        -- was the defendant -- or was Party B required

15  to complete a general project?

16  A.        Yes.  Once again, complete a general project

17  funded by the National Foundation, Super Optical

18  Diffraction Induced By Excited Radiation Dissipation For

19  Extreme Femtosecond Laser Direct Writing Manufacturing,

03:23PM 20  January 1st, 2016 to December 31st, 2019.  And an

21  additional project funded by the National Foundation,

22  China-German collaboration from January 1st, 2018 to

23  December 31st, 2020.

24            MR. ARROWOOD:  Will you please scroll down.

25            Will you please stop here for one moment.

1  BY MR. ARROWOOD:

2  Q.        Under Rights and Obligations of Party A,

3  subheading 2, will you please read the compensation.

4  A.        The compensation is $30,000 yuan per month

5  before tax.

6  Q.        And is this particular contract for no more

7  than three months per year?

8  A.        Correct, yes.

9            MR. ARROWOOD:  Scroll all the way to the

03:23PM 10  bottom, please.

11  BY MR. ARROWOOD:

12  Q.        Now, based on this verbatim translation, was

13  this document signed?

14  A.        No, it was not.

15            (Government's Exhibit 7-L was marked for

16             identification.)

17  BY MR. ARROWOOD:

18  Q.        I'd like to show you what's been marked as

19  Government's Exhibit 7-L.

03:24PM 20            Do you recognize this document?

21  A.        I do.

22  Q.        Did law enforcement submit this document for

23  translation?

24  A.        Yes, they did.

25  Q.        Have you reviewed the translation?

1    A.       I have.

2             (Government's Exhibit 11-M was marked for

3              identification.)

4    BY MR. ARROWOOD:

5    Q.       I'd like to show you what's been marked as

6    Government's Exhibit 11-M.

7             Do you recognize this document?

8    A.       I do, yes.  It's the verbatim translation of

9    the previous document.

03:24PM  10             MR. ARROWOOD:  At this time, I want to

11   conditionally admit Government's Exhibit 7-L and 11-M.

12             THE COURT:  So admitted.

13             (Government's Exhibits 7-L and 11-M were

14              conditionally received into evidence.)

15   BY MR. ARROWOOD:

16   Q.       Will you please describe for the jury what this

17   document is.

18   A.       This document appears to be the follow-on or

19   the last page of the previous contract that was talked

03:24PM  20   about.

21   Q.       Okay.  And then according to this verbatim

22   translation, is this document signed?

23   A.       Yes, it is.

24   Q.       Who signed the document?

25   A.       Anming Hu.

1  Q.        And the date?

2  A.        March 8th, 2019.

3  Q.        Thank you.

4          Now, as part of the defendant's employment

5  contracts that we just reviewed with the Beijing

6  University of Technology, was he required to acknowledge

7  his affiliation with Beijing University of Technology in

8  publications?

9  A.        He was, yes.

03:25PM  10          (Government's Exhibit 4-E was marked for

11           identification.)

12  BY MR. ARROWOOD:

13  Q.        I'd like to show you Government's Exhibit 4-E.

14  A.        Okay.

15  Q.        Do you recognize this document?

16  A.        I do, yes.

17  Q.        What is it?

18  A.        It's a scholarly paper authored by the

19  defendant.

03:25PM  20          MR. ARROWOOD:  Your Honor, the government moves

21  to admit Government's Exhibit 4-E.

22          THE COURT:  So admitted.

23          (Government's Exhibit 4-E was received into

24           evidence.)

25

1    BY MR. ARROWOOD:

2    Q.        Will you please read the title to the jury.

3    A.        The Size, Changes, Mechanistic Study of Liquid

4    Pulsed Femtosecond Laser Irradiation Diamond Powder in

5    Water.

6    Q.        Is the defendant listed as a coauthor on this

7    document?

8    A.        Yes, he is.

9    Q.        Does it indicate the defendant's affiliations?

03:25PM 10   A.        It does, through two footnotes, 1 and 3.

11   Q.        Will you please read for the jury the

12   corresponding language with respect to footnote 1.

13   A.        Institute of Laser Engineering, Beijing

14   University of Technology, and the address, 100

15   Pingleyuan, Chaoyang District, Beijing, China.

16   Q.        And No. 3?

17   A.        The Department of Mechanical, Aerospace, and

18   Biomedical Engineering, University of Tennessee,

19   Knoxville, Tennessee.

03:26PM 20   MR. ARROWOOD:  Please scroll to page 6.  Under

21   the heading Acknowledgments.  Right there is good

22   (indicating).

23   BY MR. ARROWOOD:

24   Q.        Will you please read the paragraph under

25   Acknowledgment to the jury.

1  A.      It says, "This study was partly supported by

2  the National Natural Science Foundation of China, China,

3  and by an industrial collaborative project funded by

4  Nanjing Sate Electronics, Incorporated."

5  Q.      Thank you.

6        (Government's Exhibit 5-C was marked for

7         identification.)

8  BY MR. ARROWOOD:

9  Q.      I'd like to show you what's been marked as

03:26PM  10  Government's Exhibit 5-C.

11        Do you recognize this document?

12  A.      I do.

13  Q.      What is it?

14  A.      It is a scholarly paper coauthored by the

15  defendant.

16        MR. ARROWOOD:  Government moves to admit 5-C.

17        THE COURT:  So admitted.

18        (Government's Exhibit 5-C was received into

19         evidence.)

03:27PM  20  BY MR. ARROWOOD:

21  Q.      And here, is the defendant listed as a coauthor

22  of this article?

23  A.      Yes, he is.

24  Q.      And are his affiliations indicated on this

25  particular document?

1    A.        They are, both by a 1 and a 3 footnote.

2    Q.        Will you please read what corresponds to

3    footnote 1.

4    A.        Institute of Laser Engineering, Beijing

5    University of Technology, Beijing, China.

6    Q.        And No. 3?

7    A.        The Department of Mechanical, Aerospace, and

8    Biomedical Engineering, University of Tennessee,

9    Knoxville, Tennessee.

03:27PM  10        MR. ARROWOOD:  Please scroll down to page --

11    the bottom of page 10.

12    BY MR. ARROWOOD:

13    Q.        Under the Acknowledgement heading, will you

14    please read that to the jury as well.

15    A.        "The study was partly supported by the

16    National Natural Science Foundation of China, China, and

17    by an industrial collaborative project funded by Nanjing

18    Sate Electronics, Incorporated."

19            (Government's Exhibit 7-I was marked for

03:27PM  20              identification.)

21    BY MR. ARROWOOD:

22    Q.        I'd like to show you what's been marked as

23    Government's Exhibit 7-I.

24            Do you recognize this document?

25    A.        I do.

1  Q.        What is it?

2  A.        It appears to be a draft of a scholarly paper

3  coauthored by the defendant.

4            MR. ARROWOOD:  Government moves to admit

5  Government's Exhibit 7-I.

6            THE COURT:  So admitted.

7            (Government's Exhibit 7-I was received into

8             evidence.)

9  BY MR. ARROWOOD:

03:28PM 10  Q.        Is the defendant listed as a coauthor on this

11  document?

12  A.        Yes, he is.

13  Q.        Are his affiliations indicated on the top of

14  this document?

15  A.        They are, with a 1 and 2 footnote.

16  Q.        Please read 1.

17  A.        Institute of Laser Engineering, Beijing

18  University of Technology, Beijing, China.

19  Q.        Is No. 2 the University of Tennessee?

03:28PM 20  A.        Yes, it is.

21            (Government's Exhibit 7-J was marked for

22             identification.)

23  BY MR. ARROWOOD:

24  Q.        I'd like to show you Government's Exhibit 7-J.

25            Do you recognize the document?

1    A.        I do, yes.

2    Q.        What is it?

3    A.        It's a scholarly paper coauthored by the

4    defendant.

5              MR. ARROWOOD:  The government would move to

6    admit Government's Exhibit 7-J.

7              THE COURT:  So admitted.

8    BY MR. ARROWOOD:

9    Q.        Again, as the others, is the defendant listed

03:28PM  10  as coauthor?

11   A.        Yes.

12   Q.        Are his affiliations indicated on this

13   document?

14   A.        Yes, they are, with a 1 and 3 footnote.

15   Q.        And what is -- what corresponds with footnote

16   3?

17   A.        Footnote 3 is the Institute of Laser

18   Engineering, Beijing University of Technology, Beijing.

19   Q.        Now, there also is an email address right below

03:29PM  20  that.

21   A.        It does.

22   Q.        Are you familiar with that email address?

23   A.        I am familiar with that email address.  It's

24   Anming Hu's University of Tennessee email address.

25   Q.        Thank you.

DIRECT EXAMINATION - LEE GIBSON

1          (Government's Exhibit 7-O was marked for

2           identification.)

3     BY MR. ARROWOOD:

4     Q.     I'd like to show you Government's Exhibit 7-O.

5            Do you recognize this?

6     A.     I do, yes.

7     Q.     What is it?

8     A.     It's an abstract for a scholarly article.

9            MR. ARROWOOD:  Your Honor, I move to admit

03:29PM  10   Government's Exhibit 7-O.

11            THE COURT:  So admitted.

12            (Government's Exhibit 7-O was received into

13             evidence.)

14    BY MR. ARROWOOD:

15    Q.     Is the defendant listed as coauthor?

16    A.     Yes, he is.

17    Q.     Are his affiliations indicated on this

18    document?

19    A.     They are, footnotes 1 and 6.

03:29PM  20   Q.     Please read No. 6.

21    A.     Institute of Laser Engineering, Beijing

22    University of Technology, Beijing, China.

23            THE COURT REPORTER:  Can you please slow down.

24            THE WITNESS:  I'm sorry.  Yes, ma'am.

25

1    BY MR. ARROWOOD:

2    Q.        And is No. 1 the University of Tennessee?

3    A.        Yes, it is.

4    Q.        Thank you.

5              (Government's Exhibit 3-Q was marked for

6               identification.)

7    BY MR. ARROWOOD:

8    Q.        And I'd like to show you what's been marked as

9    Government's Exhibit 3-Q.

03:30PM  10            MR. ARROWOOD:  Will you please highlight the

11   top portion of this document.

12   BY MR. ARROWOOD:

13   Q.        Do you recognize this document?

14   A.        I do, yes.

15   Q.        What is it?

16   A.        It is an email exchange between the defendant

17   and another individual.

18   Q.        What is the date on that email?

19   A.        October 17th, 2017.

03:30PM  20   Q.        And based on what appears at the heading of

21   that email, are there attachments associated with this

22   particular email?

23   A.        There are, yes.

24             (Government's Exhibit 3-S was marked for

25              identification.)

BY MR. ARROWOOD:

Q.        Now I'd like to show you what's been marked as Government's Exhibit 3-S.

Do you recognize this document?

A.        I do, yes.  It's the attachment from the previous email.

MR. ARROWOOD:  Your Honor, government moves to admit Government's Exhibit 3-S.

THE COURT:  So admitted.

(Government's Exhibit 3-S was received into evidence.)

BY MR. ARROWOOD:

Q.        There at the top, is the defendant listed as a coauthor on this paper?

A.        Yes, he is.

Q.        Are there affiliations listed on this paper?

A.        They are, through a 1, 3, and an asterisk.

Q.        With respect to No. 1, will you please read for the jury what No. 1 corresponds to.

A.        The Institute of Laser Engineering, Beijing University of Technology, Beijing, China.

Q.        Is No. 3 the University of Tennessee?

A.        Yes, it is.

(Government's Exhibit 7-N was marked for identification.)

