<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TENNESSEE
 2                     AT KNOXVILLE, TENNESSEE
   _____
 3                                )
   UNITED STATES OF AMERICA,      )
 4                                )
            Government,           )
 5                                )
   vs.                            ) Case No. 3:20-cr-21
 6                                )
   ANMING HU,                     )
 7                                )
            Defendant.            )
 8 _____ )

 9                      TRIAL PROCEEDINGS
                BEFORE THE HONORABLE THOMAS A. VARLAN
10
                        June 11, 2021
11                      Volume V of VII

12 APPEARANCES:

13            ON BEHALF OF THE GOVERNMENT:

14            CASEY ARROWOOD, ESQ.
              U.S. DEPARTMENT OF JUSTICE
15            OFFICE OF U.S. ATTORNEY
              800 Market Street
16            Suite 211
              Knoxville, TN 37902
17
              MATTHEW J. MC KENZIE, ESQ.
18            U.S. DEPARTMENT OF JUSTICE
              NATIONAL SECURITY DIVISION
19            950 Pennsylvania Avenue, NW
              Washington, DC 20530
20

21

22
   REPORTED BY:
23
   Teresa S. Grandchamp, RMR, CRR
24 P.O. Box 1362
   Knoxville, Tennessee 37901
25 (865) 244-0454
</pre>

1    **APPEARANCES:** (Continued)

2           ON BEHALF OF THE DEFENDANT:

3           A. PHILLIP LOMONACO, ESQ.
            LAW OFFICES OF A. PHILLIP LOMONACO
4           800 South Gay Street, Suite 1950
            Knoxville, TN 37929
5
                    *  *  *  *  *  *  *  *
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

**INDEX**

**WITNESSES FOR THE GOVERNMENT:**                                   PAGE

**KUJTIM SADIKU**

Further Cross-Examination                                              5
By Mr. Lomonaco

Redirect Examination                                                 48
By Mr. Arrowood

Recross-Examination                                                  70
By Mr. Lomonaco

Further Redirect Examination                                         78
By By Mr. Arrowood

Further Recross-Examination                                          78
By Mr. Lomonaco

**WITNESSES FOR THE DEFENDANT:**                                    PAGE

**SUDARSANAM SURESH BABU**

Direct Examination                                                   95
By Mr. Lomonaco

Cross-Examination                                                    99
By Mr. Mc Kenzie

Redirect Examination                                                104
By Mr. Lomonaco

**ANMING HU**

Direct Examination                                                  109
By Mr. Lomonaco

Cross-Examination                                                   199
By Mr. Mc Kenzie

Redirect Examination                                               251
By Mr. Lomonaco

# EXHIBITS

**FOR THE GOVERNMENT:**

| **EXHIBIT** (DESCRIPTION) | ID: | IN EVID: |
|---|---|---|
| **Exhibit No. 12-A** | 52 | 52 |
| **Exhibit No. 3-X**(Email) | 54 | 55 |
| **Exhibit No. 12-L**(Exhibit 30 of PowerPoint) | 61 | 62 |
| **Exhibit No. 12-K**(Website Translation) | 65 | 68 |

**FOR THE DEFENDANT:**

| | ID: | IN EVID: |
|---|---|---|
| **Exhibit No. 49**(Exhibits to the PowerPoint Presentation) | 13 | 13 |
| **Exhibit No. 6**(2018/2019 Annual Activity Report) | 17 | 17 |
| **Exhibit No. 4**(2015/2016 Annual Activity Report) | 22 | 22 |
| **Exhibit No. 5**(2016/2017 Annual Activity Report) | 27 | 27 |
| **Exhibit No. 53**(Email Chain) | 37 | 37 |
| **Exhibit No. 146**(Department of Justice Newsletter) | 73 | 73 |
| **Exhibit No. 147**(Passport Document) | 117 | 117 |
| **Exhibit No. 27**(Emails) | 141 | 141 |
| **Exhibit No. 2**(Activity Report) | 192 | 192 |
| **Exhibit No. 112**(Letter) | 263 | 263 |
| **Exhibit No. 113**(Letter) | 264 | 265 |
| **Exhibit No. 114**(Resume) | 265 | 266 |
| **Exhibit No. 3** | | 270 |

* * * * * * * *

1      THE COURTROOM DEPUTY:  All rise.

2      THE COURT:  All right.  Good morning, everyone.

3  It looks like we're ready to continue, so we'll bring

4  our jury in.

5      (Whereupon the following report of

6       proceedings was had within the presence

7       and hearing of the jury:)

8      THE COURT:  All right.  Thank you.  Everyone

9  may be seated and we'll continue with the

09:03AM 10  cross-examination, Mr. Lomonaco.

11      MR. LOMONACO:  Thank you, Your Honor.

12              **KUJTIM SADIKU**,

13  having been previously duly sworn, was examined and

14  testified further as follows:

15              FURTHER CROSS-EXAMINATION

16  BY MR. LOMONACO:

17  Q.      Good morning, Mr. Sadiku.

18  A.      Good morning.

19  Q.      Let me ask you about the China Initiative.

09:03AM 20  That was a program started by the Department of Justice;

21  is that correct?

22  A.      I wouldn't describe it as a program, but it was

23  started by the Department of Justice.

24  Q.      It is an initiative.  That means they're trying

25  to do something; right?

1  A.     Yes, that's true.

2  Q.     They're trying to find people that are causing

3  economic espionage in the United States.

4  A.     The goal of the China Initiative, as I

5  understand from DOJ, is to disrupt and deter the Chinese

6  government from acquiring science and technology from

7  the United States and transferring it back to China to

8  aid in their Chinese military and Chinese economic

9  development.

09:04AM  10  Q.     Okay.  So that's the goal.  The way they do it

11  is:  They go around and take Chinese professors out of

12  universities and basically arrest them for doing --

13            MR. ARROWOOD:  Objection, Your Honor.

14            MR. LOMONACO:  I didn't ask the question.

15            THE COURT:  I need a basis.

16            MR. ARROWOOD:  Your Honor, well, first of all,

17  there was no question.  It's argumentative, legal

18  conclusions, relevance.

19            THE COURT:  I'll sustain the objection.  I

09:04AM  20  think he's right.

21            MR. LOMONACO:  I hadn't finished my question,

22  but --

23            THE COURT:  Well, it was argumentative.  So

24  I'll sustain the objection on that basis.

25

1  BY MR. LOMONACO:

2  Q.        So it says China.  So they're looking for China

3  people; right?  China Initiative; is that right?

4  A.        No.

5  Q.        Okay.  Well, let me ask you this:  The NASA

6  restriction that you focused on, how many times have you

7  looked at people that were not Chinese under the NASA

8  restriction?

9  A.        I don't understand the question.

09:05AM 10  Q.        Well, anybody could violate the NASA

11  restriction if we know what it means; right?  NASA is

12  not to collaborate with China, but there could be

13  somebody that's non-Chinese doing that; correct?

14  A.        Doing what, sir?

15  Q.        Collaborating with China on behalf of NASA.

16  A.        I don't understand your question.

17  Q.        Well, is that because you don't understand the

18  NASA restriction?

19  A.        I don't understand your question.

09:05AM 20  Q.        Do you understand the NASA restriction?

21  A.        I understand that NASA has a restriction

22  with -- restrictions involving the government of China

23  and the Chinese country.

24  Q.        But somebody that is not Chinese could

25  collaborate with China and NASA; correct?

1　A.　　　I can't speak to the NASA restriction.

2　Q.　　　Okay.  Well, let's see what you can speak to

3　then.

4　　　　　Let's talk about this PowerPoint presentation

5　that began on July 18th, 2019.  That's the first of

6　three slide shows or PowerPoint presentations; do you

7　recall that?

8　A.　　　Yes.  The outline of my notes?  Yes.

9　Q.　　　And who was present from the University of

09:06AM　10　Tennessee at that meeting; do you know?  Do you

11　remember?

12　A.　　　I don't remember all of them.

13　Q.　　　Well, would Dr. Robert Nobles, the interim vice

14　chancellor for research be one of them?

15　A.　　　Yes.

16　Q.　　　How about David Wickham, deputy general counsel

17　for the University of Tennessee?

18　A.　　　I don't remember the exhaustive list of

19　representatives from UT who attended that meeting.

09:07AM　20　Q.　　　What about John Zomchick?

21　A.　　　It's possible.  I just don't remember.

22　Q.　　　Possible?  If I showed you the memo with these

23　people's names on it, would that help refresh your

24　memory?

25　A.　　　If it was from that meeting, yes.

1  Q.        Okay.  What about Jean Mercer; was she there?

2  A.        I don't remember, but it's possible.

3  Q.        Okay.  Now, isn't it a fact, Agent Sadiku, that

4  the PowerPoint presentations were designed and used to

5  get the UT administrators to testify against Anming Hu?

6  A.        The purpose of my notes that I documented in a

7  PowerPoint format was to provide information to the

8  University of Tennessee that I had found and also

9  questions that I had.

09:08AM 10  Q.        Okay.  Well, how about the question I just

11  asked?  Was it -- were the purpose of getting the

12  administrators to testify about Dr. Hu?

13  A.        No, that was not the purpose.

14  Q.        Now, the PowerPoint presentation did, in fact,

15  make a lot of accusations against Dr. Hu.  In fact,

16  that's all it was about; correct?

17  A.        I don't remember if that was all-encompassing.

18  Q.        You don't remember if there was anything else,

19  anything else discussed in the PowerPoint presentations

09:08AM 20  that didn't apply to Dr. Hu?

21  A.        I don't remember.

22  Q.        You drafted them; right?

23  A.        That's correct.

24  Q.        Well, let's go to the first PowerPoint

25  presentation, and the first slide or PowerPoint, and

1    let's take a look at it.

2              MR. LOMONACO:  Government's 10-O, Your Honor,

3    please.

4    BY MR. LOMONACO:

5    Q.        July 18, 2019, University of Tennessee.

6              MR. LOMONACO:  Can you page down a little bit

7    more?

8    BY MR. LOMONACO:

9    Q.        Email review.  Whose emails are they?

09:09AM  10   A.        The University of Tennessee.

11   Q.        Okay.  So the University of Tennessee is

12   writing emails?

13   A.        I don't understand your question.

14   Q.        Who wrote the emails?

15   A.        There were emails from the University of

16   Tennessee.

17   Q.        When you have an email, somebody has to send

18   it.  The University of Tennessee as a corporation or a

19   school doesn't send an email.  Who sent these emails?

09:10AM  20   Whose name was on the From line?

21   A.        I don't know because there was a lot of emails.

22   Q.        Okay.  So you've got some wording here.

23   Methodology, findings, conclusions.

24             MR. LOMONACO:  Let's go to the next page.

25

1  BY MR. LOMONACO:

2  Q.        Oh, background, Anming Hu.  That's not about

3  anybody else, is it?

4  A.        This page is not about anyone else.

5  Q.        Okay.  So you told them that he was a principal

6  investigator.  He had DOE, NASA, Rolls Royce contracts.

7  And you start giving a presentation about Anming Hu;

8  correct?

9  A.        I didn't tell the university that he was the PI

09:10AM  10  on those contracts listed in my notes.  They told me and

11  they provided that information, and this was a summary

12  outline of my notes that I wanted to share with the

13  university.

14        MR. LOMONACO:  Okay.  Let's go to the next

15  page.

16  BY MR. LOMONACO:

17  Q.        Now, this is the first accusation of -- I think

18  it's about three pages down, but it says, "Anming Hu has

19  not reported any of the below to UTK or U.S. agency

09:11AM  20  awarding contract."  Now, you told that to the

21  administrators; right?

22  A.        That was -- that was based on information that

23  I had collected during the course of the investigation

24  which included information in emails received from the

25  University of Tennessee.

1   Q.      So let's look at this.  The first thing you

2   said he didn't report was research publications; all

3   right?  And then you have in parentheses Exhibit 2a, 3a

4   and 4a.  Do you see that?

5   A.      Yes.

6   Q.      And it's a fact, isn't it, that you told the

7   administrators that you had a big file of exhibits, but

8   you didn't bring them with you, did you?

9   A.      I did bring them with me and I gave them to the

09:12AM  10   university the day I met them.

11   Q.      Oh, you did?

12   A.      I did.

13   Q.      So if it says in a memo that they were left

14   back in the office, that's not accurate then; right?

15   A.      If I understand the question correctly, the

16   memo was drafted by the Department of Energy, Office of

17   Inspector General, who -- Agent Slatton, who also

18   attended the meeting, and she wrote up the meeting and

19   included a PowerPoint -- this PowerPoint, in fact -- and

09:12AM  20   attached it to her memo and referenced that the exhibits

21   that were provided to the UT, a copy was also maintained

22   at the FBI.

23   Q.      All right.  Well, let's -- let's go ahead then

24   and say that the first accusation that Anming Hu's

25   affiliated with BTU -- BJUT.  In other words, you're

1 saying that Anming Hu never reported any affiliation

2 with BJUT. "Has not reported his affiliation with

3 BJUT." Do you see that right here (indicating)?

4 A.        Yes, I see it.

5 Q.        1a. And then you have Exhibit 2a.

6          MR. LOMONACO: Let's go to Exhibit 2a.

7 BY MR. LOMONACO:

8 Q.        Do you recognize these as your exhibits?

9 A.        Yes, I do.

09:13AM 10 Q.        Okay. Now, the little yellow sticker on there,

11 that's from your office or somebody; correct?

12 A.        Yes, I put that sticker there.

13          MR. LOMONACO: All right. Let's go to 2a.

14          Your Honor, I'd ask that this be admitted, this

15 Exhibit 49 for the government.

16          MR. ARROWOOD: No objection, Your Honor.

17          THE COURT: All right. So admitted.

18          (Defendant's Exhibit 49 was marked and

19           received into evidence.)

09:14AM 20 BY MR. LOMONACO:

21 Q.        All right. There is 2a.

22          Now, according to your PowerPoint presentation

23 and representations to the UT administrators, this was

24 never reported to BJUT -- or excuse me -- to UT;

25 correct?

1    A.        I provided this document to show that Anming Hu

2    was affiliated with the Beijing University of

3    Technology --

4    Q.        No.

5    A.        -- as he listed in his publication.

6    Q.        No, I think you presented that document as an

7    exhibit to the statement that Anming Hu didn't report

8    this to the University of Tennessee.

9              Do you want to go back to the slide and look at

09:15AM  10  it again?

11   A.        Yes.

12   Q.        Do you want to go back?

13   A.        Yes.

14   Q.        Okay.  Number one, "Anming Hu has not reported

15   any of the below to UTK or U.S. agency."  Right?  Any of

16   the below.  Number one, "Research publications.

17   Affiliation with BJUT, Exhibit 2a."

18             MR. LOMONACO:  Let's go back to 2a.

19   BY MR. LOMONACO:

09:15AM  20  Q.        This, you claim, was not reported to the

21   University of Tennessee; correct?

22   A.        The outline that I produced in a PowerPoint

23   presentation was my best understanding of the

24   information I had at the time, and I also had questions

25   that I posed to UT and I used the exhibits to share with

1  them and show them what I had observed to that point.

2  Q.        Well, have you changed your mind then after

3  you've had time to look at it?

4  A.        I have not.

5  Q.        Okay.  So it doesn't matter how long it took;

6  that was the statement you made, and it's not true, is

7  it?

8  A.        That wasn't a statement.  It was just a

9  notation that I made in my outline to help me guide me

09:16AM 10  through the exhibits that I needed help understanding

11  from UT, and that was one of the purposes of sharing the

12  exhibits with the university.

13  Q.        That was your outline that you showed to the

14  University of Tennessee administrators; right?

15  A.        That's correct.

16  Q.        Okay.  And it said he had not reported his

17  affiliation with BJUT, and you used this as an example;

18  correct?

19  A.        That -- that point in my outline was not based

09:16AM 20  only on this exhibit.

21  Q.        It was not what?

22  A.        It was not based only on this exhibit that I

23  cite.

24  Q.        Well, why do you say example 2a?

25            Well, let's go to 2a.  Okay.  We've got 2a

1    right here.  This is an Ultra-Short Pulsed Laser

2    Manufacturing and Surface Processing of Microdevices

3    publication.  And the way I interpret it is:  He didn't

4    report this to the University of Tennessee.  But let's

5    go to his 2018/2019 annual activity report.  And let's

6    go down to page 3.  Did you ever look at his activity

7    report?

8    A.       The document you're referencing on the screen?

9    No, I have not.

09:17AM  10   Q.       Well, how do you know if he reported anything

11   to UT if you didn't look at his reporting material?

12   A.       It was based on information that the university

13   told me as they testified earlier this week.

14   Q.       Well, who told you that?

15   A.       The University of Tennessee administrators that

16   I met with.

17   Q.       Well, who at the university told you that?

18   A.       Those who were in the meeting.

19   Q.       Those who were at the meeting?

09:18AM  20   A.       Correct.

21   Q.       So why are you turning around and telling them

22   then?

23   A.       It was -- it was an outline of my notes, and

24   these are the things that I wanted to share with the

25   university because I had questions on observations that

1    I had made, and also there is documents that were

2    included in my outline that UT --

3    Q.        We won't belabor that.  I'm sorry.  You can

4    finish if you want to, but I'll go on to another

5    question here; okay?  Did you say everything you wanted

6    to say about that?

7    A.        Yes.

8    Q.        All right.

9              MR. LOMONACO:  Your Honor, can we move --

09:18AM 10   what's the exhibit number on this?

11             MR. PARSONS:  6.

12             MR. LOMONACO:  Exhibit 6.

13             THE COURT:  Defendant's 6.  This is the

14   activity report that's on the screen?

15             MR. LOMONACO:  Yes, sir, for '18/'19, Your

16   Honor.

17             THE COURT:  It's not in evidence yet?

18             MR. LOMONACO:  No.

19             THE COURT:  So admitted.

09:18AM 20             (Defendant's Exhibit 6 was marked and received

21              into evidence.)

22   BY MR. LOMONACO:

23   Q.        Let's look at No. 3 here, Ultra-Short Pulsed

24   Laser Manufacturing and Surface Processing of

25   Microdevices.  Do you see that?

1   A.      Yes, I do.

2   Q.      Now, that's Exhibit 2 to your presentation that

3   said he didn't report that.

4           And let's go to another presentation here,

5   another exhibit, another thing that supposedly Anming Hu

6   has not reported to any of the below and has not

7   reported to UT.

8           Let's look at No. 2.  That's a good one here.

9   "Received funding from China on research conducted for

10  NASA and DOE."  Now, how would UT know about that?

11  A.      Know about what, sir?

12  Q.      That Anming Hu received funding from NASA and

13  DOE.

14  A.      Their funding would have to go through the

15  University of Tennessee, Office of Sponsored Programs.

16  Q.      Okay.  So you've got Exhibit 2b, 3b, and 4b.

17  Do you see that?

18  A.      Yes.

19          MR. LOMONACO:  All right.  Let's go to

20  Exhibit 2b.

21  BY MR. LOMONACO:

22  Q.      And will you look at this document and see if

23  you can see anything that talks about NASA or DOE on

24  your exhibit.

25  A.      The bullet point in my notes wasn't solely

1   based on this document.  It also included information

2   that the university had provided to me at the time,

3   which included Dr. Hu had NASA contracts.

4   Q.      So what you're saying here today is that you

5   made a statement that he received funding from China on

6   research conducted for NASA and DOE and you submitted

7   this exhibit as proof of that and it's not on there; is

8   that right?

9   A.      That was an exhibit, the publication where

10  Anming Hu listed in the publication that it was funded

11  by a Chinese grant, and I shared that with the

12  university.

13  Q.      I'm talking about NASA and DOE, conducted for

14  NASA or DOE.  Is there any mention of NASA or DOE at all

15  on this document?

16  A.      No.

17  Q.      And, in fact, he reported this document, didn't

18  he, in his annual activity report?

19  A.      I don't know.

20          MR. LOMONACO:  Well, let's go to Exhibit 6, the

21  annual activity report, page 3.

22  BY MR. LOMONACO:

23  Q.      It's the same.  So you found one publication,

24  saw that some of the funding came from China, and you

25  threw in the words DOE and NASA on your own, didn't you?

A.      So just so we're clear, this exhibit was not an

exhibit that I provided to the University of Tennessee.

The exhibits that I provided to the University of

Tennessee were the ones that were identified in my

outline that I used in the PowerPoint.

        MR. LOMONACO:    2b.

BY MR. LOMONACO:

Q.      This is the exhibit.  This is the exhibit that

you accuse him of conducting research for NASA with

China money.  And if you don't -- if it's not on here,

where would it be?

A.      Where would what be?

Q.      The proof of the accusation you made that he

was receiving funding from China on research conducted

for NASA.

A.      So my understanding at the time was that the

University of Tennessee told me that Anming Hu had NASA

research, and I had met with the university prior to

this meeting and collected information from various

sources, which include documents and emails provided by

the university, which included some summary

translations, and this -- the PowerPoint that I

presented was an outline of the notes to the best of my

ability to understand the information that I provided to

UT.  But, again, as I said, I had questions about some

1    of the things that I listed.

2    Q.        Why wouldn't you have brought that kind of

3    evidence into this courtroom for this trial?

4    A.        What type of evidence?

5    Q.        Evidence that Anming had received funding from

6    China on research conducted for NASA.

7    A.        I don't understand your question.

8    Q.        My question is:  That's a pretty strong

9    accusation, and why wouldn't you bring that evidence

09:24AM  10    into trial against Anming Hu if you had any kind of a

11    scintilla of evidence that that is a true statement?

12    A.        The notation that I made in my outline was a

13    summary of what information I had at the time and the

14    best understanding of the information that I was

15    provided and collected in the investigation and -- but

16    the information I had up until that point I shared with

17    the university and had questions on some of the

18    information that they also provided.

19    Q.        Okay.  So you got information.  You had it in

09:24AM  20    your hands.  You didn't bring it to court.  How is the

21    jury supposed to believe that?

22    A.        They can look on the screen that's in front of

23    you.

24    Q.        Okay.  Where does it say NASA or DOE on the

25    screen?

1    We'll put 2b, 3b, and 4b on there if you want

2    to.  Where does it say NASA?  You can page down -- up

3    and down through it if you want to.

4         There is 3b (indicating).  What it does show is

5    collaboration with BJUT on publications which the

6    administrators said was normal, even encouraged,

7    international collaboration.

8         And let's look at Exhibit 4, Anming Hu's

9    2015/'16 annual activity report.

09:26AM  10         MR. LOMONACO:  Go down to page 2.

11         Your Honor, I'd ask that Exhibit 4 be admitted,

12    annual activity report.

13         THE COURT:  So admitted.

14         (Defendant's Exhibit 4 was marked and received

15          into evidence.)

16         MR. LOMONACO:  Go down a little bit more.

17    Okay.

18    BY MR. LOMONACO:

19    Q.    Do you see right here he reported Journal of

09:26AM  20    Beijing University of Technology (indicating)?  But you

21    didn't see that before because you never looked at his

22    annual activity reports; correct?

23    A.    Which question do you want me to answer?

24    Q.    Do you see where it says that?

25    A.    Says what?

1   Q.      No. 6 on the screen.

2   A.      I see No. 6, yes.

3   Q.      And the other question was:  You never reviewed

4   the annual activity reports?

5   A.      I have not seen this document, no.

6   Q.      So when you say that he's not reported any of

7   these to UTK, it's a false statement?

8   A.      My understanding from the University of

9   Tennessee, in terms of how a researcher discloses his

09:27AM  10  affiliation with a foreign entity, is based on an honor

11  system that's widely accepted in academia and also

12  through a disclosure form that they provided to me.

13  Q.      Is that a yes or a no?

14  A.      Can you repeat the question?

15  Q.      This is a false statement that you put on the

16  report?

17  A.      I didn't write this report, the one on the

18  screen.

19  Q.      You presented the information to UT; right?

09:27AM  20  A.      If you're referencing the PowerPoint that I

21  created as an outline to provide the exhibits to the

22  university, yes.

23          MR. LOMONACO:  Okay.  Let's go back to the

24  PowerPoint again.

25

1   BY MR. LOMONACO:

2   Q.        Okay.  So let's just skip down here to No. 2.

3   "Has not reported any of the below to UTK."

4           Again, you're saying somebody else told you

5   that.  Why would you go around and tell them again if

6   somebody else told you that when you're in front of them

7   talking about Anming Hu?

8   A.        Which red line are you referring to?  I don't

9   understand your question.

09:28AM  10   Q.        I'm still trying to find out who told you this

11   information from UT.

12   A.        Which information?

13   Q.        All the information you just said came from UT.

14   Any of it.

15   A.        Well, during the course of this investigation,

16   I collected information on my own through online

17   research searchs and also through information collected

18   from the university which they provided.

19   Q.        Isn't it a fact that through your online

09:29AM  20   research you found anything that looked like it could be

21   incriminating against Anming Hu if you turned the facts

22   around and then you put it in your report knowing that

23   UT wouldn't verify it or check it out themselves;

24   correct?

25   A.        This is --

1    MR. ARROWOOD:  Your Honor, objection,

2  argumentative.

3    THE COURT:  Why don't you just ask another

4  question.

5    MR. LOMONACO:  Okay.

6  BY MR. LOMONACO:

7  Q.    Let's go to international travel, 2016 to 2019.

8  You told UT in your slide show that he didn't report it.

9  Well, that's pretty interesting, isn't it?

09:29AM  10  International travel.  And then you put down 11 times

11  vehicle crossed into Canada from U.S.  Did you get that

12  from UT, too?

13  A.    That information was obtained through U.S.

14  government sources.  It was not obtained through the

15  university.

16  Q.    Because it would be pretty outrageous for the

17  jury to believe that UT could tell when he went across

18  the borders; right?

19  A.    My understanding is that the university has an

09:30AM  20  international travel requirement policy that I -- I know

21  one exists, but I'm not familiar with it.

22  Q.    So let's skip 11 times going back and forth to

23  his family in Canada.  And let's go down -- "Flew three

24  times to China from the United States and one time to

25  Japan from the U.S. and he did not report it to UT."

1  That's what your memo says.

2  A.        Again, this is not a memo.  It's a typed-out

3  outline of the information that I was providing to UT.

4  Q.        I stand corrected.  It's your slide show, your

5  PowerPoint presentation.

6           Let's go to Exhibit 4.

7           MR. LOMONACO:  I think we moved that

8  into -- already; right?

9           THE COURT:  Yes.

09:30AM 10           MR. LOMONACO:  Thank you.

11           And page 6, Roman numeral IV.

12  BY MR. LOMONACO:

13  Q.        And would you agree that the annual activity

14  report is a document from UT?

15  A.        I have not seen this report.

16  Q.        That's not what I asked you, sir.  I asked you:

17  Will you agree that the annual activity report is a UT

18  document?

19  A.        It looks like a university document, but I

09:31AM 20  don't see the University of Tennessee on it.

21           MR. LOMONACO:  Go to the top page.

22  BY MR. LOMONACO:

23  Q.        Faculty Annual Activity Report.  Do you know

24  what MABE stands for?

25  A.        It's a department at the University of

1  Tennessee.

2  Q.        Mechanical department that Professor Hu worked

3  in; right?

4  A.        That's correct.

5  Q.        Until he was terminated.

6          And then let's go back now to Exhibit 4,

7  page 6, Roman numeral IV.  Invited seminars or lectures,

8  No. 2.  Do you see where he went to China in May of

9  2016?

09:32AM  10  A.        I see there is a location in China that he was

11  invited at, yes.

12  Q.        But you've never reviewed the annual activity

13  report and you don't know that that means he went to

14  China in May of 2016, do you?

15  A.        Based on this document, no.

16          MR. LOMONACO:  Okay.  Let's go to Exhibit 5,

17  the 2016/2017 annual activity report.  Page 6,

18  Section IV.

19          Could you -- can we move this in as Exhibit 5?

09:33AM  20          THE COURT:  The document currently on the

21  screen, the activity report?

22          MR. LOMONACO:  Yes, Your Honor.

23          THE COURT:  So admitted.

24          (Defendant's Exhibit 5 was marked and received

25           into evidence.)

1    MR. LOMONACO:  Page 6, Section V -- IV.

2    Back up a minute.  Go up to the top of that

3  section.

4  BY MR. LOMONACO:

5  Q.    Do you see where it says Section IV,

6  Professional Outreach?

7  A.    Yes.

8  Q.    Do you know what that means?

9  A.    I do not.

09:33AM 10  Q.    So you don't know whether this is where he goes

11  out to other areas or not; right?

12  A.    I haven't seen this document and I don't know.

13  Q.    Okay.  Can you tell me who told you -- which

14  person told you that he did not report his three trips

15  to China?

16  A.    What document are you referring to?

17  Q.    No, I'm referring to your document where you

18  say he didn't report any of this to UT.  Who told you

19  that he didn't report his trips?

09:34AM 20  A.    If you're referring to the outline that I

21  created in PowerPoint, I would like to see the slide so

22  I can answer your question better, please.

23    MR. LOMONACO:  Show it to him again.

24  BY MR. LOMONACO:

25  Q.    Has not reported any of the below -- below,

1    below, below -- international travel, three times to

2    China.  You told that to UT.

3    A.        Yes, that was information I provided and I

4    obtained through government sources and I provided that

5    to the university.

6    Q.        Okay.  Did somebody at the university say, "Oh,

7    well, we better look at his activity report to see if

8    you're telling the truth"?

9    A.        I don't recall, no.

09:35AM  10   Q.        No, they just believed you; right?

11   A.        I shared what the government had in its systems

12   with the university.

13           MR. LOMONACO:  Okay.  So let's go back

14   to -- let's go a little bit lower on this document.

15           No, go up.  Let's go to the -- all right.

16   Before you do that, let's look at some more of these

17   accusations here.

18           Slowly go up.  Okay.  No, the other way.  Keep

19   going.  Keep going.  Keep going.  Keep going.

09:36AM  20   BY MR. LOMONACO:

21   Q.        Okay.  All this is about Anming Hu; correct?

22   It's not about anybody else; right?

23   A.        If you're referring to this page, that appears

24   to be correct.

25   Q.        I'm referring to your PowerPoint presentation.

1    MR. LOMONACO:  Keep going down.

2  BY THE WITNESS:

3  A.      All right.  What was the question?  Can you

4  repeat, please?

5  BY MR. LOMONACO:

6  Q.      I didn't ask one.

7          MR. LOMONACO:  Did you find where we're

8  looking?

9          MR. PARSONS:  Page 14.

09:37AM 10  BY MR. LOMONACO:

11  Q.      Okay.  Three UTK employees in contact with

12  Aviation Industry Corporation of China.  Is this

13  something they told you at UT, also?

14  A.      No, this is information that I provided to the

15  university after the FBI translated some of the

16  documents which include emails.

17  Q.      Do you have the documents in here?

18  A.      The documents that I provided to UT I listed as

19  exhibits on my outline.

09:38AM 20  Q.      Isn't it true that only Feng, F-e-n-g, was in

21  contact with AVIC's subsidiary company, not Anming Hu?

22  A.      I don't know.

23  Q.      You don't know.  Okay.

24          And this is a pretty important accusation,

25  isn't it, because AVIC undertakes basic research

1  projects of national defense for China; right?

2  A.        The reason I provided this email was that Zhili

3  Feng was Anming Hu's technical project officer at the

4  Department of Energy.

5  Q.        And isn't it a fact that the other reason you

6  put it in there is that you wanted to put Anming Hu in

7  with providing information or collaborating with Chinese

8  military companies?

9  A.        This information -- I shared this summary

09:39AM 10  translation containing this information with the

11  university because this company located in China is on

12  the Entities List.

13  Q.        Yes.  But Anming Hu did not affiliate or have

14  contact with this company, did he?

15  A.        Based on that summary translation and my bullet

16  point in my outline, no.

17  Q.        So when you say Anming Hu is in contact with

18  China and that it relates to the national defense of

19  AVIC, that's not true?

09:39AM 20  A.        In my -- in my outline, I included exhibits and

21  I referenced them as you can see on your screen.  If I

22  could take a look at that exhibit that I reference in my

23  outline.

24  Q.        You're welcome to get it if you want to.  Do

25  you have it here?

1    MR. LOMONACO:   Let's look at -- is it

2  Exhibit 62?   66?

3  BY MR. LOMONACO:

4  Q.      Is this one of your exhibits (indicating)?

5  A.      It appears to be one of your exhibits.   You

6  pulled it up.

7  Q.      Well, do you recognize it?

8  A.      It's a document dated October 2018, and it

9  looks like a printout from the embassy of China in the

10 United States.

11 Q.      But do you recognize it as one of your

12 exhibits?

13 A.      One of the exhibits that I provided to the

14 university?

15 Q.      Yes.

16 A.      It -- this document appears that it was

17 provided to the university by me.

18 Q.      And what purpose --

19      MR. LOMONACO:   Slow down a minute.

20 BY MR. LOMONACO:

21 Q.      For what purpose did you provide it?

22 A.      I think it's in my outline and identified with

23 an exhibit that I referenced it from.

24 Q.      And does it show any kind of association with

25 Anming Hu and AVIC, the Chinese military company?

1  A.      The exhibit that I cited in my PowerPoint that

2  referenced AVIC, this is not the exhibit that I provided

3  to UT.  This is another exhibit.

4  Q.      Okay.  Which exhibit did you provide then?

5          MR. LOMONACO:  We got the wrong exhibit.  We

6  need to find the right one.  Let's go back to his

7  PowerPoint; okay?

8  BY MR. LOMONACO:

9  Q.      Exhibit 49; is that the one right there

09:42AM  10  (indicating)?

11  A.      Exhibit 49 is an exhibit that I labeled with a

12  Post-it® note and provided to the university.  So if

13  it's labeled with a little Post-It note with 49, that

14  would be the document that I referenced in this bullet

15  point in my notes.

16  Q.      How about --

17          MR. LOMONACO:  What's that?

18          Yeah, let's go back to Exhibit 49 then.

19  BY MR. LOMONACO:

09:43AM  20  Q.      Okay.  So this is an email from Zhili Feng;

21  right?  Copied to him from Joe whoever.  And they wanted

22  to purchase equipment.

23          MR. LOMONACO:  Let's go up to the next email.

24  BY MR. LOMONACO:

25  Q.      And you see that Zhili Feng was involved in

1   trying to get this equipment, and he actually told

2   Anming about it.  But there is nothing in here --

3        MR. LOMONACO:  Let's keep going down further.

4   BY MR. LOMONACO:

5   Q.        -- that shows that Anming Hu is involved in

6   purchasing the equipment.  Can you point it out if you

7   think he's involved in purchasing it, or is this what

8   you're talking about?

9   A.        My notation in my notes and on the PowerPoint

09:44AM 10   do not state anything about purchasing.  It was just

11   that those individuals that I listed were in contact

12   with a company that is on the Entities List.

13   Q.        Okay.  Where does it show that Anming Hu

14   contacted that company?

15   A.        If you scroll up to the email, it will show

16   that he was on the distribution line of that email.

17   Q.        It shows that he was sent a copy of the email,

18   but it doesn't show he was in contact with the company,

19   does it?

09:45AM 20        I mean, I can go out and conspire with a

21   company and commit a crime and then send you an email

22   about the crime.  Does that make you in contact with

23   that company?

24   A.        The reason for my bullet point notation was to

25   advise the university that those individuals that I

1   cited in my bullet point in my notes were in contact

2   with a company that the U.S. government has placed on

3   the Entities List.

4           MR. LOMONACO:  Let's go back to the PowerPoint

5   again; okay?  And let's go to the part where it talks

6   about the Chinese researcher.

7   BY MR. LOMONACO:

8   Q.      Now, this Anming Hu offered one Chinese

9   researcher from AVIC a position at UTK.

10  A.      My notation says, "Offered at least one a

11  position in his UTK group in March 2018."  It doesn't

12  list anything about China.

13  Q.      Well, we're looking at your PowerPoint right

14  here; right?

15  A.      These are the outline of my notes that I

16  produced using a PowerPoint.

