# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00021 |
| | ) | |
| ANMING HU | ) | |
| | ) | |

## DEFENDANT'S MOTION TO ASK THE INTENTIONS OF THE U.S. ATTORNEY

Now comes the Defendant Professor Anming Hu and moves this Honorable Court to inquire of the United States whether they intend to retry his case.

Professor Hu is still being incarcerated through home detention. Approximately three weeks have transpired since this case ended in a mistrial.

Defendant has no ability to make plans nor commitments until he is advised whether the Government intends to conduct another Trial.

WHEREFORE, Defendant respectfully requests that the Court inquire of the Government its intentions in this regard.

Respectfully submitted this 6th day of July 2021.

        s/A. Philip Lomonaco
        A. Philip Lomonaco, BPR#011579
        800 S. Gay Street, Suite 1950
        Knoxville, TN 37929
        (865) 521-7422
        (865) 521-7433 fax
        phillomonaco@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

        s/A. Philip Lomonaco