# United States District Court
## Eastern District Of Tennessee

UNITED STATES OF AMERICA

      V                                        Exhibit List

ANMING HU,

        Defendant                        Case Number 3:20-CR-21

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Thomas A. Varlan, Judge | Casey Arrowood, Matthew J. McKenzie | Philip Lomonaco |
| **Trial Date (S)** | **Court Reporter** | **Courtroom Deputy** |
| June 7-14, 2021 | Terri Grandchamp | Julie Norwood |

| Exhibit | Id Only | Admitted | Description |
|---|---|---|---|
| Gov-1-A | | X | NASA China Funding Restriction GIC 12-01a |
| Gov-2-A | | X | UTK-HUS Offer Letter (Nov 2013) |
| Gov-2-B | | X | UTK-HUS CV (Nov 2013) |
| Gov-2-C | | X | UTK-HUS Tenure Application (Nov 2018) |
| Gov-2-D | | X | UTK-HUS Conflict of Interest Form (Nov 2013) |
| Gov-2-E | | X | UTK-HUS Conflict of Interest Form (Sept 2015) |
| Gov-2-F | | X | UTK-HUS Conflict of Interest Form (Sept 2016) |
| Gov-2-G | | X | UTK-HUS Conflict of Interest Form (Oct 2017) |
| Gov-2-H | | X | UTK-HUS Conflict of Interest Form (Sept 2018) |
| Gov-2-I | | X | UTK-HUS Conflict of Interest Form (Sept 2019) |
| Gov-2-J | | X | UT Conflict of Interest Policy Fi0125 |
| Gov-3-A | | X | UTK Email-Email Exchange with BJUT Researcher (Dec 9 2014) |
| Gov-3-B | | X | UTK Email-Email to HUST Professor 11-19-2015 |
| Gov-3-D | | X | UTK Email-Attachment-Hu Biography |
| Gov-3-E | | X | UTK Email-Attachment-Hu CV March 2015 |
| Gov-3-F | | X | UTK Email- Email Exchange with Researcher in Japan Re Joint Proposal With BJUT (Nov 30 2015) |
| Gov-3-G | | X | UTK Email- Email Exchange with BJUT Re Accepting Student (Jan 16 2017) |
| Gov-3-H | | X | UTK Email-Attachment-Acceptance Letter |
| Gov-3-I | | X | UTK Email-Attachment-Hu CV 2015 |
| Gov-3-K | | X | UTK Email- Email from BJUT To Accepted Student (Jan 16 2017) |
| Gov-3-M | | X | UTK Email- Email Exchange Re Jin Yuhua Recommendation (May 8 2017) |
| Gov-3-N | | X | UTK Email-Attachment-Recommendation Letter for Jin Yuhua |
| Gov-3-O | | X | UTK Email- Email Exchange Re Jin Yuhua Recommendation (May 19 2017) |
| Gov-3-P | | X | UTK Email-Attachment-Recommendation for Jin Yuhua |
| Gov-3-Q | | X | UTK Email- Email from BJUT (Oct 17 2017) |
| Gov-3-S | | X | UTK Email-Attachment-Manuscript |
| Gov-3-T | | X | UTK Email- Email Exchange with BJUT Re Laboratory (Dec 2017) (Translated At 11-I) |
| Gov-3-U | | X | UTK Email- Email to Princeton Professor Re Recommendation (Feb 25 2018) |
| Gov-3-V | | X | UTK Email-Attachment-Draft Recommendation Letter |
| Gov-3-X | | X | UTK Email- Email Exchange with BJUT 07-06-2018 |
| Gov-3-Y | | X | UTK Email-NASA China Assurance Form (Dec 13 2019) |
| Gov-3-Z | | X | UTK Email-Attachment-UTK NASA China Assurance Form |
| Gov-4-A | | X | Residence-BJUT Business Card in English |

