UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANMING HU | Case No. 3:20-CR-21<br><br>JUDGES VARLAN / POPLIN |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REGARDING RETRIAL

On July 6, 2021, the Defendant filed a motion asking the Court to inquire of the Government whether it plans to pursue another trial in the above-captioned case. (Doc. 120). The United States respectfully requests the Court allow the United States until July 30, 2021 to respond. This additional period of time is needed to allow the U.S. Attorney's Office and the National Security Division of the Department of Justice to thoroughly review the record in the case, consult with other Department of Justice components as appropriate, and to determine whether to pursue a retrial.

Respectfully submitted on July 12, 2021.

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
Casey T. Arrowood
Assistant United States Attorney
TN BPR# 038225
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov