UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:20-CR-21-TAV-DCP ) |
| ANMING HU, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant's Motion to Ask the Intentions of the U.S. Attorney [Doc. 120]. Defendant states that, after his last trial ended in a mistrial, over a month has passed, and the government has not informed him of whether it intends to retry him. Defendant thus asks the Court to inquire of the government as to its intentions to retry defendant. In response, the government asks that the Court grant it until July 30, 2021, to decide whether or not to pursue a retrial, citing the need for the U.S. Attorney's Office and the National Security Division of the Department of Justice to thoroughly review the record and consult with other Department of Justice components [Doc. 122].

In light of the government's response, defendant's motion asking the Court to inquire about the government's intentions [Doc. 120] is **DENIED** as moot. The government is **ORDERED** to file a status update with the Court, regarding whether it intends to pursue a retrial of this case, no later than **July 30, 2021**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE