PS 42
(Rev. 7/93)

# United States District Court
## Eastern District Of Tennessee

United States of America )
)
vs. )
)
Anming Hu ) Case 3:20-CR-00021-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Anming Hu_____, have discussed with _____Travis Worthington___, Probation Officer, modifications of my release conditions as follows:

REMOVE Bond Condition (7)(p)(iii) that reads:
   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

ADD Bond Condition (7)(p)(ii) that reads:
   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

I consent to the modifications of my release conditions and agree to abide by these modifications.

_____  July 12. 2021    _____  07/19/21
Signature of Defendant    Date            Pretrial Services/Probation Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7/19/21
Signature of Defense Counsel              Date

[X] The above modification of conditions of release is ordered, to be effective on  7/19/2021
[ ] The above modification of conditions of release is *not* ordered.

_____Debra C. Poplin_____              7/19/2021
Signature of Judicial Officer            Date