UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANMING HU | Case No. 3:20-CR-21<br><br>JUDGE VARLAN / POPLIN |

**NOTICE OF INTENT TO PURSUE A RETRIAL**
**AND REQUEST FOR A STATUS CONFERENCE**

Pursuant to the Court's Order directing the government to file a status update regarding a retrial (Doc. 123), the United States of America hereby files this notice of intent to retry the defendant. The United States respectfully requests the Court hold a status conference to discuss scheduling the retrial.

Respectfully submitted on July 30, 2021.

                                          FRANCIS M. HAMILTON III
                                          ACTING UNITED STATES ATTORNEY

By:   *s/ Casey T. Arrowood*
        Casey T. Arrowood
        Assistant United States Attorney
        TN BPR# 038225
        800 Market Street, Suite 211
        Knoxville, TN 37902
        (865) 545-4167
        Casey.Arrowood2@usdoj.gov

By:   *s/ Matthew J. McKenzie*
        Matthew J. McKenzie
        Trial Attorney
        NY Bar #4791513
        U.S. Department of Justice
        National Security Division
        950 Pennsylvania Ave., N.W.
        Washington, D.C. 20530
        (202) 514-7845
        Matthew.Mckenzie@usdoj.gov