August 20, 2021

The Honorable Judge Thomas A. Varlan
U.S. District Judge
Suite 143
800 Market Street
Knoxville, TN 37902

Dear Honorable Judge Varlan,

I am writing this letter to urge you respectfully to dismiss the case and acquit Professor Hu, former University of Tennessee Knoxville (UTK) Professor, in the best interest of justice and fairness.

I am a retired geoscientist. As an immigrant coming from Taiwan to this country more than 45 years ago, I've learned the importance of liberty, fairness, equality, and contribution to society. Through my own hard work and diligence, I can enjoy in retirement and contribute to society in many other ways.

Unfortunately, Professor Anming Hu cannot do the same due to Department of Justice's intent to go on trial for the second time. In the original trial, the verdict already proved his innocence. Without new and convincing evidence, the second trial will be counter productive and unjust. Other similar cases have been occurred before. Dr. Wen Ho Lee, Professor Xiaoxing Xi, and Ms. Sherry Chen were wrongfully accused of violating national security law, but eventually proven innocent in court.

Professor Hu was courageous in his trial. Both his wife and kids are continuously supporting him and making a stand for his innocence. Your dismissal in this case will acquit Professor Hu in the best interest of justice and fairness.

Sincerely,

Ching-Chang Tsai



