# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:20-CR-00021 |
| | ) |
| ANMING HU | ) |
| | ) |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR A FINDING OF EXCLUDABLE DELAY

The Defendant has reviewed the Government's Motion for Finding of Excludable Delay under the Speedy Trial Act.

Defendant agrees with the legal argument in the Government's Motion.

The Defendant does not oppose the Motion.

Respectfully submitted this 27th day of August 2021.

    s/A. Philip Lomonaco
    A. Philip Lomonaco, BPR#011579
    800 S. Gay Street, Suite 1950
    Knoxville, TN 37929
    (865) 521-7422
    (865) 521-7433 fax
    phillomonaco@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U. S. Mail. Parties may access this filing through the Court's electronic filing system.

    s/A. Philip Lomonaco