# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ANMING HU

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:20-CR-21-TAV-DCP-1

For the reasons set forth in the contemporaneously entered Memorandum Opinion and Order [Doc. 141], defendant's Rule 29 motion for a judgment of acquittal is hereby GRANTED and the Court ORDERS a judgment of acquittal on all counts.

*Thomas A. Varlan* (signature)

Signature of Judge

Thomas A. Varlan — U.S. District
Name of Judge — Title of Judge

9/9/2021
Date