**DIRECT EXAMINATION - LEE GIBSON**

1  BY MR. ARROWOOD:

2  Q.      Okay. I'd like to show you what's been marked

3  as Government's Exhibit 7-N, as in November.

4         Do you recognize this document?

5  A.      I do.

6  Q.      What is it?

7  A.      It is a receipt to the defendant.

8         MR. ARROWOOD: Your Honor, at this time, we

9  would move to admit 7-N.

03:31PM  10         THE COURT: So admitted.

11  BY MR. ARROWOOD:

12  Q.      There at the top on the right-hand side, does

13  it indicate who the document is addressed to?

14  A.      It does. Anming Hu at the Beijing University

15  of Technology.

16  Q.      What is the date of that invoice?

17  A.      January 8th, 2019.

18         MR. ARROWOOD: Please scroll down.

19         That's it. Thank you.

03:32PM  20         (Government's Exhibit 5-B was marked for

21          identification.)

22  BY MR. ARROWOOD:

23  Q.      I'd like to show you Government's Exhibit 5-B.

24         Do you recognize this document?

25  A.      I do.

1    Q.        What is it?

2    A.        It's an article in a letter authored by

3    the -- I'm sorry -- coauthored by the defendant.

4              MR. ARROWOOD:  And I move to admit 5-B.

5              THE COURT:  So admitted.

6              (Government's Exhibit 5-B was received into

7               evidence.)

8    BY MR. ARROWOOD:

9    Q.        Please take a look at page 2 of this document.

03:32PM  10              MR. ARROWOOD:  If you could magnify -- yeah.

11    Thank you very much.

12    BY MR. ARROWOOD:

13    Q.        Is the defendant listed as a coauthor on this

14    document?

15    A.        Yes, he is.

16    Q.        Are his affiliations indicated on this

17    document?

18    A.        They are, through footnotes 2, 4 and a).

19    Q.        With respect to No. 4, what is 4?

03:32PM  20    A.        No. 4, it lists the Institute of Solid

21    Microstructure, Beijing University of Technology.

22    Q.        And is No. 2 the University of Tennessee?

23    A.        Yes, it is.

24    Q.        Thank you.

25              Now, as part of the defendant's contracts with

1   the Beijing University of Technology, was he required to

2   complete research projects sponsored by Chinese

3   government agencies?

4   A.        Yes, he was.

5             (Government's Exhibit 6-I was marked for

6              identification.)

7   BY MR. ARROWOOD:

8   Q.        I'd like to show you what's been marked as

9   Government's Exhibit 6-I.

03:33PM 10            Do you recognize this document?

11  A.        I do, yes.

12  Q.        Did law enforcement submit this document for

13  translation?

14  A.        Yes, they did.

15  Q.        Have you reviewed that translation?

16  A.        I have.

17            (Government's Exhibit 11-K was marked for

18             identification.)

19  BY MR. ARROWOOD:

03:33PM 20  Q.        I'd like to show you Government's Exhibit 11-K.

21            Do you recognize this document?

22  A.        I do.

23  Q.        What is it?

24  A.        It's the verbatim translation of the previous

25  document.

1    MR. ARROWOOD:  The government moves to

2   conditionally admit Government's Exhibit 6-I and 11-K.

3    THE COURT:  So admitted.

4    (Government's Exhibits 6-I and 11-K were

5     conditionally received into evidence.)

6   BY MR. ARROWOOD:

7   Q.    Please read the title of this document to the

8   jury.

9   A.    It states Closure Report, Beijing Natural

03:34PM 10   Science Foundation Project, Education Commission of

11   Beijing Municipality, Science and Technology Plan Key

12   Project.

13   Q.    And who was the principal investigator on this

14   project?

15   A.    It's listed as Anming Hu.

16   Q.    What is the institution associated with this

17   project?

18   A.    The Beijing University of Technology.

19    MR. ARROWOOD:  Please scroll down just a little

03:34PM 20   bit.

21    I'm sorry.  If you could just scroll down to

22   page 10.

23   BY MR. ARROWOOD:

24   Q.    Here I want to direct your attention to

25   the -- it's the second row on this particular table.

1    Is that the defendant's name?

2    A.    Yes, it is.

3    Q.    What's indicated as the defendant's employer?

4    A.    The Institute of Laser Engineering, Beijing

5    University of Technology.

6    Q.    And under the next column, which states

7    Creative Contributions Made to Achievements, will you

8    please read that entry to the jury.

9    A.    It states, "In charge of all matters of the

03:35PM  10   project."

11   Q.    Thank you.

12         Now, as part of the defendant's contract at

13   BJUT, was he required to teach courses?

14   A.    Yes, he was.

15   Q.    Now, during this search of the defendant's

16   residence, did agents locate a cellphone?

17   A.    Yes, they did.

18   Q.    What type of phone did agents find?

19   A.    It was an LG phone.

03:35PM  20   Q.    Did the defendant provide consent to search

21   that phone?

22   A.    Yes, he did, both verbally and written.

23   Q.    When agents searched that phone, did they

24   identify any messages on the social media WeChat?

25   A.    Yes, they did.

1    Q.        What is WeChat?

2    A.        Yes.  It is a social media platform based in

3    China that allows users to do all manner of

4    communication, whether it's texting, videos, chatting,

5    that kind of thing.

6    Q.        And how did agents capture those WeChat

7    messages when they searched this phone?

8    A.        So, they took a video of the chats as they

9    scrolled through the phone.

03:36PM   10             (Government's Exhibit 5-E was marked for

11                  identification.)

12   BY MR. ARROWOOD:

13   Q.        I'd like to show you what's been marked as

14   Government's Exhibit 5-E.

15   A.        Okay.

16   Q.        We're playing it for you.

17             (Video file played in open court.)

18   BY MR. ARROWOOD:

19   Q.        Do you recognize this file?

03:36PM   20   A.        I do, yes.

21   Q.        What is this?

22   A.        This is the video of scrolling through the

23   WeChats on the LG phone.

24   Q.        Did law enforcement submit this material for

25   translation by a linguist?

1    A.       Yes, they did.

2    Q.       Have you reviewed that translation?

3    A.       I have.

4             (Government's Exhibit 11-F was marked for

5              identification.)

6    BY MR. ARROWOOD:

7    Q.       I'd like to show you Government's Exhibit 11-F.

8             Do you recognize that document?

9    A.       I do, yes.  These are the verbatim translations

03:36PM 10   of the previous video.

11            MR. ARROWOOD:  Your Honor, I'd like to

12   conditionally admit Government's Exhibit 5-E and 11-F.

13            THE COURT:  So admitted.

14            (Government's Exhibit 5-E and 11-F were

15             conditionally received into evidence.)

16            MR. ARROWOOD:  If you'll please make this a

17   little bit bigger again.

18   BY MR. ARROWOOD:

19   Q.       And who -- according to this verbatim

03:36PM 20   translation, who are the participants in this WeChat?

21   A.       Anming Hu and Junjun.

22   Q.       And when did this conversation begin?

23   A.       October 10th, 2019, approximately 9:45 p.m.

24   Q.       Can you please read that first message.

25   A.       It states, "Professor Hu, the class front line

1   of laser manufacturing was started last year and the

2   system shows you are the lecturer.  You need to give

3   grades to this class's students.  I won't assign you to

4   teach this class this year.  How about you compose a

5   test, send it to the students, and give them a grade.

6   Will that work?"

7          MR. ARROWOOD:  Please scroll down to a message

8   that occurred on October 13th.  Right there.  Please

9   stop.

03:37PM 10  BY MR. ARROWOOD:

11  Q.        October 13th, 2019, at 2:08 p.m., according to

12  this translation, did the defendant send a message?

13  A.        He did.  He said, "I have sent you the test.

14  Please have the students send their answer back to me by

15  6:00 p.m. on October 17th.  This is an open book test.

16  Students are allowed to use any reference.  I couldn't

17  go back this year because of the current China-U.S.

18  relations.  I am very sorry.  Please understand."

19  Q.        All right.  Thank you.

03:38PM 20         During the course of your review of material in

21  this particular case, did you find evidence indicating

22  that the defendant managed a laboratory in Beijing?

23  A.        Yes, we did.

24          (Government's Exhibit 3-T was marked for

25           identification.)

1    BY MR. ARROWOOD:

2    Q.        All right.  At this time, I'd like to show you

3    Government's Exhibit 3-T.

4              Do you recognize this document?

5    A.        I do.

6    Q.        Did law enforcement submit this document for

7    translation by a linguist?

8    A.        Yes, we did.

9    Q.        Have you reviewed this translation?

03:38PM 10   A.        I have.

11              (Government's Exhibit 11-I was marked for

12               identification.)

13   BY MR. ARROWOOD:

14   Q.        I'd now like to show you Government's

15   Exhibit 11-I.

16              Do you recognize this document?

17   A.        I do.  It is the verbatim translation of the

18   previous document.

19              MR. ARROWOOD:  Your Honor, we'd like to

03:39PM 20   conditionally admit Government's Exhibit 3-T and 11-I.

21              THE COURT:  So admitted.

22              (Government's Exhibits 3-T and 11-I were

23               conditionally received into evidence.)

24   BY MR. ARROWOOD:

25   Q.        Okay.  Will you please read -- this is the

```
 1    second email.
 2              MR. ARROWOOD:  If you would please scroll down.
 3              Okay.  Right there.  Can you scroll just a
 4    little bit more so we can see who it's from.  No, the
 5    other way.
 6              All right.  Thank you.
 7    BY MR. ARROWOOD:
 8    Q.        Who is this email from?
 9    A.        It's from Anming Hu and his University of
10    Tennessee email address.
11    Q.        What is the subject?
12    A.        The subject is Re:  Apology letter.
13    Q.        What is the date of this email?
14    A.        December 1st, 2017.
15    Q.        Will you please read the first two paragraphs
16    of this email to the jury.
17    A.        "Please forgive me that I can't approve your
18    request.  Please remove it out as soon as possible.  The
19    reason is quite simple.  I am in urgent need to build a
20    platform for my National Foundation project.  My funding
21    is quite tight.  We haven't done it because we are
22    testing our experiment plan in the U.S.  My funding
23    situation won't allow me to fail at BUT.  The optical
24    platform at BUT is too small.  We have to conduct
25    testing repeatedly in order to build our platform."
```

03:39PM (line 10)
03:40PM (line 20)

1    MR. ARROWOOD:  Will you please scroll to the

2    next email.

3    I'm sorry.  All the way through the -- the

4    third email.  All the way down.

5    MS. DENARD:  I'm sorry.

6    MR. ARROWOOD:  That's my fault.  I'm sorry.  Go

7    back up.  Sorry.  You were right the first time.

8    Okay.  Thank you very much.  Right here

9    (indicating).

03:40PM  10    BY MR. ARROWOOD:

11    Q.    Who is this email from?

12    A.    It's from a Yanping Yuan.

13    Q.    Does it indicate the sender's email address?

14    A.    It does.  It's @bjut.edu.cn.

15    Q.    Based on your training and experience, do you

16    happen to know -- or -- I'm sorry.

17    Based on your training and experience, are you

18    familiar with the email suffix .cn?

19    A.    I am, yes.

03:41PM  20    Q.    What does that indicate to you?

21    A.    It indicates that the web service or provider

22    that this email is associated with is based in China.

23    MR. ARROWOOD:  Can you please scroll down just

24    a little bit more.

25

DIRECT EXAMINATION - LEE GIBSON

 1  BY MR. ARROWOOD:

 2  Q.          Please start reading right here (indicating)

 3  for the jury.