17          MR. LOMONACO:  No, the other way.

18  BY MR. LOMONACO:

19  Q.      UTK email review one.  Finding nine.  This is a

20  finding that you made about Anming Hu offered one

21  Chinese researcher from AVIC a position at UTK.

22          And let's go up a couple of pages and let's say

23  what you said about AVIC, how bad AVIC is.  "AVIC is a

24  state-owned large-scale enterprise managed by the

25  Central Government of China.  It is a state-authorized

1  investment institution.  The group company has aviation

2  weapons and equipment, military transport, aircraft,

3  helicopters, airborne systems."

4       And then you're saying in the next page down

5  that Professor Hu offered one Chinese researcher from

6  this company a position at the University of Tennessee

7  in Knoxville.  There's no other way you can read that,

8  is there?  That's what it says.  It's in your PowerPoint

9  presentation.

09:48AM  10  A.       That is a notation of that page that I made

11  using PowerPoint, yes.

12  Q.       Okay.  And isn't it true that the person that

13  you're talking about --

14       MR. LOMONACO:  Let's find out where it says

15  that about that person; okay?

16       Zang Xu.  This is the CV; right?  Is this the

17  CV?

18  BY MR. LOMONACO:

19  Q.       Oh, this is your exhibit here talking about the

09:49AM  20  individual; right?

21  A.       I don't understand your question.  If you're

22  referring --

23  Q.       Do you see the number 62?  That's your sticker;

24  right?

25  A.       This is a photocopy of an exhibit that I

1  attached to my notes that I provided to UT.

2  Q.        Yes.  It's your sticker; right?

3  A.        That sticker is on a piece of paper which looks

4  like an email that I attached as an exhibit that I

5  provided to UT.  I provided them with the email that

6  they provided to the FBI for summary translation and I

7  provided the summary translation back.  If I can -- if

8  you can refer back to my notes --

9            MR. LOMONACO:  Can I move Exhibit 53 in, Your

09:49AM 10  Honor, please.  He's identified it, I believe.

11            THE COURT:  So admitted.

12            MR. ARROWOOD:  No objection, Your Honor.

13            (Defendant's Exhibit 53 was marked and

14             received into evidence.)

15  BY MR. LOMONACO:

16  Q.        So you say three Chinese Nationals with ties to

17  AVIC and Anming offered one Chinese researcher from AVIC

18  a position at UT.  Which researcher is that?

19  A.        Which researcher is what?

09:50AM 20  Q.        The one that was offered a position at UT.  Do

21  you know?

22  A.        It would be in one of the exhibits that I

23  provided that were attached to this outline that I

24  provided to the university.  So --

25  Q.        So is it this one here (indicating)?

1   A.      Can you please go back to my outline and pull

2   up the exhibit number that I provided to UT?

3   Q.      Which one; 58, 60 or 62?

4   A.      I don't know which statement you're referring

5   to.

6   Q.      You said pull up your exhibits.  Okay.  Which

7   exhibit do you want me to pull up?

8   A.      Whichever one you want to ask a question to me

9   about.

09:51AM 10      MR. LOMONACO:  All right.  Let's just go to 62.

11  BY MR. LOMONACO:

12  Q.      Exhibit 62.  That's the same one we went to;

13  right?  So we're talking about Zhenpeng Xu.  And it

14  looks like there is a CV attached.  There is his CV, 63.

15  I think you referenced one of those in your PowerPoint,

16  also.

17          Let's find his AVIC -- there it is.  AVIC

18  Corporation.  He was an intern in August to September of

19  2015.  Do you see that?

09:52AM 20  A.      Yes.

21  Q.      Okay.  Let's go back up to what you said about

22  him in your PowerPoint.

23          One Chinese researcher from AVIC, a position at

24  UT.  That, for giving you the benefit of the doubt, is

25  just an exaggeration of who he really was, isn't it?

1   A.        Which -- my notes; is that the question?

2   Q.        No, his CV says he was an intern for one month.

3   A.        The bullet point that I have notated in the

4   PowerPoint does not reference -- if you're referring to

5   my Exhibit 64 through 64 (sic) that I provided to the

6   university, then that was my notation and my

7   understanding of the documents based on a summary

8   translation of UT documents that they provided to me.

9   So I provided that information back to the university.

09:53AM  10   Q.        And this is just one of the PowerPoints that

11   you went through with the University of Tennessee;

12   right?

13   A.        I met with the university on many occasions and

14   I didn't always provide exhibits or documents.

15   Q.        This was in July of 2018; right?

16   A.        (No audible response.)

17   Q.        Let's look at August of 2018.  You had

18   Dr. Nobles, Dr. Wickham --

19             THE COURT:  I think it's 2019.  Is that --

09:54AM  20             MR. LOMONACO:  Yes.  I am sorry, Your Honor.

21   Thank you.

22             MR. PARSONS:  This is the second.

23             MR. LOMONACO:  The second?  Second PowerPoint.

24   BY MR. LOMONACO:

25   Q.        Again, you had Jean Mercer, Stacey Patterson,

1    vice-president of research outreach; correct?  And Sarah

2    Pruett, research integrity compliance.  You were showing

3    these programs to --

4              MR. ARROWOOD:  Objection, Your Honor.  I don't

5    believe this has been admitted.  This is the top page of

6    the PowerPoint that was shown yesterday.  We provided

7    the government's exhibits back to the defendant so he

8    could use our exhibits instead of having this cover page

9    on the top.

09:55AM  10          THE COURT:  Consistent with yesterday's

11   discussions, if we're going to talk about the August

12   2019 meeting, let's use Government's 10-P.

13             MR. LOMONACO:  Okay.  I didn't know we were

14   broadcasting that.  I'm sorry.

15   BY MR. LOMONACO:

16   Q.        And then July, August.  There was another one

17   in September; right?

18   A.        Another meeting?

19   Q.        Yes.

09:55AM  20   A.        Yes, I believe so.

21   Q.        Okay.  Well, I'm not going to go into any more

22   of these.  I just want to make sure you can verify to

23   the jury that on three different occasions in a

24   three-month period, you went to UT for the purpose of

25   talking about Anming Hu.

1   A.       If you're speaking between the three dates that

2   I documented in update 1, 2, and 3, yes, it was between

3   July and September 2019.

4   Q.       And your purpose was to end up with a result

5   that these people would testify that, oh, had they known

6   he had employment at Beijing University, they would not

7   have let him have a NASA grant; correct?

8   A.       The purpose of my meeting was to share

9   information and updates on my investigation.

09:56AM 10   Q.       Mr. -- can you answer the question yes or no,

11   and then you can say whatever you want to say?

12   A.       What is your question?

13   Q.       Was that your purpose or not?

14   A.       What is your question?

15   Q.       The purpose was to get the UT administrators to

16   start believing your story; correct?  Yes or no?

17   A.       No.

18   Q.       The purpose was to get the UT administrators to

19   say at trial here that had they known about Anming Hu's

09:57AM 20   employment with BJUT, they would not have let him get a

21   NASA grant?  Yes or no?

22   A.       No.

23   Q.       Do you recall -- you sat here through the whole

24   trial.  Every one of these witnesses from UT came here

25   and said, "Oh, had I known, we would not have allowed

1  him to have a grant."  Right?

2  A.        Yes, I heard that.

3  Q.        Even Bar-Cohen.  Did you go and talk to him two

4  weeks before he showed up on the video screen?  Was that

5  you that talked to him?

6  A.        I didn't speak to him directly, but I was on

7  the conference call, yes.

8  Q.        Okay.  That's when you told him he had

9  employment at BJUT?

09:58AM 10  A.        I've never spoken to Dr. Bar-Cohen.

11  Q.        You were just on the conference call?

12  A.        Correct.

13  Q.        Who talked to him then?

14  A.        The U.S. government prosecutors for trial

15  preparation.

16  Q.        Okay.  So they talked to Bar-Cohen.  And when

17  he said, "I didn't understand the NASA grant at the

18  time" -- did you hear him say that?

19  A.        When did he say that?  Which --

09:58AM 20  Q.        On the screen.

21  A.        This week?

22  Q.        Yes, yesterday.

23  A.        I watched his -- or I listened to his

24  testimony.

25  Q.        Did you hear him say that?

1    A.    Can you repeat the question?

2    Q.    He said he didn't understand the NASA grant at

3    the time, didn't he?

4    A.    I don't remember.

5    Q.    All right.  Just one more line of questioning

6    and I'll try to make it short.  I believe you never

7    looked at the conflict of interest form or the policy

8    manual for UT, did you?

9    A.    I reviewed the conflict of interest forms that

09:59AM  10    the University of Tennessee provided me.

11    Q.    Oh, you did?

12    A.    The conflict of interest forms that the

13    university provided?  Yes, I looked at those.

14    Q.    You looked at PL0256; is that what it is?

15          MR. PARSONS:  125.

16    BY MR. LOMONACO:

17    Q.    125, is that what you looked at?

18    A.    As I recall, that is not a conflict of interest

19    form.

09:59AM  20    Q.    What is it then?

21    A.    The numbers and letters that you're

22    referencing?

23    Q.    If you know what it is and you know it's not a

24    conflict of interest form, you must have reviewed it;

25    right?

1  A.      I did not review -- I --

2  Q.      Did you review this document (indicating)?

3  A.      Yes.

4  Q.      Okay.  What does that say?  It's not a conflict

5  of interest form, is it?

6  A.      It's the University of Tennessee Systemwide

7  Policy Document F10125 - Conflict of Interests.

8  Q.      It is a conflict of interest form, isn't it?

9  Is this what you reviewed?

10:00AM  10  A.      A conflict of interest form is different.

11  Q.      Sir, is this what you reviewed?

12  A.      I have taken a look at this policy, yes.

13  Q.      Okay.  And you will see --

14         MR. LOMONACO:  Let's go to the section we're

15  talking about here.

16  BY MR. LOMONACO:

17  Q.      -- that there has to be a certain amount of

18  income from another job before it's a conflict of

19  interest.  Did you review that part?

10:00AM  20  A.      I don't remember.

21  Q.      And did you find out how much income Professor

22  Hu made on his part-time summer job at BJUT?

23  A.      I did not.

24  Q.      Well, then, how do you know he even violated

25  the conflict of interest?

1    A.        I didn't say he violated the conflict of

2    interest.

3    Q.        Well, then, he wouldn't have to even put his

4    name or fill out the conflict of interest form, would

5    he, if -- if he didn't have a conflict of interest?

6    A.        It's not my decision to determine whether he

7    has a conflict of interest.  That's why I provided the

8    information to the University of Tennessee, which they

9    provided the conflict of interest forms.

10:01AM  10    Q.        Okay.  If you provided information to conflict

11    of Tennessee -- conflict of interest information to the

12    University of Tennessee, then why didn't you provide how

13    much money he made so they could look at the factors to

14    see whether he even really needed to say he had

15    employment outside of UT?  Why didn't you do that

16    research?  Why didn't you do your homework and get the

17    information that UT really needed to decide whether he

18    was violating the conflict of interest disclosure form?

19            MR. ARROWOOD:  Your Honor, objection, compound

10:02AM  20    questions and assumes facts not in evidence.

21            MR. LOMONACO:  Let me just ask a short

22    question.

23            THE COURT:  Go ahead.

24    BY MR. LOMONACO:

25    Q.        Did you know or do you know now when he went to

1    China last?

2    A.        I do not.

3    Q.        So you don't even know when he was in China and

4    when he was not in China; right?

5    A.        I do not.  I'm not aware of all of his trips to

6    China, no.

7    Q.        Okay.  And if you don't know his trips to

8    China, you don't know whether he was going there during

9    the summer vacation or Christmas vacation or right in

10:02AM   10   the middle of the school year, do you?

11   A.        When -- based on my understanding of Department

12   of Homeland Security records checks at the border,

13   exiting and entering the United States, individuals are

14   marked and identified of traveling and entering the

15   country.

16        However, if you -- my understanding from DHS is

17   that if you drive from the United States to Canada in a

18   vehicle, your passport isn't marked until you return

19   back to the United States.

10:03AM   20   Q.        Sure.  I didn't ask you if he went to Canada.

21   That's where his wife and children are.

22        I asked you:  You don't know when he went to

23   China, do you?  Even if he left Canada from China, it

24   would still show on his passport that he entered and

25   left China, would it not?

A.        I mean, any trips taken from a foreign country

to another foreign country are outside the purview of

FBI rules and laws, and my authorizations or

jurisdiction does not include Canada.  So I would not

know.

Q.        My question is:  If Professor Hu had gone to

Canada and gotten on an airplane and flew to China, when

he got off his plane in China, he would give his

passport to the Chinese government.  They would stamp it

entering China; correct?

A.        I would just assume that's how it happens.

I've never been to China.

Q.        Okay.  Are you really qualified to investigate

this case?

A.        I believe I am, yes.

Q.        Isn't his trips to China rather relevant?

A.        Relevant to what?

Q.        I don't know.  You listed that he didn't report

any.

A.        There was a bullet point in my PowerPoint that

I wanted to advise the university of information that

the U.S. government had of his international travel, and

I was aware that the university, after they told me that

they have requirements for faculty to report

international travel.

1      MR. LOMONACO:  That's all I have, Your Honor.

2      THE COURT:  All right.  Thank you.  Redirect.

3      MR. ARROWOOD:  Thank you, Your Honor.

4                   REDIRECT EXAMINATION

5  BY MR. ARROWOOD:

6  Q.      Okay.  You may recall during cross-examination

7  before we got into the PowerPoints defense counsel asked

8  you about whether or not you had uncovered any evidence

9  of payments to the defendant from his work in China; do

10 you recall that?

11 A.      Yes, I do.

12 Q.      I'd like to show you what's been previously

13 admitted as Government's Exhibit 11-G.

14      MR. ARROWOOD:  Please scroll to page 2, about

15 two-thirds of the way down.  This right here

16 (indicating).  Oh, sorry.

17      Scroll down, please.  Okay.  Thank you.

18 BY MR. ARROWOOD:

19 Q.      Will you please just read that paragraph to

20 yourself.  I'm going to ask you what you believe is

21 going on in this communication.

22 A.      Okay.  I've read it.

23 Q.      Okay.  Will you please just describe for the

24 jury your understanding -- again, you're not on this

25 communication; is that correct?

1  A.      That is correct.

2  Q.      So with that understanding, will you just

3  describe for the jury what you believe is going on in

4  this paragraph.

5  A.      It appears that Anming Hu received 7,250 yuan

6  for an S&T award.

7  Q.      And is the individual identified with Chen?

8  A.      Yes.

9  Q.      Asking for Anming Hu's -- I believe it says

10 Chinese bank account number?

11 A.      That is correct.

12 Q.      How long have you been an FBI agent?

13 A.      13 years.

14 Q.      Approximately how many investigations have you

15 been involved in?  Just ballpark.

16 A.      At least 100.

17 Q.      And in that time, have you ever served a

18 Chinese bank with legal process?

19 A.      I have not.

20 Q.      Why not?

21 A.      The jurisdictions that -- that I enforce do not

22 extend beyond the United States' borders.

23 Q.      All right.  Thank you.

24         Now we'll take a look at the PowerPoints that

25 was Government's Exhibit 10-O that you were shown.

1    So, again, would you please describe for the

2  jury, generally speaking, what information did you use

3  in creating these PowerPoints?

4  A.    The information included was open-source

5  research that I conducted or other FBI personnel

6  conducted, information received from the university,

7  which included emails that were in a foreign language

8  and summary translations of those emails that I provided

9  back to the university.

10:08AM 10  Q.    Did it reflect your knowledge of the

11  information you had at that time?

12  A.    Yes.

13  Q.    At this time was the investigation over?

14  A.    It was not.

15  Q.    Was it almost over?

16  A.    It was not.

17  Q.    I'd like to show you page 3 of this PowerPoint.

18  Okay.  Here at the third bullet, would you please read

19  the third bullet?

10:08AM 20  A.    "Hired as special professor by BJUT ILE

21  September 2013, Exhibit 1a, Exhibit 1b."

22  Q.    So let's take a look at Exhibits 1a and 1b to

23  this PowerPoint.  I believe it's Government's Exhibit

24  12-A.

25    Does this appear to be your Exhibit 1a?

1    A.       Yes, it does.

2    Q.       Do you recognize this document?

3    A.       I do.

4    Q.       What is this?

5    A.       It's a translation of the Beijing University of

6    Technology's website.

7    Q.       So did you go on the internet and look at this

8    web page?

9    A.       I was provided a printout copy that I reviewed.

10   Q.       So someone else did that?

11   A.       That's correct.

12   Q.       All right.  Let's just take a look at this

13   document for just a few moments.  And I guess before we

14   do that, is it fair to say this is open source?

15   A.       That's correct.

16   Q.       And so this is the type of information you

17   would have relied upon in these PowerPoints?

18   A.       That's correct.

19   Q.       It's highlighted here, but if you would please

20   just read this to the jury.

21   A.       "In September 2012, it was selected as the

22   seventh short-term plan for Beijing's overseas

23   high-level talent gathering project.  In September 2013,

24   it was selected as the ninth batch of long-term plan,

25   and was hired as a special professor by the Laser

1  Engineering Research Institute of Beijing University of

2  Technology."

3  Q.        Who does this paragraph relate to?

4  A.        Dr. Anming Hu.

5          THE COURT:  The Court might be a little

6  confused.  Is this part of 10-O or is this separate,

7  already admitted, or need to be admitted?

8          MR. ARROWOOD:  Your Honor, at this time we

9  would move to admit Government's Exhibit 12-A.

10:10AM  10          THE COURT:  12-A.  All right.  That's what's on

11  the screen then?

12          MR. LOMONACO:  This is one of the ones that

13  they objected to us introducing, I believe.

14          THE COURT:  I think it's the same that you just

15  showed and talked about, but we'll admit it as

16  Government's 12-A just to make the record clear.  Thank

17  you.

18          (Government's Exhibit 12-A was marked and

19           received into evidence.)

10:11AM  20  BY MR. ARROWOOD:

21  Q.        What is the date on the top left-hand corner?

22  A.        April 23rd, 2019.

23  Q.        Do you know what that date reflects?

24  A.        That is the date that this search was

25  conducted.

1  Q.        I'm sorry.  When you say a "search," what do

2  you mean?

3  A.        The search on the internet that this was

4  identified.

5            MR. ARROWOOD:  Please scroll down to page 2.

6  Please scroll down a little bit more.  Right there

7  (indicating).

8  BY MR. ARROWOOD:

9  Q.        There you can see that there is a picture with

10 an asterisk next to it.  Do you see that?

11 A.        Yes, I do.

12 Q.        What's the name identified with that

13 photograph?

14 A.        Hu Mingming.

15 Q.        Is that the same name as the defendant?

16 A.        It is not.

17 Q.        Can you explain that?

18 A.        This -- this website was translated using

19 Google Translate and Google Translate is not an accurate

20 depiction of the text that is used to translate.

21 Q.        But do you recognize that photograph?

22 A.        Yes, I do.

23 Q.        Who do you recognize that photograph to be?

24 A.        Anming Hu.

25            MR. ARROWOOD:  Please scroll down.  Next page.

10:11AM (line 10)
10:12AM (line 20)

1          Keep going.

2     BY MR. ARROWOOD:

3     Q.        There at the very bottom under the heading

4     Contact, do you see an email address?

5     A.        Yes, I do.

6     Q.        What email address is that?

7     A.        Anminghu@bjut.edu.cn.

8     Q.        Have you seen that email address before?

9     A.        Yes, I have.

10:13AM 10          (Government's Exhibit 3-X was marked for

11             identification.)

12    BY MR. ARROWOOD:

13    Q.        I'd like to show you Government's 3-X.

14             Do you recognize this document?

15    A.        Yes, I do.

16             MR. ARROWOOD:  Scroll down a little bit.

17    BY MR. ARROWOOD:

18    Q.        Was this an email obtained from the University

19    of Tennessee?

10:13AM 20    A.        That's correct.

21             MR. ARROWOOD:  Is this as far down as it goes?

22             Scroll back up.  Go a little further.  Okay.

23    Stop right there.

24    BY MR. ARROWOOD:

25    Q.        Do you see this (indicating)?

1    A.       Yes.

2    Q.       What do you believe is going on here?

3    A.       It appears that it's an email sent from email

4    address anminghu@bjut.edu.cn on July 2nd, 2018.

5    Q.       Who is the email sent to?

6    A.       Anming Hu.

7             MR. ARROWOOD:  Scroll back up.

8    BY MR. ARROWOOD:

9    Q.       Here.  Again, this email, the From line?

10   A.       Anming Hu, ahu3@utk.edu.

11   Q.       Does it appear that someone with the email

12   address anminghu@bjut.edu.cn forwarded a message to his

13   UTK account?  Is that what appears to be going on here?

14   A.       Can you scroll back down, please?

15   Q.       Right there (indicating).

16   A.       Yes, it appears that an email address,

17   anminghu@bjut.edu.cn, forwarded an email to -- can you

18   scroll up? -- forwarded it to ahu3.utk.edu (sic).

19            MR. ARROWOOD:  Okay.  Please go back to 12-A.

20            THE COURT:  Is 3-X in evidence?

21            MR. ARROWOOD:  Oh, yes.  No, Your Honor.  We'd

22   like to move to admit 3-X.

23            THE COURT:  So admitted.

24            (Government's Exhibit 3-X was received into

25             evidence.)

BY MR. ARROWOOD:

Q.        Okay.  So at the time you did this PowerPoint presentation on July 18, 2019, were you aware of the exhibit here, 1a?

A.        Yes, that's the exhibit that I provided to the university.

Q.        And so was the statement on the PowerPoint --

          MR. ARROWOOD:  Can you go to 10-O.  Page 2. Page 3.

10:15AM  BY MR. ARROWOOD:

Q.        Was this statement based upon the exhibits that we just showed?

A.        Yes, it was.

          MR. ARROWOOD:  Okay.  Go to the next page, please.  Okay.  All right.

BY MR. ARROWOOD:

Q.        So here at the top where you say -- will you please read this for the jury?

A.        "AH has not reported any of the below to UTK or
10:16AM  U.S. agency awarding contract."

Q.        At the time you wrote this particular PowerPoint, was it your understanding that with respect to Roman numeral Ia, what, if anything, did you know about Anming Hu having reported his affiliation with BJUT to the University of Tennessee?

A.        I provided that information to the university

and the university provided their conflict of interest

forms and said that Anming Hu had not reported his

outside -- or had not -- he had not reported his

affiliations with BJUT.

Q.        At the time you wrote this PowerPoint

presentation in July 18th of 2019, did you have any

information indicating that Anming Hu had reported his

affiliation with BJUT to any U.S. agency awarding

contracts?

A.        I don't remember.

Q.        Okay.  Exhibits here, 2a, 3a, and 4a that are

identified here, is it fair to say that those exhibits

form the basis for the statement right prior to it that

Anming Hu was affiliated with BJUT?

A.        Exhibits 2a, 3a, and 4b were exhibits that I

provided to the university that I notated next to that

Anming Hu was affiliated with the BJUT.  So those are

the basis for that notation.

Q.        Okay.  Please look at 1b where you say,

"Received funding from China on research conducted for

NASA and DOE."

          Since here we're just really talking about NASA

in this case, let's take a look at your Exhibit 4b,

which is Government's Exhibit 12-D.

1    It's a little hard to read.  I see that the

2  government's exhibit sticker on here may be blocking

3  your view of this tab.  But does this appear to be the

4  Exhibit 4b?

5  A.       That is correct.

6  Q.       Will you please read the title of this.

7  A.       "Photonic Nano Manufacturing of

8  High-Performance Energy Devices on Flexible Substrates."

9          MR. ARROWOOD:  Scroll down, please.  Keep

10:18AM 10  going.  It may be on the next page here.  Right there.

11  Please stop.

12  BY MR. ARROWOOD:

13  Q.       Now, are you a nanotechnology expert?

14  A.       I am not.

15  Q.       Are you an aerospace engineer?

16  A.       I am not.

17  Q.       Please take a look at this final -- or

18  paragraph Conclusions.  Do you see where it says "nano

19  inks" several different places?

10:19AM 20  A.       Yes, I do.

21          MR. ARROWOOD:  Scroll back up to the top of the

22  right-hand side.

23  BY MR. ARROWOOD:

24  Q.       Did you ever -- or I'm sorry.

25          During the course of your investigation, did

1    you ever come to into contact with the word "nano ink"

2    in other contexts?

3    A.        Yes, I have.

4    Q.        Do you recall what those were?

5    A.        Yes, I do.

6    Q.        Tell the jury where else you saw that term

7    used.

8    A.        My understanding is that Anming Hu was working

9    on NASA research that involved nano ink.

10:19AM 10  Q.        And so here in this document, please take a

11   look at the Acknowledgments paragraph.  Please read the

12   second sentence.  Read it out loud, please.

13   A.        "This study was partially supported by the

14   Beijing overseas high-level talents project and a

15   strategic research grant KZ20141000500, B type, of

16   Beijing Natural Science Foundation, People's Republic of

17   China."

18   Q.        So what is your understanding when it says,

19   "This study was partially supported by"?  What does that

10:20AM 20  mean to you?

21   A.        Those entities provided support, funding

22   support to conduct the research.

23   Q.        This is research that involved nano inks?

24   A.        That's correct.

25             MR. ARROWOOD:  Okay.  Please go back to

1  Government's Exhibit 10-O.

2  BY MR. ARROWOOD:

3  Q.      So, again, though, so heading 1b, at the time

4  that you wrote this PowerPoint, did you believe that he

5  was receiving funding from China on research that was

6  also conducted for NASA?

7  A.      Yes.

8  Q.      Take a look at 1c.  Will you please read that

9  to the jury?

10  A.      "China short-term and long-term plan talent

11  member, Exhibit 1a, 1b."

12  Q.      We've already looked at 1a and 1b.  We can show

13  it up again.  I believe it's Government's Exhibit 12-A.

14          MR. ARROWOOD:  The highlighted part.

15  BY MR. ARROWOOD:

16  Q.      It's the highlighted part on this particular

17  document, but does it indicate, based on this

18  translation, that Anming Hu was selected for the seventh

19  short-term plan for Beijing's overseas high-level talent

20  gathering project?

21  A.      Yes, it does.

22  Q.      The next sentence, does it indicate that he was

23  selected as a ninth batch of long-term plan?

24  A.      Yes, it does.

25  Q.      Were these the statements that you relied upon

1    in making the assertion in your PowerPoint

2    presentations?

3    A.          Yes, they were.

4              MR. ARROWOOD:  Let's go back to 10-O.  Let's go

5    to page 8.  And here (indicating).

6    BY MR. ARROWOOD:

7    Q.          Please take a look at this slide.  Under

8    subheading number two, will you please read that to the

9    jury.

10:23AM   10    A.          "AH submitted," quote, "'precise laser trimming

11    of thick film and strip resistors," end quote, "to the

12    China National University of Defense Technology, NDUT,

13    April 2018, Exhibit 30."

14    Q.          This indicates Exhibit 30; is that correct?

15    A.          That's correct.

16    Q.          I'd like to show you --

17              MR. LOMONACO:  What exhibit is that?  I'm

18    sorry.

19              MR. ARROWOOD:  This is 10-O.

10:23AM   20              (Government's Exhibit 12-L was marked for

21               identification.)

22    BY MR. ARROWOOD:

23    Q.          I'd like to show you Government's Exhibit 12-L.

24              MR. ARROWOOD:  Your Honor, we move to admit

25    Government's Exhibit 12-L.

1      THE COURT:  So admitted.

2      (Government's Exhibit 12-L was received into

3       evidence.)

4  BY MR. ARROWOOD:

5  Q.      Does this appear to be the Exhibit 30

6  referenced in your PowerPoint?

7  A.      Yes.  My notation is on the top right of the

8  piece -- of this page.

9  Q.      Okay.  Do you recognize this?

10:24AM 10  A.      I do.

11  Q.      Will you explain to the jury what this is.

12  A.      This is a summary translation of a document, an

13  email in this case, that I submitted for translation to

14  an FBI linguist.

15  Q.      So you didn't do this summary translation;

16  correct?

17  A.      I did not.

18  Q.      Is this a Google Translate?

19  A.      It is not.

10:24AM 20      MR. ARROWOOD:  All right.  Will you please

21  scroll down.

22      Next page.  Or -- I'm sorry -- top of this

23  page.

24  BY MR. ARROWOOD:

25  Q.      So this is the next page.  I know it's

1  difficult to see, but is this the email that's

2  associated with the summary translation up above?

3  A.        Yes, it is.

4        MR. ARROWOOD:  Okay.  Will you please go back

5  up to page 1.

6  BY MR. ARROWOOD:

7  Q.        Will you please read the summary translation to

8  the jury.

9  A.        "The email is from the Journal of National

10  University of Defense Technology to Hu Anming.  It is to

11  inform Hu Anming that the paper," quote, "'Precise Laser

12  Trimming of Thick Film and Strip Resistors,'" end quote,

13  "was received and is in the process of preliminary

14  review."

15  Q.        And did you rely on this summary translation in

16  making the statement in your PowerPoint presentation?

17  A.        Yes, I did.

18        MR. ARROWOOD:  If you'll please go back to

19  10-O.  Again, page 6.  Sorry to jump back and forth.

20  Actually, page 8.  I'm sorry.  One more.  Okay.  Here we

21  go.

22  BY MR. ARROWOOD:

23  Q.        All right.  So this is what we were talking

24  about with subheading No. 2; is that correct?

25  A.        That is correct.

Q.      Here you make a number of statements about the

China National University of Defense Technology

underneath No. 2.  Do you see that?

A.      Yes.

Q.      Do you recall what type of information you

would have relied upon in making those types of

statements about NDUT?

A.      The -- the statements that were listed on the

Department of Commerce Entities List on why this -- this

entity was listed.

        MR. LOMONACO:  Your Honor, I'm going to object

to the prosecutor going into areas on the PowerPoint

that we never brought up.

        THE COURT REPORTER:  Mr. Lomonaco, can you

please speak into the microphone?

        THE COURT:  He's objecting.  Go ahead and

repeat your objection.

        MR. LOMONACO:  Your Honor, I'm objecting to the

government going into areas that we never addressed on

cross-examination.  They're talking about PowerPoint

sections that we didn't say were false and I think

they're just trying to bolster their credibility.

        THE COURT:  Response?

        MR. ARROWOOD:  Your Honor, I am, in fact,

trying to rehabilitate the witness who was called a liar

1    several times by defense counsel by going through the

2    very document that he entered into evidence.

3            MR. LOMONACO:  We didn't accuse him on finding

4    2.

5            THE COURT:  Overruled.  Go ahead.

6            (Government's Exhibit 12-K was marked for

7             identification.)

8    BY MR. ARROWOOD:

9    Q.      I'd like to show you Government's Exhibit 12-K.

10:27AM 10  I know it's a little difficult to read, but do you

11   recognize this?

12   A.      I do.  It has my notation on the top right

13   corner.

14   Q.      What's the exhibit notation here?

15   A.      3b, as in Bravo.

16   Q.      Okay.  What is this document?

17   A.      It is a translation of this website.

18   Q.      Does this pertain to the China National

19   University of Defense Technology?

10:28AM 20  A.      Yes, it does.

21   Q.      Sir, just read that highlighted part right

22   there for the jury, please, or, actually, that whole

23   first sentence is fine.

24   A.      "The journal adheres to the purpose of serving

25   national defense and army building and serving the

1   development of national defense science and technology."

2   Q.        Now, is this referring to the national defense

3   of the United States?

4   A.        No, it is not.

5   Q.        What country is it referring to?

6   A.        China.

7            MR. ARROWOOD:  You're going to have to scroll

8   down now.  I think it's this long exhibit.

9            Keep going.

10:29AM  10            All right.  Stop right there.

11  BY MR. ARROWOOD:

12  Q.        Do you recognize this?

13  A.        Yes, I do.

14  Q.        Earlier you mentioned Department of Commerce, I

15  believe; is that right?

16  A.        Yes, I did.

17  Q.        Why would you look at the Department of

18  Commerce for information about this?

19  A.        I looked at the Department of Commerce to

10:29AM  20  determine if this entity that was -- whether it was

21  listed on the Entities List by the Department of

22  Commerce.

23  Q.        Do you know what the Entities List is?

24  A.        Yes.

25  Q.        Can you just describe it in general terms for

1  the jury.

2  A.       It's a list of entities that the United States

3  is restricted from working with.

4  Q.       Please read this first paragraph to the jury.

5  A.       "Under U.S. Code 744.11(b), Criteria for

6  revising the Entities List of the EAR.  Entities --"

7  Q.       Stop right there.  Do you know what the EAR is?

8  A.       I do.

9  Q.       Tell the jury what it is.

10  A.       It's a document that the Department of Commerce

11  uses to list entities that U.S. companies are restricted

12  from conducting business with.

13  Q.       Okay.  Please continue.

14  A.       "Entities for which there is a reasonable cause

15  to believe, based on specific and articulable facts,

16  have been involved, are involved, or pose a significant

17  risk of being or becoming involved in activities that

18  are contrary to the national security or foreign policy

19  interests of the United States, and those acting on

20  behalf of such persons may be added to the Entity List."

21  Q.       Here, can you start reading with this sentence

22  here, "NDUT"?

23  A.       (As read) "NUDT was added to the Entities List

24  in February 2015 because of its use of U.S.-origin

25  multicores, boards, and (co)processors to power

10:30AM (line 10)

10:30AM (line 20)

1  supercomputers believed to support nuclear explosive

2  simulation and military simulation activities.  Since

3  then, NUDT has procured items under the name Hunan

4  Guofang Keji University using four separate, additional

5  addresses not already listed on the Entities List."

6  Q.        Okay.  Thank you.

7            MR. ARROWOOD:  Please go back to Government's

8  Exhibit 10-O.  One second.  Sorry.

9            Your Honor, at this time, government moves to

10 admit Government's Exhibit 12-K.

11           THE COURT:  So admitted.

12           (Government's Exhibit 12-K was received into

13            evidence.)

14 BY MR. ARROWOOD:

15 Q.        Okay.  Actually, I'd now like to show you a

16 different government's exhibit.  Let's do Government's

17 Exhibit 10-P.  Do you recognize this?

18 A.        Yes.

19 Q.        What is this?

20 A.        It's the cover page of the outline of my

21 PowerPoint that I presented to the University of

22 Tennessee on August 30th, 2019.

23           MR. ARROWOOD:  Let's go to slide six.

24 BY MR. ARROWOOD:

25 Q.        Here the second red bullet --

1      MR. LOMONACO:  Your Honor, again, this is

2 another PowerPoint we didn't even talk about on our

3 cross-examination of this witness.

4      MR. ARROWOOD:  That's fine, Your Honor.

5      THE COURT:  Okay.

6      MR. ARROWOOD:  Just take it down.  It's fine.

7 BY MR. ARROWOOD:

8 Q.      Now, during the cross-examination, defense

9 counsel mentioned the China Initiative; do you recall

10:33AM 10 that?

11 A.      I do.

12 Q.      You explained to the jury what your

13 understanding of it was; is that correct?

14 A.      (No audible response.)

15 Q.      As an FBI special agent, are you generally

16 familiar with FBI policies?

17 A.      Ones that pertain to me, yes.

18 Q.      Are you aware of any policy of the FBI that

19 obligates you to investigate any particular individuals

10:33AM 20 based on race?

21 A.      I do not.

22 Q.      National origin?

23 A.      No.

24 Q.      Or ethnicity?

25 A.      No.

1    Q.        Do you know of any Department of Justice

2    policies that do that?

3    A.        I do not.

4              MR. ARROWOOD:  No further questions, Your

5    Honor.

6              THE COURT:  Thank you.  Any recross?

7              MR. LOMONACO:  Yes, Your Honor.

8                    RECROSS-EXAMINATION

9    BY MR. LOMONACO:

10:34AM  10   Q.        Agent Sadiku, you're part of the Department of

11   Justice; correct?

12   A.        Correct.

13   Q.        The Department of Justice puts out

14   a -- statements all the time on their website; correct?