| | | | |
|---|---|---|---|
| Gov-4-B | | X | Residence-BJUT Business Card in Chinese |
| Gov-4-C | | X | Residence-2017 Calendar (Redacted) |
| Gov-4-E | | X | Residence-Lenovo Laptop-Research Paper |
| Gov-4-F | | X | Residence-Lenovo Laptop-HUS Doe FGTRP Form (Signed) |
| Gov-5-A | | X | Residence-Lg Phone-Message to BJUT Faculty Re COVID (Feb 6 2020) |
| Gov-5-B | | X | Residence-Lg Phone-Article in Applied Physics Letter Co-Authored by Hu (Published Aug 2019) |
| Gov-5-C | | X | Residence-Lg Phone-Draft of Article Co-Authored by Hu |
| Gov-5-D | | X | Residence-Lg Phone-Wechat re BJUT Lab (Jan 2020) (Translated At 11-D) |
| Gov-5-E | | X | Residence-Lg Phone-Wechat re Hu`S Class at BJUT (Oct 2019) (Translated At 11-F) |
| Gov-5-F | | X | Residence-Lg Phone-Wechat re Hu`S Employment at BJUT (Nov 2019) (Translated At 11-H) |
| Gov-5-G | | X | Residence-Lg Phone-Wechat re Lin Luchan (Oct 2019) (Translated At 11-E) |
| Gov-5-H | | X | Residence-Lg Phone-Wechat with Chen Hong (Translated At 11-G) |
| Gov-6-A | | X | Office-Dell Desktop-Cooperative Agreement Award Notification |
| Gov-6-B | | X | Office-Dell Desktop-Executed JPL 1560728 Contract |
| Gov-6-D | | X | Office-Dell Desktop-Hu CV 2016 (Translated At 11-O) |
| Gov-6-E | | X | Office-Dell Desktop-Hu CV 2017 (Translated At 11-P) |
| Gov-6-F | | X | Office-Dell Desktop-Letter from BJUT to PRC Consulate (May 2016) (Translated At 11-N) |
| Gov-6-G | | X | Office-Dell Desktop-High Level Talent Agreement (April 2016) (Translated At 11-Q) |
| Gov-6-H | | X | Office-Asus Laptop-Equipment Budget for Lab 2019 (Translated At 11-J) |
| Gov-6-I | | X | Office-China NSF Project Final Report (Translated At 11-K) |
| Gov-6-J | | X | Office-Tms Registration Confirmation 02-2016 |
| Gov-6-K | | X | Office-Icaleo Attendee List (Oct 2016) |
| Gov-7-A | | X | Office-Toshiba Hard Drive-TMS 2016 Receipt |
| Gov-7-B | | X | Office-Toshiba Hard Drive-Icaleo Thank You Letter (Mar 23 2017) |
| Gov-7-C | | X | Office-Toshiba Hard Drive-Icaleo Registration Bill (Sept 2017) |