 4  A.          "I'm very sorry and please forgive my

 5  misconduct.  Finally, I have a favor to ask.  I implore

 6  you to allow the light path that has been set up there

 7  to stay until you return to China.  Then we will discuss

 8  what to do.  Is that alright with you?  In the meantime,

 9  I also promise that I will not enter the ultra clean

03:42PM 10  room before you return to China and we have a discussion

11  about it."

12  Q.          All right.  Thank you.

13              (Government's Exhibit 6-H was marked for

14               identification.)

15  BY MR. ARROWOOD:

16  Q.          I'd like to show you Government's Exhibit 6-H.

17              THE COURT:  Let me interrupt you, Mr. Arrowood.

18  This might be a good time for an afternoon break.  So

19  we'll excuse the jury for our afternoon break.

03:42PM 20              (Jurors excused from the courtroom.)

21              THE COURTROOM DEPUTY:  This honorable court

22  stands in recess until 4 o'clock.

23              (A brief recess was taken.)

24              THE COURTROOM DEPUTY:  This honorable court is

25  again in session.

1      THE COURT:  All right.  Thank you.  If the jury

2  is ready, bring them in.

3           (Whereupon the following report of

4            proceedings was had within the presence

5            and hearing of the jury:)

6      THE COURT:  All right.  Thank you.  Everyone

7  may be seated, please, and Mr. Arrowood, you may

8  continue with direct examination of this witness.

9      MR. ARROWOOD:  Thank you, Your Honor.

04:04PM  10  BY MR. ARROWOOD:

11  Q.      I believe we were talking about laboratories in

12  Beijing.  With that, I'd like to show you Government's

13  Exhibit 6-H.

14          Do you recognize this document?

15  A.      I do, yes.

16  Q.      Did law enforcement submit this document for

17  translation by a linguist?

18  A.      Yes, we did.

19  Q.      Have you reviewed that translation?

04:05PM  20  A.      I have.

21          (Government's Exhibit 11-J was marked for

22           identification.)

23  BY MR. ARROWOOD:

24  Q.      I'd like to show you Government's Exhibit 11-J.

25          Do you recognize this document?

1   A.     I do.  It's the verbatim translation of the

2  previous document.

3        MR. ARROWOOD:  Your Honor, I'd like to

4  conditionally admit Government's Exhibit 6-H and 11-J.

5        THE COURT:  So admitted.

6        (Government's Exhibit 6-H and 11-J were

7         conditionally received into evidence.)

8        MR. ARROWOOD:  Thank you, Judge.

9  BY MR. ARROWOOD:

04:05PM 10  Q.     Will you please read the top of this document

11  to the jury.

12  A.     Super-fast laser micro- and nano-processing

13  laboratory, Instrument budget (200,000), June 5th, 2019.

14  Q.     Thank you.

15        (Government's Exhibit 5-H was marked for

16         identification.)

17  BY MR. ARROWOOD:

18  Q.     I'd now like to show you Government's

19  Exhibit 5-H.

04:06PM 20        Do you recognize this?

21  A.     Yes.  This is, again, a video of the LG phone.

22  Q.     Did law enforcement submit this document for

23  translation by a linguist?

24  A.     Yes, we did.

25  Q.     Have you reviewed that translation?

DIRECT EXAMINATION - LEE GIBSON

1  A.        I have.

2  Q.        All right.  Thank you.

3            (Government's Exhibit 11-G was marked for

4             identification.)

5  BY MR. ARROWOOD:

6  Q.        I'd like to show you Government's Exhibit 11-G.

7            Do you recognize this?

8  A.        I do, yes.  It is the verbatim translation of

9  the previous video.

04:06PM  10        MR. ARROWOOD:  Your Honor, I'd like to

11  conditionally admit 5-H and 11-G.

12            THE COURT:  So admitted.

13            (Government's Exhibits 5-H and 11-G were

14             conditionally received into evidence.)

15  BY MR. ARROWOOD:

16  Q.        Will you please take a look at the

17  participants.

18            Read the participants for the jury, please.

19  A.        Anming Hu and Hong Chen.

04:06PM  20  Q.        When did this conversation begin?

21  A.        On September 8th, 2019, approximately 10:38

22  p.m.

23            MR. ARROWOOD:  Scroll down to a message on

24  October 28th, 2019.

25            Thank you.

1   BY MR. ARROWOOD:

2   Q.        Will you please read that message to the jury.

3   A.        It says, "Hi, Professor Hu.  An email regarding

4   the issues with the femtosecond laser laboratory,

5   (Science Building A118) has been sent to you.  Please

6   respond by Thursday (October 31st).  Thank you."

7   Q.        According to this translation, did the

8   defendant respond?

9   A.        Yes, he did.

04:07PM 10  Q.        Will you please read his response.

11  A.        "Chen Hong, please send a carbon copy to my

12  personal email at anminghu68@gmail.com.  Thanks!"

13  Q.        And then on 11 -- on November 1st of 2019 at

14  3:37 p.m., did Mr. Chen respond?

15  A.        Yes.

16  Q.        Will you please read his response for the jury.

17  A.        It states, "Professor Hu, regarding the 7,250

18  yuan from your S&T award, your information did not

19  populate after I entered your employee number into the

04:08PM 20  accounting system.  I am communicating with the

21  accounting department.  Please provide your passport

22  number and a Chinese bank account number (Commercial

23  Bank of China, China Construction Bank, Bank of Beijing,

24  or Agriculture Bank of China).  If the accounting

25  department can sort it out, your employee number will be

1   used; otherwise we will process it with your passport

2   number. November is this year's final month for award

3   money processing."

4   Q.     Thank you.

5       MR. ARROWOOD: Will you please scroll down to a

6   message that occurred on or about January 31st of 2020.

7   A little higher. Yeah, right there (indicating).

8   BY MR. ARROWOOD:

9   Q.     At 12:08 a.m., would you please read the

04:09PM 10   message from Chen.

11   A.     (As read) "Professor Hu, for pandemic

12   containment and prevention, the university is serving

13   (sic) each faculty member's health condition. How's

14   your health? What's your address in Canada? Do you

15   have plans to come back to work in China soon? Thanks."

16   Q.     All right. Thank you.

17       (Government's Exhibit 5-D was marked for

18        identification.)

19   BY MR. ARROWOOD:

04:09PM 20   Q.     Now I'd like to show you Government's

21   Exhibit 5-D.

22       And do you recognize this?

23   A.     I do. It is another video of a WeChat from the

24   LG phone.

25   Q.     Did law enforcement submit this document for

1  translation by a linguist?

2  A.        Yes, we did.

3  Q.        Have you reviewed that translation?

4  A.        I have.

5           (Government's Exhibit 11-D was marked for

6            identification.)

7  BY MR. ARROWOOD:

8  Q.        And I'd like to show you Government's

9  Exhibit 11-D.

04:09PM  10         Is this the translation that you've reviewed?

11  A.        Yes, it is.

12          MR. ARROWOOD:  Your Honor, we'd like to

13  conditionally admit Government's Exhibit 5-D and 11-D.

14          THE COURT:  So admitted.

15          (Government's Exhibits 5-D and 11-D were

16            conditionally received into evidence.)

17  BY MR. ARROWOOD:

18  Q.        Who are the participants in this exchange?

19  A.        Anming Hu and Party Secretary Bai.

04:10PM  20  Q.        What's the date of the first message?

21  A.        January 2nd of 2020.

22  Q.        At 1:50 p.m., does the defendant send a

23  message?

24  A.        He does.

25  Q.        Will you please read the first two paragraphs

 1  of that message.

 2  A.        It states, "I agree that Professor Wu Jian

 3  manages the fume hood and chemicals for now.  I have had

 4  great collaboration with Professor Wu Jian over the past

 5  a few years.  By now, his three master's students have

 6  been doing research under Bai Shi and my doctoral

 7  student(s) for one year or two.  I trust Professor Wu

 8  completely."

 9        MR. ARROWOOD:  And can you scroll down to a

04:11PM 10  message that occurred on or about January 10th of 2020.

11        Thank you very much.  Right there (indicating).

12  BY MR. ARROWOOD:

13  Q.        Will you please read for the jury beginning

14  right here with the word "regarding" (indicating)?

15  A.        "Regarding the management of the laboratory 118

16  in Building A and the equipment, upon discussion with

17  related institute leaders, we have come to a preliminary

18  plan as follows.  The outer room, the fume hood, and

19  other equipment will be managed by personnel appointed

04:11PM 20  by Professor Li Qiang (head of Wu Jian's institute).

21  The inner room, the laser machine, and other equipment

22  will be managed by personnel appointed by Professor Chen

23  Jimin.  The two institutes will work together closely to

24  ensure your graduate students can carry out their

25  research as normal while properly handling matters

1  concerning the lab, instruments and equipment, hazard

2  materials, lab access, etcetera.  This plan..."

3  Q.        That's good.  Thanks.

4            Okay.  As part of the defendant's contracts

5  with the Beijing University of Technology, was he

6  required to advise and hire Ph.D. students?

7  A.        He was, yes.

8            (Government's Exhibit 3-A was marked for

9             identification.)

04:12PM 10  BY MR. ARROWOOD:

11  Q.        I'd like to show you Government's Exhibit 3-A.

12            Do you recognize this document?

13  A.        I do.

14  Q.        Will you please read from the bottom email and

15  into the top email, please.

16  A.        (As read) "Dear Delong, I would like welcoming

17  you to joining ILE, BJUT as a postdoctoral researcher.

18  Please focus on your setting down with my student,

19  Weiping Zhou, and teachers in the institute office and

04:13PM 20  human resource.  I will call you once I am in U.S.A."

21            MR. ARROWOOD:  Your Honor, the government moves

22  to admit Government's Exhibit 3-A.

23            THE COURT:  So admitted.

24            (Government's Exhibit 3-A was received into

25             evidence.)

1  BY MR. ARROWOOD:

2  Q.      Now will you read the top email.

3  A.      "Dear Professor Hu, I am very glad to join your

4  group in Beijing.  Look forward to talk with you.  Best

5  wishes.  Yours, Delong Ma."

6          (Government's Exhibit 3-G was marked for

7           identification.)

8  BY MR. ARROWOOD:

9  Q.      I'd like to show you Government's Exhibit 3-G.

10         Do you recognize this document?

11 A.      I do.

12 Q.      What is it?

13 A.      It is an email chain between Anming Hu and

14 another individual.

15         MR. ARROWOOD:  Your Honor, we'd move to admit

16 Government's Exhibit 3-G.

17         THE COURT:  So admitted.

18         (Government's Exhibit 3-G was received into

19          evidence.)

20         MR. ARROWOOD:  Please scroll down to the email

21 at the bottom.

22 BY MR. ARROWOOD:

23 Q.      You can't read that email, can you?

24 A.      I cannot.

25 Q.      Who does the email appear to be from, though?

1    A.        It states it's from hongli@bjut.edu.cn.

2    Q.        What is the subject?

3    A.        Subject is acceptance letter.

4              MR. ARROWOOD:  Please scroll up to the top

5    email.

6    BY MR. ARROWOOD:

7    Q.        Is this an email from the defendant?

8    A.        Yes, it is.

9    Q.        What's the date on this email?

04:14PM 10   A.        January 16th, 2017.

11   Q.        Are there attachments associated with this

12   email?

13   A.        There are three attachments.

14   Q.        We'll get to the attachments in just a moment,

15   but would you please take a look at the content of that

16   email.

17             Would you please read this email to the jury.

18   A.        "Please find the letter.  I will inform the

19   Institute of Laser Engineering that I will accept Mina

04:14PM 20   as a Ph.D. student.  She probably need my CV (short and

21   long) for her CSC application.  Please confirm with her.

22   I attached here.  You need add one line:  2011 to

23   current:  Professor at Institute of Laser Engineering,

24   Beijing University of Technology.  Please let me know if

25   you need any other documents.  We should help her to

1    join our research."