15   A.        I believe so, yes.

16   Q.        Do you recall the one called China Initiative?

17   A.        If it's dated November 2018, yes, I'm familiar.

18   Q.        And we're going to try to locate that and show

19   it to you.

10:35AM  20             Are you saying that you were not part of that

21   initiative to stop China from taking economic property

22   from the United States?

23   A.        As a special agent with the FBI working

24   national security matters, that is one of the things

25   that I try to prevent and it is my responsibility to

1      prevent.

2      Q.      So you were part of the China Initiative?

3      A.      I was never aware that I was part of a China

4      Initiative.

5      Q.      Do you recall that the head of the Justice

6      Department instructed U.S. attorneys to investigate

7      because of China taking economic property from the

8      United States?

9      A.      The China Initiative began because --

10     Q.      Sir, I didn't ask you how it began.  I just

11     wanted to know if you were a part of it.

12     A.      I don't understand what you mean "part of it".

13     Q.      While we're doing this, this Exhibit 3lb that

14     you showed --

15             MR. LOMONACO:  Can we have that exhibit up?  Is

16     it 3lb?  Is that what it was?

17             MR. PARSONS:  12-K?

18             MR. LOMONACO:  Yeah, 12-K.

19     BY MR. LOMONACO:

20     Q.      Do you know who wrote this article?

21     A.      I don't.

22     Q.      Weren't you just accusing Professor Hu of

23     writing it?

24     A.      No.

25     Q.      Well, why did you even discuss it; do you know?

1   A.       This was an exhibit that I cited in my notes in

2   a discussion that I had with the University of

3   Tennessee.

4   Q.       Okay.  And you certainly implied to the jury

5   that it was Professor Hu that wrote this article, didn't

6   you?

7   A.       This is not a journal article; it's a

8   translation from the NUDT website.

9   Q.       It says Journal Introduction.  That's not a

10  journal article?

11  A.       It does not appear to be so.

12  Q.       Okay.  Let me show you an excerpt.

13           MR. LOMONACO:  Can you switch me over?  Thank

14  you.  Got it.

15           I believe that the government agreed that any

16  article from the Department of Justice was authentic.

17           THE COURT:  Was what?

18           MR. LOMONACO:  Authentic, Your Honor.

19           THE COURT:  Are you asking that this document

20  be introduced into evidence?  That's a separate

21  question.

22           MR. LOMONACO:  Yes, Your Honor, I am.

23           MR. ARROWOOD:  I'm sorry.  We're trying to get

24  this document.  Just give me one second.

25           THE COURT:  That's fine.

1       (A discussion was had off the record amongst

2           counsel for the government.)

3       MR. ARROWOOD:  Your Honor, certainly we do

4  agree that it's authentic.  The issue is it contains a

5  number of hearsay statements within it.  Ultimately,

6  though, Your Honor, if he wants it to come in, that's

7  fine.

8       THE COURT:  I hear no objection.

9       What's the document number again?

10:40AM  10       MR. LOMONACO:  Thank you.  146, Your Honor.

11  146.

12       THE COURT:  Defendant's 146 admitted without

13  objection.

14       (Defendant's Exhibit 146 was marked and

15           received into evidence.)

16       MR. LOMONACO:  So it's being published now?

17  BY MR. LOMONACO:

18  Q.       This is a Department of Justice newsletter that

19  the Department of Justice puts out quite often, is it

10:40AM  20  not?

21  A.       It appears to be, yes.

22  Q.       And this is a year in review.  The initial

23  Chinese Initiative was started in 2018, wasn't it?

24  A.       That's my understanding, yes.

25  Q.       And the goal is to get trade secret theft and

1  economic espionage imposed by the Chinese government;

2  correct?

3  A.      The goal is to disrupt the Chinese government

4  from attempting to acquire science and technology from

5  the United States.

6  Q.      And do you consider yourself part of that

7  project?

8  A.      I don't know if it's a project.

9  Q.      Well, you called the investigation of Anming Hu

10:41AM  10  an economic espionage investigation, didn't you?

11  A.      The investigation that I initiated was

12  classified as an economic espionage because the

13  allegation was that he was a talent member of a foreign

14  government -- in this case, China -- recruitment program

15  that the Chinese government used to acquire U.S.

16  technology, and my goal as an FBI agent was to

17  investigate this allegation to determine if it was true

18  or not.

19  Q.      Is it true that you, being an agent in

10:41AM  20  Knoxville, wanted to find a Chinese spy in Knoxville;

21  right?  Yes or no?

22  A.      As an FBI agent --

23  Q.      Yes or no, sir?

24  A.      Can you repeat the question?

25  Q.      Did you want to find a Chinese spy in

1  Knoxville?

2  A.        My job is to find spies, yes.

3  Q.        Okay.   You did.   Okay.   And so you went about

4  looking at the professors at UT because they're easy

5  pickings.   They're easy to find what they do because

6  they publish everything they do; right?   The Chinese

7  scientists publish their work; correct?

8  A.        I don't know.   I can't speak to what Chinese

9  professors --

10:42AM  10  Q.        Well, you searched --

11  A.        I don't know.

12  Q.        Well, you searched all his publications.   You

13  went to the internet and looked at what he did, didn't

14  you?

15  A.        I did, yes.

16  Q.        Yes.   And then you went and talked to him and

17  you asked him if he was part of the One Thousand Talents

18  Program (sic), and he said no, didn't he?

19  A.        That's correct.

10:42AM  20  Q.        And then you asked him to be a spy for you and

21  go over to China and report back on one of these

22  seminars, and he refused to do it, didn't he?

23  A.        I did not ask him to go to China.   He told me

24  that he was traveling to China and I asked him to meet

25  for security reasons after he returned.

1    Q.        Okay.  And he said, no, he wasn't going to go

2    any more, and you got mad at him, did you?

3    A.        I did not get mad at him.

4    Q.        You didn't get mad at him?

5    A.        No.

6    Q.        What prompted you to follow him around with

7    your team for a year-and-a-half?  What evidence, what

8    bit of evidence do you have to show that that

9    investigation was worth that kind of effort?

10:43AM 10  A.        We routinely conduct surveillance through our

11   surveillance teams of subjects of FBI investigations.

12   Q.        That's not what I asked you.  I asked you:

13   What kind of evidence did you have -- what kind of

14   articulable suspicion did you have that he was doing

15   something wrong when you started following him?

16   Anything?

17   A.        The allegation that he was a foreign government

18   talent member.

19   Q.        The allegation of a foreign government talent

10:43AM 20  member.

21             Well, when you talked to him, he told you he

22   was on a short-term talent plan; right?

23   A.        That's correct, yes.

24   Q.        And all your investigations revealed that it

25   was, in fact, a short-term talent program.

1  A.        My investigation revealed that he was a

2  short-term talent member.

3  Q.        Is that against the law?

4  A.        It is not, no.

5  Q.        Does that mean that he's stealing secrets?

6  A.        No, it does not.

7  Q.        Would that be enough for a search warrant if

8  you're trying to get one from a judge?

9            MR. ARROWOOD:  Objection, Your Honor.  Calls

10:44AM  10  for legal conclusion.

11            THE COURT:  I think the question is withdrawn.

12  Thank you.

13            All right.  Anything else, Mr. Lomonaco?

14            MR. LOMONACO:  Yes, Your Honor.

15            That's fine, Your Honor.  We're done.

16            THE COURT:  All right.  That concludes --

17            MR. ARROWOOD:  Your Honor, can I have ten

18  seconds?

19            THE COURT:  On this -- what's just been asked?

10:44AM  20            MR. ARROWOOD:  On the China Initiative.

21            THE COURT:  Since it's -- yes, because it

22  wasn't -- I don't believe it was raised on redirect and

23  it was gone into on recross.  So very quickly.

24

25

1       FURTHER REDIRECT EXAMINATION

2  BY BY MR. ARROWOOD:

3  Q.      Here in the highlighted portion on the screen,

4  do you see where it says "Established"?

5  A.      Yes.

6  Q.      What date does this appear to be established?

7  A.      November 2018.

8  Q.      When did you open your investigation of the

9  defendant?

10 A.      March 2018.

11         MR. ARROWOOD:  Nothing further.

12         THE COURT:  Thank you.  Anything further on

13 that limited question?

14         MR. LOMONACO:  Yes.

15         THE COURT:  Okay.  One question.

16       FURTHER RECROSS-EXAMINATION

17 BY MR. LOMONACO:

18 Q.      Did they tell you to go out and start

19 investigating before they announced it?

20 A.      Who are you referring to as "they"?

21 Q.      Your superiors in Washington.

22 A.      The basis of this investigation was based on a

23 lead that I received.

24         THE COURT:  Okay.

25         MR. LOMONACO:  No further questions.

1          THE COURT:  That concludes this witness's

2     testimony.  Let me see counsel at side real quick.

3          You can return to counsel table.

4          We don't need this on, Terri.

5          (A discussion was had off the record between

6           the Court and Counsel.)

7          THE COURT:  Mr. Arrowood.

8          MR. ARROWOOD:  Your Honor, the government

9     rests.

10:46AM 10          THE COURT:  All right.  Thank you.

11          So the government has concluded its

12     case-in-chief, coincides with when we would normally

13     take our mid morning break.  So we're going to do so at

14     this time.

15          Again, you just heard part of the evidence, the

16     government's case-in-chief.  As you heard me say at the

17     beginning, the defendant has the absolute right not to

18     present evidence or to present evidence as he sees fit.

19     So I anticipate there will be evidence presented by the

10:46AM 20     defendant in this case.  So we're going to take a

21     midmorning break.  It takes a little longer.  Some of

22     them we cross over from one side presenting proof to the

23     other side.  So I'm going to have you take probably at

24     least a 30-minute recess, and if it's longer than that,

25     we'll let you know; how about that?  So the jury is

1    excused at this point.

2              (Jurors excused from the courtroom.)

3         THE COURT:  Why don't we take a short recess

4    ourselves and the Court will hear any motions.  Let's

5    say five 'til come back in.

6         THE COURTROOM DEPUTY:  This honorable court

7    stands in recess until 11 o'clock.

8              (A brief recess was taken.)

9         THE COURTROOM DEPUTY:  This honorable court is

11:01AM  10   again in session.  Please come to order.

11        THE COURT:  Thank you, everyone.  Please be

12   seated.

13             The Court at this time is prepared to hear any

14   motions under Rule 29 by the defendant.

15             Let me ask -- let me get a feel for how long

16   the parties may anticipate -- we'll start with you,

17   Mr. Lomonaco -- presenting argument.  I'm trying to get

18   an idea -- it's 11 o'clock -- whether to send the jury

19   to an early lunch, or, you know, if we're going to go

11:01AM  20   ten minutes, that's one thing; if we're going to go

21   30 minutes, then --

22        MR. LOMONACO:  Oh, you mean argument on this,

23   Your Honor?

24        THE COURT:  Yes.

25        MR. LOMONACO:  15 minutes, maybe.  Less than

1    15.

2           THE COURT:  Okay.  Well, let's -- all right.

3    Let's start with you and see where we are, and then I'll

4    decide whether -- do you have witnesses lined up ready

5    to go this morning?

6           MR. LOMONACO:  Yes, Your Honor.

7           THE COURT:  All right.  Let's hear from the

8    defendant.

9           MR. LOMONACO:  Your Honor, I think we've got

11:02AM  10   the basis of three -- three different reasons why this

11   case should be dismissed.  One is the motion we

12   previously filed for vagueness.  Through the course of

13   the first part of the trial, it's become apparent that

14   in order for Professor Hu to have deceived or planned to

15   commit wire fraud, he would have to assure the -- UT

16   that NASA -- or the proposer, UT, was in compliance with

17   the NASA restriction.  So he would have to have clear

18   knowledge of what the NASA restriction is in order to be

19   able to form a plan to deceive.

11:03AM  20          The government's theory is that he

21   intentionally withheld his employment on the conflict of

22   interest form in order to not let NASA know that he had

23   an affiliation or a job at Beijing University.

24          So all those facts point to having to know what

25   the NASA restriction is in order to form an intent to

1   violate or an intent to create a plan or a scheme to

2   defraud.  To defraud NASA, he had to assure the

3   University of Tennessee that they were in compliance

4   with the NASA restriction.

5        So he had to -- that NASA restriction is a

6   component; even though it may not be an element of

7   fraud, it's a component of his ability to form an intent

8   to deceive and an intent to create or commit fraud by

9   deceiving.  So that's our first motion.

11:04AM  10        Second motion is some case law that we cited.

11   To be guilty of fraud, the defendant must have had an

12   intent to injure, or at least that NASA was injured.

13   The case law we cited, it's the same case law that is in

14   our first proposed jury instruction, Sixth Circuit case,

15   *United States versus Sadler*, that to be guilty of fraud,

16   there must be a -- his purpose must have been to injure

17   NASA.

18        There is no evidence of injury to NASA at all.

19   In fact, NASA testified that they were satisfied.  He

11:05AM  20   met all the milestones and there was no problem.  He

21   committed and -- he committed the act of performing his

22   contract, and so NASA was not injured.

23        And the other part of that motion goes along

24   with the -- how do I go to this next page?  Just drag it

25   down?

1          MR. PARSONS:  Arrows on the keyboard.

2          MR. LOMONACO:  Okay.  So there is -- there is

3  another theory that if he is going to be convicted of

4  fraud --

5          THE COURT:  Let me make sure I'm following.  Is

6  this still part of your second argument about NASA not

7  being injured, or is this a third argument?

8          MR. LOMONACO:  Well --

9          THE COURT:  There is a corollary -- you said

10  there are three arguments that you were making.  So I

11  just wanted to --

12          MR. LOMONACO:  Yeah, the third argument is they

13  got what they bargained for.  And --

14          THE COURT:  "They" being who?

15          MR. LOMONACO:  NASA got what they wanted, what

16  they paid for, and so NASA was not harmed.  I guess that

17  goes along with the argument of NASA being harmed.

18          Let me look at my notes here a minute.  I'm

19  sorry, Your Honor.

20          THE COURT:  That's fine.  That sounds like a

21  corollary argument to your second main argument.

22          MR. LOMONACO:  Yes.

23          THE COURT:  To be guilty of fraud --

24          MR. LOMONACO:  Yes.

25          THE COURT:  -- basically NASA wasn't injured;

1　therefore, there couldn't be fraud.

2　　　　MR. LOMONACO:  So the third, I guess, is sort

3　of a corollary -- similar to that in that to be guilty

4　of fraud, someone -- something of value has to be taken

5　or they have to be tricked out of something of value.

6　So, again, that is an argument that you can't commit

7　fraud without depriving NASA of some value, something to

8　which it is entitled, and it was entitled to a good

9　research project and it got a good research project.

11:08AM　10　And so it goes back to the intent to defraud the victim,

11　and we don't believe there was any intent to defraud the

12　victim.

13　　　　So that's our arguments, Your Honor.  Mainly

14　that NASA was given what they bargained for, they

15　weren't harmed, and the NASA restriction is too vague to

16　be able to form intent to deceive.

17　　　　THE COURT:  All right.  Let me ask this:  The

18　arguments you've made, those three arguments as outlined

19　appear to relate to the wire fraud counts, the fraud

11:08AM　20　counts of the indictment.  We also have the false

21　statement counts.  Are you moving for directed verdict

22　on those?  And if so, what would be that basis?

23　　　　MR. LOMONACO:  Well, the first one, vagueness,

24　would account to everything.

25　　　　THE COURT:  All right.

1    MR. LOMONACO:  Because if he is not able to

2  create an intent in his mind to deceive because he was

3  unaware of what was required of him, then -- then UT

4  sending billing statements based on his assurance would

5  not be fraudulent because he hadn't committed a fraud.

6  So there would be no fraudulent billing.

7          THE COURT:  Okay.

8          MR. LOMONACO:  The other one is intent to harm

9  may -- we still might have to look at the last three

11:09AM  10  counts of the indictment.

11          THE COURT:  So your argument encompasses both

12  the false statements and the wire fraud.

13          MR. LOMONACO:  Yes, sir.

14          THE COURT:  Okay.  Thank you.

15          Response from the government.

16          MR. MC KENZIE:  Yes, Your Honor.  First, I'll

17  begin --

18          THE COURT:  You can come on up to the lectern

19  for responsive argument.  Thank you.

11:10AM  20          MR. MC KENZIE:  Your Honor, I'll be -- I'll

21  begin by addressing defendant's motion regarding

22  vagueness, and I'll refer, really, to this Court's

23  decision when this issue was raised before trial.  And

24  Your Honor was exactly right.  The defendant is charged

25  with making false statements to the University of

1    Tennessee about his affiliation and employment, really,

2    with Beijing University of Technology which led the

3    University of Tennessee to falsely certify compliance

4    with these NASA China funding restrictions to NASA for

5    the purpose of receiving funding for the research

6    projects.

7            The wire fraud statute itself is not vague.  It

8    is clear.  And making materially-false representations

9    which have a tendency to affect whether or not that

11:11AM 10   contract is entered into, that's -- that's not a vague

11   concept.

12           And nothing in the wire fraud charges require

13   that the NASA China funding restriction statute or the

14   regulation that was passed actually have been violated.

15   We just need to show that the defendant had a scheme to

16   defraud NASA by withholding information that he

17   understood to be material, and that he made these

18   material misrepresentations or omissions in furtherance

19   of his scheme.  And the evidence has shown that we've

11:12AM 20   done that, Your Honor, or that he did that.

21           And then instead of just reading your opinion

22   back to you, Judge, I just refer you to the rest of the

23   opinion that you have already decided.

24           In terms of the actual harm in the intent, Your

25   Honor, what NASA bargained for was a contract with an

 1    individual at a U.S. university that did not violate the

 2    NASA China funding restrictions.  They were not provided

 3    all of the information they needed to determine whether

 4    or not they had actually -- in order to determine

 5    whether or not they ought to enter into that contract

 6    because the defendant withheld information from them.

 7          More than one witness testified from NASA -- or

 8    at least one witness testified from NASA that if the

 9    information of the defendant's employment at the Beijing

11:13AM 10  University of Technology had come up, even after the

11    contract was signed, while these payments were being

12    processed, that they would have stopped the process of

13    the -- processing of those payments.  They could have

14    backed out of this contract at any time because that

15    sort of withholding of information was something that

16    the university needed in order to make that

17    determination.

18          So the university did not get what they

19    bargained for.  And they also parted with money, too.

11:13AM 20  So it's not like there is no money or property loss

21    from -- from the university.  But they were tricked in

22    this scheme into entering a contract that, by their own

23    regulations, they could not enter.  That's -- that's the

24    harm here, Your Honor.

25          THE COURT:  You're talking about NASA now?

1          MR. MC KENZIE:  Yes.  And JPL, the Jet

2     Propulsion Lab on the first contract.

3          Should I address the overall weight and

4     sufficiency of the evidence in a light --

5          THE COURT:  Go ahead.

6          MR. MC KENZIE:  -- most favorable to the

7     government?

8          Your Honor, if you look at the evidence in a

9     light most favorable to the government and resolve all

11:14AM  10  contradictions of evidence in a light most favorable to

11    the government, a reasonable juror could look at the

12    evidence and determine beyond a reasonable doubt that

13    the defendant is guilty.  They could determine that he

14    engaged in a years-long scheme to defraud NASA through

15    omissions, various omissions.  It wasn't any one

16    particular omission, and that's obviously not what the

17    elements require, but that he engaged in a scheme to

18    defraud that, based on the representations made to the

19    defendant from Dr. Bar-Cohen, from Drew Haswell, and

11:15AM  20  from other sources that came out in evidence, that the

21    defendant clearly understood that his employment at the

22    Beijing University of Technology was a material factor

23    in determining whether or not NASA would grant a

24    contract or JPL would grant a contract or whether or not

25    the University of Tennessee would even submit the

contract proposal, let alone sign the contract and bill JPL or bill NASA; that the defendant understood that it was material and that he omitted it on purpose.  It wasn't an accident or a mistake, and that he caused other people at the University of Tennessee to then send these fraudulent statements in the forms of a -- two emails containing contracts signed by the University of Tennessee and then an electronic submission for payment electronically across state lines in furtherance of his fraud, and that he did all of this with the intent to defraud NASA, to get money to get access to a -- to a contract that he otherwise would not have had -- would not have been given to him.

Similarly, for the false statements, Your Honor, very similar theory.  He understood that these -- by withholding this evidence or withholding his knowledge of his employment with Beijing University of Technology from -- from employees at the University of Tennessee, it caused the University of Tennessee employees, who we heard from, the accountants, to send these invoices to affirm that the terms of the conditions of the contract were being met when they -- reviewing the circumstantial evidence in a light most favorable to the government, those terms were not being met and that they were submitted to the Jet

Propulsion Lab which was funded and operated on behalf
of NASA, which is a part of the executive branch of the
government.  And so we've met the elements of 1001 as
well.

          And with that, Your Honor, unless you have any
questions, I'll sit down.

          THE COURT:  Not at this time.

          Mr. Lomonaco, any response?

          MR. LOMONACO:  Just briefly, Your Honor.  I
believe the way we should look at this is that whether
Anming Hu had to disclose on the conflict of interest
form with UT was an element of the fraud and the
material representation that had to be made in order to
commit fraud, and the question is:  Is there enough
evidence to let that go to the jury?  They have not
shown through any evidence, according to their own
documents and their own testimony, that Anming Hu was
required to list a part-time Beijing University job on
the form, the conflict of interest form.  They have no
evidence of whether his job was significant enough to
pass the policy requirements or the handbook
requirements.  They have no information of how long he
worked there, what time of the year they worked there.
All they do is say he's got this job and he's got a
laboratory and he's got students, but they don't explain

1    whether it qualifies as a conflict of interest for UT.

2          So I believe that beyond a reasonable doubt

3    they have to show that it has to be a material

4    representation and beyond a reasonable doubt they would

5    have to show that he had to put his part-time job on

6    that disclosure form, and they have not done it.  There

7    is nothing to even raise the question of what -- sending

8    the case to the jury.  There is not enough evidence, and

9    I think that's the Court's responsibility when there is

11:19AM 10   not enough evidence to not let it go to a jury and get

11   them confused because Your Honor can decide what the

12   evidence is and what it isn't and whether they have

13   reached the threshold of, you know, beyond a reasonable

14   doubt, and I think they have to do that in order to make

15   this case.

16          THE COURT:  All right.  Brief response to that.

17          MR. MC KENZIE:  Sure, Your Honor.

18          To be clear, it's not the government's theory

19   that the one and only place where the defendant was

11:20AM 20   required to make a disclosure is on these employment

21   forms.  These are one piece of the evidence, one area in

22   which the defendant withheld critical -- critical

23   information from the university which -- where he should

24   have disclosed it, but it's not the only piece of

25   evidence, obviously, Your Honor.

The applications process to the -- to NASA and
JPL was another opportunity for the defendant to
disclose his employment with Beijing University of
Technology.

He should have -- when he was applying for
these and was asked about -- to provide a biosketch, the
evidence in the light most favorable to the government,
based on the circumstantial evidence, will show that he
knew that he should have disclosed it, and that's
another -- that's another place.

I won't list every single place where
the -- where the government -- right now because you've
sat through the trial -- alleges that the defendant
should have told somebody, but it's not just one
occasion; it was repeated. It was a scheme over years
where he had multiple opportunities.

And I know that the defense has -- a defendant
has a job to do, and he's arguing about and
characterizing the defendant's employment at BJUT one
way.

But, remember, Your Honor, for purposes of this
motion certainly, the evidence should be construed in a
light most favorable to the government. And the
government points out that despite those assertions, we
have entered into evidence multiple exhibits from nearly

1   every year of the -- every month of the calendar showing

2   that the defendant had employment in January, October,

3   September, times that were not during the summer, times

4   that were more than -- more than two weeks.

5        We've entered into evidence resumes for the

6   defendant where he describes himself as an employee at

7   the Beijing University of Technology.  We've entered

8   into evidence documents to say that he was the

9   chairperson of a lab.  We have invoices showing that he

11:22AM  10   was overseeing a lab.  We have emails showing that he

11   was overseeing and supervising students at the Beijing

12   University of Technology.

13        Now, a reasonable juror looking at all of those

14   pieces of evidence could conclude that this was more

15   than a two-week, part-time summer employment, that it

16   amounted to a -- again, and the argument that we'll make

17   and a reasonable juror could conclude would be that he

18   was involved with this university as an employee for

19   many years, and it would be obvious that he would have

11:23AM  20   to -- would have to disclose that and that he withheld

21   it, Your Honor, and that's -- that's the argument.

22        THE COURT:  All right.  Thank you.  I think I

23   understand the parties' positions adequately.  I'll take

24   the motion under advisement at this point in time and

25   we'll continue forward with the case.

1      Mr. Lomonaco, your first witness, short, long?

2          MR. LOMONACO:  Short, Your Honor.

3          THE COURT:  All right.  Well, let's go

4  with -- if they're here, then we'll bring the jury in

5  and at least hear one witness and maybe two, depending

6  on -- and then we'll take our lunch break.

7          So let's take about a five-minute recess until

8  the jury gets back here and then we'll start with

9  defendant's case.

11:24AM  10          THE COURTROOM DEPUTY:  All rise.

11          (A brief recess was taken.)

12          THE COURTROOM DEPUTY:  This honorable court is

13  now in session.

14          THE COURT:  Thank you.  We'll bring our jury

15  in.

16          (Whereupon the following report of

17           proceedings was had within the presence

18           and hearing of the jury:)

19          THE COURT:  All right.  Thank you.  Everyone

11:31AM  20  please be seated and the courtroom deputy will swear in

21  defendant's first witness.

22          (The witness was thereupon duly sworn.)

23          THE COURTROOM DEPUTY:  Have a seat, please.

24  Will you state and spell your name for the record.

25          THE WITNESS:  My full name is Sudarsanam Suresh

1    Babu.  I can spell it again, S-u-d-a-r-s-a-n-a-m.  That

2    is Sudarsanam.  Suresh, S-u-r-e-s-h.  And last name

3    Babu, B-a-b-u.

4              THE COURTROOM DEPUTY:  Thank you.

5                   **SUDARSANAM SURESH BABU**,

6    having been first duly sworn, was examined and testified

7    as follows:

8                        DIRECT EXAMINATION

9    BY MR. LOMONACO:

11:32AM  10    Q.       Good morning, Dr. Babu.

11    A.       Good morning.

12    Q.       That last name is easier to pronounce than the

13    rest of it; so can I call you Dr. Babu?

14    A.       That's okay, sir.

15    Q.       Dr. Babu, can you explain to the jury where you

16    work.

17    A.       I am a professor at the University of

18    Tennessee, and I'm in the Mechanical, Aerospace, and

19    Biomechanical Engineering.  I work as the governess

11:32AM  20    chair of advanced manufacturing, sir.

21    Q.       Thank you.

22             And how long have you been at the University of

23    Tennessee?

24    A.       I joined the University of Tennessee in 2013 of

25    July, sir.

1  Q.      And what kind of work do you work on over

2  there?

3  A.      I do teach students, sir, and also I do

4  research in advanced manufacturing in collaboration with

5  national laboratories and industries and my colleagues

6  at the University of Tennessee.

7  Q.      Now that you've mentioned students, do you have

8  students from different countries?

9  A.      Yes, sir.

11:33AM 10  Q.      Are those visiting students or both -- or

11  regular students?

12  A.      Regular students and sometimes visiting people

13  who come as a collaboration we have as a part of UT.

14  Q.      And that is something that is common at UT;

15  correct?

16  A.      Yes, sir.

17  Q.      Dr. Babu, you have met through your work

18  Professor Hu; correct?

19  A.      That's correct, sir.

11:33AM 20  Q.      Approximately how long ago?

21  A.      I believe -- I don't know the exact date, but

22  2013, probably, sir.

23  Q.      And how often would you interact with Dr. Babu?

24  A.      Professor Anming Hu is my colleague.  He's a

25  part of our department.  So often we have group faculty

1  meetings.  There I meet with him, and many times we talk

2  about scientific topics with reference to material

3  science that's in my area.

4  Q.       Did he always seem to pay attention to his

5  work?

6  A.       Yes, sir, based on my interactions with him.

7  So we had extensive discussions about brazing and

8  material science and -- yes, sir.

9  Q.       And we heard a little bit during this trial

11:34AM 10  about Professor Bar-Cohen.  Do you know him?

11  A.       Yes, sir.  So through an email introduction it

12  came, and I don't exactly know the date.  And so we were

13  interested in looking at brazing applications for

14  looking at how the similar materials joining.  And I'm

15  not a brazing expert.  I'm more on the transformations.

16  So I did introduce Professor Anming Hu to Dr. Bar-Cohen,

17  sir.

18  Q.       And you and Dr. Hu put together a proposal

19  for -- with JPL?

11:35AM 20  A.       It was led by Dr. Bar-Cohen.  So I was a

21  collaborator with him, sir, and also Professor Anming

22  Hu.

23  Q.       And you suggested that Dr. Bar-Cohen involve

24  Professor Hu, too; correct?

25  A.       That's correct, sir, because of his expertise

1  in brazing and reducing the melting point of brazing

2  materials.  That's very important for aspects of the

3  particular research on the technical side of it, yes,

4  sir.

5  Q.      In your working with Professor Hu, did you ever

6  see him working for somebody in China?

7  A.      No, sir.  My most interactions always been

8  technical side.  I never discuss or anything else.

9  Mostly on the technical side, I don't know.

11:35AM 10  Q.      Have you ever been asked about the NASA

11  restriction?

12  A.      No, sir.

13  Q.      And never asked to make any assurances --

14  A.      So --

15  Q.      -- about the NASA restriction?

16  A.      -- as a part of the proposal, because the PI,

17  we have -- there are people that are taking care of that

18  and we have to file in the proposal where I give my

19  information to them.  So that's all part of the proposal

11:36AM 20  system, sir.

21  Q.      Through your working with Professor Hu, have

22  you had an opportunity to form an opinion as to his

23  reputation for truthfulness and honesty?

24  A.      Yes, sir.  He is my colleague and I work with

25  him, and he's very well-established in nano brazing, and

1    based on citation index, you can see he's one of the

2    leading researchers.  And I always worked with him.  I

3    never had second thoughts about working with him.

4    Q.        So what is your opinion about his truthfulness

5    and honesty?

6    A.        Based on my interaction, he is truthful, sir.

7              MR. LOMONACO:  Thank you, Dr. Babu.  I'll pass

8    the witness.

9              THE WITNESS:  Thank you very much.

11:37AM  10         THE COURT:  Thank you.

11             Cross-examination?

12             MR. MC KENZIE:  Yes.

13                       CROSS-EXAMINATION

14   BY MR. MC KENZIE:

15   Q.        Good morning, Dr. Babu.

16   A.        Good morning, sir.

17   Q.        You mentioned that you work as a professor at

18   the University of Tennessee; is that right?

19   A.        That's correct, sir.

11:37AM  20   Q.        Do you also work with Oak Ridge National

21   Laboratory?

22   A.        Yes, sir.  My job description at UT in the

23   governess chair, I do work with Oak Ridge National

24   Laboratory.

25   Q.        You're also employed with a national

1    review -- what's the name of the organization that

2    you're also employed with?

3    A.      So that's the recent one, sir, from last year.

4    I've been elected to be a member of National Science

5    Board, sir.

6    Q.      Congratulations.

7            Will you please explain to the jury what the

8    National Science Board is.

9    A.      So, the National Science Board oversees the

11:38AM  10   National Science Foundation on all activities, and it's

11   a body of 25 people.  I'm humbled and honored to be part

12   of that NSB, National Science Board.  And we also

13   develop scientific and technical policies which informs

14   and provides input to the president and Congress.

15   That's what I do.

16   Q.      Once you received that position, you reported

17   that new employment to the University of Tennessee;

18   correct?

19   A.      That's correct, sir.

11:38AM  20   Q.      You filled out on their statement of outside

21   interests form that you had this outside employment;

22   correct?

23   A.      Yes, sir.  That's correct, sir.

24   Q.      Now, you mentioned that you worked with -- with

25   Dr. Hu professionally; correct?

1  A.        That's correct, sir.

2  Q.        And that you interacted with him in a

3  professional capacity --

4  A.        That's correct, sir.

5  Q.        -- correct?

6           And in that professional capacity, you

7  interacted with him; correct?

8  A.        That is correct.

9  Q.        And based on those interactions, you formed an

11:39AM  10  opinion as to whether he was truthful; correct?

11  A.        That is correct, sir.

12  Q.        And based on your interactions with him, you

13  formed the opinion that he is a truthful person?

14  A.        Based on my interactions professionally, yes,

15  correct, sir.

16  Q.        During your professional interactions with the

17  defendant, did he inform you that he was a chair

18  professor at a laser institute laboratory in Beijing?

19  A.        I don't recollect him telling me, sir.

11:39AM  20  Q.        Did he tell you that he was a professor at the

21  Institute of Laser Engineering at Beijing University of

22  Technology?

23  A.        No, sir.

24  Q.        Did he tell you that he had received research

25  funding from the Beijing National Science Foundation?

1   A.      No, sir.

2   Q.      Did he tell you that through the course of his

3   employment at the Beijing University of Technology, he

4   worked as a principal investigator on a project funded

5   by the National Natural Science Foundation of China?

6   A.      No, sir.

7   Q.      During your work at the University of

8   Tennessee, you conduct scientific research --

9   A.      That's correct, sir.

11:40AM 10   Q.      -- is that right?

11   A.      That's correct.

12   Q.      And feel free to brag.  You're very good at

13   what you do; is that right?

14   A.      I'm usually a humble person, sir.  I don't want

15   to brag because it is done by colleagues and students.

16   I can brag about my students if you want me to.

17   Q.      Okay.  Well, I appreciate that, sir.

18          But in the course of your research,

19   occasionally you have invented something new and then

11:41AM 20   patented that new research; right?

21   A.      Yes, indeed, sir.

22   Q.      And you're familiar with the patent process;

23   correct?

24   A.      Since we work in a team science, I've been

25   educated many times how to do that, sir, yes.

1  Q.      And through your employment with the University

2  of Tennessee, you understand that when you patent a new

3  technology, you need to disclose that to the university?

4  A.      That's correct, sir.

5  Q.      You understand that that's part of the policy;

6  right?

7  A.      That's correct, sir.

8  Q.      Getting back to the repu- -- the knowledge of

9  the reputation of Anming Hu for being honest.  In

11:42AM  10  forming that opinion of him, did he tell you that he

11  possessed a patent in China that he did not report to

12  the University of Tennessee?

13  A.      He didn't say anything to me on that, sir.

14  Q.      Did he tell you that in a Chinese patent, he

15  listed the fact that the applicant was Beijing

16  University of Technology?

17  A.      No, sir.

18  Q.      Did he tell you that he had more than one

19  patent in China?

11:42AM  20  A.      No, sir.

21  Q.      Did he tell you that he had at least five

22  patents in China which listed Beijing University of

23  Technology which he did not report to the University of

24  Tennessee?

25  A.      He did not say that, sir.

1  Q.        Did he tell you that he managed a laboratory

2  budget for a laboratory in China?

3  A.        No, sir.

4  Q.        Did he tell you that he did not report his

5  employment with Beijing University of Technology to the

6  University of Tennessee?

7  A.        No, sir.

8  Q.        Is it fair to say that none of those factors

9  which I just asked you about went into the calculation

11:43AM  10  as to whether or not, in your opinion, Anming Hu is

11  honest?

12  A.        This is information I don't know, sir.  Based

13  on my professional experience what I working, that's

14  what most of my opinions are.

15  Q.        Once again, thank you.  Congratulations on your

16  new job, and thank you very much.

17          THE COURT:  Redirect?

18          MR. LOMONACO:  Yes, Your Honor.

19                  REDIRECT EXAMINATION

11:43AM  20  BY MR. LOMONACO:

21  Q.        Dr. Babu, was he required to tell you what he

22  did on his summer or time off?