| Gov-7-D | | X | Office-Toshiba Hard Drive-Iiw Agenda 06-2017 |
| Gov-7-E | | X | Office-Toshiba Hard Drive-Iiw Invoice and Receipt (2017) |
| Gov-7-F | | X | Office-Toshiba Hard Drive-UTK NASA China Assurance (Jan 2017) |
| Gov-7-G | | X | Office-Toshiba Hard Drive-UTK NASA China Assurance (Jan 2016) |
| Gov-7-H | | X | Office-Toshiba Hard Drive-UTK NASA China Assurance Form |
| Gov-7-I | | X | Office-Toshiba Hard Drive-Lpm2016 |
| Gov-7-J | | X | Office-Toshiba Hard Drive-Research Paper |
| Gov-7-K | | X | Office-Toshiba Hard Drive-High Level Talent Agreement (Mar 2019) (Translated At 11-L) |
| Gov-7-L | | X | Office-Toshiba Hard Drive-High Level Talent Agreement (Mar 2019) (Signed-Hu) (Translated At 11-M) |
| Gov-7-N | | X | Office-Toshiba Hard Drive-MDPI Invoice (Jan 2019) |
| Gov-7-O | | X | Office-Toshiba Hard Drive-Research Paper Abstract |
| Gov-7-Q | | X | Office-Toshiba Hard Drive-UTK OSP Ppt |
| Gov-7-R | | X | Office-Toshiba Hard Drive-CME Research Paper (Feb 2019) |
| Gov-8-A | | X | JPL-UTK Email-Email with Loc (Jan 6 2016) |
| Gov-8-Aa | | X | JPL-GPS For CREI Subcontract (April 2014) |
| Gov-8-B | | X | JPL-UTK Email-Attachment-Letter of Commitment |
| Gov-8-Bb | | X | JPL-JPL Email-Email Exchange Re Braxing In Microgravity Proposal (Jan 4 2016) |
| Gov-8-C | | X | JPL-UTK Email-Email Exchange Re NASA China Assurance (Jan 12 2016) |
| Gov-8-Cc | | X | JPL-JPL Email- Email Attachment-BJUT Letter |
| Gov-8-D | | X | JPL-UTK Email-Attachment-UTK NASA China Assurance |
| Gov-8-Dd | | X | JPL-JPL Email- Email Attachment (Facilities-Hu) |
| Gov-8-E | | X | JPL-UTK Email-Email Submission of Proposal 16-0121 To JPL (Jan 12 2016) |
| Gov-8-Ee | | X | JPL-JPL Email-Email Exchange with YBC And Ah (1 4 2016) |
| Gov-8-F | | X | JPL-UTK Email-Attachment-Hu JPL Proposal 16-0121 |
| Gov-8-Ff | | X | JPL-JPL Email-Email Exchange with YBC And Ah (Jan 4 2016) |
| Gov-8-G | | X | JPL-UTK Email-Attachment-Hu Commitment Letter |
| Gov-8-Gg | | X | JPL-JPL Email-Email Exchange with YBC And Ah (Jan 4 2016) |