2              (Government's Exhibit 3-H was marked for

3               identification.)

4    BY MR. ARROWOOD:

5    Q.        All right.  Now, will you please take a look at

6    Government's Exhibit 3-H.

7              Do you recognize this document?

8    A.        I do, yes.

9    Q.        Was it an attachment to that email that we just

04:15PM 10   viewed?

11   A.        It is, yes.

12             MR. ARROWOOD:  Your Honor, government moves to

13   admit Government's Exhibit 3-H.

14             THE COURT:  So admitted.

15             (Government's Exhibit 3-H was received into

16              evidence.)

17   BY MR. ARROWOOD:

18   Q.        Can you read the heading of this document to

19   the jury.

04:15PM 20   A.        Beijing University of Technology, Supervisor

21   Acceptance Letter For Master/Ph.D. Program Applicants.

22             MR. ARROWOOD:  Please scroll down to the box

23   that says, Supervisor's comments.

24   BY MR. ARROWOOD:

25   Q.        Will you please read the first three sentences

1    of this.

2    A.        "This letter is to invite Ms. Mina

3    Mohammadzadeh to join my research group in Institute of

4    Laser Engineering, as a Ph.D. candidate (Major:  Optical

5    Engineering) beginning from (September 2017) to

6    (June 2020).  To my understanding, the China Scholarship

7    Council will provide the roundtrip international

8    airfare, health insurance, and a stipend.  I am also

9    pleased to confirm that I am happy with her research

04:16PM 10   background and English level, which is sufficient for

11   her stay and research in Beijing University of

12   Technology."

13   Q.        Is this document signed?

14   A.        Yes, it is.

15   Q.        Who appeared to sign that document?

16   A.        Anming Hu.

17   Q.        Date?

18   A.        January 16th, 2017.

19             (Government's Exhibit 3-I was marked for

04:16PM 20             identification.)

21   BY MR. ARROWOOD:

22   Q.        Now I'd like to show you Government's

23   Exhibit 3-I.

24             Do you recognize this document?

25   A.        Yes.  This is one of the additional attachments

1    to that email.

2    Q.        What is this, other than that?

3    A.        It's a curriculum vitae of Anming Hu.

4              MR. ARROWOOD:  Government moves to admit

5    Government's Exhibit 3-I.

6              THE COURT:  So admitted.

7              (Government's Exhibit 3-I was received into

8               evidence.)

9              MR. ARROWOOD:  Will you please scroll down to

04:17PM 10   the bottom of that page.

11   BY MR. ARROWOOD:

12   Q.        Will you please read the Employment and

13   Professional Experience entries on this CV, starting

14   with this one here (indicating) at the bottom and then

15   onto the next page.

16   A.        To myself or out loud?

17   Q.        To yourself, please.

18   A.        Okay.

19             MR. ARROWOOD:  Stop there.

04:18PM 20   BY MR. ARROWOOD:

21   Q.        Any mention under that heading about the

22   Beijing University of Technology?

23   A.        No, there is not.

24   Q.        Thank you.

25

1          (Government's Exhibit 3-K was marked for

2           identification.)

3   BY MR. ARROWOOD:

4   Q.      I'd like to show you Government's Exhibit 3-K.

5           Do you recognize this document?

6   A.      Yes.  It is an email between the defendant and

7   another individual.

8   Q.      Is the defendant copied on this email?

9   A.      Yes, he is cc'd on the email chain.

04:18PM 10  Q.      And who does it appear that this email is to?

11  A.      Mina Mohammadzadeh.

12          MR. ARROWOOD:  Your Honor, at this time,

13  government moves to admit Government Exhibit 3-K.

14          THE COURT:  So admitted.

15          (Government's Exhibit 3-K was received into

16           evidence.)

17  BY MR. ARROWOOD:

18  Q.      All right.  Again, does this email have

19  attachments?

04:18PM 20  A.      It does.  It has what appears to be the same

21  three attachments.

22  Q.      Does this appear to be an email that followed

23  on the last email that we just saw?

24  A.      It does, yes.

25  Q.      Look at the body of this particular email.

1          Could you read the second and third sentences

2    of this email.

3    A.        (As read) "Professor Hu also asked me to attach

4    you his CV for your application if required.  From 2011

5    to current:  Professor Hu is also Professor at Institute

6    of Laser Engineering, Beijing University of Technology."

7    Q.        Thank you.

8              (Government's Exhibit 3-M was marked for

9               identification.)

04:19PM 10   BY MR. ARROWOOD:

11   Q.        I'd like to show you Government's Exhibit 3-M.

12             Do you recognize this document?

13   A.        I do, yes.

14   Q.        What is it?

15   A.        It is an email chain between the defendant and

16   another individual.

17   Q.        Where does it appear that that other individual

18   works?  I'm sorry.

19             MR. ARROWOOD:  Scroll down to the bottom,

04:20PM 20   please.

21   BY THE WITNESS:

22   A.        At Stanford University.

23             MR. ARROWOOD:  Scroll back up to that email at

24   the top.  One more.

25

1  BY MR. ARROWOOD:

2  Q.        Okay.  This email that occurred on or about

3  October 27th, what's the subject line for this

4  particular email?

5  A.        Reference for Yuhua Jin.

6  Q.        Will you please read the first paragraph

7  starting with the sentence at the top line, "I am a

8  Chair..."

9  A.        "I am a Chair professor in

10  Institute of Laser Engineering, Beijing University of

11  Technology.  I have taught special seminars for graduate

12  students in the Institute of Laser Engineering in the

13  past four years.  I have my own research group including

14  three Ph.D. students in the same institute where Jin

15  Yuhua studies.  My group there is focusing on

16  super-resolution nano manufacturing and printable

17  electronics."

18  Q.        Now, the email at the top of this email chain,

19  can you tell if it contains an attachment?

20  A.        Yes, it does.

21  Q.        I'd like to show you --

22          MR. ARROWOOD:  Or, Your Honor, government moves

23  to admit Government's Exhibit 3-N -- I'm sorry -- 3-M.

24          THE COURT:  So admitted.

25

04:20PM (line 10)
04:21PM (line 20)

1          (Government's Exhibit 3-M was received into

2           evidence.)

3          (Government's Exhibit 3-N was marked for

4           identification.)

5    BY MR. ARROWOOD:

6    Q.      Now I'd like to show you Government's

7    Exhibit 3-N.

8          Do you recognize this document?

9    A.      I do.  It is the attachment to the previous

04:21PM 10   email.

11         MR. ARROWOOD:  Your Honor, at this time,

12   government moves to admit Government's Exhibit 3-N.

13         THE COURT:  So admitted.

14         (Government's Exhibit 3-N was received into

15          evidence.)

16   BY MR. ARROWOOD:

17   Q.      Please take a look at that first paragraph

18   again.  Beginning with the second sentence, is that the

19   same language that we just saw in the email that you

04:22PM 20   previously read?

21   A.      Yes, it is.

22   Q.      What's the date of this letter?

23   A.      May 8th, 2017.

24   Q.      Thank you.

25

1          (Government's Exhibit 3-O was marked for

2          identification.)

3    BY MR. ARROWOOD:

4    Q.       Now I'd like to show you Government's

5    Exhibit 3-O.

6          Do you recognize this document?

7    A.       I do.

8    Q.       What is this?

9    A.       It is an email chain between Anming Hu and a

04:22PM  10   Professor Kaertner at MIT.

11          MR. ARROWOOD:  Your Honor, I move to admit

12   Government's Exhibit 3-O.

13          THE COURT:  So admitted.

14          (Government's Exhibit 3-O was received into

15          evidence.)

16   BY MR. ARROWOOD:

17   Q.       Will you please read the second sentence of

18   this email.

19   A.       "I am also a chair professor at Beijing

04:22PM  20   University of Technology."

21   Q.       Does this particular email appear to have an

22   attachment?

23   A.       It does, called (as read) "Professor Anming Hu

24   Ref".

25

1          (Government's Exhibit 3-P was marked for

2            identification.)

3    BY MR. ARROWOOD:

4    Q.      I'd like to show you Government's Exhibit 3-P.

5            Do you recognize this document?

6    A.      Yes, I do.

7    Q.      What is it?

8    A.      It is the attachment to the previous email.

9            MR. ARROWOOD:  Move to admit 3-P, Your Honor.

04:23PM  10        THE COURT:  So admitted.

11          (Government's Exhibit 3-P was received into

12            evidence.)

13    BY MR. ARROWOOD:

14    Q.      And, again, that second paragraph, the second

15    sentence, is that the same language that we've seen?

16    A.      It is the same language, yes.

17    Q.      Okay.  Moving on to a different topic.

18          During the searches of the defendant's

19    residence and office, did agents locate any material

04:23PM  20    indicating whether the defendant ever attended

21    conferences in his capacity at Beijing University of

22    Technology?

23    A.      Yes, we did.

24          (Government's Exhibit 6-J was marked for

25            identification.)

1  BY MR. ARROWOOD:

2  Q.      I'd like to show you Government's Exhibit 6-J.

3          Do you recognize this?

4  A.      I do.

5  Q.      What is it?

6  A.      It is a registration confirmation emailed to

7  Anming Hu.

8          MR. ARROWOOD:  Your Honor, move to admit

9  Government's Exhibit 6-J.

04:23PM 10          THE COURT:  So admitted.

11          (Government's Exhibit 6-J was received into

12           evidence.)

13  BY MR. ARROWOOD:

14  Q.      Who is in the To line of this email?

15  A.      The To line lists anminghu@bjut.edu.cn and

16  Anming Hu -- or ahu3@utk.edu.

17          MR. ARROWOOD:  Scroll down for just a moment.

18  Keep going.

19  BY MR. ARROWOOD:

04:24PM 20  Q.      And there under the heading Contact

21  information, what is the entry with respect to Company?

22  A.      The company is listed as Beijing University of

23  Technology.

24          MR. ARROWOOD:  Please scroll just a little bit

25  more.

1    BY MR. ARROWOOD:

2    Q.       And the email address associated?

3    A.       Anminghu@bjut.edu.cn.

4    Q.       Thank you.

5             (Government's Exhibit 7-A was marked for

6              identification.)

7    BY MR. ARROWOOD:

8    Q.       Let's take a look at Government's Exhibit 7-A.

9             Do you recognize this document?

04:24PM 10   A.       I do, yes.

11   Q.       What is this?

12   A.       This is a conference receipt.

13            MR. ARROWOOD:  Your Honor, move to admit

14   Government's Exhibit 7-A.

15            THE COURT:  So admitted.

16            (Government's Exhibit 7-A was received into

17             evidence.)

18   BY MR. ARROWOOD:

19   Q.       And there on the left-hand side of the screen

04:25PM 20   under the first line, will you please read the second

21   and third lines to the jury.

22   A.       "Anming Hu, Beijing University of Technology."

23   Q.       All right.  Thank you.

24            (Government's Exhibit 6-K was marked for

25             identification.)

1    BY MR. ARROWOOD:

2    Q.        All right.  Moving on, I'd like to take a look

3    at Government's Exhibit 6-K.

4              Do you recognize this document?

5    A.        I do, yes.

6    Q.        Would you describe this for the jury, please.

7    A.        This is a conference packet that contains a

8    number of items, including an attendee list.

9    Q.        And according to this page there at the top,

04:25PM 10   where is this -- I'm sorry.  Is this about a conference?

11   A.        Yes, this is a conference.

12   Q.        And where is that conference taking place?

13   A.        In San Diego, California.

14             MR. ARROWOOD:  Will you please scroll down to

15   page 5.