23  A.        He doesn't need to tell me or anybody about

24  what he does in summer, sir.

25  Q.        Did you tell him what you do during your

1   summertime?

2   A.      If I have done travel, the proposal requires my

3   input.  I communicated many times I'm going on a travel,

4   that I've done that, sir.

5   Q.      Do you know whether the questions that the

6   prosecutor asked you are even accurate questions?

7   A.      I don't know, sir.

8           MR. LOMONACO:  If we can have one moment, Your

9   Honor, please.

11:44AM  10   BY MR. LOMONACO:

11  Q.      You said that you had NSF experience in

12  proposals, grant applications with NSF?

13  A.      That's correct, sir.

14  Q.      And you have in the past made NSF proposals

15  with Professor Hu; correct?

16  A.      That's correct, sir.

17  Q.      And NSS has -- NFS (sic) has a section --

18          MR. MC KENZIE:  Your Honor, this

19  is -- objection.  This is outside the scope of cross.

11:45AM  20          MR. LOMONACO:  No, it's not.  He's talking

21  about what was disclosed and what wasn't disclosed, Your

22  Honor.

23          THE COURT:  I'll allow it.  I'll give a little

24  leeway under the rules and allow recross as necessary.

25

1  BY MR. LOMONACO:

2  Q.        The NSF applications require disclosing

3  collaborations; correct?

4  A.        That's correct, sir.

5  Q.        Have you ever known Professor Hu not to

6  disclose his collaborations on an NSF application?

7  A.        I don't know, sir.

8  Q.        Let me show you what is marked 23-A.

9            MR. LOMONACO:  I think it's already in.

11:46AM  10            MR. PARSONS:  Yes.

11  BY MR. LOMONACO:

12  Q.        Do you see this on the screen?  It says

13  Invention Disclosures.

14  A.        Yes.

15  Q.        And are you familiar with the fact that

16  Professor Hu disclosed invention disclosures through the

17  Research Foundation?  The Research Foundation is a

18  branch of UT, is it not, that can possibly make some

19  money on inventions?

11:46AM  20  A.        I can only say what the research disclosure is

21  doing is:  We have a process for filing invention

22  disclosure that is through the foundation.  So that's

23  what I see here.

24  Q.        Okay.

25            MR. LOMONACO:  Oh, wait a minute.  Back up.  Is

1  this a different one?

2          MR. PARSONS:  That's the same one.

3          MR. LOMONACO:  Okay.  Go to the next one.

4  BY MR. LOMONACO:

5  Q.      This is a disclosure here.  Do you see the last

6  signature that's in yellow down there, A. Hu?

7  A.      Sir, I see on my screen Energy & Environmental

8  Science, a paper.  That's what I see.  "High-rate

9  in-plane micro-supercapacitors scribed onto photo..."

10 Is that what you're talking about, sir?

11 Q.      Yes.

12         MR. LOMONACO:  Scroll up a little bit.

13 BY MR. LOMONACO:

14 Q.      Does this appear to be an invention or a

15 patent?

16 A.      This is a research paper as I see it, sir.

17 Q.      Okay.

18         MR. LOMONACO:  Go to the next one.  Keep going.

19 BY MR. LOMONACO:

20 Q.      Does this show an article written by Professor

21 Hu?

22 A.      That's correct, sir.  It's listed out A. Hu as

23 the last author.  It's published in Energy &

24 Environmental Science, 2016.  That's correct, sir.

25         MR. LOMONACO:  Okay.  Dr. Babu, thank you very

1    much for coming down.   Appreciate it.

2                THE WITNESS:   Thank you very much, sir.

3                THE COURT:   Thank you.

4                Recross?

5                MR. MC KENZIE:   Nothing, Your Honor.

6                THE COURT:  All right.   Thank you.   This

7    witness may be excused.

8                THE WITNESS:   Thank you very much.

9                THE COURT:   Anybody else you have this morning

11:48AM  10    or -- do we need to go ahead and take a lunch break?

11                MR. LOMONACO:   I have -- I have one other

12    witness.

13                THE COURT:   I mean, here in the courtroom?

14                MR. LOMONACO:   Yes.

15                THE COURT:   Well, let's go ahead and start and

16    see how far we get.

17                MR. LOMONACO:   Okay.   I call Professor Hu.

18                (The witness was thereupon duly sworn.)

19                THE COURTROOM DEPUTY:   State and spell your

11:49AM  20    name.

21                THE WITNESS:   Okay.   My name is Anming Hu.

22    Last name is Hu, H-u.   H, as in high, u, as in U.S.A.

23

24

25

1    **ANMING HU**,

2    having been first duly sworn, was examined and testified

3    as follows:

4                        DIRECT EXAMINATION

5    BY MR. LOMONACO:

6    Q.        And, Professor Hu, if you say a word or two

7    that I don't understand, I might stop you and ask you to

8    repeat it; okay?

9    A.        Okay.

11:49AM  10   Q.        And if you don't understand a question, can you

11   ask me to repeat it or ask the prosecutors to repeat it;

12   okay?

13   A.        Sure.

14   Q.        Okay.  Sir, can you give us a little of your

15   background as far as your family is concerned.

16   A.        Yes.  Yeah.  Once I first get my first Ph.D. in

17   China, I go to Europe to do my postdoctoral research.

18   And then I go to Japan for postdoctoral -- also the

19   postdoctoral international research.

11:50AM  20            Then I go to the -- Canada in 2004 for my

21   second Ph.D. study.  So first the Ph.D. is on physics.

22   Second Ph.D. is on the laser physics.  Similar, but

23   different.

24            And then I got -- my family follow me to come

25   to Canada in the beginning of my international student.

1    Then I immigrated to Canada.

2           So, 2007, I become the Canadian citizen.  So at

3    that time -- so all my family members, we change to the

4    Canadian passport.  So Chinese passport is expired.  So

5    that means it's invalid.

6           Okay.  So I -- once I get my second Ph.D. in

7    the University of Waterloo, I work the University of

8    Waterloo for about five years.  So at that time when I

9    work there at the University of Waterloo, I work there

11:51AM 10   as a research assistant professor.  So mainly I have the

11   little percent or part of teaching, but mainly focus on

12   research.  So at that time I build an international

13   collaboration with the China side.  Especially from this

14   trial, you already listen several times BJUT, the

15   Beijing University of Technology.  So I build my

16   relationship from when I worked at the University of

17   Waterloo.

18          So then after five years of working in the

19   Waterloo, I was offered by University of Tennessee and

11:51AM 20   become an assistant professor in the University at

21   Waterloo -- I mean, at Tennessee.  I'm sorry.  Yeah.

22   Q.     Let me stop you there.  And when did you come

23   to the University of Tennessee?

24   A.     November 2013.

25   Q.     And you've heard the government accuse or talk

1    about your connection to Beijing University of

2    Technology.

3    A.        Yes.  I was shocked.

4    Q.        You were what?  I'm sorry?

5    A.        I was shocked.

6    Q.        Shocked?

7    A.        Yes.

8    Q.        Okay.  Well, you know you had a connection;

9    correct?

11:52AM  10    A.        Yes.

11    Q.        And what kind of connection was it?

12    What -- did you have a contract and when did that start

13    and so on?

14    A.        Yeah.  So, as you imagine, I have the

15    short-term plan when I start from University of

16    Waterloo.  I keep that.  So reason is, you know, I'm not

17    got education in U.S., but international

18    collaboration --

19    Q.        I'm sorry, sir.  You're not getting what in the

11:52AM  20    U.S.?

21    A.        What?  Can you repeat it?  I'm sorry.

22    Q.        You said you're not getting something in the

23    U.S.  I didn't understand what you --

24    A.        Oh, I didn't get the education because I get my

25    first degree in China and the second Ph.D. degree in

1    Canada.

2    Q.       Maybe if you speak a little slower, I can

3    understand.  I'm sorry.  It's probably my ears more than

4    anything.  So, go ahead.

5    A.       So because of the -- because as a professor, so

6    social connections is very, very important.  You know,

7    the -- mainly the job is to secure the funding.  The

8    funding is needed to build the trusting.  So my support

9    at the --

10   Q.       Build what, sir?

11   A.       Funding trust.

12   Q.       Trust?

13           THE COURT:  Funding trust.

14   BY THE WITNESS:

15   A.       We need a -- so what I mean is:  When I know

16   that only I write the proposal, I still needed to build

17   the trust from the sponsor, like, you know, NASA, like

18   Dr. Bar-Cohen.  So, like the -- I mean, in the --

19           THE COURT REPORTER:  I did not understand what

20   you said.

21   BY THE WITNESS:

22   A.       So I'll continue there.  Like Dr. Bar-Cohen, so

23   I don't know him.  So Dr. Babu already -- I mean, he

24   testify.  He introduce me to know Dr. Bar-Cohen.

25

1  BY MR. LOMONACO:

2  Q.        Okay.  Before we get into that, let's talk a

3  little bit more about your short-term talent plan.

4  A.        Okay.

5  Q.        When did you first enter into an agreement with

6  Beijing UT?

7  A.        Well, that would be at the beginning of

8  2000- -- I applied for 2012 and I got that.  It should

9  be summer of 2013.  At that time, after I applied for

11:54AM  10  the UT but I haven't got the offer, that's almost -- I

11  still have to come here and get the interview for that,

12  but BJUT offer me the short-term plan.

13  Q.        Okay.  Well, tell us about that short-term

14  plan.  What does it require you to do and what does it

15  not require you to do, and is it a contract for a term

16  of years, or tell us about that?

17  A.        Yeah.  Okay.  So the short-term plan is that --

18  what I understand is mainly to encourage international

19  exchange to -- that give me the chance to visit the

11:55AM  20  Beijing University of Technology.  But I don't think

21  that's the -- as my own understanding is not a regular

22  employment, but I do have a contract.  They provided me

23  and I signed that.  That one is to see I have worked at

24  least two months per year for the -- as the condition,

25  but I never been there two months; okay?

1    So, but they not see, you know, the contract is

2  invalid.  The reason is:  I understand the contract is

3  so -- even at least some of the items, but that's

4  dependent on myself, whether I want to commit to that or

5  not.

6    So with this kind of the short-term plan or the

7  contract, I can decide the Beijing, I can decide when I

8  go there, how long I stay there.  That's basically my

9  understanding.  I think that's basically is -- acute

11:56AM  10  reason is, you know, as the professor, I need to build

11  those international collaborations.

12  Q.    Have you been able to bring students back from

13  China to help UT through that contract and through that

14  program?

15  A.    Yeah, I bring the full visiting students from

16  BJUT to UTK.  About another eight visiting students to

17  come to the University of Tennessee.  And because of

18  those the -- especially in the first two years, because

19  I can secure those international students, I also serve

11:57AM  20  the department as the graduate student recruit

21  committee.  So department not only want I, myself, have

22  the Chinese visiting students, also ask me to help my

23  colleagues to help them to recruit the Chinese student

24  come to the UTK.

25  Q.    So you say that the plan says you should work

1  two months out of the year; is that correct?

2  A.       Yeah, no more than -- or no less than -- I'm

3  sorry -- no less than two months per year.

4  Q.       Okay.  And let me show you what --

5         MR. LOMONACO:  If I can use the overhead.

6         THE COURTROOM DEPUTY:  Is this an admitted

7  exhibit?

8         MR. LOMONACO:  No, this hasn't been admitted as

9  an exhibit.

11:58AM 10       THE COURTROOM DEPUTY:  Thank you.

11  BY MR. LOMONACO:

12  Q.       Do you recognize this document, sir?

13  A.       Yes.

14  Q.       What is it?

15  A.       This one is -- I just listed the list of my

16  trips to China.  It's only the list to China.  I have

17  other international travel, but this one is -- only list

18  the Chinese -- I mean, I travel back to China.

19  Q.       And where did you get this information?

11:58AM 20  A.       That's from my passport, because as a Canadian,

21  we are wanting to visit China, I have to apply for visa.

22  It's just as most of the people if you are U.S. citizen.

23  So Chinese government will not allow other citizenship.

24  So even I'm there, I was a Chinese, I still needed

25  a -- needed to get the visa.

1    So those are -- basically entered on the left

2    is from the passport.  When I entered, they will stamp

3    that date on the left.

4    Q.        Is this the column you're talking about here

5    (indicating)?

6    A.        Yeah.

7    Q.        So the first entry shows that you went to --

8              THE COURT:  The jury is not seeing this yet.

9    Is this something you seek to introduce?

11:59AM 10             MR. LOMONACO:  I would, Your Honor.  We have

11   not -- we'll have to make it -- sort of an electronic

12   copy of it, but --

13             THE COURT:  Well, let's first see if there's --

14             MR. MC KENZIE:  May I just ask one or two

15   foundational questions before I decide whether to

16   object?

17             THE COURT:  Go ahead.

18             MR. MC KENZIE:  Two questions.

19             THE COURT:  Go ahead.

11:59AM 20             MR. MC KENZIE:  The question is problematic.  I

21   don't know if you want me to stand at the lectern or do

22   it from here.

23             THE COURT:  From there.

24             MR. MC KENZIE:  The document that we're looking

25   at right now, did you create this?

1    THE WITNESS:  Yes, I created for the government

2    to check.

3    MR. MC KENZIE:  And these dates you checked

4    with your passport?

5    THE WITNESS:  Those is the -- yes, I have the

6    passport copy for my immigration record.  So I still

7    keep that.  As the last one, the line, you see I don't

8    have the exact date, but I know last time I visited

9    China is December 2017.  That's in the passport.  You

12:00PM 10   can check.

11    MR. MC KENZIE:  So this is really what I need

12   to know, Your Honor, is --

13    THE WITNESS:  Yeah.

14    MR. MC KENZIE:  -- that last line that said

15   "December, I have no copy of this trip," that's your

16   statement?

17    THE WITNESS:  That's my statement.

18    MR. MC KENZIE:  I have no objection, Your

19   Honor.

12:00PM 20   THE COURT:  We'll admit this as Defendant's --

21    MR. PARSONS:  147.

22    MR. LOMONACO:  147.

23    THE COURT:  147.  Thank you.

24    (Defendant's Exhibit 147 was marked and

25     received into evidence.)

BY MR. LOMONACO:

Q.      So, just briefly, Dr. Hu, let's go through --
the December 28th, 2013, you arrived in China; is that
right?

A.      Well, enter.  I mean, I arrived there
December 18th, left on --

Q.      Over here (indicating)?

A.      Yeah.

Q.      December 18th, 2013, you arrived?

12:01PM A.      Yes.

Q.      And you left on the 28th?  That's about ten
days.

A.      Yes.

Q.      And so on.  The next entry would be 2014, 5/6.

A.      That's May 6.  May.

Q.      You left May --

A.      24.

Q.      -- 24.

        Now, was school going on during this time?

12:01PM A.      No, this is the -- for the summer semester.  I
don't teach during the summer.  If I teach, I get
compensation from UTK.

Q.      Okay.  So that was 12 days.

        And then the next year was June 19th, 2015, and
you left July 4th, 2015, for 14 days.  And you got these

1    figures off your passport; correct?

2    A.       Yes.

3    Q.       All right.  And who has your passport now?

4    A.       The FBI agent hold my passport.

5    Q.       Okay.  So, 2016 -- excuse me -- 2015 in

6    December 16th, then you came back -- or you left China

7    December 30th of 2015.  So you actually went there twice

8    that time?

9    A.       Yes.

12:02PM  10  Q.       Okay.  And was that during -- were you working

11   BJUT -- or excuse me.  Were you working at the

12   University of Tennessee teaching school at that time?

13   A.       For which?  Could you repeat that?  For which

14   one are you asking?

15   Q.       Well, okay.  You've got this one here

16   (indicating) --

17   A.       Yes.

18   Q.       -- 6/19?

19   A.       Yeah.

12:03PM  20  Q.       And that's summer; right?

21   A.       Yeah.

22   Q.       And then you've got 12/16.  Was the semester

23   over when you left?

24   A.       Usually for the regular professor, once our

25   work -- class is over, examination is over, we think

1  that we are -- our holiday start.  Usually my class

2  finish end of November each fall.

3  Q.      So that was the normal course of business for

4  the professors at UT?

5  A.      Yeah.  So for those -- that it's a holiday, I

6  mean.  It's definitely a holiday.

7  Q.      Christmas holiday?

8  A.      Yes.

9  Q.      All right.  And then 2016 --

10  A.      Yeah.

11  Q.      -- in May, you went to China and you came back

12  in June for a total of 14 days?

13  A.      Yeah.

14  Q.      And then in 2016, in -- August 30th, and

15  September 4th, you came back.  Now, is that -- when does

16  the school year start?

17  A.      School year usually start the middle of August.

18  But on this one, that school year, only the P8, that

19  didn't start, but this one is for their conference four

20  days.  I reported to the UTK.

21  Q.      So this was a conference that UTK knew you were

22  going to?

23  A.      Yeah.  So all those are combined.  They're

24  almost combined, my staying at BJUT and international

25  conference in China.  It does not mean all those dates I

1  stay in the BJUT.  It's also combined Chinese -- or

2  conference in China.

3  Q.       Did you report your conferences?

4  A.       I report most of my international conference to

5  BJUT through my annual faculty activity report.

6  Q.       And we've made that an exhibit to this case;

7  correct?

8  A.       Yes.

9  Q.       All right.  So now tell us about the way that

10  you got paid for working at BJUT.

11  A.       Yeah.  So if you check the government -- the

12  government exhibit for the short-term contract, they see

13  I get either monthly pay, and the second sentence is

14  real payment dependent on the actual time I worked in

15  BJUT or stayed in the BJUT.  That means -- you know,

16  that don't means if I not go, I get a payment.  That's

17  not like that.

18  Q.       Okay.  So how much did you normally get paid

19  per year going there?

20  A.       That is either -- that depended on each trip.

21  That will count up how many days they will pay me.  That

22  is something like the Chinese yuan, let's see go to the

23  U.S. dollar around 1,000 U.S. dollar, that's covered my

24  local expense.

25  Q.       Did you ever get paid more than $5,000 in any

1    particular year?

2    A.        No, that's the reason I don't think I reach the

3    number I needed to re- -- to disclose my outside

4    interests.

5    Q.        So you never made $5,000 or more in one year?

6    A.        It's only their -- I think less total,

7    probably.  Everything together is close, but still

8    lower.  I think my either annual -- or UTK outside

9    interest disclose -- I mean, limitation is 10,000 and

12:06PM 10   not 5,000.

11   Q.        Okay.  So where did you learn that; did you

12   learn that or did you study that when you first came to

13   BJUT?

14   A.        Yeah.  So when I arrived there at UTK, I arrive

15   in November.  That's not regular faculty start.  So I

16   already miss because the U.S. government that year is

17   closed.  Yeah.

18           So November I arrived at UTK.  I go to the

19   non-regular training.  What it means is because I not

12:07PM 20   a -- usually it's before the semester start.  Then we

21   have the one-week training.  That's what I mention as

22   regular training.  I only get their three-days --

23   three-afternoon training, and they're not training me

24   how to -- how I should fill in their outside interest

25   form.  They're giving me the form, ask me, "Anming, you

1  have to fill in this." And their people there are

2  lecturers because as they're training, they have their

3  conversation, like the retire -- retire insurance. They

4  keep talking, and ask us, "You have to finish," and to

5  hand it in.

6  If you check, my first year, 2013, that form is

7  by the handwriting. Later on, it's electronic. We fill

8  in online. So they just did not tell me, you know, but

9  they do give me their faculty handbook. They not give

10 me their FI1125 conflict of interest policy.

11 Q.     Did the faculty handbook say basically the same

12 thing as the policy?

13 A.     Very similar. The conflict of interest policy

14 is applied for older employee. So means that either

15 faculty and the staff. But the faculty handbook is only

16 applied for faculty, not for staff.

17 Q.     And when you came here and realized that you

18 did not have to report that, what you're saying is:

19 Because the level of income didn't rise to the amount in

20 the handbook --

21 A.     Yeah.

22 Q.     -- did you leave that blank so you could

23 deceive NASA two years later?

24 A.     Yeah. So let's -- I'll answer your question.

25 I want to add to it a little bit.

1  Q.      Do you understand my question, though?

2  A.      Yeah.

3  Q.      I mean, did you intentionally leave it blank to

4  trick NASA?

5  A.      Certainly not.  I wanted to see as -- the

6  faculty, we -- annual review, we have two components.

7  So the conflict of interest is one.  I get this form --

8  two form simultaneously.  So what they call their

9  outside conflict of interest form, that's the --

12:09PM 10  government check that, and another one is:  We just --

11  it's called their faculty annual activity report.  There

12  is -- the two is equally.

13          So the difference is:  Conflict of interest is

14  what I understand they focus on your income, but the

15  annual review activity report is relative to my

16  performance; so teaching, research, service.  That's

17  they have the ten-page -- that's the main reason I

18  report -- I think I didn't hide because I report my

19  collaborations with the students, all the papers, all

12:10PM 20  the Chinese activity through the annual review on the

21  activity report.

22  Q.      Now, some of those we've introduced as

23  exhibits; correct?

24  A.      Correct.

25  Q.      And in there you actually name BJUT as --

1    A.        That's right.  That's the reason I

2    don't -- honestly, UTK and NASA, never any people ask

3    me, "Anming, what's your really relationship with BJUT?"

4    Nobody.  But I report every year.

5    Q.        Let's talk about the NSF --

6    A.        Yeah.

7    Q.        -- programs -- proposals for the National

8    Science Foundation.  Did you ever fill out a proposal

9    for the National Science Foundation?

12:11PM  10    A.        Yes.

11    Q.        Do they have a particular question in there

12    about disclosures and collaborations?

13    A.        Yes.  I --

14    Q.        I'm sorry.  Did you fill that out correctly?

15    A.        I think I do.

16    Q.        You think you did?

17    A.        Yeah.

18    Q.        But what did you disclose, if you can remember?

19    A.        Yeah.  So I write there totally about 16 NSF

12:11PM  20    proposals.  For only in the first two years they ask

21    biosketch.  I list my collaboration and other

22    affiliations and also students I supervise in my

23    biosketch.  That's for first two years when they ask

24    this.

25            And from 2016 through NSF, they say all the

1  applications has to be disclosed, their collaboration

2  and other affiliations in a separate form or table.  I

3  each time list the BJUT, both my collaborator,

4  professor, and also student I supervised.  That's show I

5  affiliated with BJUT.

6  Q.       Were you trying to hide BJUT from the

7  university at any time?

8  A.       No.  When I ask, I will.  So if anyone can see

9  that they already ask me, I not answer or I answer

12:12PM 10  fully, I would think I would do first statement.

11  Q.       So let me ask you now about the NASA grants.

12  A.       Yes.

13  Q.       Okay.  When was the first time you filled out

14  or tried to obtain a NASA grant for the University of

15  Tennessee?

16  A.       The first time is in February 2015.

17  Q.       '15?

18  A.       Yeah, at that time, I write the first NASA

19  proposal for the SBIR.  That's called the small business

12:13PM 20  initiative program.  That's our first time to try to

21  get the -- wanted to get the funding from NASA.

22  Q.       All right.  So when you did this proposal, did

23  you -- did you get the -- did you get the grant?

24  A.       No.

25  Q.       All right.  Was there a NASA assurance letter

1  attached?

2  A.        No.

3  Q.        Okay.  And you've heard what the NASA assurance

4  letter is, and you've seen those before?

5  A.        Yes, first time is when I worked with

6  Dr. Bar-Cohen and Dr. Babu for the JPL proposal, and

7  Drew Haswell, yeah, he first time tell me that China

8  Assurance.

9  Q.        That's the first time you knew about the China

12:14PM 10  Assurance?

11  A.        Yes, that's the reason, you know, I provided a

12  letter of collaboration with the Chinese professor to

13  their UTK and also Dr. Bar-Cohen.

14  Q.        Why did you provide that?

15  A.        Because, you know, for their program, we really

16  needed some, too.  I think, I already collaborated with

17  BJUT.  I know that.  Especially when I working on this

18  proposal, at that time in Hefei, I just was in BJUT, in

19  the lab, I see they have the facility.  So I see, can we

12:14PM 20  either get free access.  You know, I'm a developer of

21  NASA grant, if I -- can you just draft a letter for me,

22  you know, if I get the NASA grant, you can provide there

23  free access and to Hefei to -- for the NASA research.

24  That's the reason that they send the letter to me.

25  Q.        Now, you've heard Dr. Babu testify --

1   A.      Yes.

2   Q.      -- that you never disclosed your affiliation

3   with BJUT or your part-time job with BJUT; correct?

4   A.      No, I don't have the duty to report to

5   Dr. Babu.  Dr. Babu is my colleague.  He's my mentor,

6   but he's not official my supervisor.  My supervisor is

7   the department head, Dr. Matthew Mench.

8           So annual review report is a report to

9   Dr. Matthew Mench.  He know this.  And also the student,

12:15PM 10  each time I invited visiting students, Dr. Matthew Mench

11  as the department head, he have to agree.  He have to

12  write the invite letter, not me.

13  Q.      So who is Matthew Mench?

14  A.      Dr. Matthew Mench is my department head.

15  Q.      Head of the department at UT?

16  A.      Yeah, we only -- as faculty, we only have one

17  direct supervisor is the department head.  I needed to

18  report those to the department head.

19  Q.      So what did you report to him?

12:16PM 20  A.      I report to him -- it's through the faculty

21  annual activity report.  This report.  We mentioned

22  that.  And also the outside disclosure form

23  simultaneously to him.

24  Q.      And so in those forms, did you mention BJUT?

25  A.      Yes.  And either as we mentioned through their

1  publications, through their visiting students, through

2  the conference, and also through -- especially through

3  their visiting students' CV.  The students' CV, they

4  list me as their supervisor in BJUT.

5  Q.      Did anybody ever ask you at any time to report

6  your summer employment?

7  A.      No.  That's why I say I reported the BJUT

8  collaboration to UTK and to the Dr. -- or no.  I mean,

9  and to Dr. Bar-Cohen because through the letter of

12:17PM 10  collaboration meant I'm either -- I'm committed to UTK.

11  Nobody ask me what's your real relation with -- as I

12  mentioned before, what's your real relation with the

13  BJUT.

14      And as I also mentioned, those sort of

15  collaborations is encouraged by the U.S. university

16  because we do their fundamental research and open

17  science.

18  Q.      So let's talk --

19      MR. LOMONACO:  Any time you want to break for

12:17PM 20  lunch, Judge, is okay with me, but --

21      THE COURT:  Okay.  Well, let's go ahead and

22  take a lunch break right now.  Let's come back at 1:35.

23  The jury is excused for lunch.

24      THE COURTROOM DEPUTY:  All rise.

25      (Jurors excused from the courtroom.)

1    THE COURT:  Everybody sit down just a moment.

2    I just need to reverify one thing for the

3    record.  Professor Hu, you recall at our final pretrial

4    conference that I discussed with you the defendant's

5    right to testify or not to testify, and that, you know,

6    certainly, not anticipating you consulting with your

7    counsel, but ultimately the right rests with you.  You

8    understand that?

9    THE DEFENDANT:  I understand it's my right to

12:19PM  10    choose whether I want to testify or I don't want to

11    testify.

12    THE COURT:  And you have chosen --

13    THE DEFENDANT:  I choose to testify.  Even I

14    ask the court to provide the interpreter for me, but I

15    think if the prosecutor asking me slowly, probably I

16    can.

17    THE COURT:  That's all I wanted to double-check

18    on.  Thank you.

19    THE DEFENDANT:  Thank you.

12:19PM  20    THE COURT:  All right.  We'll stand in recess.

21    THE COURTROOM DEPUTY:  All rise.  This

22    honorable court stands in recess until 1:35.

23    (A luncheon recess was taken at 12:19 p.m.)

24

25

**AFTERNOON SESSION**

1

2                              (P.M.)

3          THE COURTROOM DEPUTY:  All rise.

4          THE COURT:  We'll bring our jury in.

5          (Whereupon the following report of

6           proceedings was had within the presence

7           and hearing of the jury:)

8          THE COURT:  Thank you.  Everyone may be seated.

9          Mr. Lomonaco, please continue.

01:41PM  10          MR. LOMONACO:  Thank you, Your Honor.

11  BY MR. LOMONACO:

12  Q.          Good afternoon, Professor.

13  A.          Thank you.

14  Q.          Let's talk about the first time you heard about

15  the NASA grant; okay?  Can you tell the jury when that

16  was.

17  A.          Yeah.  So 2000- -- February 2015, or January of

18  2015.

19  Q.          Okay.  And how did you find out about it?

01:42PM  20  A.          You mean when I started to apply for NASA

21  grant; right?

22  Q.          I'm sorry.  The NASA restriction or the --

23  A.          Oh, NASA restriction.  Sorry.  So NASA

24  restriction is January 2016.

25  Q.          Okay.  And how did that come about?  How did

1    that happen?

2    A.        Yeah, that happened as -- we are prepare the

3    NASA/JPL proposal with Dr. Bar-Cohen and Dr. Babu.  So

4    when we talk about all the technical side, and then Drew

5    Haswell emailed, see -- yeah, "Anming, we already get

6    all the other items ready.  So I know we have

7    the" -- "we need to get the China Assurance" -- no --

8    "letter of commitment and the China Assurance letter

9    ready and I'll be sending it."  So that's for me the

01:43PM  10   first time to heard of the China Assurance.

11   Q.        So what did that mean to you when you heard it?

12   A.        I thought the -- I really don't know what

13   means, the China Assurance, because that's, for me, the

14   first time to hear.  So I answered it that --

15   Q.        Excuse me.  Before you go any further, had you

16   had any training on the NASA restriction or the --

17   A.        No.

18   Q.        -- China Assurance?

19   A.        No, China restriction, China Assurance, I never

01:43PM  20   heard of that.

21   Q.        Okay.  So tell us what you thought it meant.

22   A.        So when I heard these words, I get confused.

23   But at that time, you know, we still working on the

24   proposal side because of the -- both Bar-Cohen and me,

25   we still fine-tune for the technical side.  We hear

1    this, and he say, "Oh, we need to gather the assurance,

2    China Assurance."  I ask Dr. Bar-Cohen to use the

3    Chinese facility.  So, you know, in an email what the

4    answer is, if I remember clearly, "Are you talk about

5    that Hefei facilities?"

6    Q.       Who did you say that to?

7    A.       I said it to Drew Haswell.

8    Q.       Okay.  And who is Drew Haswell?

9    A.       Drew Haswell is the staff working in their UTK

01:44PM  10   research office and help me to submit the NASA proposal.

11   Q.       Okay.  So when you said, "Do you mean about

12   this Hefei" -- what was the question you asked?

13   A.       Yeah.  What I ask is, "Does you mean they're

14   asking me to assure their China facilities, Hefei

15   facilities?"  The real words, I cannot remember.

16   Q.       Okay.  And what did he say?

17   A.       He say -- no, no, no.  I mean, I reply this --

18   I still have a second sentence -- is there -- I have a

19   letter of collaboration and this letter of collaboration

01:45PM  20   addresses that because I go to their letter of

21   collaboration from Hefei National Lab on June the 6th.

22   So I forwarded that to Dr. Bar-Cohen.  But Dr. Bar-Cohen

23   before -- I mean, you already heard.  Dr. Bar-Cohen told

24   me I -- he would not use the letter of collaboration.

25   But I --

1    Q.       So what did that mean to you then?

2    A.        That -- that really confuse me.  Even, you

3    know, he explain to me.  But he no explain to me too

4    much.  You know, we have a lot of email conversation, I

5    mean, at that time.  Happen almost every day several

6    email.  He do tell me that he would not use the letter

7    of collaboration for the NASA grant.  But --

8    Q.       Okay.  Excuse me a minute.

9              MR. LOMONACO:  Could we have --

10             MR. PARSONS:  Exhibit 68.

11             MR. LOMONACO:  -- Exhibit 68?  Could we put it

12   on our screen, switch over?

13   BY MR. LOMONACO:

14   Q.       This what has already been marked Exhibit 68.

15   Is this the -- is this the email that you sent to Curtis

16   Hill?

17   A.       No, but it's to their Drew Haswell.

18   Q.       I'm sorry.  Drew Hoffman?

19   A.       Drew Haswell.

20             THE COURT:  Can you scroll down or scroll up so

21   we can see the --

22             MR. LOMONACO:  Yes.

23   BY THE WITNESS:

24   A.       Yes.

25

1    BY MR. LOMONACO:

2    Q.        So this is from you?

3    A.        This is an email where I reply.  It's also

4    copied to Dr. Bar-Cohen.

5    Q.        So let's go down to the one from Drew

6    Haswell --

7    A.        Yes.

8    Q.        -- because that one came first; right?

9    A.        Yes.

01:46PM 10    Q.        And he says here --

11              MR. LOMONACO:  Keep going.  Keep going.

12    BY MR. LOMONACO:

13    Q.        Okay.  So here on -- he writes, "After these

14    two items have been addressed, I believe we will be

15    ready to obtain a letter of commitment..."  Now, those

16    two items were basically budget issues; right?

17    A.        Those -- those two is their letter of

18    commitment.  I know this.  This means that UTK commit

19    with the program.  But UTK China Assurance document,

01:47PM 20    this one is, for me, the first time to hear.

21    Q.        Okay.  So in response to that, you sent the

22    next email.

23              MR. LOMONACO:  Can we see the next email?  Move

24    up.

25

1   BY THE WITNESS:

2   A.        Correct.

3   BY MR. LOMONACO:

4   Q.        You say, "Hi, Drew."  And then down to the

5   third paragraph, you were responding to his email;

6   right?

7   A.        That's correct.

8   Q.        And, "For China Assurance, are you talking

9   about Hefei National Radiation Facilities; right?  I

01:48PM  10  include one letter.  Does it solve this concerning?"

11  A.        Correct.

12  Q.        So did you include a letter with this email?

13  A.        Yes, that's the attachment called Scan-4.

14  Q.        Okay.  And what was the letter?

15  A.        That's the letter from the Hefei National

16  Radiology Facility.  It's Dr. Zhang.

17            MR. LOMONACO:  And can we scroll up a little

18  bit.

19  BY MR. LOMONACO:

01:48PM  20  Q.        Oh, this is the letter?

21  A.        That's correct.

22  Q.        It says, "Letter of Commitment," and it's from

23  Professor Zhang?

24  A.        Yes.

25  Q.        University of Science and Technology of China;

1    correct?

2    A.       Yes?

3    Q.       Now, is that Beijing University?

4    A.       No, it's another university at -- near Hefei.

5    Hefei is another Chinese city.

6    Q.       Now, it says that he had a long-term

7    collaboration with you; correct?

8    A.       Yes.  So Dr. Zhang is my classmate when I

9    received my master's degree; my master's degree.

01:49PM 10    Q.       So you knew him for a long time?

11    A.       Yeah.

12    Q.       So when you gave this letter to Drew, then what

13    happened?

14    A.       Yeah.  I saw that he ask me of the Chinese

15    facility; so I gave this letter to the Drew.

16    Q.       Okay.  So Drew Haswell told you you couldn't

17    use the letter; right?

18    A.       Oh, Drew -- I remember Drew Haswell say

19    the -- say, "No.  I mean, the China Assurance means that

01:50PM 20    you cannot work with China."

21            That time he send me the sample letter.  That

22    sample letter, he already type with the proposal title

23    but not sign it yet.  He say, "I mean the China

24    Assurance letter means you cannot" -- "We assure we will

25    not collaborate with China.  You cannot work with

1    China."

2    Q.        And so he --

3    A.        The word means not exactly.  I mean, if you

4    show the email, meaning, probably, is like that.

5    Q.        So he sent you a sample assurance letter; is

6    that what you're saying?

7    A.        Yes.  Then I started to understand what means

8    China Assurance letter.

9    Q.        Okay.  So what is your understanding then when

01:51PM  10   you saw that?

11   A.        I saw that that letter says not -- cannot

12   collaborate with China in the project.

13   Q.        You can't; is that right?  Is that what you

14   thought?