| | | | |
|---|---|---|---|
| Gov-8-H | | X | JPL-UTK Email-Attachment-UTK China NASA Assurance Form |
| Gov-8-Hh | | X | JPL-JPL Email-Exchange with YBC And Ah Re Commitments (Jan 6 2016) |
| Gov-8-I | | X | JPL-UTK Email-Email Submission of Proposal (Sept 27 2016) |
| Gov-8-Ii | | X | JPL-JPL Email Exchange with YBC And Dh (Jan 12 2016) |
| Gov-8-J | | X | JPL-UTK Email-Attachment-Letter of Commitment |
| Gov-8-Jj | | X | JPL-JPL Email-Proposal Submission (Jan 13 2016) |
| Gov-8-K | | X | JPL-UTK Email-Attachment-Project Narrative |
| Gov-8-Kk | | X | JPL-JPL Email-Attachment-Submitted Proposal |
| Gov-8-L | | X | JPL-UTK Email-Attachment-Budget Justification |
| Gov-8-Ll | | X | JPL-1560728 Invoice Payments |
| Gov-8-M | | X | JPL-UTK Email-Email Submission of JPL Contract 1560728 (Oct 20 2016) |
| Gov-8-N | | X | JPL-UTK Email-Attachment-Contract 1560728 (Signed by Mercer) |
| Gov-8-O | | X | JPL-1560728 Invoice 90080002 |
| Gov-8-P | | X | JPL-1560728 Invoice 90080450 |
| Gov-8-Q | | X | JPL-1560728 Invoice 90081036 |
| Gov-8-R | | X | JPL-1560728 Invoice 90081674 |
| Gov-8-S | | X | JPL-1560728 Invoice 90082092 |
| Gov-8-T | | X | JPL-1560728 Invoice 90082670 |
| Gov-8-U | | X | JPL-1560728 Invoice 90083042 |
| Gov-8-V | | X | JPL-1560728 Invoice 90083579 |
| Gov-8-W | | X | JPL-1560728 Invoice 90084524 |
| Gov-8-X | | X | JPL-1560728 Invoice 90085260 |
| Gov-8-Y | | X | JPL-1560728 Invoice 90085587 |
| Gov-8-Z | | X | JPL-1560728 Invoice 90085951 |
| Gov-9-A | | X | MSFC-UTK Email-Email Submission of Proposal Re MSFC Cooperative Agreement (Aug 28 2018) |
| Gov-9-B | | X | MSFC-UTK Email-Attachment-Letter of Commitment |
| Gov-9-D | | X | MSFC-UTK Email-Attachment-Hu Proposal Re MSFC Cooperative Agreement |
| Gov-9-E | | X | MSFC-UTK Email-Email Submission Of 80MSFC19m0003 (Nov 12 2018) |
| Gov-9-F | | X | MSFC-UTK Email-Attachment--80MSFC19m0003 (Signed by Mercer) |
| Gov-9-G | | X | MSFC-UTK Email-Email from MSFC (Nov 13 2018) |
| Gov-9-H | | X | MSFC-UTK Email-Attachment-80MSFC19m0003 (Fully Executed) |
| Gov-9-I | | X | MSFC-UTK Invoice 90094841 |
| Gov-9-J | | X | MSFC-UTK Invoice 90094842 |
| Gov-9-K | | X | MSFC-UTK Invoice 90095482 |
| Gov-9-L | | X | MSFC-UTK Invoice 90095483 |
| Gov-10-B | | X | Jail Call (Feb 28 2020) (101553) (Translated At 11-A) |
| Gov-10-C | | X | Jail Call (Feb 28 2020) (113959) (Translated At 11-B) |
| Gov-10-D | | X | Jail Call (Feb 28 2020) (162129) (Translated At 11-C) |
| Gov-10-F | | X | Rinaldi Report (May 5 2021) |
| Gov-10-G | | X | Rinaldi-Toshiba Hard Drive Folder Structure |
| Gov-10-N | | X | Office-Toshiba Hard Drive-Photograph |
| Gov-10-O | | X | FBI Ppt To UTK (July 18 2019) |
| Gov-10-P | | X | FBI Ppt To UTK (Aug 30 2019) |
| Gov-10-R | | X | UTK Email-Yang Email To UTK (2 28 2020)_Redacted |
| Gov-11-A | | X | Translated-Jail Call (Feb 28 2020) (101553) (See Original At 10-B) |
| Gov-11-B | | X | Translated-Jail Call (Feb 28 2020) (113959) (See Original At 10-C) |
| Gov-11-C | | X | Translated-Jail Call (Feb 28 2020) (162129) (See Original At 10-D) |
| Gov-11-D | | X | Translated-Residence-Lg Phone-Wechat Re BJUT Lab (Jan 2020) (See Original At 5-D) |
| Gov-11-E | | X | Translated-Residence-Lg Phone-Wechat Re Lin Luchan (Oct 2019) (See Original At 5-G) |
| Gov-11-F | | X | Translated-Residence-Lg Phone-Wechat Re HUS Class at BJUT Oct 2019) (See Original At 5-E) |
| Gov-11-G | | X | Translated-Residence-Lg Phone-Wechat With Chen Hong (See Original At 5-H) |
| Gov-11-H | | X | Translated-Residence-Lg Phone-Wechat Re HUS Employment at BJUT (Nov 2019) (See Original At 5-F) |