16   BY MR. ARROWOOD:

17   Q.        Okay.  Is that a title page?

18   A.        Yes, it is.  It's the On-Site Attendee List.

19             MR. ARROWOOD:  Can you scroll to page 10,

04:26PM 20   please.

21   BY MR. ARROWOOD:

22   Q.        And there for the entry of Anming Hu, will you

23   please read the company, city, state, country, and

24   email.

25   A.        It states Beijing University of Technology,

1  Beijing, People's Republic of China, and Anming Hu's

2  University of Tennessee email address.

3         MR. ARROWOOD:  If we haven't, I'd like to admit

4  Government's Exhibit 6-K.

5         THE COURT:  So admitted.

6         (Government's Exhibit 6-K was received into

7          evidence.)

8         (Government's Exhibit 7-B was marked for

9          identification.)

10 BY MR. ARROWOOD:

11 Q.     Moving on to Government's Exhibit 7-B.

12        Do you recognize this document?

13 A.     I do.

14 Q.     What is this?

15 A.     It is a letter to Dr. Hu from a -- from the

16 Laser Institute of America.

17        MR. ARROWOOD:  I'd like to move to admit

18 Government's Exhibit 7-B.

19        THE COURT:  So admitted.

04:27PM  20        (Government's Exhibit 7-B was received into

21          evidence.)

22 BY MR. ARROWOOD:

23 Q.     Who is this letter addressed to?

24 A.     To a Dr. Anming Hu, University of Tennessee,

25 Knoxville, Beijing University of Technology, Beijing,

1    China.

2    Q.         Thank you.

3              (Government's Exhibit 7-C was marked for

4               identification.)

5              MR. ARROWOOD:  Government's Exhibit 7-C,

6    please.

7    BY MR. ARROWOOD:

8    Q.         Do you recognize this document?

9    A.         I do, yes.

04:27PM 10   Q.         What is this?

11   A.         It appears to be an order summary, a receipt

12   for a conference registration for Dr. Anming Hu.

13             MR. ARROWOOD:  Move to admit Government's

14   Exhibit 7-C.

15             THE COURT:  So admitted.

16             (Government's Exhibit 7-C was received into

17              evidence.)

18   BY MR. ARROWOOD:

19   Q.         Please read the entry under Billing Address.

04:27PM 20   A.         It states Anming Hu, Institute of Laser

21   Engineering in Beijing, China.

22   Q.         What's the date on this?

23   A.         September 6, 2017.

24             (Government's Exhibit 7-D was marked for

25              identification.)

1    BY MR. ARROWOOD:

2    Q.      I'd like to show you Government's Exhibit 7-D.

3            Do you recognize this document?

4    A.      I do.

5    Q.      What is this?

6    A.      It is another conference packet that includes a

7    number of items, including presenters.

8            MR. ARROWOOD:  Move to admit Government's

9    Exhibit 7-D.

04:28PM  10          THE COURT:  So admitted.

11          (Government's Exhibit 7-D was received into

12            evidence.)

13   BY MR. ARROWOOD:

14   Q.      What's the date on this?

15   A.      June 16th, 2017.

16   Q.      Will you please scroll down to page 4 under the

17   heading Session VI.

18   A.      Okay.

19   Q.      On the third column over from the left, will

04:28PM  20   you please read for the jury what's contained in that

21   box.

22   A.      Anming Hu (University of Tennessee, Knoxville,

23   U.S.A., Beijing University of Technology, China).

24          (Government's Exhibit 7-E was marked for

25            identification.)

1    BY MR. ARROWOOD:

2    Q.        Okay.  And I'd like to show you Government's

3    Exhibit 7-E.

4              Do you recognize this document?

5    A.        I do, yes.

6    Q.        What is it?

7    A.        It is an invoice/receipt for the

8    previously-mentioned conference.

9              MR. ARROWOOD:  And move to admit Government's

04:29PM 10   Exhibit 7-E.

11             THE COURT:  So admitted.

12             (Government's Exhibit 7-E was received into

13              evidence.)

14   BY MR. ARROWOOD:

15   Q.        Will you please read the entry under the

16   heading Organization.

17   A.        Beijing University of Technology.

18   Q.        Delegate, please.

19   A.        Professor Anming Hu.

04:29PM 20   Q.        And over to the right-hand side, the email

21   address associated with this?

22   A.        Anminghu@bjut.edu.cn.

23   Q.        During the course of searching the defendant's

24   residence and office, did agents find documents related

25   to the defendant's work on NASA-sponsored projects?

1  A.      Yes, we did.

2          (Government's Exhibit 7-G was marked for

3           identification.)

4  BY MR. ARROWOOD:

5  Q.      Okay.  I'd like to begin by showing you

6  Government's Exhibit 7-G.

7          Do you recognize this document?

8  A.      I do.

9  Q.      What is this?

04:30PM 10  A.      It's a University of Tennessee assurance form.

11          MR. ARROWOOD:  Your Honor, move to admit

12  Government's Exhibit 7-G.

13          THE COURT:  So admitted.

14          (Government's Exhibit 7-G was received into

15           evidence.)

16  BY MR. ARROWOOD:

17  Q.      Can you describe generally for the jury what

18  this document is.

19  A.      This is a document created by the University of

04:30PM 20  Tennessee basically certifying their compliance with the

21  China funding restrictions that are in NASA grants and

22  contracts.

23          MR. ARROWOOD:  Can you please scroll down just

24  a little bit.

25

1  BY MR. ARROWOOD:

2  Q.        That language under the heading Assurance of

3  Compliance - China Funding Restriction, have we seen

4  that before during this trial?

5  A.        Yes, we have.  That comes out of the Grant

6  Information Circular that we saw earlier today.

7  Q.        Will you please read paragraph (4) to the jury.

8  A.        "By submission of its proposal, the proposer

9  represents that the proposer is not China or a

04:31PM  10  Chinese-owned company, and that the proposer will not

11  participate, collaborate, or coordinate bilaterally with

12  China or any Chinese-owned company, at the prime

13  recipient level or at any subrecipient level, whether

14  the bilateral involvement is funded or performed under a

15  no-exchange of funds arrangement."

16          MR. ARROWOOD:  And will you please just scroll

17  down a little bit.

18  BY MR. ARROWOOD:

19  Q.        Down there at the bottom of the page, is there

04:31PM  20  bolded language?

21  A.        Yes, there is.

22  Q.        Will you please read this to the jury.

23  A.        It states, "This letter of assurance is

24  predicated on the understanding that the NASA Class

25  Deviation [implementing NASA Restrictions on Funding

1    Activities with the People's Republic of China] does not

2    apply to the participation of students, faculty and

3    staff from non-Chinese entities engaged in fundamental

4    research with a meaning consistent with National

5    Security Decision Directive 189. Such fundamental

6    research does not raise national security or economic

7    security concerns."

8    Q.       Now, based on your investigation, do you know

9    whether or not this language was inserted by NASA?

04:32PM 10   A.       No, this -- I believe this was inserted by the

11   University of Tennessee.

12   Q.       If you know, was this proposal identified in

13   this document ever submitted to NASA?

14   A.       I do not know.

15            (Government's Exhibit 7-H was marked for

16             identification.)

17   BY MR. ARROWOOD:

18   Q.       I'd now like to show you Government's

19   Exhibit 7-H.

04:32PM 20            Do you recognize this document?

21   A.       I do.

22   Q.       Is this similar to the document that we just

23   saw?

24   A.       Yes, it is.

25            MR. ARROWOOD:  Your Honor, move to admit

1    Government's Exhibit 7-H.

2              THE COURT:  So admitted.

3              (Government's Exhibit 7-H was received into

4               evidence.)

5              MR. ARROWOOD:  Please scroll down and take a

6    look at paragraph 4.

7    BY MR. ARROWOOD:

8    Q.        Is that the same paragraph 4 that we just read?

9    A.        Yes, it is.

04:32PM 10   Q.        Is this document signed?

11   A.        Yes, it is.

12   Q.        Who does it appear to be signed by?

13   A.        Signed by David Smelser.

14   Q.        Do you know who David Smelser is?

15   A.        Yes, I do.

16   Q.        Who is David Smelser?

17   A.        He currently serves as the assistant director

18   of sponsored programs at the University of Tennessee,

19   Knoxville.

04:33PM 20             (Government's Exhibit 7-F was marked for

21               identification.)

22   BY MR. ARROWOOD:

23   Q.        I'd like to show you Government's Exhibit 7-F.

24             Do you recognize this document?

25   A.        I do.

1          MR. ARROWOOD:  Move to admit 7-F, Judge.

2          THE COURT:  So admitted.

3          (Government's Exhibit 7-F was received into

4           evidence.)

5     BY MR. ARROWOOD:

6     Q.      Is this document similar to the documents we've

7     seen?

8     A.      It is, yes.

9     Q.      Is that the same paragraph 4?

04:33PM  10  A.      It does.

11    Q.      Is it signed by Mr. Smelser?

12    A.      Yes, it is.

13    Q.      Now, for these past three exhibits that we've

14    shown, 7-G, 7-H, and 7-F, were those three documents

15    located on the defendant's electronic devices?

16    A.      Yes, they were.

17          (Government's Exhibit 6-B was marked for

18           identification.)

19    BY MR. ARROWOOD:

04:33PM  20  Q.      All right.  I'd like to show you Government's

21    Exhibit 6-B.

22    A.      Okay.

23    Q.      Do you recognize this document?

24    A.      I do.

25    Q.      What is it?

 1    A.       It is a Cost Reimbursement With an Educational

 2    Institution subcontract from the Jet Propulsion

 3    Laboratory.

 4             MR. ARROWOOD:  Your Honor, move to admit

 5    Government's Exhibit 6-B.

 6             THE COURT:  So admitted.

 7             (Government's Exhibit 6-B was received into

 8              evidence.)

 9             MR. ARROWOOD:  Please scroll down.

04:34PM  10             Right there is good (indicating).

 11   BY MR. ARROWOOD:

 12   Q.       Will you please read the Effective Dates

 13   entries?

 14   A.       The effective date?  The Start Date,

 15   October 11, 2016.  Completion Date, October 31, 2017.

 16   Q.       Please read the cost summary associated with

 17   this.

 18   A.       The Estimated Cost is listed at $60,000, and

 19   the Total Amount Allotted is also $60,000.

04:34PM  20   Q.       Who is the principal investigator identified in

 21   this document?

 22   A.       Dr. Anming Hu.

 23   Q.       Okay.

 24             MR. ARROWOOD:  Please scroll down.

 25

1    BY MR. ARROWOOD:

2    Q.        Is this document signed?

3    A.        Yes, it is electronically signed.

4    Q.        Will you please describe for the jury who the

5    signatures appear to be from.

6    A.        On behalf of the Jet Propulsion Laboratory, it

7    was e-signed by Kathryn Manzanares, who is listed as a

8    subcontracts manager.  And from the University of

9    Tennessee, signed by Jean Mercer, Assistant Vice

04:35PM  10   Chancellor for Research.

11   Q.        For this specific contract, did NASA, through

12   JPL, pay $60,000?

13   A.        Yes, they did.

14             (Government's Exhibit 8-LL was marked for

15              identification.)

16   BY MR. ARROWOOD:

17   Q.        I'd like to show you Government's Exhibit 8-LL.

18             Do you recognize this document?

19   A.        Yes.

04:35PM  20            MR. ARROWOOD:  Please scroll for a couple

21   pages.

22   BY MR. ARROWOOD:

23   Q.        Do you recognize these?

24   A.        I do.

25            MR. ARROWOOD:  Your Honor, I move to admit

1    Government's Exhibit 8-11 -- or, I'm sorry -- 8-LL.

2              THE COURT:  So admitted.

3              (Government's Exhibit 8-LL was received into

4               evidence.)