15   A.        Yeah, that's -- well, from letter.  But he

16   mentioned in the email -- I'm sorry.  I just talk about

17   the one part I can remember.  The second sentence he

18   say, "Oh, I mean, we always include this letter, and

19   this letter is not applied to our faculty, staff, and

01:51PM  20   the student."

21   Q.        So he told you it didn't apply to UT faculty?

22   A.        Yeah.  That time, I get really confused.  I

23   thought, if it not apply to me, why you send to me.  But

24   I not ask that because we really have one hour to send

25   it to the Dr. Bar-Cohen.  But he said, "We cannot use

1  this letter."

2         Then afterward, I still working on the

3  technical side of -- he send the next email directly to

4  Dr. Bar-Cohen and also copied to me and a copy to

5  Dr. Babu.

6  Q.        Now, this is the email right here, is it not,

7  January 12th, 10:02?  "However, UT always indicates a

8  special copy stating that, as we understand it, this

9  restriction does not apply to faculty, staff, and

01:52PM  10  students."  That's what you're talking about?

11  A.        That's correct.

12  Q.        All right.  So did anybody tell you that since

13  you had a longtime collaboration with scientists in

14  China that disqualified you?

15  A.        No.

16  Q.        And Drew Haswell knew at this point that you

17  had a long-term collaboration --

18  A.        Correct.

19  Q.        -- with scientists in China; right?

01:53PM  20  A.        Yes.

21  Q.        And there was a second letter, too, was there

22  not, that you sent to Bar-Cohen?

23  A.        Yeah, that should be -- the first letter I send

24  it to the Bar-Cohen is on the January 4th.  That's from

25  the BJUT.  This is a second letter.

1    Q.        That's a different scientist from a different

2    university; is that correct?

3    A.        Correct.

4    Q.        And they said you had a long-term

5    collaboration, also, in the letter; right?

6    A.        That's correct.

7    Q.        Did anybody tell you at that point that you

8    couldn't participate in a NASA grant because you have

9    collaborated with Chinese professors?

01:53PM   10    A.        No.

11    Q.        So you didn't think that that was a problem as

12    long as what?

13    A.        You know, the -- once I see this, especially

14    when Drew Haswell sent it, I understand I cannot in the

15    project to involve the affiliate of the Chinese

16    institute.

17    Q.        And after sending those letters and talking to

18    Drew Haswell and Professor Bar-Cohen, did you try to

19    involve China at all in the NASA grant?

01:54PM   20    A.        No.  After we saw that, we still needed to wait

21    a half year to see the result.  So that basically that

22    program -- or that application isn't finally declined.

23    We did not get the grant.

24    Q.        So you had to wait a half a year to find out

25    whether you got it or not?

1   A.        Yeah, we basically have to wait the five to six

2   months to get a review and get a final result.  But

3   there are things that we submit.  There is no -- no

4   people further talk about this thing to me.

5           MR. LOMONACO:  Okay.  Your Honor, may I move

6   Exhibit 27, I believe?

7           THE COURT:  That's this email chain?

8           MR. LOMONACO:  Yes, Your Honor.

9           THE COURT:  So admitted.

10          (Defendant's Exhibit 27 was marked and

11           received into evidence.)

12  BY MR. LOMONACO:

13  Q.        Well, let's talk about the next NASA grant;

14  okay?

15  A.        Yeah.

16  Q.        That would have been in the -- what time?  In

17  2016, you applied for another JPL?

18  A.        So, you know, even after we submit this one and

19  I still keep the -- frequent the conversation with the

20  Dr. Bar-Cohen.  So because we talk about the

21  collaboration, potential collaboration, and he started

22  to understand -- I mean, know me more, and he really

23  wanted I can help.

24          So, but we are waiting.  In May, I remember, he

25  told me unfortunately we're not funded.  And we already

1  talk about several things at that moment.  But I say,

2  "Oh, but, you know, unfortunately we cannot fund it."

3  He say, "No, I mean to" -- "needed to write about."  But

4  this is through the conversation, he say, "I mean, I

5  still need your technique to help me."

6  Q.        Your technique?

7  A.        Yeah, special technique to help me to address

8  my NASA project.

9  Q.        Bar-Cohen told you that; right?

01:56PM 10  A.        Yes.  And we, through the telephone, we chat of

11  that.  He say, "I mean, I need you write the proposal."

12  We call it a subcontract.  "You write that for me?"

13         And, you know, I got -- later on in the email,

14  he say, "Oh, Anming, remember, we already" -- "on the

15  telephone, we talk about that.  You need to prepare the

16  proposal for me.  I can subcontract you."  Then we

17  talk --

18  Q.        Yeah.  When was that that you were talking

19  about that?

01:56PM 20  A.        That either should be June and July, we talk

21  about that, roughly about that.  But the proposal we

22  submit should be either August or September.  I cannot

23  remember the date.

24  Q.        So he actually asked you to do a proposal?

25  A.        Yes.

1    Q.      Now, normally when a grant comes from a sponsor

2   like NASA, do they go and talk to you about doing the

3   job?

4   A.      No, this -- this is a -- very special because

5   of the -- you know, usually NASA have the solicitation

6   and we looking for the chance.  I go to the website and

7   I find, and I looking for the -- some people interested

8   in my technique.

9           But for this one, Dr. Bar-Cohen emailed me,

01:57PM  10  talked with me, and asked me, like I say, "Oh, I mean,

11  so I still have money.  I can fund you to fund a -- one

12  Ph.D. student, and you need to prepare their proposal.

13  I see at least at UTK one Ph.D. student and I need how

14  much money."  And we talk about the funds.

15  Q.      Okay.

16  A.      After that, I prepared the proposal.  It's a

17  very -- not unusual.  He reached out to me.  He asked me

18  to write the proposal.

19  Q.      Oh, usually NASA just posts any kind of grants

01:57PM  20  they have --

21  A.      Yes.

22  Q.      -- on the website and you look through them to

23  see if there is something you can do; right?

24  A.      Yes, yeah, that's what I usually --

25  Q.      What is your expertise?

1  A.        My expertise is use the nanomaterial to develop

2  their new technique.  We call the joining, welding.

3  It's most people can understand the welding, joining,

4  but I can use the nanomaterial.

5  Q.        So what is nanomaterial?

6  A.        Nanomaterial is the -- nano is small.  That

7  means nanometer, we consider.  So that's -- could be

8  either one of a million as the -- a hair, the diameter.

9  So it's so small.  So that's called a nano.

01:58PM  10  Q.        How do you create nanomaterial?

11  A.        This is through the -- I work this one in the

12  past almost over 20 years.  Oh, let's see.  Close to

13  30 years, even, for my first Ph.D.  So, in my lab, I

14  train the student to fabricate a different nanometer.

15  Q.        How do you fabricate it?

16  A.        So we, through the physics and the chemistry

17  method, and there are -- there is a lot of the technical

18  detail.  But my labs, mainly we have the -- all kind

19  of -- not all kind of.  We have several different that I

01:59PM  20  choose.  That's common to what you can build in the lab.

21  We have very unique technique.  We can do the

22  nanomaterials other lab, special for welding.  But other

23  people may probably can do it.

24  Q.        So what did NASA want or JPL want to do with

25  your welding techniques?

1  A.      Yeah, that's the --

2  Q.      Can you tell the jury?

3  A.      Yeah, we specially develop the technique to --

4  NASA want get the sample for Mars.

5  Q.      For Mars?

6  A.      Yeah, for Mars, to gather the soil, the sample,

7  and send back to the earth and to study.  I not involved

8  with those.  I only develop the special con- -- NASA

9  have the container.  I special develop the technique to

02:00PM 10  make this two spherical container to weld together, and

11  the soil is put inside and send this back to the earth.

12         And in that case we can study those material

13  without polluting the Mars and also the earth.  So I --

14  I help Dr. Bar-Cohen to develop this kind of a

15  technique.  Dr. Bar-Cohen already working on this

16  probably over ten years or 15 years, but he use the

17  traditional method and it needs a lot of -- it's very,

18  very expansive.  But my technique is pretty cheap.  It's

19  a -- very novel.  So we can use nanomaterial to make

02:00PM 20  that and it will cost less.

21  Q.      So on that particular grant --

22  A.      Yeah.

23  Q.      -- application, you did a proposal.

24  A.      Yes.

25  Q.      Did you try to include any scientists from

1    China?

2    A.         No, for this one, I don't, because this one is

3    their -- their -- NASA.  I developed in UTK.  We don't

4    want to let the other people involve those.

5    Q.         And did you have to sign or assure NASA on the

6    NASA restriction?

7    A.         Yeah, later on, I understand, but by that time,

8    I still don't know that.  But when I write

9    the -- prepare this second, the proposal to the

02:01PM  10    Dr. Bar-Cohen, this one without the China Assurance

11    letter.

12    Q.         Well, what does that mean, "without the China

13    Assurance letter"?

14    A.         That mean, you know, for those kind of letter,

15    it should be the research office.  They need to do the

16    check of the federal law, state law, and the university

17    regulations.

18         So for the regular faculty like me, we fully

19    focus on technical side.  Also, I relied on my research

02:02PM  20    office, UTK research office, to explain to me the law,

21    what a -- which kind of law it is, which kind of

22    regulation it is.

23    Q.         Did anybody talk to you about the NASA

24    restriction on that project?

25    A.         No.  And I only talked through the Drew

1  Haswell.

2  Q.        Okay.

3  A.        But I should say, I got another PowerPoint

4  presentation from the Tammy Johnson -- she is from our

5  department, the business manager -- in September 2016.

6  That language is the same as Drew Haswell explained.

7  Q.        So Tammy Johnson sent you one of those bright

8  orange, little training manuals or presentations; is

9  that right?

02:02PM  10  A.        Yeah, it's called a Program and Project

11  Development.  That's the training -- I mean, that are

12  currently in their -- yeah, it's proposal and budget

13  development.

14  Q.        Is this it here on the screen (indicating)?

15  A.        Uh-huh.

16            MR. LOMONACO:  Have we introduced this already?

17  I think we did.  If we haven't moved it, Your Honor --

18            MR. PARSONS:  We have.

19            MR. LOMONACO:  Okay.  So why don't you go down

02:03PM  20  into the point where it talks about NASA.

21  BY MR. LOMONACO:

22  Q.        Now, when you got this, was it before or after

23  you submitted the proposal on the JPL subcontract in the

24  fall of 2016?  Did you get this before or after the

25  proposal submission?

1   A.       This one almost the same -- let's see.

2   September. I think it was probably the same month.

3   Same month, yeah.

4   Q.       And you see here where it says, "UT always

5   includes an amended NASA China Assurance document." Do

6   you see that?

7   A.       Yes.

8   Q.       But there was not one included on that proposal

9   to NASA, was there?

02:04PM  10   A.       Yes.

11   Q.       Yes, there was not?

12   A.       I'm sure there is no assurance letter because

13   the -- for some reason, there also the -- what did they

14   send me, a copy to me, yeah.

15   Q.       Okay. And the second sentence says, "The

16   language on the assurance letter indicates we do not

17   view faculty, staff, and students to be entities of

18   China." So that was the same thing that Drew Haswell

19   told you; right?

02:04PM  20   A.       Yes.

21   Q.       All right. So when you made that second

22   proposal -- that's actually the proposal that is one of

23   the counts in the indictment; correct?

24   A.       Yes, that's the first charge that -- I mean,

25   the first NASA grant to charge it to me.

1    Q.        In other words, in the indictment, you are

2    charged with tricking and deceiving or committing fraud

3    willfully, knowingly deceiving NASA into believing that

4    this proposal was okay, basically?

5    A.        Yes.

6    Q.        And it was this proposal that we're talking

7    about that they say you tried to commit fraud; right?

8    A.        Yeah, that's -- yeah.

9    Q.        Did you try to commit fraud?

02:05PM  10   A.        No, I never.

11   Q.        Did you try -- did you try to hide anything

12   from NASA?

13   A.        No.

14   Q.        Did you even know what the NASA restriction

15   was?

16   A.        I still don't know.

17   Q.        We don't understand it, do we?

18   A.        Yeah.

19   Q.        I take that back.  Sorry.  My opinion doesn't

02:05PM  20   count right now.

21             Okay.  So you ended up getting the grant; yes?

22   A.        Yes.

23   Q.        How much money was the grant for?

24   A.        This one is totally 6,000.

25   Q.        6,000?

1       MR. PARSONS:  60.

2   BY THE WITNESS:

3   A.      60.  Oh, I'm sorry.  Yeah.

4   BY MR. LOMONACO:

5   Q.      60.  Okay.  And so NASA gave UT $60,000 in

6   increments?

7   A.      The -- for the grant, the one that granted it.

8   For me, it's the -- just me as a project, it costs so

9   much money.  But UTK probably bill them their step by

02:06PM 10  step.  But those is behind me.  I never touch the --

11  those are the billing docs.  They did not involve me.

12  Q.      You saw the government introduce a bunch of

13  documents, one after another --

14  A.      Yeah.

15  Q.      -- with the nice lady from, I guess, NASA there

16  saying that they paid so much, then they paid some more

17  month after month --

18  A.      Right.

19  Q.      -- until it was paid?

02:07PM 20  A.      Yeah, I should see -- when UTK bill -- bill the

21  JPL, they probably also copy to me.  I see that.  Yeah,

22  probably they also copy to me, but it's not my duty to

23  involve the financial side.

24  Q.      Did you get any payment?

25  A.      Yes, for this one, if we checked the government

1    last invoice, they clearly show I got the $1,400.

2    That's because I use my summertime to contribute to this

3    project.  All the left amount, it goes to the UTK.  So

4    my part is about 2.5 percent.  So mainly the grant to

5    use is usually to support the UTK student.  So UTK

6    student.  And other is for the UTK F&A.  So UTK take

7    the --

8    Q.      So approximately how much would the student get

9    out of that grant?

02:07PM  10   A.      Student get over -- let's say something like

11   30- -- 35,000.

12   Q.      And what's -- that's paying the student's

13   tuition or room and board, or both, or what?

14   A.      Both.  Three parts.  When we apply for this

15   project, we ask Dr. Bar-Cohen, he have to support one

16   full-time Ph.D. student, and that means we have to pay

17   this Ph.D. student's salary, tuition, and benefits.

18   Benefit means insurance.

19   Q.      Did you say PA student?

02:08PM  20   A.      Ph.D. student.

21   Q.      Ph.D.?

22   A.      Yes.

23   Q.      Okay.  So as you're doing your proposal on the

24   NASA grant, is your budget department negotiating with

25   how much they should get paid for the grant and say

1  you've got to pay for students; is that all negotiable?

2  A.      Yes.

3  Q.      You're not involved in that; right?

4  A.      No, no, I involved.  In fact, I talk with

5  Dr. Bar-Cohen talking about -- he say, you know, "I need

6  you locate the one Ph.D. student for this project."  I

7  tell him roughly the number.  Once he say, "Yeah, okay,"

8  then you need to give me the clear project.

9  Q.      Who was the Ph.D. student on this?

02:09PM 10  A.      The Dr. Denzel Bridge.  He already graduated.

11  That's the reason I call him.  He is my first-step Ph.D.

12  student.  Right now he serving in California Navy Guard

13  place.

14  Q.      Naval Guard?

15  A.      Navy.  Navy Guard, yeah.

16  Q.      And he's an American?

17  A.      He's American.

18  Q.      Okay.  So when you got that proposal submitted,

19  it was in September; is that right?

02:09PM 20  A.      I think it was in September.

21  Q.      Did you know that you were going to get any

22  money from that proposal?

23  A.      Yeah.  You know, like those, we --

24  Dr. Bar-Cohen said he really want to fund me.  So those

25  is not go outside of the review.  It's usually inside of

1    the review.

2    Q.        No, I mean, any money to go into your own

3    pocket.

4    A.        Oh.  This is one we just talk.  I only get

5    1,400.

6    Q.        But when you submitted it in September --

7    A.        Yeah.

8    Q.        -- you had to work the next summer --

9    A.        Yeah.

02:10PM 10   Q.        -- to get the money; right?

11   A.        Yes, next.  Yeah, until the --

12   Q.        So when you submitted it in September, did you

13   think you were going to get paid anything for sure or

14   not, or did you know?

15   A.        No, I don't know.  Yeah, once we -- we have to

16   wait that the money arrive to UTK.  Then we can start

17   the work; we can spend the money.

18   Q.        Okay.  So your intentions on submitting this

19   proposal was not to make money?

02:10PM 20   A.        Yeah, honestly, you know, I help NASA and also

21   I help the big -- relatively big -- it's not very big --

22   from the DOE.  So Department of Energy from Oak Ridge --

23   Oak Ridge National Lab.  So I -- I mean, I'm in -- a

24   total month is something like 500 salary.  It's at least

25   five times bigger than their NASA -- I mean, to NASA put

1    together.  So when we are working for the NASA, I really

2    honestly serve the NASA.  I never wanted to cheat, to

3    defraud.  Through the work, I really learn since I was

4    indicted.

5            So, for this project, as we already see,

6    Dr. Bar-Cohen really needed me unique for technical.  He

7    also ask me -- I mean, "You need explain why I need to

8    fund you, not other university professor.  You need to

9    tell me.  I know you have this special technique.  You

02:11PM  10   need to draft me a paragraph, see if your technique fit

11   in my proposal."

12           MR. MC KENZIE:  Objection, Your Honor.  He's

13   testifying about what someone else should do as opposed

14   to events that he recalls.

15           MR. LOMONACO:  I think he's just trying to --

16           THE COURT:  We'll keep going.  I'll overrule

17   the objection.  The jury can be mindful of the context

18   in which the response is being given.

19   BY MR. LOMONACO:

02:12PM  20   Q.      So, now, after this proposal, there was another

21   NASA proposal; is that correct?

22   A.      Yes.

23   Q.      And when was that?

24   A.      That's -- once this proposal -- even this

25   proposal -- oh, no.  I mean, even in this, the JPL

1    project before they're finished and I involved in second

2    one.    That's their UTK research office tried to help the

3    faculty to get their collaboration from the Marshall

4    Space Flight Center.    They organized the meeting.    And

5    on the -- each side, they have their -- NASA have their

6    scientists and UTK have eight faculty.    I'm one of that.

7    We start from phone chatting, see and explain each and

8    what's our interest and looking for the overlap

9    interest.

02:13PM 10   Q.       Okay.    Back up and make sure everybody explains

11   what you're talking about.

12           Was this a meeting to do a proposal or just

13   a -- what kind of meeting was it?

14   A.       This meeting is just called potential

15   collaboration meeting.    It's to try to both sides know

16   each other, and they're looking for we can support each

17   other.

18   Q.       Who is at the meeting?    I mean, what parties

19   were there?

02:13PM 20   A.       The eight faculty from UTK side, eight

21   professor from UTK side, and about the six research

22   scientists from the Marshall Space Flight Center.    So we

23   joined the teleconference and talk, introduce each other

24   and what -- focus on -- I told to them what my special

25   technique I can contribute or what I'm interested in.

1    Q.        So then what happened?

2    A.        After that, I think probably that's the only

3    one output from that meeting is Curtis Hill sent --

4    maybe the second day or third day -- email me, say,

5    "Anming, I'm interested in your research field.  I want

6    to collaborate with you."  That's the first time I know

7    their --

8    Q.        So somebody from NASA or --

9    A.        From the Marshall Flight Center, NASA.

02:14PM 10    Q.        Reached out with you and said they wanted to

11    collaborate on the proposal?

12    A.        That's correct.

13    Q.        So did you start writing a proposal?

14    A.        No, not yet.  And he say, "I'm interested in

15    your research.  Can you send me some documents?"  I send

16    him my paper and some documents to Curtis Hill.  And he

17    review that, and he say, "Okay.  So I really interested

18    in your field."  Like, he proposed, "Let's find a time

19    that I come to the UTK campus.  I want to look at your

02:14PM 20    lab."

21    Q.        Okay.  At this time, did you try to involve

22    anybody from China in this project?

23    A.        At that time, I have their -- probably I have

24    the three visiting students in my lab that's from China.

25    But I think at that time probably no student from BJUT,

1  but from other university, Chinese university.

2  Q.        Was that a problem?

3  A.        I don't think it's a problem because, you know,

4  by the UTK, we see if you have the -- any project, if it

5  prohibit all the sensitive, you need to well separate

6  it, but at that time, I don't have -- I have JPL, the

7  program, but it's only the Denzel Bridge working on

8  that.  So that project only support one student.  So

9  nobody involved that.  So then we are talking the second

02:15PM  10  one.  I mean, it's Bar-Cohen.  But, no, Curtis Hill

11  reached me.  But at that time, we not talk about the

12  proposal.

13  Q.        But as far as this second one with Curtis Hill,

14  did you have any students work on that one?

15  A.        Something like that.  He visited my lab.  I

16  introduce each student to him and each student present

17  to him, including the visiting student, and we -- he

18  doesn't see -- tell me anything.

19  Q.        Who is that?

02:16PM  20  A.        Curtis Hill from --

21  Q.        Curtis Hill came?

22  A.        Yeah, from the Marshall Flight Center.

23  Q.        He met your students?

24  A.        What?

25  Q.        Did you introduce your students to him?

1    A.        Yeah, all the students, including the UTK.

2    Even Denzel Bridge.

3    Q.        Did you have any visiting students working with

4    you at the time?

5    A.        Yes, I have, I think, three visiting students.

6    Q.        Okay.  Did any of them end up working on the

7    project?

8    A.        No, those are the visiting students working on

9    the other project.

02:16PM  10  Q.        Okay.  So did you deliberately keep them from

11   working on the project?

12   A.        No, I never involved those students into the

13   NASA project, because when Curtis come, he not see which

14   part.  At that time in my lab I have parallel.  I have

15   something like five projects working on.  Basically each

16   Ph.D. student is working on one direction.  So I don't

17   know which direction he's really interested.  He not

18   tell me.

19   Q.        I see.

02:17PM  20  A.        And, yeah, I introduce each student to the

21   Curtis Hill.  Very brief.  I mean, he say, "Oh, I mean,

22   you have this technique.  I want to send you some of

23   their ink that you test."  That's the -- but we do have

24   any NASA project at that time.

25   Q.        So you were testing some ink for a JPL project

1  or JPL without a contract of any kind?

2  A.      Those -- JPL, we have a contract, but with the

3  Marshall Flight Center, we don't have a project.

4  Q.      Were you doing that work for free?

5  A.      Yeah, I do voluntarily for the Curtis Hill.  We

6  do this work about almost the two years, and he always

7  tell me this is a chance, but that chance, but we not

8  write it up proposal until 2000- -- after summer 2017,

9  after I volunteer work for him for over one year, and he

02:18PM  10  see.  He see there is a proposal opportunity we write.

11  Q.      Okay.  And so tell us about that proposal that

12  you wrote.

13  A.      Yeah, that's the 2017.  So, in the summer, and

14  Curtis Hill told me that there is a -- called the Early

15  Career Initiative, NASA Early Career Initiative.  That's

16  funded the young NASA scientists, and they can allow

17  them to corroborate with outside the U.S., the

18  university.

19          So Curtis Hill thinks that I can help.  And I

02:19PM  20  further introduce the -- my -- the Oak Ridge sponsor to

21  involve the -- yeah.

22  Q.      Okay.  So that's the CAN project?

23  A.      No, this is before the CAN project.

24  Q.      Okay.  Did this one get approved?

25  A.      No, we write that.  We submit.  UTK as the

1    subcontractor, again, has a subcontract from the ECI

2    proposal.  ECI is the --

3    Q.        Let's talk about the one that got approved.

4    A.        Yeah.  So after this, Curtis Hill push me.

5    Say, I mean, we need to do CAN.  And -- but before CAN

6    means we have to do one-to-one.  It means, you know, if

7    NASA give their -- UTK one dollar, UTK need to match

8    that one dollar.  So that's called a CAN.  And that

9    means I have to secure the 50 percent from the UTK side.

02:19PM 10   Q.        Okay.  Now, this would be considered a NASA

11   proposal; correct?

12   A.        Yes.  It's a -- one kind of NASA proposal.

13   Q.        All right.  And you worked on writing the

14   proposal?

15   A.        2017, before we not write because I have other

16   proposal.  I don't have time to write.  Until I see -- I

17   first get the money.  You know, UTK see I can -- we can

18   match your 50 percent.  After that.  But I don't have

19   time to write the proposal.  Curtis Hill mentioned that,

02:20PM 20   "Let's do the next year spring."

21   Q.        2018?

22   A.        Yeah, 2018.  When the CAN come in May,

23   May 2018, that's the spring call for the CAN.

24   Q.        Now, the FBI came and talked to you?

25   A.        Yes, that's exactly I told the FBI agent, I

1    have the two NASA proposal needed to write.

2    Q.      Let me ask the question; okay?

3    A.      Sorry.

4    Q.      That's what I was going to ask.  Did you have

5    any -- no, April 2018, they came to talk to you; right?

6    A.      Yes.

7    Q.      And so you had two proposals at that time that

8    you were trying to put together; right?

9    A.      Yeah.  So I needed to -- yeah, I --

02:21PM 10   Q.      Two NASA proposals?

11   A.      Two NASA proposals I needed to prepare.

12   Q.      And you told that -- who did you tell that to?

13   A.      The FBI.  The Sadiku and Laura Slatton.  At

14   that time, I don't even know they're agent.

15   Q.      Tell us about that day.

16   A.      That's about April 18, if I remember correctly,

17   2018.  And he -- he -- they two come to Monday

18   afternoon, I think, when I needed to go leave for class.

19   They stop me.  Say, I mean, "We are FBI.  We need to

02:21PM 20   talk to you."  I say, you know, after five minutes, I

21   needed to go to class to teach.  I say, "Is it possible

22   you come second day to meet me and talk with me?"  They

23   say, "Okay."  They come on the second day morning.

24   Q.      What did they ask you?

25   A.      The -- first introduced themselves and they

1   show me their -- the name card.  And, you know, after

2   that, even I get really nervous.  I don't know what

3   happened.  I told my department head, Matthew Mench, I

4   say, you know, "The FBI come to talk to me, but I have

5   class to teach.  I didn't talk with them.  I don't know

6   what's reason."  Dr. Mench asked me, "Why?"  "I don't

7   know."  I say, "They come tomorrow morning."  They say,

8   "Okay.  You go ahead and talk with them."  That's -- I

9   don't know what's reasons.  So I wait for them and talk.

02:22PM 10  Q.      So what did they want?  What did they say to

11  you when they came in?

12  A.      Yeah, they come to see the -- "Are you a

13  Thousand Talents Plan member?  Do you know the plans?"

14  He show the -- a lot of documents.  I said, "I'm not in

15  their Thousand Talents Plan."  Then they ask, "Do you

16  know if there are any people in the Thousand Talents

17  Plan?"  I say, "I don't know."

18  Q.      So they asked you if you knew any of them,

19  anybody else?

02:23PM 20  A.      Yeah, they asked me, "Do you know any other

21  people is the UT professor that is in the Thousand

22  Talents Plan member?"  I say, "I don't know."

23  Q.      Did they joke with you or argue with you about

24  being a member in that plan?

25  A.      Yeah.  So, you know, after that, I say, "I'm

1    not in the Thousand Talents Plan."  He say, "No, you are

2    so smart," you know.  "You are" -- "You should be in the

3    Thousand Talents Plan," you know.  I said, "No, I'm not

4    smart" -- "so smart enough."

5    Q.        So did they ask you to do anything?

6    A.        Yeah.  But I told him -- oh, I think the FBI

7    show me the -- the poster that is the seminar I did in

8    China.  They say, "What's this?"  You know, I say,

9    That's the seminar poster."

02:23PM  10  Q.        So where did he get the poster?

11   A.        I really don't know.  I think they probably get

12   it from website.

13   Q.        So they brought it with them?

14   A.        Yeah.  After they ask me, I say I'm not, they

15   say, "Okay.  What's this?"  Like that.  They bring a lot

16   of material, ask me one by one to say, "What's that?"

17   Q.        Okay.  And did you answer their questions?

18   A.        Yes.

19   Q.        Okay.  And did they ask you about the poster?

02:24PM  20  What did they ask?

21   A.        Yeah, they ask on the poster, "What's this?

22   Can you explain this?"  I say, "This is the one seminar

23   I did in China."

24   Q.        That you did?

25   A.        Yeah, I did -- I did the -- that probably was

1   one year before that I did.

2   Q.      Was your name on the poster?

3   A.      Yes, there is my name.  Probably even have my

4   picture.  I cannot remember.  But what I remember is one

5   of the poster about my seminar.

6   Q.      So it was a seminar?

7   A.      Yeah.

8   Q.      And where was it held?

9   A.      No.  I think it is -- those are the seminars.

02:24PM 10   Every summer I try to present in a different university,

11   even in the U.S. and other university.

12   Q.      Why do you do that?

13   A.      That's -- you know, as a professor, we mainly

14   use the summertime to visit the different universities

15   or institutes, and we need to know the people, to build

16   the social networking and also present ourself to other

17   people, let them know what we can do, and we

18   can -- another way through this seminar, I can also

19   learn from other research scientists.

02:25PM 20   Q.      So is that encouraged that you go to those

21   seminars?

22   A.      Yes, definitely.  That's a -- that's the

23   university encourage.  That also is the common activity

24   in the academic side.

25   Q.      For the scientists to do that kind of thing?

1    A.       Yes, yes.

2    Q.       So where was this seminar that you had gone to?

3    What city?

4    A.       That's the -- I think that's the Nanjing,

5    university in Nanjing.  Not Beijing.  You know, Nanjing

6    and Beijing is a different Chinese city.

7    Q.       Yeah.  So they asked you about the poster, and

8    what did you tell them?

9    A.       I just say that's one of my seminar I do in

02:26PM  10  China, and the -- every year I do the -- several like

11   those.

12   Q.       How many other countries have you gone to to

13   give seminars?

14   A.       Usually, you know, I -- before I joined the

15   UTK, I already build some relations with the --

16   certainly from Canada because I get educated in Canada.

17   I also have the relationship with Japan, Germany, and

18   Spain.

19   Q.       Germany --

02:26PM  20  A.       Yeah.

21   Q.       -- and Spain?

22   A.       Yeah.

23   Q.       Have you done seminars in those countries?

24   A.       Yes.  You know, even I can speak German.

25   Q.       Really?

1    A.        Yes.

2    Q.        Anyplace else?

3    A.        China, of course.

4    Q.        Okay.

5    A.        Yeah.

6    Q.        All right.  Because you can speak Chinese?

7    A.        Yes.

8    Q.        And so they talked to you about that.  Did they

9    ask you to do anything?

02:26PM  10    A.        Yeah.  So FBI asked me, "Do you" -- "Do any

11    foreign countries support you or finance you to travel

12    to there, give a seminar, or do they pay your flight or

13    the hotel?"  Like those.  Especially they ask me, "Do

14    the Chinese company or Chinese government pay you the

15    flight to China?  Or I see -- in fact, that he come

16    to the -- that's April.  I go to the invitation in

17    February.  That's from China, one of the Chinese -- the

18    one conference in China.

19    Q.        Okay.  Let's talk about some of these -- some

02:27PM  20    of these seminars that you go to.  You give speeches;

21    right?

22    A.        Yes.

23    Q.        And do sometimes you get your -- your expenses

24    paid to go to those?

25    A.        Yes.  Usually, you know, that's dependent on

1    their professor, their experience, you know.  Like the

2    agent -- like me, I mean, usually people, they not

3    pay -- pay me that, but I still want to do because I

4    need to let people know me.  But like Dr. Babu, he got a

5    lot of recognition.  He will -- a lot of people want to

6    invite him because he's a famous guy.  So I'm not a --

7    Q.       Would that be one of your goals is to get

8    well-known --

9    A.       Yeah.

02:28PM  10    Q.       -- with the international science community so

11   that they can fly you around instead of UT having to pay

12   for it?

13   A.       Yeah.  So, like those, if I get an invitation,

14   people willing to pay me, that means it's usually good.

15   So that means I already build my reputation in that

16   field, I mean.

17           So I told this to the UTK, my department head.

18   He felt, "Okay, Anming, as an assistant professor, you

19   can be invited to be the primary speaker."  Because the

02:28PM  20   people that attend at a conference and only four people

21   being invited by primary.  That means that I really

22   reach the top of that level.  So you see this is really

23   good.

24   Q.       Okay.  So this seminar in February where you

25   heard about it, they had offered to fly you there?

1   A.        Yes.  They say, "If you come to give our" --

2   "the primary" -- "the talking, we plan to pay your

3   carrier fee and also the hotel cost and the local

4   costs."

5   Q.        And you told that to the agents; right?

6   A.        Yeah, I told them, because he ask me.  I say,

7   "Yes, I got."  And even the second day, I even forward

8   the invitation to him.  "That's the invitation."  But I

9   told him.  I told that to FBI.  I forwarded the email to

10  FBI.

11  Q.        The invitation email?

12  A.        Yeah, with the invitation letter.

13  Q.        You were completely open and honest with him?

14  A.        Yes.

15  Q.        You answered all their questions?

16  A.        Yes, I answered all their questions.  I think

17  only they question me over one hour, and after that he

18  say, "I mean, don't worry.  So I try to protect you."

19  And then he say, "For special for this conference in

20  China," he say, "Anming, before you go, come to my

21  office, talk with me, and when you come back, come my

22  office and talk with me."

23  Q.        So before you -- when you come back, go and

24  talk to him again?

25  A.        He say -- ask me, "When you come back, come to

1    see me.  Tell me who meet you.  What did they ask you to

2    do?"

3    Q.        This is Agent Sadiku that did this?

4    A.        Yes.

5    Q.        When he said, "Don't worry, we will protect

6    you," was that before he asked you to go?

7    A.        That's -- that's the -- I think it's during the

8    conversation he told me he want to protect me.

9    Q.        Did you know what he meant by that?

02:30PM 10    A.        He meant because he just imagined that in the

11    beginning, he say he's looking for the Thousand Talents

12    Plan.  I say I'm not.  But I told him I had a short-term

13    plan in the BJUT.  Yeah.

14    Q.        You told him about your part-time job over at

15    BJUT?

16    A.        Yes.

17    Q.        You told him about your affiliation or your

18    NASA grants that you were trying to get?

19    A.        Yeah.  I say I prepare the two NASA grants.

02:31PM 20    Q.        I'm sorry.  I might have cut you off.

21    A.        Yeah.

22    Q.        What was your understanding about why he was

23    going to protect you?

24    A.        He told me that he want to protect me.  He say,

25    "We come to university, talk with the professor.  We try

1   to protect you."  Means like the people like me, I mean.

2   Q.        People like you?

3   A.        Yes.  No, I mean, similar like me.  It's not

4   me.  Like me.  He just wants to protect me; right?

5            That's what you told me.

6   BY MR. LOMONACO:

7   Q.        Okay.  So after that meeting, did you decide to

8   go to the seminar?

9   A.        Yeah, I -- even during the seminar, I told him,

10  "That's an invitation."  I not say I will go.  But he

11  says, "You" -- "Before you leave, you talk to me and

12  come back and you talk with me."  I say, "I've not said

13  I will go."  Because I have the right -- I send him the

14  email.  I see after the couple days of thinking, I don't

15  want to go.  "Do I still need to come to your office?"

16  He not answer me from that, after that.

17  Q.        Okay.  So you sent him an email asking if you

18  needed to go to see him, and he didn't respond?

19  A.        I say, "I will not go.  Do I still need to come

20  to see you?"  He not answer me.

21  Q.        Okay.  Now, there was another NASA grant that

22  you got that is the subject of the next fraud charge in

23  this case; right?