| | | | |
|---|---|---|---|
| Gov-11-I | | X | Translated-UTK Email-Email Exchange with BJUT Re Laboratory (Dec 2017) (See Original At 3-T) |
| Gov-11-J | | X | Translated-Office-Asus Laptop-Equipment Budget for Lab 2019 (See Original At 6-H) |
| Gov-11-K | | X | Translated-Office-China NSF Project Final Report (See Original At 6-I) |
| Gov-11-L | | X | Translated-Office-Toshiba Hard Drive-High Level Talent Agreement (Mar 2019) (See Original At 7-K) |
| Gov-11-M | | X | Translated-Toshiba Hard Drive-High Leveltalent Agreement (Mar 2019) (Signed By Hu) (See Original At 7-L) |
| Gov-11-N | | X | Translated-Office-Dell Desktop-Letter from BJUT To PRC Consulate (May 2016) (See Original At 6-F) |
| Gov-11-O | | X | Translated-Office-Dell Desktop-Hu CV 2016 (See Original At 6-D) |
| Gov-11-P | | X | Translated-Office-Dell Desktop-Hu CV 2017 (See Original At 6-E) |
| Gov-11-Q | | X | Translated-Office-Dell Desktop-High Level Talent Agreement (April 2016) (See Original At 6-G) |
| Gov-12-A | | X | Update 1 (Exh 1) |
| Gov-12-D | | X | Update 1 (Exh 4) |
| Gov-12-K | | X | Update 1 (Exh 31) |
| Gov-12-L | | X | Update 1 (Exh 30) |
| Def-1 | | X | Tenure Package |
| Def-2 | | X | 2013-14 Annual Activity Report |
| Def-3 | | X | 2014-15 Annual Activity Report |
| Def-4 | | X | 2015-16 Annual Activity Report |
| Def-5 | | X | 2016-17 Annual Activity Report |
| Def-6 | | X | 2018-19 Annual Activity Report |
| Def-14 | | X | 2016 Proposal & Budget Development Training Powerpoint |
| Def-17 | | X | Hefei Collaboration Letter |
| Def-20 | | X | February 2015 NSF Proposal |
| Def-21 | | X | October 2016 NSF Proposal |
| Def-22 | X | | FBI Investigation Initiation and Surveillance |
| Def-23 | X | | Ah Technical Invention Disclosures |
| Def-23-A | | X | Ah Technical Invention Disclosures (Revision) |
| Def-24 | X | | July 18, 2019 Presentation (1st) |
| Def-27 | | X | Drew Haswell China Assurance Explanation |
| Def-31 | | X | Greg Tolliver Email to Ah to Not Sign Agreement |
| Def-32 | | X | Greg Tolliver Email to Ah New NASA Clauses Need Review |
| Def-35 | | X | Faculty Handbook |
| Def-39 | | X | FBI Ah Interview Memo |
| Def-43 | X | | FBI Surveillance Memo |
| Def-49 | | X | July 18, 2019 Presentation Exhibits 1a-4b |
| Def-53 | | X | July 18, 2019 Presentation Exhibits 62-66 |
| Def-60 | | X | BJUT Collaboration Letter Email to NASA |
| Def-61 | | X | BJUT Collaboration Letter |
| Def-62 | | X | NASA JPL 1st Invitation Email |
| Def-63 | | X | NASA JPL Facilities Email |
| Def-64 | | X | Bar-Cohen Email Denying Collaboration Letters from China |
| Def-65 | | X | NASA JPL Proposal Facility Revision |
| Def-66 | | X | NASA JPL Proposal Before Revision |
| Def-67 | | X | Hefei Collaboration Letter Email for Records |
| Def-68 | | X | Confused China Assurance Email Regarding Hefei |
| Def-70 | | X | NASA JPL 2nd Invitation Email |
| Def-71 | | X | Bar-Cohen Email Requesting Unique Skills |
| Def-81 | | X | NASA JPL Project Narrative |
| Def-83 | | X | 2018 Proposal & Budget Development Training Powerpoint |
| Def-112 | | X | BJUT Visiting Scholar Delong Ma Invitation |
| Def-113 | | X | BJUT Visiting Scholar Ying Ma Invitation |
| Def-114 | | X | BJUT Visiting Scholar Ying Ma Resume |
| Def-126 | | X | 2016 Proposal & Budget Development Training Transmittal Email |

| | | | |
|---|---|---|---|
| Def-131 | | X | NASA China Restriction |
| Def-132 | | X | March 13, 2019 NASA Training Materials |
| Def-134 | | X | February 2015 NSF Email |
| Def-135 | | X | February 2015 NSF Transmittal Email |
| Def-137-A | | X | Sample UTK China Assurance |
| Def-144 | | X | First JPL Proposal Transmittal Email |
| Def-145 | | X | First JPL Proposal |
| Def-146 | | X | China Initiative Year-In-Review (2019-20) |
| Def-147 | | X | China Trips |