5    BY MR. ARROWOOD:

6    Q.      What is indicated in these documents?

7    A.      These are JPL accounting records that indicate

8    that they received an invoice and paid the University of

9    Tennessee on various occasions.

04:36PM  10            (Government's Exhibit 6-A was marked for

11               identification.)

12   BY MR. ARROWOOD:

13   Q.      I'd like to show you Government's Exhibit 6-A.

14           Do you recognize this document?

15   A.      Yes, I do.

16   Q.      What is it?

17   A.      It is a letter from NASA to Dr. Anming Hu.

18           MR. ARROWOOD:  Move to admit Government's

19   Exhibit 6-A.

04:36PM  20            THE COURT:  So admitted.

21             (Government's Exhibit 6-A was received into

22              evidence.)

23   BY MR. ARROWOOD:

24   Q.      So where is this letter from specifically?

25   A.      It's from the Marshall Space Flight Center in

1    Alabama.

2    Q.        Is it addressed to the defendant?

3    A.        Yes, it is.

4    Q.        Please read the Subject line.

5    A.        (As read) "Proposal entitled, 'Printed metallic

6    sensors based on 3D printing and laser sintering of

7    aluminum nanoinks'".

8    Q.        Will you please describe for the jury what this

9    letter is.

04:37PM 10    A.        This letter is an award letter announcing that

11    Dr. Hu has been awarded the cooperative agreement from

12    Marshall Space Flight Center.

13              MR. ARROWOOD:  Scroll down, please.

14    BY MR. ARROWOOD:

15    Q.        Is this document signed?

16    A.        Yes, it is.

17    Q.        Who is it signed by?

18    A.        It is digitally signed by Kelcey Cole.

19    Q.        What's the date?

04:37PM 20    A.        October 16th, 2018.

21    Q.        So after this project was awarded, do you

22    happen to know whether or not a contract was ever

23    executed related to this project?

24    A.        Yes, it was.

25    Q.        Do you know approximately when that contract

1    was signed?

2    A.        Approximately November of 2018.

3    Q.        And when did you first begin your investigation

4    of the defendant?

5    A.        Also in November of 2018.

6    Q.        So at the time this agreement was signed by the

7    university and NASA, was the defendant under

8    investigation?

9    A.        Yes, he was.

04:38PM 10   Q.        And at this time was the University of

11   Tennessee aware that the defendant was under

12   investigation?

13   A.        Yes, he was -- yes, they were.

14   Q.        Did the University of Tennessee ever make you

15   or any other law enforcement agency that was

16   investigating the defendant aware of this specific

17   project?

18   A.        Yes, they did.

19   Q.        How did they do that?

04:38PM 20   A.        So, the university reached out to the

21   Department of Energy Office of Inspector General agent

22   who was currently working on it to inform them that

23   Dr. Hu had been awarded a NASA cooperative agreement.

24   They were already aware that he was under investigation,

25   and so they reached out to alert them to that.

1  Q.       Was the university seeking guidance about how

2  to proceed?

3  A.       They were, yes.

4  Q.       And was that ever communicated to you?

5  A.       It was.  I received an email from the DOE agent

6  asking how the university should proceed, and I replied

7  that they should proceed as normal.

8  Q.       Why did you say that?

9  A.       Well, for a couple reasons.  I had just opened

04:39PM  10  an investigation, and so especially with contract and

11  grants, we don't want to preclude a recipient from

12  getting to work on a contract or a grant when we first

13  start an investigation that may not result in anything

14  and give them an opportunity to work on that.

15          Secondly, once again, NASA had already awarded

16  this grant to Dr. Hu, the cooperative agreement, and so

17  since we were just starting our investigation, we did

18  not want to alert the subject of the investigation that

19  he was being investigated, and if we were to have

04:39PM  20  stopped the cooperative agreement process after it had

21  been awarded, that would have been a red flag that could

22  have alerted the subject of the investigation that he

23  was under investigation.

24          (Government's Exhibit 4-F was marked for

25            identification.)

1    BY MR. ARROWOOD:

2    Q.        Okay.  I'd like to show you Government's

3    Exhibit 4-F.

4              Do you recognize this document?

5    A.        I do, yes.

6    Q.        What is it?

7    A.        It's a Foreign Government Talent Recruitment

8    Program Acknowledgment Form.

9              MR. ARROWOOD:  Your Honor, move to admit

04:40PM  10    Government's Exhibit 4-F.

11              THE COURT:  So admitted.

12              (Government's Exhibit 4-F was received into

13               evidence.)

14    BY MR. ARROWOOD:

15    Q.        At the very top, does this particular form

16    relate to the defendant?

17    A.        Yes, it does.

18    Q.        Under the heading Briefly describe the work you

19    perform UT-Battelle, will you read that, please.

04:40PM  20    A.        It states, "Project discussion, aerosol jet

21    printing of sensors, and electrical measurements."

22    Q.        And under the heading What is a Foreign

23    Government Talent Recruitment Program, will you please

24    read that for the jury.

25    A.        "In general, such programs include any

foreign-state-sponsored attempt to acquire U.S.

scientific-funded research or technology through foreign

government-run or -funded recruitment programs that

target scientists, engineers, academics, researchers,

and entrepreneurs of all nationalities working or

educated in the United States.  These recruitment

programs are often part of broader whole-of-government

strategies to reduce costs associated with basic

research while focusing investment on military

development or dominance in emerging technology

sectors."

            MR. ARROWOOD:  Could you please scroll down to

the heading Acknowledgment.

BY MR. ARROWOOD:

Q.      In this form, does the defendant indicate

whether or not he is currently participating in a

Foreign Government Talent Recruitment Program?

A.      He checked the box "I am not".

            MR. ARROWOOD:  Scroll down, please.

BY MR. ARROWOOD:

Q.      Is this document signed?

A.      Yes, it is.

Q.      What's the date?

A.      December 20th, 2019.

Q.      All right.  Thank you.

1    So, during the course of the investigation, did

2 you and other law enforcement agents obtain other

3 material?

4 A.    Yes, we did.

5    (Government's Exhibit 7-R was marked for

6    identification.)

7 BY MR. ARROWOOD:

8 Q.    I'd like to show you Government's Exhibit 7-R.

9    Do you recognize this?

04:42PM 10 A.    Yes, I do.

11 Q.    Take a moment.

12    MR. ARROWOOD:  Scroll down just a little bit,

13 please.

14 BY MR. ARROWOOD:

15 Q.    What is this?

16 A.    It's a scholarly paper coauthored by the

17 defendant.

18    MR. ARROWOOD:  Your Honor, move to admit

19 Government's Exhibit 7-R.

04:42PM 20    THE COURT:  So admitted.

21    (Government's Exhibit 7-R was received into

22    evidence.)

23 BY MR. ARROWOOD:

24 Q.    What is the title of this article?

25 A.    Process of Molecular Dynamics Simulation of

1  Nanojoining Processes.

2  Q.       Is the defendant listed as a coauthor on this

3  paper?

4  A.       Yes, he is.

5  Q.       Is the defendant's affiliations apparent from

6  this as well?

7  A.       Yes, it is with footnotes 1 and 3.

8  Q.       What corresponds to footnote No. 1?

9  A.       The College of Materials Science and

04:43PM  10  Engineering, Beijing University of Technology, Beijing.

11  Q.       And is No. 3 associated with the University of

12  Tennessee?

13  A.       Yes, it is.

14           (Government's Exhibit 3-F was marked for

15            identification.)

16  BY MR. ARROWOOD:

17  Q.       Now I'd like to show you Government's

18  Exhibit 3-F.

19           Do you recognize this?

04:43PM  20  A.       Yes, I do.

21  Q.       What is this?

22  A.       This is an email chain between Anming Hu and

23  another individual.

24           MR. ARROWOOD:  Your Honor, move to admit

25  Government's Exhibit 3-F.

1    THE COURT:  So admitted.

2    (Government's Exhibit 3-F was received into

3     evidence.)

4    MR. ARROWOOD:  Will you please scroll to the

5    bottom of page 3.

6    BY MR. ARROWOOD:

7    Q.    That final email, will you please read the date

8    of that email.

9    A.    November 30th, 2015.

04:44PM 10   Q.    Who is sending the email?

11   A.    Anming Hu from his University of Tennessee

12   email address.

13   Q.    Will you please read the email beginning with

14   the word "currently"?

15   A.    "Currently there is a joint Chinese-Japanese

16   research grant call.  It will fund both sides.  Are you

17   interested to develop a joint proposal?  If yes, I can

18   make the proposal from Beijing University of Technology,

19   where I have a lab and research group.  Look forward to

04:44PM 20   your response soon!"

21   (Government's Exhibit 3-U was marked for

22    identification.)

23   BY MR. ARROWOOD:

24   Q.    Now I'd like to show you Government's

25   Exhibit 3-U.

1    Do you recognize this document?

2    A.    I do.

3    Q.    What is it?

4    A.    It is an email chain between the defendant and

5    a gentleman from Princeton University.

6    Q.    What is the date on this email?

7    A.    February 25th, 2018.

8         MR. ARROWOOD:  Your Honor, I move to admit

9    Government's Exhibit 3-U.

04:45PM 10        THE COURT:  So admitted.

11        (Government's Exhibit 3-U was received into

12         evidence.)

13   BY MR. ARROWOOD:

14   Q.    Please read the first paragraph for the jury.

15   A.    It states, "Could you please do me a favor for

16   providing a letter for me?  I would like ask you to

17   backup my application for a short-term visiting

18   professorship in Shanghai University of Engineering

19   Science.  I plan to collaborate with professors/students

04:45PM 20   there for the fundamental research on laser

21   applications.  As a world-leading scientist, your help

22   will be crucial and highly appreciated!"

23   Q.    And will you read the first sentence of that

24   next paragraph.

25   A.    "To save your time, I draft a letter for you."

1    MR. ARROWOOD:  Scroll back up to the top,

2  please.

3  BY MR. ARROWOOD:

4  Q.    And based on looking at this email, does it

5  appear there are attachments to it?

6  A.    There are two attachments, a letter and a CV.

7    (Government's Exhibit 3-V was marked for

8     identification.)

9  BY MR. ARROWOOD:

04:46PM 10  Q.    I'd like to show you Government's Exhibit 3-V.

11    Do you recognize this document?

12  A.    I do.  It's an attachment to the previous

13  email.

14    MR. ARROWOOD:  Your Honor, move to admit

15  Government's Exhibit 3-V.

16    THE COURT:  So admitted.

17    (Government's Exhibit 3-V was received into

18     evidence.)

19  BY MR. ARROWOOD:

04:46PM 20  Q.    Please read the second sentence in that first

21  paragraph.

22  A.    "Currently Dr. Hu is an assistant professor at

23  the Department of Mechanical, Aerospace, and Biomedical

24  Engineering, the University of Tennessee, Knoxville,

25  U.S.A., and a specially appointed chair professor at the

1  Institute of Laser Engineering, Beijing Institute of

2  Technology."

3           (Government's Exhibit 5-A was marked for

4              identification.)

5  BY MR. ARROWOOD:

6  Q.     Right now I'd like to show you Government's

7  Exhibit 5-A.

8           Do you recognize this document?

9  A.     I do, yes.

04:47PM 10  Q.     What is it?

11  A.     It's a Message to International Faculty from

12  BJUT.

13           MR. ARROWOOD:  Move to admit Government's

14  Exhibit 5-A.

15           THE COURT:  So admitted.

16           (Government's Exhibit 5-A was received into

17              evidence.)