24  A.        Yeah.  So after the -- I worked with the Curtis

25  Hill after over one or one-and-one-half year, and we

1    write this CAN, and he said, "I mean, you really need to
2    work on this.  We really want to collaborate together.
3    I really like what you did."  And he give me the -- a
4    lot of the encouragement.  Because I don't want to work
5    on it because at UTK, I have to contribute 50 percent
6    money.  That means that, you know, for the second
7    project, because I'm the young faculty at UTK, I have to
8    contribute my summertime.  For the CAN project, there is
9    totally $50,000.  I contributed my salary -- or some
02:33PM  10   salary, plus benefit.
11   Q.          What does that mean?  I mean, NASA pays
12   50 percent?
13   A.          NASA pay 50 percent.
14   Q.          And you yourself pays 50 percent?
15   A.          UTK pay 50 percent.  I mean, you have to
16   contribute your summertime.  That means I worked
17   voluntarily.
18   Q.          Okay.  So that's how you contribute yourself.
19   How much voluntarily did you contribute?
02:33PM  20   A.          I contributed one months of classes, one week
21   or two weeks.  That's the -- what you called the value
22   is about 2,800 U.S. dollars.
23   Q.          So you didn't take that out of your pocket?
24   A.          I didn't contribute anything.  I worked for
25   free for one, one-and-a-half months.

1    Q.        Now, let's talk about the application process;

2    okay?

3    A.        Yeah.

4    Q.        Was there an assurance letter?

5    A.        This one, again, there is no assurance letter.

6    Q.        So nobody showed you the assurance letter that

7    their training manual said they were supposed to show it

8    to you?

9    A.        Nobody to -- yeah, nobody to see the assurance

02:34PM  10   letter.

11   Q.        And I think we've introduced that proposal, and

12   it doesn't have an assurance letter on it, does it?

13   A.        That's correct.

14   Q.        And when you were making that application, did

15   anybody talk to you about, "Oh, Anming, tell us about

16   your collaborations with China"?

17   A.        Nobody ask me like that.

18   Q.        Did you think that you were violating the NASA

19   restriction at all by making an application?

02:35PM  20   A.        No.  Because, you know, the -- when

21   Dr. Bar-Cohen -- we only talk about the China Assurance

22   one time with the Drew Haswell.  After that --

23   Q.        Because of the letter; right?

24   A.        Yeah.  And after that, so Dr. Bar-Cohen still

25   come to me and we work together for the first NASA

1 project. And I think what I understand is that if I not

2 involve with a China institute for their funding of the

3 grant, that's okay. I didn't -- I would not violate

4 their China restriction.

5 Yeah, it's not me myself, finish or something,

6 but what I understand is for the funded money, I cannot

7 spend that money. It's not that I spent. UTK cannot

8 spend for their China collaboration.

9 Q.       That was your understanding?

02:36PM 10 A.       That's my understanding, yeah.

11 Q.       Okay. So when you made this grant and started

12 working on it, every year you had to fill out your

13 conflict of interest form or your Outside Interest

14 Disclosure Form? Do you know what we're talking about?

15 A.       Yes. So I imagine before every year, UTK

16 evaluate each faculty to evaluate if the material is

17 based on what we report. That's a true form. What do

18 you manage? One form of that. That's called our UTK

19 Outside Interest Disclosure Form. But we have another

02:36PM 20 form called Faculty -- Faculty Annual Review Activity

21 Report. It's submitted simultaneously.

22 Q.       Okay. And so you've got two disclosure forms.

23 A.       Yes.

24 Q.       One is the one that the government is accusing

25 you of defrauding NASA with.

1    A.        Yes.

2    Q.        And what's the other one?

3    A.        Another one is called Faculty Activity

4    Report -- Annual Report.

5    Q.        And we've shown some of those, too, in this

6    case?

7    A.        Yes.

8    Q.        What do you normally report on that?

9    A.        That's every -- the fall, we need to fill in

02:37PM  10   this form and the past year what we did, and it include

11   the teaching, research service.  Each detail, we need to

12   put it in that form.  That is an eight-page.  And the

13   conflict of interest, they allowed us to self identify

14   the interests.  If we have an interest, we disclose.  If

15   we don't have, we not fill out that form.

16   Q.        Did you think you had an interest?

17   A.        No, I don't think I have any interests.

18   Q.        Did they --

19   A.        Conflict of interest.

02:37PM  20   Q.        Conflict of interest.

21   A.        Yes.

22   Q.        And how did you learn about the conflict of

23   interest when you came to UT?

24   A.        Yeah.  That's when I arrive at UT, I got a

25   short-term orientation.  They're giving me the faculty

1   handbook.  They say, "If you need to understand UTK

2   policy, you need to read this book."  And it's a thick

3   book.  I take time to read it.  Not over the two, three

4   days.  I really read it later on.  But I already fill in

5   this disclosure form during that orientation.  That's by

6   handwriting.

7   Q.        Okay.  So -- I'm sorry; I was talking to

8   Mr. Ginny here, but did you say that you reviewed the

9   faculty handbook?

02:38PM  10   A.        Yeah, this one is a -- it's not the 2019.  At

11   that time, they issue -- we probably usually have the --

12   Q.        Well, let's look at this one and see if it

13   doesn't have the same language as the one you looked at;

14   okay?

15   A.        I don't think that they changed too much.

16   Probably a little bit of detail, yeah.

17   Q.        You heard Professor Zomchick say it takes quite

18   a bit of effort to change the wording in this; right?

19   A.        It could be, but this is what I know.  But I

02:39PM  20   think most the same.  They keep the same.  Those

21   sentences they seldom to make a significant change,

22   yeah.

23   Q.        So this chapter is called Compensated Outside

24   Services.  What does that mean to you?

25   A.        The outside of what -- I understand is not

1    means of UTK.

2    Q.        What does "compensated" mean?

3    A.        Compensated means that, you know, if we do

4    something, we yield something, that's called a -- if

5    some people, I mean, their compensate -- compensate

6    basically is to give some money for all of their --

7    Q.        Pay?

8    A.        Okay.  Yeah, pay.

9    Q.        Paid outside services?

02:39PM 10   A.        Yeah, correct.

11   Q.        So Section 7.1 here says -- it's talking about

12   full-time faculty members.  It says they agree to devote

13   themselves to UT's mission of teaching, research, and

14   public service -- safety -- service.

15   A.        Yes.

16   Q.        This is similar to the policy manual, isn't it?

17   A.        Correct.

18   Q.        A hundred percent commitment to normal

19   university duties.  Did you do that?

02:40PM 20   A.        Yes.

21   Q.        Did you -- did you perform your university

22   duties to the best of your ability a hundred percent of

23   the time?

24   A.        Yes.  That's the -- that's so the UTK can check

25   whether I satisfy this requirement is through the annual

1    activity report.  Like teaching every year, the nine

2    months, I have to teach three course.  They will

3    evaluate that.  So all about that.  Not only in

4    teaching, also research and service.

5    Q.       And speaking about fulfilling commitments, when

6    you performed on the first NASA project, was it

7    completed?

8    A.       Yes.

9    Q.       Did you have milestones you had to complete?

02:41PM 10   A.       We -- for that one, we don't have the

11   milestones.  We just did our -- we just have the final

12   technical report because their target is very clear.  So

13   I have to reach that, the targets, I mean, within a

14   certain time.  We reached that, the target, and we make

15   a report and submit to the Dr. Bar-Cohen, yeah.

16   Q.       So you met the -- you met the requirements?

17   A.       Yeah.  So for that one, in fact, I know I

18   already.  He also agree.  But after I send the technical

19   report, he say, "Looks good.  Thank you very much."  We

02:41PM 20   finished, that means.

21   Q.       So you believed they got what they paid for?

22   A.       Yeah, definitely.

23   Q.       Okay.  So getting back to commitment of UT

24   duties, let's go here where it says, "The university

25   encourages the faculty to engage in consulting and other

related outside services which are associated with an

individual faculty member's appointment and which

develop his or her professional expertise."  Would that

be like going to these seminars and symposiums and

things like that?

A.      Yeah, that's correct.  I think this is --

imagine also included volunteer, you know.  Some -- a

lot of, I do their seminar as a volunteer.

Q.      Would it include writing papers and publishing?

A.      Those usually -- it's not considered write

paper, but if we write a book, like a teaching, like

those are considered -- you know, is outside service.

But as of -- their research paper is my job for the

research.  I needed to do like that category.

        MR. LOMONACO:  Go up to -- put General

Principles on there.

BY MR. LOMONACO:

Q.      So this Section 7.2, paragraph 1 says,

"Full-time members appointed to the University of

Tennessee must devote themselves to the university's

mission of teaching, research, and public service."

You've already said that you did some things free for

the university?

A.      Yeah.  You know, like the -- during the summer,

if I hold a seminar for the high school student and high

1    school teachers.  Every year, summer, I do for the

2    Knoxville County, the high school student and the

3    teachers.  Like I do free work, volunteer work.

4    Q.       So it says, "While compensated outside

5    activities may be valuable for both faculty and

6    university, the primary responsibility of a faculty

7    member is to fulfill the teaching research scholarship

8    creative achievement and service commitments of his or

9    her full-time employment to the university."  Do you

02:44PM   10   feel you did that?

11   A.       Yes.

12   Q.       And, "Faculty members have a responsibility not

13   to undertake external activities that substantially

14   burden or interfere with commitments to the university."

15   Now, here they're talking about taking on other

16   commitments, external activities, that substantially

17   burden; right?

18   A.       Yeah.

19   Q.       So does that indicate to you that there may be

02:44PM   20   some things you can do that won't substantially burden

21   the university?

22   A.       Yes.  You know, if I -- if I commit too much

23   time to outside, or, you know, if I working on -- you

24   know, if I not satisfy UTK side for teaching or if I

25   teach it bad, or research, if I not training my student

1  fully, I focus on other things, I think that's called a

2  conflict of interest.

3  Q.       That last sentence in there, it says,

4  "Compensated outside activities must not result in a

5  conflict of interest or a conflict of commitment with

6  respect to the faculty member's university's duties."

7  Now, are they talking mostly about conflicts during your

8  academic year?

9  A.       That's correct.

02:45PM 10  Q.       They're not talking about summer jobs, are

11  they?

12  A.       Those are not considered as a summer.  Summer

13  is our own time.

14  Q.       And you're not -- you're not saying -- well,

15  they're not saying that it interferes with summer

16  or -- you answered my question.  Let me go on.

17          Summertime includes vacation time or

18  Christmastime, too?

19  A.       Yes, yeah.

02:45PM 20  Q.       Okay.

21  A.       Oh, no.  I'm sorry.  I should say national

22  holiday is not included those.  You know, I

23  still -- after three months, I can still have the

24  national holidays as all the others.

25  Q.       So your outside compensated activities are not

1    part of full-time commitments.  They cannot be

2    substituted for commitments of faculty member's

3    teaching.

4              MR. LOMONACO:  Let's go down further.

5    BY MR. LOMONACO:

6    Q.        Okay.  Let go to five here; okay?  "These

7    policy guidelines primarily concern long-term or

8    continuing reoccurring short-term arrangements between

9    faculty members and clients.  These guidelines do not

02:46PM  10   apply to activities such as occasional short-term

11   activities, which are typically not compensated, except

12   for honorariums, which include, but are not limited to,

13   publications," and so on and so forth.  "Does not apply

14   to compensated activities conducted in the summer by

15   faculty who serve in an academic-year appointment."

16   Now, you serve in an academic-year appointment; correct?

17   A.        Yes.

18   Q.        And what is your academic year?

19   A.        Academic year is from fall.  Is usually middle

02:47PM  20   of August and until the second year middle of April,

21   let's say; the end of April sometimes.

22   Q.        But what about Christmas holiday, is that part

23   of it?

24   A.        Christmas, the holidays, not include, and from

25   May, June and July, that's considered the summer.

1    Q.        So it says these -- so any outside activities

2    that you perform are not considered -- or do you

3    consider any outside activities that you perform outside

4    your academic year to be a conflict of interest?

5    A.        No.  No, I didn't see anything I did -- I mean,

6    belong to the conflict of interest according to this.

7    Q.        Was that your understanding back when you first

8    got this handbook?

9    A.        Yes.

02:48PM  10        MR. LOMONACO:  Raise it up higher.  No, the

11    other way.

12    BY MR. LOMONACO:

13    Q.        All right.  Now, this is the specific

14    guidelines; okay?  "Nine-month faculty members are

15    expected to perform university-related activities for

16    nine months; thus, nine-month faculty members should

17    limit their total compensated outside services to no

18    more than 20 percent over their total 100 percent

19    university effort."  What does that mean to you?

02:48PM  20    A.        Yeah, those means even during the academic

21    year, we -- the UTK especially still allow the

22    20 percent time to do the outside other service.

23    Something like that.

24    Q.        Okay.  So could that include sending emails to

25    BJUT?

1    A.        Certainly.

2    Q.        Or counseling students that are over there,

3    even if you're not there?

4    A.        Yes.  That's -- yeah.

5    Q.        As long as it doesn't go for more work than

6    20 percent over your actual nine-month work?

7    A.        Yes.

8    Q.        So if you're working nine months, you can do

9    another 20 percent of that nine months during that nine

02:49PM  10   months; is that your understanding?

11   A.        Right.  That's correct.  That's what I

12   understand.

13   Q.        Knowing that, when you had to fill out your

14   conflict of interest form, what do you think your

15   appropriate answer was for question No. 1, "Do you have

16   employment that" -- the instructions of which say to

17   follow this.  Do you understand what I'm saying?

18   A.        Yes.  I think, also, that, no, even from 2013

19   until 2019, I answered no.  Reason is all my activity is

02:50PM  20   much lower than this limitation.  That's the reason I

21   don't think I needed to report it on the outside

22   conflict of interest form.

23          But those activities, again, I report it in

24   another annual review faculty activity form.  That's

25   there.

1    Q.       So when you were putting that answer down no,

2    were you even thinking about the NASA grants?

3    A.       No.  Yeah, so they're about --

4    Q.       The first time you put it down was what year?

5    A.       2013.

6    Q.       When is the first time you got a NASA grant?

7    A.       I got a NASA grant in 2017 -- yeah, 2016,

8    October.  That's from JPL subcontract, that first one.

9    Q.       When you got arrested, you made some phone

02:51PM 10   calls to your son; correct?

11   A.       Yes.

12   Q.       You've heard the government play them?

13   A.       Yes.

14   Q.       And they pointed out or tried to point out or

15   make an issue of you saying, "Tell your mother I don't

16   have a position"?

17   A.       Yes.  Position, yeah.

18   Q.       What did you mean by that?

19   A.       Yeah.  So I was arrested February 2000- -- I

02:51PM 20   mean, February 27, 2020.  You know, my short-term, the

21   talent plan contract is ended 2000- -- December 2018.

22   So even if I -- yeah, go ahead.

23   Q.       So your short-term talent contract, you're

24   talking about with China?

25   A.       Yeah, with BJUT.

1    Q.        With BJUT?

2    A.        Yeah.

3    Q.        It had a term limit.  I think we've looked at

4    it here before.

5    A.        Yes.

6    Q.        How many -- you had one that -- well, when did

7    the last one end?

8    A.        The last one -- the last one end is

9    December 2018.

02:52PM  10    Q.        All right.  And the government has put a

11    contract for 2019 to 2021 on the screen before; correct?

12    You saw that?

13    A.        Yes.  That -- that one, if you pay attention

14    from government translation, on the cover page I see

15    need to sign after I arrive at the university.

16    Q.        Okay.  And that one was never signed; correct?

17    A.        Last trip to China is December 2017.  I never

18    back to China from beginning of 2018.

19    Q.        Say that again.  When was the last time you

02:52PM  20    were in China?

21    A.        December 2017.

22    Q.        And in order to extend any contract, you would

23    have to go and sign another one; right?

24    A.        Yeah, before the -- that would be at least the,

25    you know, end of 2018 or beginning of 2019, I need to go

1  back to BJUT, for example.  Yeah.

2  Q.      But you didn't?

3  A.      No.  As I mentioned, last one was December

4  2017.

5  Q.      So is that what you meant by saying, "Tell my

6  mother to tell UT" (sic) --

7  A.      Yeah.

8  Q.      -- "I don't have a position"?

9  A.      Yeah.  So that's because of the -- after I

02:53PM  10  arrested and the lawyer told to me UTK -- because I

11  worry about the UTK student.  I have the examination

12  that day.  I mean, my class, over 100 students waiting

13  for me to take the examination.  They arrested me in the

14  morning.  And I told the attorney, you know, "At least

15  you report UTK I was arrested."  They say, "You don't

16  need to worry.  They already suspended you.  I just got

17  their package.  It's very thick."  I say, "What's that?"

18  They say, "You are" -- "You needed to reply to the

19  university within 48 hours; otherwise, we consider you

02:54PM  20  was terminated and you give up all their" -- basically

21  they say, "You need to explain why you are arrested

22  within 48" --

23  Q.      Why you were arrested?

24  A.      Yeah, why you are arrested within the 48 hours.

25  That's when I get nervous.  You know, I said, "I don't

1    have their" -- "any position in China."  So

2    that's -- that's what I say.  You know, I repeat several

3    (unintelligible).

4    Q.        Excuse me?  I'm sorry.

5              Did anybody advise you that you were being

6    accused of having employment in China during that time?

7    A.        At that time that attorney quickly read the

8    indictment, and he give me -- I even -- I even --

9    because before me is one --vthe indictment and one is a

02:55PM  10  very thick, about a 70-page -- 70-page letter.  Included

11   a document from the UTK.  That's the 48 hours I needed

12   to reply.

13             And then I -- they even not give me, just show

14   me, and they send me to jail.  I even don't know what

15   happened.  In jail, I even don't know what did they

16   indict me.

17   Q.        Why were you concerned about telling UT that

18   you didn't have a position at that time?

19   A.        At that time, the attorney, he not explain why

02:55PM  20  you are arrested.  UTK consider you give up to explain,

21   or something like that.  I cannot remember clear the

22   letter.  Basic meaning is like that.

23   Q.        Did you have a chance to read the indictment?

24   A.        That time was a very, very short time.  You

25   know, a lot of the words I don't understand.  You know,

1    that's the first time I -- when the agent arrest me,

2    they -- when they told me you are arrested by the false

3    statement, I can understand false statement.  But when

4    he told me the wire fraud, I really don't know what it

5    means, the wire fraud.

6    Q.        Were you told that your false statement was

7    that you did not have a job at BJUT?

8    A.        Yeah, that's what the -- that's what the lawyer

9    giving me, like, explanation.

02:56PM 10   Q.        That's the court-appointed attorney?

11   A.        Yeah, court-appointed attorney told me

12   you -- because you have a position in China.

13   Q.        Position?

14   A.        Yeah.  They accuse you like that.  You told a

15   false statement and caused the wire fraud to happen.

16   Q.        That's why you were concerned about --

17   A.        That's correct.

18   Q.        -- letting everybody know you didn't have a

19   contract?

02:56PM 20   A.        Yeah, that's -- I think that's -- already I

21   wanted the -- I wanted UTK to know, you know, because I

22   need the teaching, even student awaiting.  UTK not give

23   me any hints of asking like that.

24   Q.        So at any time did anybody look at your outside

25   interest disclosures or your activity reports and tell

1 you that you needed to explain why you didn't put down

2 your affiliations with BJUT?

3 A.     No.

4 Q.     Would you have put them down if somebody told

5 you?

6 A.     I don't think that even I -- you know,

7 basically that's from my guessing.  I -- you know, I --

8 because, you know, nobody ask me.  I mean, every year I

9 reported many times.  That's what I understand.  This

02:58PM 10 form was just a conflict of interest.  Another form is

11 the activity detail.

12 Q.     If there had been a form or a question on the

13 NASA grant about employment in China of any kind --

14 A.     Yeah.

15 Q.     -- would you have deliberately hid that?

16 A.     No, I don't think there are that.  You know,

17 what I understand is:  I cannot in the grant, in the

18 NASA grant, involve the China institute.  So that don't

19 mean that I'm not -- otherwise, you know, Dr. Bar-Cohen

02:58PM 20 or the Drew Haswell should have seen -- or should have

21 tell me I cannot apply.  I wish someone can tell me I'm

22 not qualified or something; stop me.

23 Q.     So you learned that definition of a NASA grant

24 from Drew Haswell and Dr. Bar-Cohen?

25 A.     Yeah, that's from the long -- the several

1  emails.  That's generally what I understand.

2  Q.        As long as you didn't involve somebody in the

3  grant, somebody from China in the grant, that's all you

4  had to do?

5  A.        That's correct, yeah.  That's what I

6  understand, like, based on that.

7           MR. LOMONACO:  21?  Yeah.

8  BY MR. ARROWOOD:

9  Q.        Let me show you Exhibit 21.  I think it's

02:59PM  10  already been marked.

11           How many NSF grants did you have?

12  A.        Roughly, I have probably 15 proposals.  I don't

13  have the -- I only have the one small NSF grant that UTK

14  funded me.

15  Q.        16 proposals?

16  A.        16 proposals, yes.

17  Q.        And is there a section in here where they ask

18  you to expose -- to explain your collaborations?

19  A.        Yes.  If -- can you go to second page?

03:00PM  20           Yeah, like this one is from -- those are from

21  2016.  They ask each proposal.  We have to fill in this

22  form.  This form called Collaborators & Other

23  Affiliations.

24  Q.        Okay.

25  A.        Yeah.

1    Q.        So you've got Bai, Shi here, Beijing University

2    of Technology is the organization.  You've got her --

3    her or him marked as a collaborator, and you worked with

4    him on his thesis, too?

5    A.        Yes, you know, Bai, Shi is the Ph.D. student in

6    the BJUT.  So I marked that as his supervisor, me.  You

7    know, that consider my short-term -- the contract or the

8    position in the BJUT.

9    Q.        And you filled out many of these over the

03:00PM  10    years; right?

11    A.        Almost all I did if I have those affiliations.

12    So not only the BJUT, also other Chinese universities

13    already there.

14    Q.        You've got Harvard up there?

15    A.        Yeah, included the U.S., the other

16    universities.  Harvard.

17    Q.        Canada?

18    A.        Canada.  And Japan, Germany.  A lot of them

19    from UTK, and also they're from the different Chinese

03:01PM  20    universities, as I mentioned before.

21    Q.        A few more from Beijing University?

22    A.        Yeah.

23              MR. LOMONACO:  Excuse me one moment.

24              Okay.  If we can put activity report No. --

25              MR. PARSONS:  2013.

1          MR. LOMONACO:  2013-'14.  What's the number?

2          MR. PARSONS:  2.

3          MR. LOMONACO:  2 on the screen.

4          I'd ask that this activity report for 2013 be

5    introduced as an exhibit.

6          THE COURT:  What's the -- Defendant's

7    Exhibit 2?

8          MR. LOMONACO:  Yes, Your Honor.

9          THE COURT:  It's not been introduced yet?

03:02PM  10          MR. LOMONACO:  Not yet.

11          THE COURT:  All right.  So admitted.

12          (Defendant's Exhibit 2 was marked and received

13           into evidence.)

14    BY MR. LOMONACO:

15    Q.     And just briefly, these are your faculty

16    activity reports you filed every year; right?

17    A.     Yes.

18          MR. LOMONACO:  Go ahead.  Let's find the

19    relevant spots we're talking about here.

03:02PM  20    BY MR. LOMONACO:

21    Q.     Okay.  So, Research.  Journal Publications.

22    When you do a publication, you report what; who you

23    collaborated with?

24    A.     Yeah.  So those are from the publication we

25    reported our -- all the work I do, you know, including

1  UTK work and also outside work.  Those are included, the

2  BJUT student that did the work.  If there is my name, I

3  report that.

4  Q.      Okay.  And here we've got -- let me

5  see -- Manuscripts Submitted.  So these are possibly not

6  quite finished documents; is that right?

7  A.      Yeah, that's correct.  Those is the -- the

8  paper we -- on the preparation.  This is not submitted

9  yet.

03:03PM 10  Q.      Who are these people that are in this report

11  with you?

12  A.      Yeah.  So the first paper is the visiting

13  student from the Nanjing University.  Second one is the

14  student from the BJUT.  The third one is the work from

15  the collaboration with the University of Waterloo,

16  Canada.  Last one is also the -- the three and fourth,

17  both are from University of Waterloo.  Those two

18  students is Ph.D. students that I work with in Waterloo.

19  They're under my supervision.

03:03PM 20  Q.      So when you have visiting scholars from China

21  working --

22  A.      Yeah.

23  Q.      -- in your lab at UT, and you do that

24  consistently year in and year out --

25  A.      That's right.

1  Q.        -- should your supervisors and other faculty

2  realize that you've got collaborations or affiliations?

3        MR. MC KENZIE:  Objection, Your Honor, as to

4  what someone should or should not think.

5  BY MR. LOMONACO:

6  Q.        Does that demonstrate affiliation or

7  collaboration?

8  A.        Those are the -- my department head know those,

9  yes.  Those are basically reported to the department

03:04PM 10 head.

11        MR. LOMONACO:  Okay.  Keep going.

12 BY MR. LOMONACO:

13 Q.        That's Marshall Mench?

14 A.        Dr. Marshall Mench.  That's included as some

15 review, a grant review.  You ask me for government

16 grant, all the other government grant.  And also some of

17 their visiting student, you know, from China,

18 and -- yeah.

19 Q.        So you've got here Chinese government

03:04PM 20 scholarship, Chinese collaboration; is that what that

21 says?

22 A.        Yes, those are the graduate student work in the

23 UTK.  If they're funded by the UTK or U.S., the fund, I

24 list that.  But if they're not, they're funded by U.S.,

25 I list it as other.

1    And see the Chinese scholarship or Chinese

2    fund.  Chinese fund basically mean the Chinese

3    researcher fund.

4    MR. LOMONACO:  Okay.  Is there a link on this

5    one?

6    Okay.  That's the other one we haven't

7    admitted?

8    Okay.  Let's go to the next one then, year

9    2014-'15.  And if we could admit that, the next exhibit,

03:05PM  10    as Exhibit 3, Annual Activity Report, 2014-2015.

11    And just scroll down to some of this and we can

12    wrap it up here.

13    BY MR. LOMONACO:

14    Q.    And, again, you're reporting what here;

15    research?

16    A.    Yes, research paper.  And those colored part is

17    from the BJUT.

18    Q.    The green?

19    A.    Yeah, green -- green part is from the BJUT

03:06PM  20    student.

21    Q.    Well, how's somebody to know that that's from a

22    BJUT student if it doesn't say BJUT in it?

23    A.    Yeah, those are pretty easy.  For their

24    department, we know the paper.  We know the -- like

25    those are small.  Like, those are citation detail.  It's

1  pretty easy.  You go to that website and you can

2  immediately find who affiliated with institute and

3  research and funding, which research funding funded that

4  work.

5  Q.      So if I understand you correctly, you're saying

6  if you put the name of this into the website, it will

7  pull up the whole publication?

8  A.      Exactly.

9  Q.      And it will have your name, BJUT, or whatever?

03:07PM 10  A.      That's correct.  That's correct.

11  Q.      Here are some more China funds where these

12  students are being paid their tuition by China

13  (indicating); correct?

14  A.      Those are students that are -- they are --

15  their salary paid by China.  It's not a tuition.

16  Because those students -- UT cannot ask them to pay

17  tuition.  They're considered a research scholar.

18  Q.      So they come over from China or wherever and

19  they work at UT in the laboratories doing research with

03:07PM 20  you --

21  A.      Yes.

22  Q.      -- helping you?

23  A.      Yes.

24  Q.      They're learning, but they're helping you get

25  stuff done?

1    A.        Yes.

2    Q.        And they're not paid to do that by UT?

3    A.        Yeah, UT -- UT cannot pay them.  So they go to

4    the Chinese to service their UTK projects, basically.

5    Q.        Does that help you?

6    A.        Of course.  It help a lot.  So that's -- the

7    department encourage us.  Without, satisfy --

8    satisfact- -- without sacrifice, UTK have commitment we

9    can do like this.  Because this really benefit our

03:08PM  10   research.  So, you know, I have limited fund.  I have a

11   lot of idea that needed to test.  So I want student that

12   can do more, but I don't have enough student.

13   Q.        So UT encourages you to bring in free labor,

14   basically?

15   A.        Basically like that.

16   Q.        People with Ph.D.s?

17   A.        Yes, those are even not with Ph.D.  They're

18   still --

19   Q.        Ph.D. student?

03:08PM  20   A.        Ph.D. students, yes.  Those are the really good

21   students.

22   Q.        Here is an invited seminar (indicating).  Now,

23   we heard Special Agent Sadiku talk about invited as that

24   means maybe they just had an invitation.  Is that what

25   that means?

1  A.        Yes.  Like those, some are from their -- from

2  the -- you know, Switzerland or from China.  So those

3  means, you know, at least in their field.  I already

4  build the international reputation.  UTK felt happy with

5  those.  That's really why they ask we needed to report

6  it.  So they say, okay, you are good.

7  Q.        So let's talk about that.  It says Professional

8  Outreach?

9  A.        Yeah.

03:09PM 10  Q.        And when it says Invited Seminars, are those

11  ones that you actually went to?

12  A.        Yes, if I'm not -- if I get invitation, if I

13  not go, I will not report it.  Those are basically like

14  nothing.  I mean, they invited you, you not go, then

15  those are already --

16  Q.        These are the ones you go to?

17  A.        Yeah, I already finished them.

18  Q.        Okay.

19  A.        Yeah.

03:10PM 20  Q.        Okay.  Professor Hu, I think -- I think maybe

21  the government will have some questions for you.

22            THE COURT:  All right.  Before that -- that

23  concludes the direct examination -- we'll go ahead and

24  take an afternoon break, 15 minutes.

25            (Jurors excused from the courtroom.)

1    THE COURTROOM DEPUTY:  This honorable court

2   stands in recess until 3:25.

3    (A brief recess was taken.)

4    THE COURTROOM DEPUTY:  This honorable court is

5   again in session.

6    THE COURT:  Thank you.  We'll bring our jury

7   back in.

8    (Whereupon the following report of

9     proceedings was had within the presence

03:33PM   10     and hearing of the jury:)

11    THE COURT:  Thank you.  Everyone, please be

12   seated and we'll begin cross-examination.

13                    CROSS-EXAMINATION

14   BY MR. MC KENZIE:

15   Q.    Good afternoon, Dr. Hu.

16   A.    Good afternoon.

17   Q.    My name is Matthew McKenzie.  This is the first

18   time that we've spoken; correct?

19   A.    Yes.

03:33PM   20   Q.    I will speak slowly.

21   A.    Okay.

22   Q.    If I ask you a question that you don't

23   understand, please ask me to clarify; all right?

24   A.    Sure.

25   Q.    I'm not going to ask you any trick questions;

1    okay?

2    A.        Okay.  I hope.

3    Q.        We have not talked about the questions that I'm

4    going to ask you before today; correct?

5    A.        Yes.

6    Q.        You don't know what I'm about to ask you;

7    correct?

8    A.        Yes.

9    Q.        And I don't know what answers you are going to

03:34PM  10    give; correct?

11    A.        I don't know.  How I can know; right?

12    Q.        Before today, you did talk to your counsel

13    about your testimony today; correct?

14    A.        Correct.

15    Q.        He told you the questions that he was going to

16    ask; right?

17    A.        Yeah.

18    Q.        And you talked about the answers that you were

19    going to give; right?

03:34PM  20    A.        Yes.

21    Q.        And he talked to you about some of the

22    questions that I might ask you; right?

23    A.        Yes.

24    Q.        And he talked to you about the answers that you

25    would give to my questions; correct?

1    A.    I don't know your questions.  Can you explain?

2    Q.    That's okay.

3          You are a professional scientist; correct?

4    A.    Will you repeat?

5    Q.    You are a professional scientist; correct?

6    A.    Yes.

7    Q.    You are a professional researcher; right?

8    A.    Yes.

9    Q.    You have a Ph.D. in physics from the Chinese

03:35PM 10   Academy of Sciences; correct?

11   A.    Yes.

12   Q.    And you have a Ph.D. in laser physics from

13   Waterloo University in Canada; correct?

14   A.    Yes.

15   Q.    And you testified earlier that you specialize

16   in nanoparticles; correct?

17   A.    Yes.

18   Q.    And nanoparticles are very small; correct?

19   A.    Yes.

03:35PM 20   Q.    And you conduct research about how to -- is it

21   weld using nanoparticles?

22   A.    Yes, that's -- weld is my research field.

23   Q.    And as part of that research --

24   A.    Yes.

25   Q.    -- you work in laboratories; correct?

1    A.        Yes.

2    Q.        And you conduct scientific experiments;

3    correct?

4    A.        Yes.

5    Q.        And it's important for your research for you to

6    be precise; correct?

7    A.        Can you explain what's you mean "precise"?

8    Q.        Sure.  When you are conducting experiments, one

9    of the things that you want to do is control the

03:36PM  10   variables; correct?

11   A.        Yes.

12   Q.        You don't want too many unknown variables;

13   correct?

14   A.        Yeah.  So -- sorry -- from my professional,

15   what I understand you, I don't want to control

16   everything.  Sometime for research, we want some

17   nuisance.  If I can control everything, that's useless.

18   I can't, from my understanding.

19   Q.        But you want to know what the variable is;

03:37PM  20   correct?

21   A.        Basically I agree.

22   Q.        Because when you're doing research, what you're

23   trying to arrive at is an understanding of how the

24   physics work; correct?

25   A.        Not only physics, I need an understanding of

1    science and nature.

2    Q.        And you need to know how the nature truly

3    works; correct?

4    A.        I don't understand this question.  Sorry.

5    Q.        The results of your -- of your experiments need

6    to reflect what you truthfully observe; correct?

7    A.        Can I clarify what I understand?  You are my

8    researcher; right?  You want to tell me what I should

9    do; right?  I want to just know.

03:38PM  10   Q.        Yes, I'm talking about when you're -- when

11   you're conducting research, you are looking to obtain

12   objectively true results about how physics work;

13   correct?

14   A.        Actually.

15   Q.        Okay.  And you --

16   A.        Did I answer correct?

17   Q.        When you record the results of your

18   experiments, you record them accurately; correct?

19   A.        Can you explain that?  I didn't get that last

03:38PM  20   one.  I'm sorry.  I didn't -- I don't want to -- I try

21   to understand you.

22   Q.        Perhaps I'm speaking too fast and I apologize.

23   I'm truly not trying to be confusing.

24            After you conduct an experiment, you record the

25   results of the experiment accurately; correct?

1    A.       Yes.

2    Q.       Because it's important for the research and for

3    the science for your statements to be a truthful

4    reflection of what you observed; correct?

5    A.       I'm sorry.  For those -- the answer from the

6    science research, again, I already tell you, we know the

7    uncertainty.  We not expect everything before I do

8    already know the result.  That's basically to respond to

9    your question.  That's not mean I know all the other

03:39PM  10  things.  We do the research.  I teach the student is:

11   We expect new things, and when new things are find, we

12   need to explain that.  It's not that we try to falsely

13   do something.  That's not the research.

14   Q.       Right.

15   A.       Okay.  Yeah.

16   Q.       And you try to explain it accurately; correct?

17   A.       Okay.  Yes.

18   Q.       You began your professional career in 1997 as a

19   postdoctoral fellow in Spain; is that right?

03:40PM  20  A.       Yes.

21   Q.       And since 1997, you have been engaged in

22   scientific research for one university or another or one

23   organization or another ever since; correct?

24   A.       Yes.

25   Q.       Since 1997, you have been a professional

1  scientific researcher; correct?

2  A.          Even before that, yeah.

3  Q.          And you have conducted research in Spain?

4  A.          Yes.

5  Q.          You've conducted research in Germany?

6  A.          Yes.

7  Q.          You've conducted research in Japan?

8  A.          Yes.

9  Q.          You've conducted research in Canada; correct?

03:41PM 10  A.          That's correct.

11  Q.          And you've also conducted research

12  professionally here in the United States; right?

13  A.          That's correct.

14  Q.          And since 1997, you have had the opportunity to

15  apply for funding for your research; correct?

16  A.          I started to apply for the funding probably

17  much later than that, yes.

18  Q.          Do you know approximately when or what year was

19  the first year that you applied for funding for your

03:41PM 20  research?  This isn't a trick question.  Do you

21  remember?