18  BY MR. ARROWOOD:

19  Q.     Was this found on the defendant's electronic

04:47PM 20  devices?

21  A.     Yes, it was.

22  Q.     Will you please read the second and third

23  sentences of that first paragraph.

24  A.     "The sudden outbreak of the Novel Coronavirus

25  has disrupted our normal life.  In order to protect all

1  BJUTers' health and overcome the Epidemic, BJUT has

2  decided to postpone the beginning of the spring

3  semester, which temporarily blocks many international

4  faculty members' return to the BJUT campus."

5          MR. ARROWOOD:  Scroll down to the bottom,

6  please.

7  BY MR. ARROWOOD:

8  Q.       And who is it that appears to send this or to

9  author this particular document?

04:48PM  10  A.       The Secretary of the BJUT Party Committee and

11  the President and Deputy-Secretary of the BJUT party

12  committee.

13          (Government's Exhibit 6-F was marked for

14           identification.)

15  BY MR. ARROWOOD:

16  Q.       I'd like to show you Government's Exhibit 6-F.

17          Do you recognize this document?

18  A.       I do.

19  Q.       Did law enforcement submit this document for

04:49PM  20  translation?

21  A.       Yes, we did.

22  Q.       Have you reviewed that translation?

23  A.       I have, yes.

24          (Government's Exhibit 11-N was marked for

25           identification.)

1    BY MR. ARROWOOD:

2    Q.        I'd like to show you Government's Exhibit 11-N.

3              Do you recognize this document?

4    A.        I do, yes.

5    Q.        What is it?

6    A.        It's the verbatim translation of the previous

7    document.

8              MR. ARROWOOD:  Your Honor, at this time, we'd

9    like to conditionally admit Government's Exhibit 6-F and

04:49PM  10   11-N.

11             THE COURT:  So admitted.

12             (Government's Exhibits 6-F and 11-N were

13              conditionally received into evidence.)

14   BY MR. ARROWOOD:

15   Q.        At the very top, is there a letterhead

16   associated with this particular document?

17   A.        Yes, there is.  It states Beijing University of

18   Technology.

19   Q.        Will you please begin reading that first

04:49PM  20   paragraph.  I'll tell you when to stop.

21   A.        "Whereas Canadian Hu Anming, professor of

22   Department of Mechanical, Aeronautical, and

23   Bioengineering, University of Tennessee, U.S.A., as a

24   short-term special-hired professor of Beijing University

25   of Technology, has been selected to Beijing's high-level

1   overseas talent program."

2   Q.        Okay.  Thank you.

3             Now, will you please read the final sentence of

4   that paragraph beginning, "In order to facilitate..."

5   A.        "In order to facilitate his work, Professor Hu

6   Anming needs to travel to and from China multiple times

7   during this period for carrying out teaching and

8   scientific research work.  Please issue an appropriate

9   visa to Professor Hu Anming."

04:50PM  10   Q.        Thank you.

11             (Government's Exhibit 4-C was marked for

12                identification.)

13   BY MR. ARROWOOD:

14   Q.        I'd like to show you Government's Exhibit 4-C.

15             Do you recognize this?

16   A.        I do, yes.

17   Q.        What is this?

18   A.        These are copies of a calendar found during the

19   search warrant of the residence.

04:51PM  20             MR. ARROWOOD:  Your Honor, I move to admit

21   Government's Exhibit 4-C.

22             THE COURT:  So admitted.

23             (Government's Exhibit 4-C was received into

24                evidence.)

25             MR. ARROWOOD:  Scroll down to page 2, please.

1   BY MR. ARROWOOD:

2   Q.     Does this document appear to be redacted?

3   A.     It does, yes.

4   Q.     What is redacted, generally speaking?

5   A.     There were a number of account numbers and

6   other types of personal information that did not -- were

7   not relevant to our discussion; so we redacted them for

8   privacy.

9   Q.     Will you please read the handwriting that is

04:51PM 10   not redacted there on page 2.

11   A.     Anminghu@bjut.edu.cn.

12        MR. ARROWOOD:  Scroll down.

13   BY MR. ARROWOOD:

14   Q.     Again, please, on page 3.

15   A.     Anminghu@bjut.edu.cn.  And then there is a

16   password which has been redacted.

17        MR. ARROWOOD:  Scroll down.

18   BY MR. ARROWOOD:

19   Q.     Again, please.

04:52PM 20   A.     Anminghu@bjut.edu.cn.  And, once again, there

21   is a password associated that is redacted.

22        (Government's Exhibit 4-A was marked for

23         identification.)

24   BY MR. ARROWOOD:

25   Q.     I'd like to show you Government's Exhibit 4-A.

1  A.        Okay.

2  Q.        Do you recognize this document?

3  A.        I do.  It was a business card found during the

4  search of the residence.

5          MR. ARROWOOD:  Your Honor, move to admit

6  Government's Exhibit 4-A.

7          THE COURT:  So admitted.

8          (Government's Exhibit 4-A was received into

9           evidence.)

04:52PM  10  BY MR. ARROWOOD:

11  Q.        What's the heading on this business card?

12  A.        Beijing University of Technology, Institute of

13  Laser Engineering.

14  Q.        What does it indicate is the defendant's title?

15  A.        Chair Professor.

16  Q.        What's the city and country associated with the

17  Beijing University of Technology on the left-hand side?

18  A.        Chaoyang District, Beijing, China.

19          (Government's Exhibit 4-B was marked for

04:52PM  20           identification.)

21  BY MR. ARROWOOD:

22  Q.        Now I'd like to show you Government's

23  Exhibit 4-B.

24          Do you recognize this document?

25  A.        I do.  It is the reverse of the previous -- of

 1  the card we just looked at.

 2  Q.      Is it on side two?

 3  A.      It's on side two, yes.

 4          MR. ARROWOOD:  Your Honor, move to admit

 5  Government's Exhibit 4-B.

 6          THE COURT:  So admitted.

 7          (Government's Exhibit 4-B was received into

 8           evidence.)

 9  BY MR. ARROWOOD:

04:53PM 10  Q.      What is this?

11  A.      This is the reverse, the opposite side of the

12  same business card we just looked at.

13  Q.      Please read the email address on the bottom

14  left-hand side of the business card.

15  A.      Anminghu@bjut.edu.cn.

16  Q.      Thank you.

17          Let's talk about the defendant's CVs.

18  A.      Okay.

19  Q.      Please describe for the jury, what is a CV?

04:53PM 20  A.      A CV stands for curriculum vitae.  It's used in

21  the academic community.  It's basically a resume is what

22  I would call it.

23          (Government's Exhibit 3-B was marked for

24           identification.)

25

1    BY MR. ARROWOOD:

2    Q.      I'd like to show you what's been marked as

3    Government's Exhibit 3-B.

4            Do you recognize that document?

5    A.      I do.  It is an email chain between the

6    defendant and another individual.

7    Q.      What's the date on that email?

8    A.      November 19th, 2015.

9    Q.      Are there attachments associated with that

04:54PM 10    email?

11    A.      There are three attachments, yes.

12            MR. ARROWOOD:  Your Honor, at this time, I'd

13    like to move to admit Government's Exhibit 3-B.

14            THE COURT:  So admitted.

15            (Government's Exhibit 3-B was received into

16             evidence.)

17            (Government's Exhibit 3-D was marked for

18             identification.)

19    BY MR. ARROWOOD:

04:54PM 20    Q.      I'd like to show you Government's Exhibit 3-D.

21    A.      Okay.

22    Q.      Do you recognize this document?

23    A.      I do.  It is the biosketch attachment from the

24    previous email.

25            MR. ARROWOOD:  Your Honor, move to admit

1    Government's Exhibit 3-D.

2            THE COURT:  So admitted.

3            (Government's Exhibit 3-D was received into

4             evidence.)

5    BY MR. ARROWOOD:

6    Q.      Can you read the first two sentences, please.

7    A.      "Professor Anming Hu received his first Ph.D.

8    degree from the Institute of Physics, Chinese Academy of

9    Science in 1997, and his second Ph.D. degree from the

04:55PM 10    Department of Physics and Astronomy, University of

11    Waterloo, in 2008, after which he joined the Department

12    of Mechanical and Mechatronics Engineering, University

13    of Waterloo, as a research assistant professor.  In

14    2012, he was appointed as a chair professorship in

15    Institute of Laser Engineering, Beijing Institute of

16    Technology, China."

17    Q.      Thank you.

18            (Government's Exhibit 3-E was marked for

19             identification.)

04:55PM 20    BY MR. ARROWOOD:

21    Q.      I'd also like to show you Government's

22    Exhibit 3-E.

23    A.      Okay.

24    Q.      Do you recognize this document?

25    A.      I do.  It's another one of the attachments.

1       MR. ARROWOOD:  Please scroll down just a little

2   bit.

3       Keep going.  Next heading.  There you go.

4   BY MR. ARROWOOD:

5   Q.      Under Employment and Professional Experience,

6   will you just read that to yourself, please.

7   A.      Okay.  You can keep going.

8       MR. ARROWOOD:  Move to admit Government's

9   Exhibit 3-E.

04:56PM 10      THE COURT:  So admitted.

11      (Government's Exhibit 3-E was received into

12       evidence.)

13  BY THE WITNESS:

14  A.      Okay.

15      MR. ARROWOOD:  Thank you.  Stop there.

16  BY MR. ARROWOOD:

17  Q.      Any mention under that heading about the

18  Beijing University of Technology?

19  A.      No, there is not.

04:56PM 20  Q.      During the search of the defendant's office,

21  did the agents locate versions of the defendant's CV?

22  A.      Yes, we did.

23      (Government's Exhibit 6-D was marked for

24       identification.)

25

1  BY MR. ARROWOOD:

2  Q.        I'd like to show you Government's Exhibit 6-D.

3            Do you recognize this document?

4  A.        I do, yes.

5  Q.        Did law enforcement submit this document for

6  translation?

7  A.        Yes, we did.

8  Q.        Have you reviewed that translation?

9  A.        I have, yes.

04:57PM  10           (Government's Exhibit 11-O was marked for

11            identification.)

12  BY MR. ARROWOOD:

13  Q.        I'd like to show you Government's Exhibit 11-O.

14            Do you recognize this document?

15  A.        I do, yes.  It's the verbatim translation of

16  the previous document.

17            MR. ARROWOOD:  Your Honor, at this time, we

18  move to admit conditionally Government's Exhibit 6-D and

19  11-O.

04:57PM  20           THE COURT:  So admitted.

21            (Government's Exhibits 6-D and 11-O were

22            conditionally received into evidence.)

23  BY MR. ARROWOOD:

24  Q.        What is the very first thing listed on this CV?

25  A.        Hu Anming, Professor of Institute of Laser

1  Engineering, Beijing University of Technology, advisor

2  to Ph.D. students.

3        MR. ARROWOOD:  Will you please scroll down to

4  the bottom of page 1.

5  BY MR. ARROWOOD:

6  Q.      Beginning with the entry January 2012 at the

7  bottom, will you read that to the jury.

8  A.      "January 2012 to September 2013:  Distinguished

9  Professor, Beijing University of Technology, selectee of

04:58PM  10  seventh cohort of Beijing Overseas Talent Aggregation

11  Project, short-term program."

12  Q.      Following with the next entry on the top of the

13  next page.

14  A.      "September 2013 to present:  Special-hired

15  Professor, Beijing University of Technology."

16        MR. ARROWOOD:  Please scroll down.

17  BY MR. ARROWOOD:

18  Q.      There under Ongoing research projects, will you

19  please read those ongoing research projects for the

04:58PM  20  jury.