22  A.          I cannot remember clearly, but it was with the

23  University of Canada.  So before, you know, I

24  seldom -- I may do the research, but seldom involved

25  with the application for funding.

1    Q.        You've applied for grant funding in the United

2    States; correct?

3    A.        Yes.

4    Q.        While working for the University of Tennessee?

5    A.        Correct.

6    Q.        You've applied for grant funding from the NSF;

7    right?

8    A.        Yes.

9    Q.        You've applied for grant funding from NASA?

03:42PM  10    A.        Yes.

11    Q.        You've applied for grant funding from, is it

12    fair to say, several agencies; right?

13    A.        Correct.

14    Q.        And not every application you submit for a

15    proposal gets funded; right?

16    A.        Correct.

17    Q.        Research dollars are highly competitive;

18    correct?

19    A.        That's correct.

03:43PM  20    Q.        Many professors apply for a limited number of

21    grants; correct?

22    A.        Correct.

23    Q.        And part of your job as a researcher for the

24    University of Tennessee --

25    A.        Yeah.

1  Q.      -- is to apply for research funding; correct?

2  A.      Correct.

3  Q.      It is part of what you are evaluated upon;

4  right?

5  A.      Yes.

6  Q.      And receiving grant funding -- I'm going to

7  speak slow.  This one might be a little bit of a complex

8  question.  So I don't want it to be tricky.  But working

9  on grants that have been funded from someone other than

03:44PM  10  the University of Tennessee is something that you are

11  evaluated on as a professor; correct?

12  A.      Part of.

13  Q.      It's part of the evaluation; correct?

14  A.      Yes, that's correct.

15  Q.      And you understand that grant funding is a

16  factor that is going to be considered on your annual

17  review; correct?

18  A.      Yes.

19  Q.      And you understand that grant funding is a

03:44PM  20  factor that contributes to whether or not a professor

21  receives tenure; correct?

22  A.      Part of that.

23  Q.      It's a factor?

24  A.      It is a factor.

25  Q.      It's not the entire decision, but it is a

1  factor; correct?

2  A.      Yes.

3  Q.      During direct examination --

4  A.      Yes.

5  Q.      -- you spoke about how it was good for you to

6  be invited to give international speeches; right?

7  A.      Correct.

8  Q.      And part of it is because it raises your

9  profile as a scientist; correct?

03:45PM 10  A.      It's also contribute to UTK in the U.S.; right?

11  Q.      Sure.  But part of it is to raise your profile;

12  correct?

13  A.      That's correct.

14  Q.      And within the scientific community,

15  individuals such as Dr. Babu are well known for their

16  excellent research; correct?

17  A.      Yes.

18  Q.      And these well-known professors and researchers

19  get sought out to do additional high-profile jobs;

03:46PM 20  correct?

21  A.      Yes.

22  Q.      And they have more opportunity to work on

23  grants; correct?

24  A.      Yes.

25  Q.      And those grant dollars are -- I'm not sure if

1    you know the answer to that question; so I'm not going

2    to ask you.

3           And it's important for you to have a good

4    professional reputation; correct?

5    A.      Yes.

6    Q.      You want to have a good reputation here in the

7    University of Tennessee among your colleagues; correct?

8    A.      Yes.

9    Q.      And it's important for you to have a good

03:47PM 10   reputation internationally with your peers; correct?

11   A.      Yes.

12   Q.      And you mentioned during direct examination

13   that you began a relationship with Beijing University of

14   Technology in -- was it 2012 when you first formed a

15   relationship with them?

16   A.      Yeah, roughly.  Yeah, if I remember correctly.

17   Q.      And did you say on direct examination that part

18   of why you joined -- or I'm going to rephrase this

19   question.

03:48PM 20          Part of the reason you formed that relationship

21   with Beijing University of Technology was to -- you

22   wanted to form a relationship with BJUT; right?

23   A.      Yes.

24   Q.      You wanted the professors at BJUT to understand

25   that you, too, were an excellent researcher; right?

1  A.        So, can you repeat that -- this question?

2  Q.        This relationship with BJUT --

3  A.        Yes.

4  Q.        -- was going to help you meet other professors

5  in your field; correct?

6  A.        Yes.

7  Q.        And it was going to help build your reputation

8  among fellow scientists in the field; correct?

9  A.        Yes.

03:49PM 10  Q.        Because BJUT is a good school; correct?

11  A.        You know -- I mean, yeah, I should say that.  I

12  don't want to say that it's a bad school.

13  Q.        I mean, this is not a trick question.  BJUT has

14  a good reputation for conducting scientific research;

15  correct?

16  A.        Honestly, my understanding is it's not high.  I

17  think of all the universities, can be a good university.

18  As a professor, we work each university to try to build

19  a good university, to become a good university, yeah.

03:49PM 20  Q.        But you formed this relationship with BJUT in

21  order to enhance your reputation; correct?

22  A.        Yeah.  That's part of that, yeah.

23  Q.        And as part of building your resume, you would

24  give speeches in the United States, correct, or give

25  lectures in the United States; right?

1    A.       Yes.

2    Q.       And you would give them in China; correct?

3    A.       Yes.

4    Q.       Is it fair to say that you would travel

5    basically anywhere where there was a reputable

6    convention and give a lecture if you were invited;

7    correct?  If it fit your schedule?

8    A.       If it fit my schedule and also there are kind

9    contributed to science.

03:50PM  10    Q.       And that is normal practice in the scientific

11    field, as you understand it; correct?

12    A.       Yes.

13    Q.       That is something that scientists all over the

14    world do on a regular basis; right?

15    A.       Yes.

16    Q.       And you know that?

17    A.       Yes.

18    Q.       And you know that these lectures are good for

19    your career; correct?

03:51PM  20    A.       Yes.

21    Q.       And you write them down on your resume;

22    correct?

23    A.       Unnecessary.

24    Q.       What was that?

25    A.       Unnecessary.  Unnecessary.

1  Q.      I didn't ask whether it was necessary.  I'm

2  sorry.

3  A.      Are you asking me, are you put on the resume;

4  right?

5  Q.      You do some of them.  Some of these lectures

6  you write on your resume; correct?

7  A.      Some of them.

8  Q.      Yes.

9  A.      Correct, yeah.

03:51PM 10  Q.      I didn't say they were necessary, but some of

11  them you write down; right?

12  A.      You try to ask me is all I have to write it in

13  resume?  I just wanted to clarify.

14  Q.      No, I didn't suggest you had to.

15  A.      Okay.

16  Q.      I just -- you do, or at least you have?

17  A.      Some of them.  Because I have many, I cannot

18  include all.

19  Q.      And you report those, those talks --

03:52PM 20  A.      Yeah.

21  Q.      -- in your annual review; correct?

22  A.      Yeah.

23  Q.      And at least a portion of those talks you

24  reported in your tenure package; correct?

25  A.      Yes.

1  Q.      And these talks help advance your career;

2  correct?

3  A.      Yes.

4  Q.      It makes -- it allows your peers to evaluate

5  you and know that you are succeeding in your career;

6  correct?

7  A.      Yes.

8          MR. MC KENZIE:  I would like to show the

9  witness what is in evidence as Government's Exhibit 2-C.

03:52PM 10  BY MR. MC KENZIE:

11  Q.      I'm showing you what is in evidence as 2-C.

12          MR. LOMONACO:   Z?

13          MR. MC KENZIE:  C, as in Charlie.

14  BY MR. MC KENZIE:

15  Q.      This is the dossier that was submitted in your

16  tenure application; correct?

17  A.      Yes.

18  Q.      And you compiled this information; correct?

19  A.      Yes.

03:53PM 20  Q.      You decided what information would be included

21  in this document; correct?

22  A.      That's correct.

23  Q.      And at the time you submitted this document,

24  you understood that this document would be used, in

25  part, to evaluate whether or not you received tenure;

1    correct?

2    A.        That's correct.

3    Q.        And you wanted to receive tenure; correct?

4    A.        Yes, that's --

5    Q.        That wasn't a trick question either.  Tenure is

6    a good thing for a professor; correct?

7    A.        That's part of our career.

8    Q.        Right.  It has a lot more job stability;

9    correct?

03:54PM 10    A.        Not necessarily.  So that's certain career

11    stage.  So once we finish the certain years of teaching,

12    we needed to apply.  If I not apply -- I can't refuse to

13    apply -- then I have to leave.

14            MR. MC KENZIE:  Could I direct the witness's

15    attention to page -- I'm going to use the nomenclature

16    in the document.  It's E-1.

17            All right.  Can we blow up the top part of

18    that.

19    BY MR. MC KENZIE:

03:55PM 20    Q.        Directing your attention to the left side of

21    your screen.

22    A.        Yeah.

23    Q.        That is your signature; correct?

24    A.        Correct.

25    Q.        And you signed this on September 21st, 2018?

1    A.       Yes.

2    Q.       And before signing this document, you read the

3    sentence that is directly above your signature?

4    A.       Yes.  You want me to read that; right?

5    Q.       Well, you read it in 2018; correct?

6    A.       Yeah, so -- yes.

7    Q.       I'm not going to ask you to read that to the

8    jury.  But you read it before you signed it; correct?

9    A.       Yes.

03:56PM 10    Q.       I'd like to direct your attention to D-8, which

11    should be probably two pages up when you scroll up, and

12    I'd like to go to the section -- or one more page up to

13    Grant Proposals.

14            As part of your tenure package, you disclosed

15    to the university a number of professional activities

16    that you participated in; correct?

17    A.       Yes.

18    Q.       And part of what you disclosed was your

19    participation in reviewing grant proposals; correct?

03:57PM 20    A.       Yes.

21    Q.       And you would agree with me that you were

22    encouraged by the university to participate in these

23    grant proposals, reviewing grant proposals for other

24    organizations; correct?

25    A.       Yes.

1  Q.        It's almost like community service for a

2  professor; correct?  It helps the scientific community

3  by you participating in this; correct?

4  A.        Yes.

5  Q.        And you list your role in reviewing these grant

6  proposals on the right side of the screen; correct?

7  A.        Yes.

8  Q.        One role that you held over the years is an ad

9  hoc reviewer; correct?

03:58PM  10  A.        Yeah.

11  Q.        Another position that you held over the years

12  was reviewing panelist; correct?

13  A.        Yes.

14  Q.        And on the left, you list the organizations for

15  whom you conducted this review; correct?

16  A.        Yes.

17  Q.        And as part of the -- as a reviewer, as an ad

18  hoc reviewer for a -- for grant proposals, you were

19  asked to read grant submissions or grant proposals;

03:58PM  20  correct?

21  A.        Yes.

22  Q.        And your job was to review them for their

23  scientific merit; correct?

24  A.        Yes.

25            MR. MC KENZIE:  So we'll just turn to the top,

1    the top program.

2    BY MR. MC KENZIE:

3    Q.        Does that say Nature Science Engineering

4    Research Council?

5    A.        Yes.

6    Q.        So in September of 2014, the Nature Science

7    Engineering Research Council asks you to review grants,

8    grant proposals, on their behalf; correct?

9    A.        Yeah, usually they invited me earlier than

10   that.  That means during that period I review.

11   Q.        Sure.  So sometime prior to that date, they

12   asked you, and then you agreed, and then you conducted

13   this service in September of 2014; correct?

14   A.        Yes.

15   Q.        And you reviewed grant proposals?

16   A.        Yes.

17   Q.        Now, you didn't sign a contract with Nature

18   Science Engineering Research Council; correct?

19   A.        Some of the -- some review need the -- you

20   know, we need sign some form; for example, to keep the

21   secret or something, we really need to sign something.

22   Q.        Again, like, are you referring to, like, a

23   confidentiality agreement?

24   A.        Yeah, something like that, or they also will

25   ask me to sign the -- whether you can refuse the

1    opportunity or you have to commit with that.

2    Q.        Okay.  But you didn't have to sign an

3    employment contract to work for Nature Science

4    Engineering Research Council; correct?

5    A.        So those -- yeah, I don't think that's

6    considered -- considered contract -- I mean, a

7    commitment, let's say.  This is a commitment.

8    Q.        The Nature Science Engineering Research Council

9    didn't give you an email address with the Nature Science

04:01PM 10    Engineering Research Council; correct?

11    A.        Can you repeat?  I mean, that question, I don't

12    know how to answer you.

13    Q.        When you were -- when you got a job at the

14    University of Tennessee --

15    A.        Yes.

16    Q.        -- they provided you with an email address;

17    correct?

18    A.        Yes.

19    Q.        And that was an email address that you could

04:01PM 20    use to send and receive email; correct?

21    A.        Yes.

22    Q.        In your role as an ad hoc reviewer for the

23    Nature Science Engineering Research Council --

24    A.        Yeah.

25    Q.        -- they did not provide you with an email

219

CROSS-EXAMINATION - ANMING HU

address; correct?

A.        Email not -- whether I have an email is not

relation -- no relation with this commitment.

Q.        Right.

A.        Whether I have an email or don't have email,

this are two unrelative things.  I don't know whether I

answer your question.  I'm just trying to understand

you.

Q.        This is a yes-or-no question, and perhaps it's

04:02PM   confusing.  I apologize.  But, for example, they did not

give you an email address,

anminghu@naturescienceengineeringresearchcouncil.com;

correct?

A.        Some of their -- some of their agent during

that period, they will ask me use a special email or

something like that because I have to log in.  So they

will give you -- give me.  But that not means that it's

a -- not mean too much thing is how I want to answer

you.

04:02PM   Q.        They did not give you a business card; correct?

A.        Business card -- business card, we can make it;

right?  So it's the people -- it's the -- we -- I don't

know the -- how I can answer you.  The business card

is a -- have to be given by those organizations?

Q.        Right.  Did the Nature Science Engineering

1    Research Council give you a business card that said,

2    Anming Hu, Ad Hoc Reviewer, with their logo on the card?

3    A.        I cannot answer those questions.

4    Q.        I'm not going to go through all of these

5    questions for each one of the programs listed under this

6    section, but is it fair to say that your role with each

7    of these organizations was to review grant proposals?

8    A.        That's correct.  This is a short-term service.

9              MR. MC KENZIE:  I'd like to direct the

04:04PM  10   defendant's attention to page C-11 using this

11   nomenclature.  And at the top of the page, it will say,

12   Projects, Grants and Contracts.

13   BY MR. MC KENZIE:

14   Q.        I am showing you another section of the dossier

15   that you prepared for tenure.  Do you see the section

16   that says Completed Grants?

17   A.        Yes.

18   Q.        And then underneath, it has a list of grants

19   that you had been awarded; correct?

04:05PM  20   A.        Yes.

21   Q.        It tells you the sponsor of those grants;

22   correct?

23   A.        Yes.

24   Q.        And it tells you the total amount of grant

25   funding that you were awarded; correct?

1  A.        Yes.

2  Q.        And these grants in this section are grants

3  that were completed at the time you were applying for

4  tenure; correct?

5  A.        Yes.

6  Q.        I'd like to direct your attention to the award

7  from JPL and NASA.

8            MR. MC KENZIE:  And could we blow up this -- or

9  make this line larger to make sure that he can see?

04:05PM 10  BY MR. MC KENZIE:

11  Q.        Right in this box (indicating) --

12  A.        Yes.

13  Q.        -- that $60,000 represents the amount of money

14  that the university received pursuant to this grant;

15  correct?

16  A.        Yes.

17            MR. MC KENZIE:  All right.  You can zoom back

18  out.  And scroll up a little bit for Completed Grants.

19  No, up.  Other way.

04:06PM 20  BY MR. MC KENZIE:

21  Q.        Looking at your completed grants --

22  A.        Yes.

23  Q.        -- that you submitted at the time that you

24  applied for tenure --

25  A.        Yeah.

1    Q.         -- the largest grant that you had been awarded

2    and completed was the JPL-NASA grant; correct?

3    A.         Yeah, because that is the only one year.  As of

4    that year, for complete, that's big, but it's not mean

5    it's the biggest.

6    Q.         That's the biggest one listed here for

7    completed grants; correct?

8    A.         That's correct, for the completed.

9               MR. MC KENZIE:  Can we please scroll down to

04:07PM 10    the next section.

11    BY MR. MC KENZIE:

12    Q.         The next section is for current grants;

13    correct?

14    A.         Yeah.

15    Q.         And this -- this table is similar to the table

16    of the Completed grants section in terms of format;

17    correct?

18    A.         This one called the Current.

19    Q.         Yes.

04:07PM 20    A.         Current means it's not finished.

21    Q.         So these are the grants that you were working

22    on at the time you submitted your tenure application;

23    correct?

24    A.         Yes.

25    Q.         And I'd like to direct your attention to the

1    bottom -- the bottom row.

2            Who was the sponsor for this grant?

3    A.      Yeah, this is NASA.

4    Q.      And what is the total -- the total for this

5    grant?

6    A.      This one is -- in the beginning, we consider

7    that.  This number is not correct.  You know this;

8    right?

9    Q.      Yes, yes.  But listed here is 140; correct?

04:08PM 10    A.      Yeah, that is the number listed, but this is

11   not true.  I know we needed to correct that.

12   Q.      You're anticipating my questions.  But listed

13   here, it says 140; correct?

14   A.      Yes.

15   Q.      Now, there did come a time --

16   A.      Yeah.

17   Q.      -- when you were a principal investigator

18   for -- in a contract with NASA's Marshall Space Flight

19   Center; correct?

04:08PM 20    A.      Yeah.

21   Q.      And there was a contract signed; right?

22   A.      Yes.

23   Q.      But the total was not 140; correct?

24   A.      Yes.  So this amount -- do you want me to

25   explain that, or you don't want?

1  Q.       During cross-examination, I'll ask short

2  questions and then I will ask a series of short

3  questions, and if there is something that you don't feel

4  like I'm allowing you to explain, let me know, but --

5  A.       I can tell you this number is not correct.

6  Q.       That's what I'm -- it's not correct; right?

7  A.       Okay.

8  Q.       The ultimate number that the university

9  received was closer to $50,000; right?

04:09PM 10  A.       Yeah.

11  Q.       Okay.  But that grant was listed in your tenure

12  package; correct?

13  A.       Yes.

14  Q.       You understood that you were being evaluated

15  upon the grants that you were bringing in to the

16  university; correct?

17  A.       Yeah.

18  Q.       I'm going to direct your attention to page B-7

19  using this nomenclature.

04:10PM 20         MR. MC KENZIE:  No, no, page B-7 of the same

21  exhibit.  I'm sorry, April.  I was unclear.

22         Okay.  Can we please scroll down to the

23  Postdoctoral Researchers section.

24  BY MR. MC KENZIE:

25  Q.       Dr. Hu, do you see the section of this document

1    that says Postdoctoral Researchers?

2    A.        Yes.

3    Q.        You filled out this section; correct?

4    A.        Correct.

5    Q.        And in this section, you listed the students

6    that you -- or the postdoctoral researchers who you were

7    supervising; correct?

8    A.        That's correct.

9    Q.        And these are postdoctoral researchers that you

04:11PM 10   were supervising here at the University of Tennessee;

11   correct?

12   A.        This one, I also supervise him at BJUT

13   (indicating).

14   Q.        Mr. Delong Ma?

15   A.        Yes.

16   Q.        You supervised him while he was in China?

17   A.        Yes.

18   Q.        And you supervised him while he was here --

19   A.        Yes.

04:11PM 20   Q.        -- in the University of Tennessee?

21   A.        Yeah, as a visiting postdoc.

22   Q.        And Dr. Woo Kil Jang -- did I say that right?

23   Or Jang.

24   A.        That's the only -- he's from the POSCO.  It's

25   only UTK.

1  Q.      So you supervised him at the University of

2  Tennessee?

3  A.      Correct.

4  Q.      And Dr. Yangbo Deng?

5  A.      Only in the UTK.

6  Q.      And let's focus on Dr. Deng for a moment.

7  Dr. Deng works or came to work under you from Hunan City

8  University; correct?

9  A.      Yes.

04:12PM  10  Q.      And Hunan City University presumably is in

11  Hunan City in China?

12  A.      It's in China, yes.

13  Q.      Right.  And you don't work for Hunan City

14  University; correct?

15  A.      Yes, no.

16  Q.      You don't hold any titles with Hunan City

17  University; correct?

18  A.      Yes.

19  Q.      You don't have a Hunan City University business

04:13PM  20  card?

21  A.      No, I don't.

22          MR. MC KENZIE:  Could we please scroll up to --

23  BY MR. MC KENZIE:

24  Q.      You don't have a business -- you don't have an

25  employment contract with Hunan City University; correct?

1    A.      No, I only have it with BJUT.

2    Q.      So under Visiting Ph.D. students -- do you see

3    this indicated at the top of the screen?

4    A.      Yeah.

5    Q.      You filled this section out; correct?

6    A.      Yes.

7    Q.      And these are international students who came

8    to the University of Tennessee to study; correct?

9    A.      Yes.

04:13PM 10   Q.      And you supervised their studies; correct?

11   A.      Yes.

12   Q.      And this is encouraged by the University of

13   Tennessee; correct?

14   A.      Yes.

15   Q.      This is good for the University of Tennessee to

16   bring these international students to the University of

17   Tennessee; correct?

18   A.      But this also show I have those collaboration.

19   Q.      Okay.  My question was slightly different and

04:14PM 20   slightly more specific.

21           You were encouraged to supervise visiting Ph.D.

22   students; correct?

23   A.      These have -- does this have problem?  Does

24   this have problem?  Yes.

25   Q.      So I don't think there is a problem.  You were

 1  encouraged to do this; correct?

 2  A.        Yes.

 3  Q.        This is good; correct?

 4  A.        Yes.

 5  Q.        International collaboration with students from

 6  other universities is normal in academia; correct?

 7  A.        Through this, I show UTK I have those

 8  collaboration.

 9  Q.        That's not my question.

04:15PM 10        And this is really not a trick question or

11  trying to harm you.  I'm just trying to establish that

12  it is normal for U.S. professors to supervise

13  international visiting Ph.D. students; correct?

14  A.        Do you allow me to explain what means, a

15  visiting student, a visiting scholar?

16  Q.        A visiting scholar is a student at another

17  university; correct?

18  A.        Yeah.

19  Q.        And they come to -- they come to the University

04:15PM 20  of Tennessee; correct?

21  A.        You know how we -- how I can bring those

22  visiting students to come to UTK?

23  Q.        I can tell that you want to say this, so please

24  explain to the jury the process of how you bring

25  visiting students over.

1   A.      Okay.  You know, as the normal, the regular

2   professor, we are encouraged to have international

3   collaboration.  If I want to bring those visiting

4   students to come to UTK, I have to submit their CV,

5   their financial letters because I'm not supposed to pay

6   those students.  It's the Chinese side, whether they are

7   university or other agent want to pay them.

8       All the information I have to submit to UTK to

9   my department head, and the department head will approve

04:16PM  10  that.  Then they will sign and write the letter, and all

11  those documents will be to the UTK, another department

12  called the International Education Center.  They handle

13  the visa procedure.

14      So they will agree if anything have the problem

15  here, they will question me or they will stop.  I don't

16  have ability to bring those students without fully

17  disclose my relationship with those students.

18      So what I mean, in fact, the BJUT, the UTK know

19  I'm the supervisor.  I agree with you other -- I not

04:17PM  20  have the appraising everything.  But I do have the

21  appraising at BJUT.  Sorry.

22  Q.      So this, supervising Ph.D. students, is

23  something that you are evaluated upon; correct?

24  A.      Yes.

25  Q.      And it is a positive thing that you are

1   evaluated upon; correct?

2   A.        Yes.

3   Q.        This weighs in favor of you getting tenure;

4   correct?

5   A.        Yeah, that's what I understand.

6   Q.        Yes.  It's a good thing for your career,

7   correct, to have visiting Ph.D. students?

8   A.        No, I doubt it, really.

9   Q.        Okay.  All right.  We'll drop it.

04:17PM 10   A.        It's fine if I answer that.  I really doubt

11   this.

12   Q.        Okay.  I'd like to direct your attention to

13   where it says --

14             MR. LOMONACO:  I'm sorry.  I'm not sure what he

15   said.  He said he doubts it?

16             MR. MC KENZIE:  He said he doubted --

17   BY THE WITNESS:

18   A.        I doubt this activity, you know --

19   BY MR. MC KENZIE:

04:18PM 20   Q.        Is good for your career?

21   A.        Yeah, it's good for career.  In fact, it's kill

22   my career.

23   Q.        Okay.

24   A.        My career already killed.

25   Q.        Okay.  I'm going to direct your attention to

1    the top right corner where it says Nanjing Aeronautics

2    and Astronautics University.  That is a university

3    presumably in Nanjing, China; correct?

4    A.       Yes.

5    Q.       You don't work at Nanjing Aeronautics and

6    Astronautics University; correct?

7    A.       This one, no.

8    Q.       You do not have a title from this university;

9    correct?

04:18PM  10   A.       No.

11   Q.       You do not have an email address from this

12   university; correct?

13   A.       Yes.

14   Q.       You do not have a business card from this

15   university; correct?

16   A.       Yes.

17   Q.       And similarly, you do not work for Nanjing

18   University; correct?

19   A.       Yes.

04:19PM  20   Q.       You do not work for -- will you please help me

21   out and read this university for the jury?

22   A.       Yeah, this is Sihuan University.

23   Q.       Thank you.

24            And you don't work for Sihuan University in

25   Nanjing; correct?

1  A.        This one I have the guest professorship there.

2  Q.        At Sihuan University in Nanjing?

3  A.        Yes.  I think when their agent arrest me, they

4  should see the certificate.

5            MR. MC KENZIE:  Can we scroll up, please.

6  BY MR. MC KENZIE:

7  Q.        I'd like to direct your attention now to page

8  A-6.

9            MR. MC KENZIE:  Scroll down to Employment

04:20PM  10  History.

11  BY MR. MC KENZIE:

12  Q.        On the top line under Employment History --

13  first, did you fill this section out?

14  A.        Yes.

15  Q.        And you wrote on the top line, Assistant

16  Professor at the University of Tennessee from 2013 until

17  now; correct?

18  A.        Yes.  Sorry.

19  Q.        And on this page under Employment History, you

04:21PM  20  did not write down your employment at BJUT; correct?

21  A.        I don't write any unregular appointment.

22  Q.        My question was a little bit more specific.

23            In this section, you did not write down any

24  positions with BJUT; correct?

25  A.        I not write here, but that not means I hide

1   that; okay?

2   Q.        Again, the question was -- it was very

3   narrow -- in this section under Employment History, you

4   did not write down BJUT; correct?

5   A.        I needed to tell you why I not list there.  Is

6   that reasonable?

7   Q.        Of course it is reasonable.  I'm going to ask

8   you to hold on to that until redirect.

9             I'm going to now direct your attention to

10  Government's Exhibit 11-O.  This is a translated version

11  of your resume; correct?

12  A.        This is not my -- oh, let's see.  Yeah, it's a

13  part of.

14  Q.        You're viewing part of a translated file that

15  was recovered from a computer of yours; correct?

16  A.        Uh-huh.

17  Q.        And you authored the Chinese version of this

18  document; correct?

19  A.        Yeah, this is the Chinese side of preparer, I

20  think.

21  Q.        And at the top here, it says Hu Anming:

22  Professor of Institute of Laser Engineering, Beijing

23  University of Technology, and then --

24            MR. MC KENZIE:  I'm sorry; can we -- I don't

25  want to not have a complete statement.

1   BY MR. MC KENZIE:

2   Q.        -- advisor to Ph.D. students; correct?

3   A.        Yeah, this CV is prepared by Beijing University

4   of Technology.

5            MR. MC KENZIE:  Can we scroll down, please.

6   And let's go ahead and scroll the other way.  Stop.

7   BY MR. MC KENZIE:

8   Q.        And on this document, it says January 2012 to

9   September 2013, Distinguished Professor, Beijing

04:24PM 10  University of Technology, selectee of seventh cohort of

11  Beijing Overseas Talent Aggregation Project, short-term

12  program; correct?

13  A.        Most correct.  But I should say, like

14  distinguished professor, that's translated from Chinese

15  to English, that have a lot of sayings because, you

16  know, distinguishable in English means something very,

17  very excellent.  But to the -- I think it probably

18  better explained as a guest professor.

19            MR. MC KENZIE:  Will you please scroll down to

04:25PM 20  the next line.

21  BY MR. MC KENZIE:

22  Q.        It says here September 13th, 2013, to present,

23  Special-Hired Professor, Beijing University of

24  Technology; correct?

25  A.        Yes, special-hired professor means the

1  short-term plan, short-term guest professor.

2  Q.        And right under that it says, November 2013 to

3  present, Assistant Professor, Department of Mechanical,

4  Aviation and Medical Engineering, University of

5  Tennessee, United States, or U.S.A.; correct?

6  A.        Yes.

7            MR. MC KENZIE:  All right.  Now let's scroll

8  down a bit.

9  BY MR. MC KENZIE:

04:25PM 10  Q.        And then it lists --

11            MR. MC KENZIE:  Stop.  Scroll up, please.  I

12  want to see --

13  BY MR. MC KENZIE:

14  Q.        Under Ongoing research projects -- correct?

15  A.        Yeah.

16  Q.        And it lists two projects; correct?

17  A.        Yeah.

18  Q.        The first project was from January 2014 to

19  December 2016; correct?

04:26PM 20  A.        Yes.

21  Q.        And that -- in that project, you served as a

22  principal investigator; correct?

23  A.        Do you allow me to explain this?

24  Q.        Of course, but let me just finish this line of

25  questioning and I'll give you an opportunity.

1   A.     Yeah.

2   Q.     It says principal investigator; correct?

3   A.     Yes.

4   Q.     Key project of Beijing Natural Science

5   Foundation; correct?

6   A.     Yes.

7   Q.     And it's on this document; correct?

8   A.     Yes.

9   Q.     And underneath it there is a second ongoing

10   research project listed; correct?

11   A.     Yeah.  I should say -- do you allow me to

12   explain?

13   Q.     Please.

14   A.     Okay.  So those are the two Chinese -- in BJUT,

15   I have three Chinese research fund.  So two listed here.

16   There is another one, a smaller one, from their

17   institute.

18         So BJUT tell me that those are the chances and

19   let me send a draft.  They give me the money there.  But

20   those are -- the money is other professor and institute

21   manage, and the student, of course, is under my

22   supervision.  They do that.

23         So -- but, you know, when the Chinese translate

24   to English, it looks like those things are like I fully

25   commit with that, similar to what I did here at UTK.  So

1  I won't imagine this -- you know, these I consider as a

2  collaboration.

3  Q.       And you were listed as the principal

4  investigator; correct?

5  A.       Those are -- the principal investigator is

6  similar as what I explained.  I'm the collaborator.

7  Q.       I'd like to direct your attention to

8  Exhibit 4-A, please.  This is your business card;

9  correct?

04:28PM  10  A.       This is a -- BJUT give me the card when I

11  travel there.  Like, they make this name card for me.

12  Q.       And they gave it to you; correct?

13  A.       Yes, they give to me.

14  Q.       BJUT gave this to you; correct?

15  A.       Yes, BJUT give me.

16  Q.       You didn't make it; correct?

17  A.       It's not that I make that.  So, that's the

18  reason, you know, they want -- look, I walk in there,

19  I'm a regular employee there, or regular professor

04:28PM  20  there.

21          MR. MC KENZIE:  Could we see 4-B.

22  BY MR. MC KENZIE:

23  Q.       This is the other side; correct?

24  A.       Yeah, that's the same; same card.

25  Q.       I'd like to direct your attention to what is in

1  evidence as Government's Exhibit 3-N, as in Nancy.

2          MR. MC KENZIE:  Could we please scroll down so

3  we can see the signature.

4  BY MR. MC KENZIE:

5  Q.      You signed this letter; correct?

6  A.      Yes.

7          MR. MC KENZIE:  Will you please scroll up.

8  BY MR. MC KENZIE:

9  Q.      And you wrote this letter as part of a letter

10 of recommendation; correct?

11 A.      Yes.

12 Q.      And in this letter of recommendation, you

13 wrote, "I am a chair professor in Laser of

14 Institute" -- or excuse me -- "of Laser Engineering,

15 Beijing University of Technology."  You wrote that line;

16 correct?

17 A.      All those mean that's the professor, chair

18 professor, and a distinguished professor in Chinese

19 similar.  That's all it means, not a regular.

20 Q.      This is an English letter.

21 A.      Yeah, that's the reason you think that meaning,

22 but I think it's another meaning.

23 Q.      But you wrote this document; right?

24 A.      That's right, I wrote, but --

25 Q.      This is an English language document; correct?

1    A.        This is English.

2    Q.        And you wrote it in English; right?  This is

3    not a translated document; correct?

4    A.        Yeah, this is not translated, yes.

5    Q.        And you wrote it; correct?

6    A.        That's what I tell you is that's the professor

7    can also, depending on the age, they can translate it

8    into distinguished professor or chair professor.  That's

9    what I told you.

04:30PM   10    Q.        Okay.

11    A.        Yeah.

12    Q.        But you used the word "chair professor" here;

13    correct?

14    A.        Yes.  Like, this is a recommendation letter.

15    Q.        Correct.  But you did not use the phrase guest

16    professor; correct?

17    A.        Yes, I didn't.  But I tell you that's the

18    similar meaning.

19    Q.        But the word here is chair professor, correct,

04:31PM   20    on the screen?

21    A.        Yeah, that's correct.

22    Q.        The next -- the next sentence says, "I have

23    taught special seminars for graduate students in the

24    Institute of Laser Engineering in the past four years;

25    correct?

1   A.        Yeah, each year we go there, I give about

2   one-hour seminar.

3   Q.        And the next -- the next sentence says, "I have

4   my own research group, including three Ph.D. students in

5   the same institute where Yu-" -- how do you pronounce

6   her name?  Yu- --

7   A.        Yuhua.

8   Q.        -- "Yuhua studies."  You wrote that; correct?

9   A.        This one, I supervise those three Ph.D.

04:32PM  10   students, and those three Ph.D. students also come to

11   UTK as a visiting student.

12   Q.        Then it says, "My group there is focusing on

13   superresolution nano manufacturing and printable

14   electronics."  Correct?

15   A.        Yeah, those three student working on that,

16   study on that.

17   Q.        We'll leave that.

18            And you wrote this document; correct?

19   A.        Yes.

04:32PM  20   Q.        I'd like to direct your attention to

21   Government's Exhibit 3-O.

22            This is an email that you wrote; correct?

23   A.        Yes.

24   Q.        This was written in English; correct?

25   A.        This is, again, the recommendation letter.  As

1  a professor, we want to help with the student.

2  That's the daily work.  Almost every week and every

3  month I write to help a lot of students, yes.

4  Q.        You wrote this email in English; correct?

5  A.        Yes.

6  Q.        And you wrote, "I am an assistant professor in

7  University of Tennessee, Knoxville.  I am also a chair

8  professor at Beijing University of Technology."

9  Correct?

04:33PM 10  A.        Yes.  I already explain what that mean; right?

11  Q.        I would like to direct your attention to your

12  contracts with the Beijing University of Technology.

13  You testified that you did sign a contract in

14  2000- -- in or about 2016; correct?

15  A.        Yes, I think I said that.  Can you show that?

16  Q.        I don't have it ready to show because I thought

17  you would agree to that one, that you signed it and that

18  it expired in 2018.

19  A.        I hope you can show that.  I want to confirm so

04:35PM 20  I can see if it's the same thing.