21  A.      From January 2014 to December 2016:

22  "Application of laser processed nanostructures to

23  surface-enhanced Raman scattering and environmental

24  detection, principal investigator, key project of

25  Beijing Natural Science Foundation."

1    Q.        Again, the next entry, please.

2    A.        "January 2016 to December 2019:  Super-optical

3    diffraction induced by excited radiation dissipation for

4    extreme femtosecond laser direct writing manufacturing,

5    principal investigator, general project of National

6    Natural Science Foundation of China."

7    Q.        Okay.  All right.  Thank you.

8              (Government's Exhibit 6-E was marked for

9               identification.)

04:59PM  10  BY MR. ARROWOOD:

11   Q.        Now I'd like to show you what's been marked as

12   Government's Exhibit 6-E.

13   A.        Okay.

14   Q.        Do you recognize this document?

15   A.        I do.

16   Q.        Did law enforcement submit this document for

17   translation?

18   A.        Yes, we did.

19   Q.        Have you reviewed that translation?

05:00PM  20  A.        Yes, I have.

21             (Government's Exhibit 11-P was marked for

22              identification.)

23   BY MR. ARROWOOD:

24   Q.        Now I'd like to show you Government's

25   Exhibit 11-P.

1          Do you recognize this?

2  A.        Yes, I do.  It's the verbatim translation of

3  the previous document.

4          MR. ARROWOOD:  Your Honor, I'd like to

5  conditionally admit Government's Exhibit 6-E and 11-P.

6          THE COURT:  So admitted.

7          (Government's Exhibits 6-E and 11-P were

8           conditionally received into evidence.)

9  BY MR. ARROWOOD:

05:00PM 10  Q.        All right.  Again, please read the very top of

11  this document.

12  A.        "Hu Anming:  Assistant Professor, Department of

13  Mechanical, Aerospace, and Biomedical Engineering,

14  University of Tennessee; Special-Hired Professor,

15  Institute of Laser Engineering, Beijing University of

16  Technology; advisor to Ph.D. students."

17          MR. ARROWOOD:  Please scroll down just a little

18  bit.  Great.  Stop right there (indicating).

19  BY MR. ARROWOOD:

05:01PM 20  Q.        Please read this clause (indicating) beginning

21  with the word "hired".

22  A.        "Hired by the Institute of Laser Engineering,

23  Beijing University of Technology, as Special-hired

24  Professor in 2013."

25  Q.        Then again the last clause of this paragraph

1  beginning with the word "currently".

2  A.       "Currently oversees multiple research and

3  development projects in the U.S. in the areas of

4  advanced manufacturing of light material,

5  high-temperature brazing, high-temperature alloy joining

6  for NASA."

7         MR. ARROWOOD:  Can you please scroll down.  I'm

8  sorry.  Hold on one second.  Scroll back up.  I'm sorry.

9  Please stop.

05:01PM 10  BY MR. ARROWOOD:

11  Q.       The entry for January 2012 to September 2013.

12  A.       It says, "Distinguished Professor, Beijing

13  University of Technology, selectee of seventh cohort of

14  Beijing Overseas Talent Aggregation Project, short-term

15  program."

16  Q.       Then also the entry for January 2016.

17  A.       "January 2016 to present:  Special-hired

18  Professor, Beijing University of Technology."

19  Q.       Under the heading Ongoing research projects,

05:02PM 20  will you please take a look at that.

21         Are those the same two projects we saw in the

22  previous version of this?

23  A.       Those are, yes.

24         (Government's Exhibit 2-A was marked for

25          identification.)

1    BY MR. ARROWOOD:

2    Q.      All right.  Now I'd like to show you

3    Government's Exhibit 2-A.

4            Do you recognize this document?

5    A.      I do, yes.

6    Q.      What is it?

7    A.      It's a letter from the University of Tennessee,

8    Knoxville to Dr. Anming Hu.

9            MR. ARROWOOD:  Your Honor, I move to admit

05:03PM  10   Government's Exhibit 2-A.

11           THE COURT:  So admitted.

12           (Government's Exhibit 2-A was received into

13            evidence.)

14   BY MR. ARROWOOD:

15   Q.      According to this document, when did the

16   defendant begin working at the University of Tennessee?

17   A.      On November 1st, 2013.

18   Q.      And in connection with his application for

19   employment at the university, did the defendant provide

05:03PM  20   a CV?

21   A.      Yes, he did.

22           (Government's Exhibit 2-B was marked for

23            identification.)

24   BY MR. ARROWOOD:

25   Q.      I'd like to show you what's been marked

1    Government's Exhibit 2-B.

2              Do you recognize this document?

3    A.       I do, yes.  This is the CV that was submitted

4    with the application -- or -- yeah -- for employment.

5              MR. ARROWOOD:  Your Honor, move to admit

6    Government's Exhibit 2-B.

7              THE COURT:  So admitted.

8              (Government's Exhibit 2-B was received into

9              evidence.)

05:03PM  10    BY MR. ARROWOOD:

11    Q.       Again, please take a look at the bottom of this

12    page, and then the next page as well under the

13    Employment and Professional Experience heading.

14    A.       Okay.

15    Q.       Is there any mention of Beijing University of

16    Technology in this CV?

17    A.       There is not, no.

18    Q.       Did there come a time when the defendant

19    applied for a tenured position at the University of

05:04PM  20    Tennessee?

21    A.       Yes, he did.

22    Q.       Do you know when that was?

23    A.       It was in 2018.

24              (Government's Exhibit 2-C was marked for

25              identification.)

1    BY MR. ARROWOOD:

2    Q.       I'd like to show you what's been marked as

3    Government's Exhibit 2-C.

4    A.       Okay.

5    Q.       Do you recognize this document?

6    A.       I do, yes.

7    Q.       What is it?

8    A.       It's a large document, which is the tenure

9    application package from Dr. Anming Hu.

05:04PM 10          MR. ARROWOOD:  Your Honor, move to admit

11   Government's Exhibit 2-C.

12          THE COURT:  So admitted.

13          (Government's Exhibit 2-C was received into

14           evidence.)

15          MR. ARROWOOD:  Please go to page 6.

16   BY MR. ARROWOOD:

17   Q.       And in looking at the entries under the heading

18   Employment History, will you take a look at that.

19   A.       Okay.

05:05PM 20   Q.       Any mention of Beijing University of Technology

21   in this document?

22   A.       No, there is not.

23          MR. ARROWOOD:  Please go to page 55.

24   BY MR. ARROWOOD:

25   Q.       What's the heading on this page?

1    A.       The heading is Projects, Grants and Contracts.

2    Q.       Please take a look at the chart under Completed

3    Grants.

4    A.       Okay.

5    Q.       Is there any mention of the National Nature and

6    Science Foundation?

7    A.       No.

8    Q.       Any mention of the Beijing Natural Science

9    Foundation?

05:05PM 10   A.       No, there is not.

11   Q.       Any mention of any entity in China under the

12   Completed Grants chart?

13   A.       No, there is not.

14            MR. ARROWOOD:  Please scroll down.

15   BY MR. ARROWOOD:

16   Q.       Please take a look at Current Grants.

17   A.       Okay.

18   Q.       Any mention of any entity in China?

19   A.       No, there is not.

05:06PM 20            MR. ARROWOOD:  Please scroll up to the next

21   page.

22   BY MR. ARROWOOD:

23   Q.       And there at the top, Pending Grants, again,

24   any mention of any entity in China?

25   A.       No, there is not.

1          MR. ARROWOOD:  Please go to page 63.

2    BY MR. ARROWOOD:

3    Q.      What's the heading here?

4    A.      Honors and Awards.

5    Q.      Is there any mention of this selection for the

6    short-term Beijing Overseas High-Level Talent Program in

7    China?

8    A.      There is not.

9    Q.      How about his position as a chair professor at

05:07PM  10   the Beijing University of Technology?

11   A.      No.

12          MR. ARROWOOD:  Go to page 75, please.

13   BY MR. ARROWOOD:

14   Q.      What's the top of that document say?

15   A.      Candidate Signature Statement.

16   Q.      Will you read that statement, please.

17   A.      "I hereby attest that I have examined for

18   accuracy the factual and informational parts of my

19   dossier (excluding the external letters of assessment)."

05:07PM  20   Q.      Is this document signed?

21   A.      It is.

22   Q.      What's the date?

23   A.      September 21st, 2018.

24   Q.      Do you happen to know if the defendant was ever

25   awarded a tenured position at the University of

1   Tennessee?

2   A.        Yes, he was awarded tenure.

3           MR. ARROWOOD:  Your Honor, could I have one

4   minute?

5           No further questions, Your Honor.

6           THE COURT:  Thank you.  This would probably be

7   a good time to break for the day before we start

8   cross-examination.  So we'll let the jury -- we'll

9   excuse the jury for the day.

05:08PM  10          Thank you.  I know you came early for -- even

11  before the jury selection; so you've been here a long

12  time today, and the Court and everyone else appreciates

13  that.

14          So we'll stand in recess.  We'll try to start

15  trial right at 9:00 a.m. tomorrow, which would be

16  Tuesday, June 8th.  So if you could get here by 8:45.

17  You'll be brought up towards the courtroom close to 9

18  o'clock.  Appreciate that.

19          Just a couple reminders:  Don't talk about the

05:08PM  20  case with anyone, including among yourselves, as I've

21  mentioned, and also there may be media reports on this

22  case.  So it's important that you not read anything, you

23  know, outside the courtroom in the newspapers or listen

24  to any broadcasts or other internet reports or otherwise

25  pertaining to this case because, as I've told you, you

1  need to make your decision only on the evidence that's

2  presented during the course of this trial.  So keep that

3  in mind, along with all the other instructions that I've

4  talked to you about earlier this afternoon.

5          So with that being said, jury is excused, and

6  we'll see you back here tomorrow on Tuesday, June 8th.

7          (Jurors excused from the courtroom.)

8          THE COURT:  Okay.  We'll stand in recess

9  until --

05:10PM  10          MR. ARROWOOD:  We've got one more, Your Honor.

11          THE COURT:  Oh, excuse me.

12          JUROR:  I'm sorry.

13          THE COURT:  I apologize.  Take your time.  No

14  problem.  No problem.  I should have looked over there.

15          All right.  Now we'll stand in recess until

16  tomorrow morning.  Just be mindful, everyone, of getting

17  through security, and we'll try to start right at

18  9:00 a.m. tomorrow.  So plan -- counsel and the parties

19  should plan to be here by 8:50 or so so we can try and

05:10PM  20  start right at 9 o'clock.

21          MR. LOMONACO:  What time does the court open?

22          THE COURT:  Check with Ms. Norwood.  Not before

23  8:30.

24          MR. LOMONACO:  Okay.  Thank you.

25          THE COURT:  We're adjourned for the day.

1              (Which were all the proceedings had and

2               herein transcribed.)

3                      * * * * * * *

1                    C-E-R-T-I-F-I-C-A-T-E

2    STATE OF TENNESSEE

3    COUNTY OF KNOX

4            I, Teresa S. Grandchamp, RMR, CRR, do hereby

5    certify that I reported in machine shorthand the above

6    proceedings, that the said witness(es) was/were duly

7    sworn; that the foregoing pages were transcribed under

8    my personal supervision and constitute a true and

9    accurate record of the proceedings.

10           I further certify that I am not an attorney or

11   counsel of any of the parties, nor an employee or

12   relative of any attorney or counsel connected with the

13   action, nor financially interested in the action.

14           Transcript completed and signed on Tuesday,

15   June 29, 2021.

16

17

18

19



21      _____
          TERESA S. GRANDCHAMP, RMR, CRR
22        Official Court Reporter

23

24

25