21  Q.        I'm going to pull up the English version of it

22  so the jury can follow along, but I will pull up the

23  government's exhibit of the English version of the

24  signed 2016 contract.  And that is Government's

25  Exhibit 11-Q.

1    MR. MC KENZIE:  Could we just scroll down to
2  the bottom.
3  BY MR. MC KENZIE:
4  Q.      So in or about April of 2016, you signed a
5  contract with Beijing University of Technology; correct?
6  A.      Yes.
7  Q.      And this -- this contract had an expiration
8  date; correct?
9  A.      Yes.
04:35PM 10  Q.      And that expiration date was --
11    MR. MC KENZIE:  Can we scroll up to see the
12  exact date.
13  BY MR. MC KENZIE:
14  Q.      December 31st, 2018; correct?
15  A.      If you remember, the government linguist
16  already point out this is -- contract have a condition.
17  Q.      I'm just asking about the years of when this
18  expires.  December 31st, 2018 is the term of the
19  contract.  This is the longest possible date that this
04:36PM 20  contract could go; correct?
21  A.      Yes.
22  Q.      So after December 31st, 2018, this contract is
23  no longer valid; correct?
24  A.      Even this one, I can tell you because of --
25  they consider each year have a condition.  I never

1   satisfy that condition.  That you will consider?  Your

2   linguist already confirmed that.

3          MR. MC KENZIE:  Your Honor, I'm going to ask

4   that you instruct the witness to answer my question.

5          MR. LOMONACO:  Your Honor --

6          THE COURT:  Go ahead and ask the next question.

7   BY MR. MC KENZIE:

8   Q.      I'm going to direct your attention to

9   Government's Exhibit 7-K.  This is a Chinese language

04:37PM 10  contract; correct?

11  A.      Yes.

12         MR. MC KENZIE:  Can we scroll down to the

13  bottom.  I think it's the second to the last page.  I

14  think the second to the last page is blank.  No, one

15  more down.

16  BY MR. MC KENZIE:

17  Q.      And the bottom here, it's in Chinese, but the

18  bottom section there is where the parties to the

19  contract would sign the contract; correct?

04:37PM 20  A.      This one, I think, was -- already says is

21  invalid because there is no sign.  And also on the first

22  page, that's has to be signed in China; right?

23  Q.      My question is:  This is an unsigned document;

24  correct?

25  A.      Can you repeat that?  What's it means "unsigned

1    document"?

2    Q.      There is no signature on this page; correct?

3    A.      Yes.

4    Q.      You did not sign this document; correct?

5    A.      No.

6    Q.      And neither did anybody else; correct?

7    A.      Yes.

8    Q.      There is no signature on this page; correct?

9    A.      Yes.

04:38PM 10   Q.      All right.  Now I'd like to direct your

11   attention now to 7-L.  This is also a Chinese language

12   document; correct?

13   A.      Yeah.

14   Q.      And this document was recovered from an

15   external hard drive that you owned; correct?

16   A.      Yeah.  As we already discuss --

17   Q.      My question is very narrow.

18           And on this document -- on this document, you

19   signed this document.  I'm not asking about any terms of

04:39PM 20   the document.  I'm not asking whether anyone else signed

21   it.  You signed this document; correct?

22   A.      I signed this at my office at UTK.

23   Q.      And then in order to sign this document, you

24   needed to print off this page; correct?

25   A.      Yes.

1    Q.        And then you signed the paper; correct?

2    A.        Yes, I tell you signed this in the UTK.

3    Q.        And then you scanned the document; correct?

4    A.        Yes.

5    Q.        And then you saved it onto a hard drive;

6    correct?

7    A.        Yes.

8    Q.        And you kept it -- and you kept this document

9    for your records; correct?

04:39PM 10    A.        Can you -- can you allow me to explain this?

11    Q.        You'll get an opportunity to explain that on

12    redirect examination.

13              But we can agree that on this document, over

14    here (indicating), there is no signature from another

15    party on this page; correct?

16    A.        Do you agree there -- we can check the first

17    page?

18    Q.        My question is:  This is not signed by anyone

19    but you; correct?  BJUT didn't sign this document that's

04:40PM 20    in evidence; right?

21    A.        Yes.

22    Q.        Okay.  Now I'd like to direct your attention to

23    Government's -- actually, what I'd like to do is show

24    you Defense Exhibit 147, and I don't think -- I don't

25    know how to zoom this out.

1          You created this document; correct?

2    A.         Correct.

3    Q.         And this document reports that -- your travel

4    outside of -- or to China; correct?

5    A.         That's correct.

6    Q.         And after 2017, you did not go back to China;

7    correct?

8    A.         Yes.

9    Q.         I'd like to show you Government's Exhibit 11-F.

04:41PM 10          MR. LOMONACO:   F?

11          MR. MC KENZIE:  Yes.

12   BY MR. MC KENZIE:

13   Q.         I'm going to show you --

14          MR. MC KENZIE:  Can we zoom in on the first

15   message sent at 10/10/2019 at 9:45 p.m.

16   BY MR. MC KENZIE:

17   Q.         Did you receive this message -- this is the

18   English translation -- (as read) "Professor Hu, the

19   Front Line of Laser Manufacturing" -- or "the class

04:42PM 20   Front Line of Manufacturing was started last year and

21   the system shows you are the lecturer.  You need to give

22   grades to this class's students.  I won't assign you to

23   teach this class this year.  How about you compose a

24   test and send it to the students, and give them a grade?

25   Will that work?"  Did you receive that message?

1    A.      Yes.

2    Q.      Did you respond that day and say, "I will send

3    you the test tomorrow"?

4    A.      Yes.

5            MR. MC KENZIE:  Your Honor, I ask that the

6    witness --

7    BY THE WITNESS:

8    A.      Will you allow me to explain this?

9    BY MR. MC KENZIE:

04:43PM  10  Q.      Sure.

11   A.      Okay.  So I didn't travel back to China.  Those

12   students -- my seminar, as I mentioned.  Because I not

13   back to there, they see whether you can give their test

14   so those student can receive the grade.  So I spent

15   something like half hour to make their test because I

16   every year do this.  Those students answer questions,

17   email me.  I give them grade.  That's the background.  I

18   hope you can understand this.  Thank you.

19   Q.      On --

04:43PM  20  A.      Yes.

21   Q.      As a scientific researcher --

22   A.      Yes.

23   Q.      -- sometimes you find new technology that you

24   seek to patent; correct?

25   A.      Yes.

1    Q.        And you're familiar with the patent process;

2    correct?

3    A.        Yes.  Oh, I should say -- you ask -- I don't

4    have familiar with U.S. because I --

5    Q.        You're not familiar with the patent process?

6    A.        Because of the -- I only do the technical

7    disclosure.  I not finish the -- any U.S. patent yet

8    because that's a lot of steps.  I mean, you need to hire

9    a lawyer.  And I only release my technique to the

04:44PM  10    research foundation.

11    Q.        But you're aware when information that you have

12    researched is being submitted for a patent; correct?

13    A.        It's not for patent.  It's for the disclosure.

14    It is needed.  UT Research Foundation need to review.

15    Q.        I think that we may be talking about two

16    different things, and perhaps I'll ask a clearer

17    question.  I'm not talking about the University of

18    Tennessee right now.

19    A.        Yeah.

04:45PM  20    Q.        I'm just talking about, you are aware that you

21    have been named an inventor on patents before; correct?

22    A.        Yes, I have the one in Japan patent.

23    Q.        And you understand that patents give your

24    inventions legal protections; correct?

25    A.        Yeah, those cover the different patents.  So

1  sometimes that's just there to protect what we

2  published.

3  Q.      And you are aware that the United States issues

4  patents; correct?

5  A.      I know that.

6  Q.      You are aware that China issues patents;

7  correct?

8  A.      Yeah.

9  Q.      And I'm sure you could get patents in Europe or

04:45PM 10  anywhere in the globe; correct?

11  A.      Different country have a different system, but,

12  I mean, their patent have different categories.

13  Q.      And it's certainly not illegal to get a patent

14  in China if you live in the United States; correct?

15  A.      I really don't know.

16  Q.      And receiving a patent is -- it's important to

17  the university; correct?

18  A.      I don't know the importance for university or

19  not.  I cannot answer this.

04:46PM 20  Q.      Being listed on a patent is important for a

21  researcher; correct?

22  A.      It's for the -- if I'm working on the technical

23  side, it's important, but if I working on fundamental,

24  publishing is more important.

25  Q.      And in 2018 -- well, actually, on

1  September 20th, 2017, the Beijing University of

2  Technology applied for a patent in China with you listed

3  as the inventor; correct?

4  A.        Can you show something?  I don't know

5  their -- I cannot remember that date; right?

6  Q.        Are you aware as to whether or not the Beijing

7  University of Technology submitted a patent application

8  listing you as the applicant in September of 2017?

9  A.        If you can put that, maybe I can.  Because of

04:48PM  10  that date, I cannot remember.

11  Q.        Was the patent for a laser method for preparing

12  a copper-based flexible wearable pressure sensor?

13  A.        This is -- the name I can't remember.  That's

14  the BJUT student send me that.

15  Q.        But in the application, did Beijing University

16  of Technology list you as the inventor?

17  A.        Student list me as supervisor, as their mentor,

18  yes.

19  Q.        Similarly, in January of 2017, Beijing

04:48PM  20  University of Technology applied for a patent and also

21  listed you as an inventor; correct?

22  A.        I can tell you it's totally 12 applications.

23  And those 12 applications are already published.  That's

24  a published paper patent.  Already published.  I already

25  tell the UTK, report it in my annual report.

1   Q.        12 times the university -- or the Beijing

2   University of Technology applied for patents listing you

3   as the inventor?

4   A.        Reading this, you know, that's only the 12

5   papers.  And it's only listed on the papers.  And

6   finally they have -- the one is issued.  All the other

7   is declined.

8            MR. MC KENZIE:  Your Honor, I have no further

9   questions.

04:49PM 10            THE COURT:  Thank you.

11            Any redirect?

12                    REDIRECT EXAMINATION

13   BY MR. LOMONACO:

14   Q.        When you received an email from --

15            MR. LOMONACO:  Put 11-F up, if you can, please.

16   Switch over to the --

17   BY MR. LOMONACO:

18   Q.        Do you recall the email that the prosecutor

19   pointed out that you received about assigning a test

04:50PM 20   score?

21            MR. LOMONACO:  Is that 11-F?  It's not the

22   email.  What's the email with the -- about the --

23   assigning the test score?  He wasn't there.

24            MR. MC KENZIE:  It's --

25            MR. LOMONACO:  Excuse me.  I'm sorry.  I'm

1    looking right at it, I guess.  I thought it was an

2    email, but it's a text message.

3    BY MR. LOMONACO:

4    Q.        Okay.  Professor Hu, you were in the United

5    States or where were you in 10/10/19?

6    A.        That's in the University of Tennessee.

7    Q.        Do you know who you were referring to and

8    talking to during this time?

9    A.        This is the one teacher from the BJUT, yeah.

04:51PM 10   I'm not a very familiar with this person, honestly.

11   Q.        Okay.  But they said that you started -- "The

12   class Front Line of Laser Manufacturing was started last

13   year and the system shows that you are the lecturer."

14   Were you in that class the year before that?

15   A.        No.

16   Q.        Is that -- how did that end up you being the

17   lecturer?

18   A.        The BJUT try to put those international

19   visiting professor to teach those classes.  A seminar,

04:52PM 20   let's say.

21   Q.        What kind of --

22   A.        BJUT, they want to do the international

23   visitor.

24   Q.        Visit- -- international what?

25   A.        Visiting professor, let's say.

1  Q.        Visiting professor?

2  A.        Yes.

3  Q.        So they wanted a visiting professor; is that

4  what you're saying?

5  A.        Yeah, they wanted -- visiting student --

6  visiting professor -- sorry -- to give their

7  international -- I mean, Eng- -- the lecture in English.

8  So I think they put my name and with one professor from

9  UK to be potential lecturers.

04:52PM  10  Q.        Okay.  So you hadn't given a lecture in that

11  class before?

12  A.        For this, the title Front Line, I didn't teach

13  that at any times.

14  Q.        And when was the last time you had a class in

15  Beijing University?

16  A.        That's in 2017.

17  Q.        2017?

18  A.        Yeah.

19  Q.        So when you got this email, what -- what did

04:53PM  20  you do?

21  A.        I do is the --

22  Q.        Or this text message.  I'm sorry.

23  A.        Yeah.  When I got this text message, I saw that

24  those students already registered for the class.  If

25  they -- if I don't agree, basically will fail.

1  Basically this class -- I, mean they going to get failed

2  for that class.

3  Q.       So they had a class with no teacher?

4  A.       No teacher.  They expected international

5  professor come to teach at a certain time.

6  Q.       All right.  So they wanted you to give grades

7  to this class?

8  A.       Yeah, that's the -- the message mentioned.

9  They ask if I can -- because basically this is a

04:53PM 10  seminar.  Even I go there, that's a one-hour lecture.

11  And if a student come, they just get the credit.  It's a

12  half-point credit.  They encourage students to attend

13  their international collaborations.

14  Q.       So it's a one-hour class?

15  A.       Yeah, it's basically a one-hour.

16  Q.       One time?

17  A.       One time.

18  Q.       Okay.  So you agreed, "Sure, I'll do it"?

19  A.       Yes, I want to help those students.

04:54PM 20  Q.       And you wanted to know how many were enrolled,

21  how many students.  You sent a test, and then you graded

22  the test?

23  A.       Yes.

24  Q.       How much did you charge for that?

25  A.       I not get any money.  This is for volunteer.

1    Q.        Okay.

2    A.        Because of the -- if I go there, I probably can

3    get a little bit of compensation.

4    Q.        But you didn't get paid.  Did you ask for

5    compensation?

6    A.        No.

7    Q.        Now, BJUT issued 12 patents, and you said only

8    one was -- one was actually granted; is that right?

9    A.        Yeah.  So for those one, you know, submit their

10   application does not mean that they will be granted.

11   That will take, like, two years to check.  They will

12   post it.  That's really -- you know, every people can't

13   know that.  This is open information.

14        If you knew my name and go to Google, you can

15   find it there.  You can gather those informations.  They

16   will post it, other people see, oh, no, this is not new.

17        Basically this is based on the papers.  And I

18   gather the one is one of my student, you know, because

19   that's a student and they have to put it there,

20   supervisor name there.  I not involved.  I help the

21   student -- I really help the student to correct their

22   language, and I -- but as I answer their -- I'm not an

23   expert to apply for the patent.

24        So what I write of the patent, I try in U.S.

25   one time.  It fail.

1    Q.        Did you enjoy teaching?

2    A.        Usually I should say I like it, but my English

3    is -- I should say, you know, teaching is well over my

4    challenge.  So when I teach at UTK, that's the -- in the

5    very beginning, I get the pretty -- you know, in the

6    past 20 years, I get a lower score, and then within

7    three years, I improve a lot.

8              MR. LOMONACO:  Can we see 11-O.

9    BY MR. LOMONACO:

04:57PM  10  Q.        All right.  This is a -- do you recognize this

11   Exhibit 11-O?

12   A.        Yes.

13   Q.        And who prepared this?

14   A.        I think this is a -- this is the BJUT

15   prep -- prepare that and they list on the website.

16   Q.        And can you explain what a chair professor or a

17   chair position is at BJUT?

18   A.        Yeah.  The chair professor mean --

19   corresponding to the Chinese meaning is a certain period

04:57PM  20  and for the certain title.  They give their -- it's kind

21   of their -- I don't know the words I use it properly.

22   It's honorable, just like kind of a reputation.  It's

23   not their really commitment.

24             You know, like my supervisor in Harvard, he

25   probably have those over 20.  I mean, different

1  university give that.  They used to call him chair

2  professor.  But he probably only go there one time, give

3  a lecture one time.

4  Q.      How much of this work that you did just at

5  BJUT, Beijing University, how much of this work did you

6  do while you were -- or during your academic year at

7  University of Tennessee?  Can you predict or give us an

8  estimate of the percentage of time you spent during your

9  school year at UT helping out at BJUT?

04:58PM  10  A.      Probably maximum less than five percent.

11  Q.      Five percent of a hundred percent?  You're

12  giving a hundred percent at UT; right?

13  A.      Yeah, yeah.

14  Q.      And according to the handbook, how much can

15  you --

16  A.      20 percent.

17  Q.      20 percent?

18  A.      Yes.

19  Q.      Before the handbook says it's a conflict?

04:59PM  20  A.      Yes, or I have to disclose.

21  Q.      And how much work can you do at Beijing

22  University during the summer on your time off before

23  it's a conflict?

24  A.      If it was within the three months, that's what

25  I understand, that's not trigger any conflict of

1    interest.

2          Now, another thing is:  I cannot focus on.

3    Those nine months, I not doing anything.  I just in the

4    summer back to China.  I don't want to mention it like

5    that.

6          So what I do, those international collaboration

7    or short-term plan after I satisfy UTK requirement.

8    Every year they will review me.  If I have the teaching

9    research or service, if I not match the UTK requirement,

04:59PM 10    my department that hired me will talk to me, say,

11    "Anming, you need to improve.  You're hired by UTK.  You

12    have to satisfy UTK requirement."

13          I never get any warning in the past before the

14    tenure, even at the tenure, because from the tenure

15    review, they give me their -- over expectation, yeah, or

16    higher-than-expectation evaluation.

17    Q.    So, for whatever reason that you didn't put

18    your part-time summer job over at Beijing University and

19    list it on the conflict of interest form, for whatever

05:00PM 20    reason, it's not on there --

21          MR. MC KENZIE:  Your Honor --

22    BY MR. LOMONACO:

23    Q.    -- did any of it --

24          MR. MC KENZIE:  Your Honor, I'm going to object

25    and remind counsel that he's doing direct examination,

1  not leading questions like cross-examination.

2          MR. LOMONACO:  I'm just getting to the point of

3  asking my question.

4          THE COURT:  Go ahead and ask it.  Maybe without

5  all the preparatory comments.

6          MR. LOMONACO:  Okay.

7  BY MR. LOMONACO:

8  Q.        Was there any reason that had to do with the

9  NASA restriction --

05:01PM 10  A.        No.

11  Q.        -- for your answer on that form?

12  A.        So when I started to fill in that conflict of

13  interest, that is 2013.  You know, as I testified, I

14  started NASA from the 2015, February.  That's when my

15  first there try.  Even that try, there was no

16  information about the China restriction and assurance.

17  First time I only get is from the Drew Haswell.  He told

18  me like that, yes.

19  Q.        And when you had visiting students that the

05:01PM 20  prosecutors went over with you here a little while

21  ago -- and they were from China?

22  A.        Yes.

23  Q.        And even Beijing University?

24  A.        Yes.

25  Q.        When they were here, you were doing UT work

1    here, weren't you --

2    A.        Yes.

3    Q.        -- with those students?

4    A.        Yes.

5    Q.        You were benefitting UT?

6    A.        Yes.

7    Q.        And nobody ever complained about that?

8    A.        Department give the -- department and the

9    college give me the very good evaluation.  There are

05:02PM  10   things that significantly help my performance because,

11   you know, when I send the tenure package to the UT, they

12   didn't check why within the five years I have give

13   publications.  In fact, those visiting students

14   contribute 24 papers.  That's almost half.

15        If -- without those visiting students, my

16   publication will be little bit over average.  But I'm

17   the -- one of the top publisher in my colleagues.  Not

18   in my department.  Probably I'm on the top on my

19   department.

05:02PM  20        So that's really -- department have and both

21   the college committee, before they report it to the

22   provost, they think those international students

23   significantly contribute to the UTK project.

24   Q.        You wanted to explain why you didn't disclose

25   your appointment on the work on your tenure package.  Do

1    you have -- do you want to explain to the jury why you

2    didn't put it in there?

3    A.        Yes.  So tenure package is the package.  I

4    mean, the -- each item we have to have.  But inside the

5    contained is no requirement of a format.  It depends on

6    each faculty feeling.  You can decide if feeling.  For

7    example, CV.  So whatever you put.  So what I understand

8    is the CV, we cannot leave a gap.  So I reported in

9    2014, then I list 2016, what are you doing in 2015?  So

05:03PM  10    when I say --

11    Q.        Excuse me.  So the jury understands, when you

12    say "gap," you mean a gap between the times that you

13    report something?

14    A.        Yes.  If I report each year my appointment,

15    there should be considered consistent.  And I not list

16    that BJUT employment because I think that that's not a

17    regular employment.

18              But both the CV and the package, we already

19    show you, the juror -- I mean, I posted -- I report BJUT

05:04PM  20    many times in this package.  I believe it's over ten

21    place, same file, at least that BJUT over ten different.

22    Even in the CV, I already list the BJUT, visiting

23    students and --

24    Q.        Was it required to report everything?

25    A.        So, honestly, I should have say, those, we can

1   decide it what you report.  But I don't want to hide

2   that.  So, you know, like I do -- the CV is on the

3   bottom, last file.  So, my CF, if I report everything,

4   there could be 70 page.  I don't want to be -- this is

5   already over nearly 200 page.

6       So some professors, like today you see the

7   Dr. Babu, if he's CV, if you want to put everything,

8   probably 200, 300 page.  So that's the reason each of

9   the faculty, they usually have their different CV for

05:05PM  10  the different purpose.

11      You know, like NSF, they only allow the two

12  page.  Like NASA, only allow the one page.  It's hard

13  you really list everything.

14      But you list this thing.  Probably they say you

15  miss that thing.  That's really for the faculty.  You

16  know, I think that those -- I didn't gather any

17  guideline to tell me what you have to list, or someone

18  tell me, no, I mean, you have to list something, if like

19  that.

05:06PM  20  Q.      Were you trying to hide BJUT from anybody when

21  you --

22  A.      No.

23  Q.      What's -- sorry to cut you off.  Do you want

24  to --

25

1          (Defendant's Exhibit 112 was marked for

2             identification.)

3          MR. LOMONACO:  Let's quickly go to Exhibit 112,

4    please.

5    BY MR. LOMONACO:

6    Q.      Oh.  Can you recognize this letter here?

7    A.      Yeah, this the -- this is the invited letter to

8    the postdoctoral Delong Ma from BJUT.  This is the cover

9    letter from provost from the UTK.  Professor Susan

05:06PM 10   Martin is -- this is previous provost before the

11   Professor John Zomchick.

12   Q.      So this is one of your students from BJUT

13   becoming a visiting student at the University of

14   Tennessee?

15   A.      Yes.

16          MR. LOMONACO:  Can we move that in as

17   Exhibit 112, Your Honor, please?

18          THE COURT:  So admitted.

19          (Defendant's Exhibit 112 was received into

05:07PM 20            evidence.)

21   BY MR. LOMONACO:

22   Q.      And his name is Delong Ma; is that right?

23   A.      Yes.

24   Q.      Are you listed in this, his CV, as a

25   supervisor?

1  A.      Yes.  So my name is listed there as the

2  supervisor of him in this Institute of Laser

3  Engineering, Beijing University of Technology.

4  Q.      So that's how you got the contact started to

5  get him to UT; correct?

6  A.      Yes.  This one I send it to the department

7  head, and the department head send to college team and

8  then to provost office.

9  Q.      And UT was happy to get him?

05:08PM 10  A.      Each of the -- the one page before, department

11  head first sign, college dean sign, and the provost

12  sign.  Provost will sign -- will sign the invited letter

13  to invite these people because they're treated -- with

14  the doctor, they're treated as a visiting professor.

15          (Defendant's Exhibit 113 was marked for

16           identification.)

17          MR. LOMONACO:  Let's go to 113 quickly.

18  BY MR. LOMONACO:

19  Q.      Is this a similar letter?

05:08PM 20  A.      This is for another visiting student.  It's

21  called Ma Ying.  Same family name but different person.

22  Q.      And we have the same situation with her as we

23  did the previous student?

24  A.      For the visiting student, just the department

25  head approve it's okay.  So I submitted Ma Ying's CV and

1    the financial letter to the department head.  Department

2    head approve that, sign that, and that's

3    the -- forwarded to UTK to process their visa

4    application.

5         MR. LOMONACO:  Your Honor, I'd like to move in

6    113, please.

7         THE COURT:  So admitted.

8         (Defendant's Exhibit 113 was received into

9          evidence.)

05:09PM  10         (Defendant's Exhibit 114 was marked for

11          identification.)

12         MR. LOMONACO:  And 114, please, if we could see

13    that.

14    BY MR. LOMONACO:

15    Q.       Is this her resume?

16    A.       Yeah, this is the resume I submitted to

17    Dr. Matthew Mench, my department head.

18    Q.       And you submitted it on her behalf; is that

19    what you --

05:09PM  20    A.       Yes.

21    Q.       As part of the application to get her to be a

22    visiting student?

23    A.       Yes.

24    Q.       Are you listed at -- in this?  From 2014,

25    you're listed as advisor --

1    A.        Yes.

2    Q.        -- at BJUT?

3    A.        Correct.

4    Q.        Okay.  Thank you.

5              MR. LOMONACO:  I'd move to admit that one, too,

6    Your Honor, please.

7              THE COURT:  So admitted.

8              (Defendant's Exhibit 114 was received into

9               evidence.)

05:10PM  10          MR. LOMONACO:  That's all I have, Your Honor.

11              THE COURT:  Thank you.

12              Any recross?

13              MR. MC KENZIE:  No, Your Honor.

14              THE COURT:  All right.  Thank you.

15              Professor Hu, you can return to counsel table.

16    And, jury, appreciate putting in a long day, and just

17    hold on just a moment and let me consult with counsel.

18              (A discussion was had off the record amongst

19               the Court and Counsel.)

05:12PM  20          THE COURT:  Thank you.

21              Again, thanks not only from the Court, from

22    everyone involved in this case for putting in a full day

23    and staying.  We usually try to leave a little earlier

24    on Friday.  But we wanted to go ahead and complete this

25    witness's testimony.

1    In discussing with counsel, the defendant may

2  or may not have additional witnesses.  But it seems

3  probable that you'll probably either get the case on

4  Monday or we'll at least proceed to closing arguments at

5  some point on Monday.

6    So, now, we told you in the past we weren't

7  going to have court on Tuesday, and I know -- I think

8  some of you have made arrangements to do things on

9  Tuesday.  So even if you get the case Monday, my intent,

05:13PM  10  at least at this point, would be, just like breaking on

11  Friday and coming back Monday, we would break Monday

12  afternoon and come back Wednesday.  So it may be that

13  you -- you know, depending on when you get the case,

14  depending on how deliberations are, you may not be here

15  the entirety of next week, but certainly it wouldn't be

16  beyond that time period, and probably it will be shorter

17  than the time period we've talked about.

18    So I'm going to let you go, but I'll talk to

19  you about a couple things.  We may be near the end of

05:13PM  20  the proof.  However, we may not -- the proof may not be

21  done.  So, as I've stated every afternoon, continue to

22  keep an open mind as you hear all the evidence in this

23  case.  Don't discuss the case with -- among yourselves

24  until, you know, you've received the case for

25  deliberations at some point next week; perhaps Monday.

1   Don't discuss the case with anyone else, including

2   family or friends until the case is over.

3           Also, in terms of any newspaper reports,

4   media -- other media reports, internet reports or

5   otherwise, it's obviously critically important that you

6   continue to adhere to my instruction of not reading

7   anything about this case or having anything about this

8   case brought to your attention.

9           Again, you heard me say on Monday, I believe it

05:14PM  10   was, that, you know, information that's on the internet,

11   available through social media, or even newspaper

12   articles or other media reports could be incomplete,

13   could be inaccurate, or might not simply track the

14   evidence that is being presented to you in this

15   courtroom, and it's important that your deliberations be

16   focused exclusively on the evidence that is presented in

17   the four walls of this courtroom and that you not be

18   influenced in any way by anything or anyone or any

19   materials or reading or research outside the confines of

05:15PM  20   this courtroom.  So that's very important, particularly

21   at this stage of the proceeding.  So please continue to

22   adhere to that instruction.

23           So we're going to have you go ahead and report

24   at the regular time.  We're going to actually meet a

25   little bit earlier on Monday and discuss some things

1  that are necessary preparation, you know, for when you

2  get the case, whether it's Monday or otherwise. So it's

3  possible we may not start right at 9 o'clock. So don't

4  rush if you're running a few minutes late.

5         But I'm going to say report at the regular

6  time, and then you'll get further instructions when you

7  get here about the time that we'll actually start.

8         I believe you've got instructions about

9  reporting to a different location in the morning. Is

05:15PM  10  that right? Are people aware of that?

11         Why don't we -- when we go back to the

12  courtroom, Ms. Norwood will check with you because I

13  think another judge is having another trial and there

14  might be some orientations going on. So let's clear

15  that up before you leave the jury -- the jury room.

16  We'll make sure we know where you're reporting. So go

17  ahead and report between 8:45 and 9:00, but it might be

18  a little after 9:00 or 9:30 when we bring you into the

19  courtroom. But we'll keep you advised of that when you

05:16PM  20  come here on Monday.

21         Again, you're excused for the weekend. Have a

22  nice and pleasant weekend, and on behalf of everyone

23  involved, thank you very much for your attention and

24  patience throughout this first week of trial. The jury

25  is excused.

1          (Jurors excused from the courtroom.)

2          THE COURT:  All right.  Please be seated.

3  Let's talk about a couple of things before we break.

4          Mr. Lomonaco, I had you -- Defendant's 2 was an

5  annual activity report that you moved into evidence, and

6  you also showed Defendant's 3, which I think was a

7  subsequent annual activity report.  I'm not sure that

8  was moved into evidence.  So to the extent it wasn't, I

9  assume you want it moved into evidence.

05:17PM  10          MR. LOMONACO:  Yes, Your Honor.

11          THE COURT:  There is no objection.  So the

12  record is clear, we'll admit Defendant's 3.

13          (Defendant's Exhibit 3 was received into

14           evidence.)

15          THE COURT:  I would like -- as I discussed at

16  side conference, you did receive during the lunch hour a

17  draft of the jury charge and verdict form.  I'm not

18  going to take it up now because you probably haven't had

19  time to look at it.  So look at that definitely over the

05:17PM  20  weekend, and let's plan to start court at 8:30 Monday so

21  we can at least begin a discussion of the jury charge

22  and see where we are.  Obviously if there is no

23  additional proof, we might finish the charge conference

24  and we might interrupt it with additional proof.

25          MR. MC KENZIE:  As a reminder, Your Honor, that

1  the elevators need to be turned on early so we can get

2  up here at 8:30.  They have been turned on at 8:45.

3  THE COURT:  Don't arrive here before 8:30.  Try

4  to get here 8:25 or something, but we'll try to convene

5  at 8:30 for the charge conference.  If that changes over

6  the course of the weekend, we'll send you an email, but

7  I'd like to plan to start discussing the jury charge

8  draft at 8:30.

9  In that regard, Mr. Lomonaco, just to remind

05:18PM 10  you, as I remind defense counsel, one of the jury

11  charges relates to the defendant's theory, you know,

12  "Basically the defendant's theory is..."  If you would

13  just be prepared.  We usually don't ask you for any

14  particular verbiage until the end of the case.  So you

15  don't have to -- just be prepared.  Give that some

16  thought.  Some -- as you know, sometimes defendant's

17  counsel don't want to include a defense theory charge,

18  just leave that for argument; sometimes they do.  It's

19  not intended to be a two-page closing argument.  It's a

05:19PM 20  succinct summary of the defendant's theory.  So give

21  that some thought as well as you look through the jury

22  charge draft.

23  MR. LOMONACO:  Yes, sir.  I take it you emailed

24  it to us.

25  THE COURT:  Yes, we emailed that to you over

1  the lunch hour.  So you should have it when you get back

2  to your office.

3          The defendant filed -- where is it?  Here it

4  is.

5          The defendant filed, I think over the lunch

6  hour --

7          MR. LOMONACO:  I'm sorry, Your Honor, if I

8  didn't tell you that.  It's in support of our --

9          THE COURT:  It's styled Motion to Dismiss to

05:19PM  10  Avoid For Vagueness, but should I interpret that as

11  written argument in support of your Motion for Directed

12  Verdict?

13          MR. LOMONACO:  Yes, sir.  Yes, sir.

14          THE COURT:  And I assume, once we do close all

15  the proof, you would renew that motion on the same

16  grounds?

17          MR. LOMONACO:  Yes, sir.

18          THE COURT:  So I don't know if the government

19  has seen this.  If you want to respond in writing in any

05:20PM  20  fashion, I guess you'll need to do so before court

21  Monday morning so we can take a look at it.

22          MR. ARROWOOD:  Yes, Your Honor.  Thank you.

23          THE COURT:  I'm not sure it -- I mean, it

24  somewhat tailors defendant's argument.  I just skimmed

25  it, and I think it raises some of the points that were

1  raised in the previous motions that government counsel

2  referenced in opposition to the Motion for Directed

3  Verdict.

4       But I am interpreting this, based on what we're

5  saying now, as not a new Motion to Dismiss but a brief

6  in support of the Motion for Directed Verdict.

7       MR. LOMONACO:  Yes, Your Honor.

8       THE COURT:  Thank you for that.

9       All right.  Let's talk a little bit in

05:20PM  10  anticipation of the proceeding to closing arguments on

11  Monday.  I have some thoughts about length of time, but

12  let's start with the government.

13       Have you had any thoughts -- maybe finishing a

14  little earlier than you anticipated, but any initial

15  thoughts right now on time frame for closing arguments

16  inclusive of rebuttal?

17       MR. ARROWOOD:  Your Honor, I think we could get

18  it done in an hour, assuming I want the same amount of

19  time that defense counsel has, but I think we can do it

05:21PM  20  in an hour.

21       THE COURT:  45 minutes and then 15 minutes for

22  rebuttal, or something like that?  40/20?

23       Does that sound sufficient, an hour,

24  Mr. Lomonaco?

25       MR. LOMONACO:  Yes, Your Honor.

1    THE COURT:  So let's plan on that.  If you come

2  in on Monday and say after you're preparing for them, "I

3  think I need an hour and ten minutes," I'll be a little

4  flexible on that.  We'll look at keeping in that scope.

5  Again, I may give you a little leeway if you feel you

6  need an extra five or ten minutes.

7    Okay.  That's what I had.  Does anybody else

8  have anything?

9    MR. MC KENZIE:  No, sir.

05:21PM  10    MR. ARROWOOD:  Nothing from the government.

11    THE COURT:  So 8:30 charge conference.  If

12  there is any additional proof, we will take that.  If

13  not, we will finish the charge conference and allow the

14  parties to rest in front of the jury and then go right

15  into closing arguments.

16    As we've noted at sidebar, you know, we had

17  already told the jury that we were not having court on

18  Tuesday.  So I think even if we get to closing

19  arguments, they will get the case -- they would probably

05:22PM  20  get the case sometime Tuesday if there is no additional

21  proof -- I'm sorry -- Monday if there is no additional

22  proof.

23    But if for some reason we start deliberations,

24  my intent, as of now, would be just to -- you know, if

25  we -- if the deliberations have just started or are not

finished or are still ongoing, we would break end of day

Monday and come back Wednesday, just like we would do if

we started deliberations today and broke, we would break

until Monday.

　　　　So I think in light of the fact we told the

jury all week that there would not be court on Tuesday,

you know, unless for some reason that needs to change,

that's the Court's intent right now, just so everybody

knows.  Okay?

05:22PM　　　　All right.  Everyone have a pleasant weekend.

I know there will be work to be done, but we'll see

everybody back here at 8:30 on Monday.

　　　　Court is adjourned.

　　　　(Which were all the proceedings had and

　　　　 herein transcribed.)

　　　　　　　* * * * * * *

```
 1                    C-E-R-T-I-F-I-C-A-T-E

 2   STATE OF TENNESSEE

 3   COUNTY OF KNOX

 4            I, Teresa S. Grandchamp, RMR, CRR, do hereby

 5   certify that I reported in machine shorthand the above

 6   proceedings, that the said witness(es) was/were duly

 7   sworn; that the foregoing pages were transcribed under

 8   my personal supervision and constitute a true and

 9   accurate record of the proceedings.

10            I further certify that I am not an attorney or

11   counsel of any of the parties, nor an employee or

12   relative of any attorney or counsel connected with the

13   action, nor financially interested in the action.

14            Transcript completed and signed on Wednesday,

15   June 30, 2021.

16

17

18

19

21          _____
            TERESA S. GRANDCHAMP, RMR, CRR
22          Official Court Reporter

23

24

25
```